# EXHIBIT 1


# Proposed First Amended Complaint and Accompanying Exhibits

STEVEN M. SHEPARD (*pro hac vice* application submitted 2/27/26)
sshepard@susmangodfrey.com
SHAULI BAR-ON (CA 356650)
sbar-on@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

OLEG ELKHUNOVICH (CA 269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC, <br><br>     Plaintiff/Relator, <br><br> v. <br><br> WEBER METALS, INC., <br><br>     Defendant. | Case No. 2:26-CV-01699-MWN-SK <br><br> **FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. § 3729 et seq.** <br><br> **Jury Trial Demanded** |

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

# TABLE OF CONTENTS

INTRODUCTION ............................................................................... 1

THE PARTIES .................................................................................. 1

JURISDICTION AND VENUE ........................................................... 2

THE FALSE CLAIMS ACT .............................................................. 2

THE PUBLIC-DISCLOSURE BAR DOES NOT APPLY TO THIS
    ACTION ...................................................................................... 3

    I.     There Was No "Public Disclosure" As Defined in the FCA ............... 3

          A.     The OTTO Group Financial Statement Is Not a
               "Public Disclosure" ...................................................... 5

          B.     The Weber Metals and Schuco USA LLLP Forms
               5500 Are Not "Public Disclosures" ............................. 7

    II.    Relator Is An "Original Source" ................................................... 9

DEFENDANT VIOLATED THE FALSE CLAIMS ACT ..................... 10

    I.     Defendant Weber Metals, Inc. and Its Affiliates ........................... 10

    II.    Weber Metals' Representations and Certifications In its Loan
        Application ................................................................................. 10

    III.   Weber Metals Was Not Eligible for the Loan Under Any of
        the Three Eligibility Tests .......................................................... 12

          A.     All Three Eligibility Tests Required Weber Metals to
               Consider and Include Its Affiliates' Employees or Its
               Affiliates' Net Worth and Net Income .................................... 13

          B.     Weber Metals Was Not Eligible Under the SBA's
               Industry-Specific Size Standard Because It and Its
               Affiliates Had More Than 750 Employees .............................. 18

          C.     Weber Metals Was Not Eligible Under the SBA's
                *Alternative* Size Standard Because It and Its Affiliates

i

Had Net Worth Greater than $15 Million and Average Annual Net Income Greater than $5 Million............................ 19

D.    Weber Metals Was Not Eligible Under the CARES Act's New "500 Employee" Test Because It and Its Affiliates Had More Than 500 Employees Whose Principal Place of Residence Was In the United States ........... 20

1.    Weber Metals Employed More than 500 Persons Whose Principal Place of Residence Was In the United States.................................................................. 21

2.    Weber Metals' Affiliate Schuco USA Employed More than 70 Persons Whose Principal Place of Residence Was In the United States.............................. 24

3.    Defendant's Affiliate OTTO FUCHS Drilling Solutions Inc. Had at Least One Employee Whose Principal Place of Residence Was the United States.................................................................. 25

4.    Weber Metals Was Not Eligible for the SBA's "Safe Harbor" ........................................................ 26

IV.    Weber Metals Made Its False Representations With *Scienter* ............ 28

CAUSES OF ACTION ................................................................. 31

I.    First Cause of Action: Submitting False Claims for Payment (31 U.S.C. § 3729(a)(1)(A)) ............................................... 31

II.    Second Cause of Action: Making or Causing to Be Made a False Record or Statement Material to a False Claim (31 U.S.C. § 3729(a)(1)(B)) ........................................... 32

III.    Third Cause of Action: Improperly Avoiding an Obligation to Pay or Transmit Money (31 U.S.C. § 3729(a)(1)(G)) ............ 32

PRAYER FOR RELIEF .............................................................. 34

DEMAND FOR JURY TRIAL ..................................................... 35

INDEX OF EXHIBITS................................................................ 36

ii

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

## INTRODUCTION

1.    This is a *qui tam* case, filed on behalf of the federal government, seeking to recover $10 million (plus mandatory trebling) that Defendant Weber Metals, Inc. wrongfully obtained in the form of a federal guaranteed loan by falsely certifying that it was a small business concern. That loan was later forgiven, and the federal government paid the bill.

2.    The loan in question was provided by the Small Business Administration's ("SBA's") Paycheck Protection Program ("PPP"). The PPP was created by Congress near the start of the COVID-19 epidemic in the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") in 2020. In April 2020, the SBA authorized a first series of PPP loans, which are known as "First Draw" PPP loans. This case involves a false application for a First Draw PPP loan.

3.    Weber Metals falsely certified to the SBA that it met the size standard for a small business and was eligible for the First Draw loan. As a direct result of those false statements, Weber Metals obtained a First Draw PPP loan totaling $10,000,000, which was later forgiven.

4.    Plaintiff/Relator Verity Investigations, LLC ("Verity") is an investigative firm formed by two professionals with widespread experience in detecting and reporting fraud on the U.S. public fisc. Verity detected Weber Metals' fraud by retrieving and analyzing publicly available information that is *outside the scope* of the False Claims Act's "public disclosure" bar. The key documents that Verity relied upon are attached as Exhibits. An Index of Exhibits is included at the end of this complaint.

## THE PARTIES

5.    Plaintiff/Relator Verity Investigations LLC ("Verity") is a company registered under Delaware law.

1

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

6.    Defendant Weber Metals, Inc. is a California corporation with its principal place of business in Paramount, California.

## JURISDICTION AND VENUE

7.    This action arises under the laws of the United States to redress violations of the Federal False Claims Act, 31 U.S.C. §§ 3729–33 ("FCA").

8.    Subject-matter jurisdiction is conferred by 28 U.S.C. §§ 1331, 1345.

9.    Venue is proper, and this Court has personal jurisdiction over Defendant, because Defendant is "found" in this District. 31 U.S.C. § 3732(a).

## THE FALSE CLAIMS ACT

10.    The False Claims Act ("FCA") is the primary civil remedial statute designed to deter fraud upon the United States. Its purpose is to "enhance the Government's ability to recover losses sustained as a result of fraud against the Government." S. Rep. No. 99-345, at 1 (July 28, 1986).

11.    A defendant violates the FCA when the defendant "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval." 31 U.S.C. § 3729(a)(1)(A).

12.    Under the FCA, a claim includes a request for money. 31 U.S.C. § 3729(b)(2). A claim is "false or fraudulent" under the FCA if the entity or person submitting the claim was not entitled to payment.

13.    In 2009, Congress amended the FCA through the Fraud Enforcement and Recovery Act of 2009 ("FERA"), Pub. L. No. 111-21 (May 20, 2009), making a defendant liable under the FCA when the defendant "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim." 31 U.S.C. § 3729(a)(1)(B).

14.    Under the FCA, the terms "knowing" and "knowingly" mean that the defendant "(i) has actual knowledge of the information; (ii) acts in deliberate

2

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A).

15. No proof of specific intent to defraud the Government is required to show that a defendant acted knowingly under the FCA. 31 U.S.C. § 3729(b)(1)(B).

16. The FCA defines the term "material" as "having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property." 31 U.S.C. § 3729(b)(4).

17. The FCA broadly defines a "claim" as "any request or demand . . . for money or property" that: "(i) is presented to an officer, employee, or agent of the United States," or "(ii) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the United States Government (I) provides or has provided any portion of the money or property requested or demanded; or (II) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded." 31 U.S.C. § 3729(b)(2).

18. The FCA imposes treble damages plus a civil penalty for each false claim. *See* 31 U.S.C. § 3729(a)(1).

19. The SBA guaranteed 100% of the outstanding balance of the First Draw PPP loans. The guarantee was backed by the full faith and credit of the United States. 15 U.S.C. § 636(a)(2)(F).

20. False statements made in a loan application to a third-party lender qualify as "false claims" to the government where, as here, the loan is guaranteed by the federal government and the federal government later repays the lender. *See United States v. Van Oosterhout*, 96 F.3d 1491, 1494 (D.C. Cir. 1996).

**THE PUBLIC-DISCLOSURE BAR DOES NOT APPLY TO THIS ACTION**

**I. There Was No "Public Disclosure" As Defined in the FCA**

21. The FCA provides as follows:

3

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

> The court shall dismiss an action or claim under this section, unless opposed by the Government, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed—
>
> > (i) in a Federal criminal, civil, or administrative hearing in which the Government or its agent is a party;
> > (ii) in a congressional, Government Accountability Office, or other Federal report, hearing, audit, or investigation; or
> > (iii) from the news media,
>
> unless the action is brought by the Attorney General or the person bringing the action is an original source of the information.

31 U.S.C. § 3730(e)(4)(A). This provision is referred to as the FCA's public-disclosure bar.

22. Not everything on the Internet qualifies as a "public disclosure" for purposes of the FCA's public-disclosure bar. The Ninth Circuit has repeatedly held that the FCA's public-disclosure bar applies only to disclosures that "occurred through one of [the three] channels specified in the statute." *United States ex rel. Mateski v. Raytheon Co.*, 816 F.3d 565, 570 (9th Cir. 2016). The word "channels" refers to the sources listed in subparagraphs (e)(4)(A)(i), (ii) and (iii).

23. The statutory phrase "same allegations," as used in the public-disclosure bar, refers to an "explicit accusation of wrongdoing" made in one of the three channels. *Id.* at 571. On information and belief, there was no such "explicit accusation" against Weber Metals, in any of the three channels specified in the public-disclosure bar, prior to the filing of the original complaint in this action.

24. The statutory phrase "same . . . transactions" has been held by the Ninth Circuit to refer to the "essential elements" of fraud. "[I]f X + Y = Z, Z represents the allegation of fraud and X and Y represent its essential elements. In order to disclose the fraudulent transaction publicly, the combination of X and Y must be revealed, from which readers or listeners may infer Z, i.e., the conclusion that fraud has been committed. In a fraud case, X and Y inevitably stand for but two elements: a misrepresented state of facts and a true state of facts." *Id.* (cleaned up).

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

25. On information and belief, the "same . . . transactions as alleged in [this] action" have not been "publicly disclosed . . . in" any of the three channels specified in the public-disclosure bar. 31 U.S.C. § 3730(e)(4)(A).

26. The "true state of facts," *Mateski*, 816 F.3d at 570, is that Weber Metals was *ineligible* for its $10 million First Draw loan under *any* of the three tests for eligibility. Verity determined the "true state of facts" using documents that Verity obtained from *outside* the three "channels," *id.*, that are specified in the public-disclosure bar.

### A. The OTTO Group Financial Statement Is Not a "Public Disclosure"

27. The first key document demonstrating some of the true state of facts is the consolidated financial statement, for calendar year 2020, of Weber Metals' German parent company, OTTO FUCHS Beteiligungen KG (the "OTTO Group").[1] This document is written in German and was submitted by the OTTO Group to the German authorities as required by German law. Verity translated this document and used it for the allegations in this complaint relating to Weber Metals' affiliates; relating to OTTO Group's total employee count; and relating to OTTO Group's net worth and average annual net income. The translation Verity used is attached to this complaint as Exhibit A. Verity has added the highlights to this document to indicate passages that are particularly relevant to demonstrating the relevant true state of facts.

28. Verity obtained the OTTO Group financial statement from Germany's **Bundesanzeiger**, which is a searchable online database of corporate filings. That database is made available by Germany's Ministry of Justice at the following URL:

---

[1] OTTO FUCHS Beteiligungen KG, *Disclosure of certain consolidated financial statements and consolidated management report as of December 31, 2020*, Bundesanzeiger, January 25, 2022, https://www.bundesanzeiger.de/pub/de/suchergebnis?6.

5

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

https://www.bundesanzeiger.de. Exhibit B to this complaint is a screenshot of this webpage (as translated from German into English by Google).

29.    Neither the OTTO Group financial statement, nor the Bundesanzeiger, is a "Federal" "hearing" or a "Federal report" within the meaning of channels (i) and (ii) of the public-disclosure bar. 31 U.S.C. § 3730(e)(4)(A)(i)-(ii). Among many other reasons, the word "Federal" in the FCA refers to the U.S. federal government, not the *German* government.

30.    Neither the OTTO Group financial statement, nor the Bundesanzeiger, is "news media" under the plain and ordinary meaning of that statutory term used in channel (iii) of the public-disclosure bar. 31 U.S.C. § 3730(e)(4)(A)(iii). The Ninth Circuit has construed "'news media' to refer to methods of communication that are used to convey information about recent events that may be of interest to the general public or that would otherwise be commonly found in a newspaper, news broadcast, or other news source" and as a term that "connotes a certain degree of separation between the source of the information and the medium that conveys it." *United States ex rel. Relator, LLC v. Erskine*, No. 25-2073, 2026 WL 2041561, at *5–6 (9th Cir. July 15, 2026). The Ninth Circuit held that "'news media' is not so broad as to include every conceivable channel that could be used to convey any type of information" and that "'news media' cannot reasonably encompass every website on the internet." *Id.* at *6; *see also United States ex rel. Integra Med Analytics LLC v. Providence Health & Servs.*, 2019 WL 3282619, at *11 (C.D. Cal. July 16, 2019) (Gutierrez, J.), (it is "clear as a matter of common sense" that the term "news media" "cannot encompass *all* online information."), *rev'd and remanded on other grounds*, 854 F. App'x 840 (9th Cir. 2021).

31.    The OTTO Group financial statement and the Bundesanzeiger do not convey information "commonly found in a newspaper, news broadcast, or other news source." *Erskine*, 2026 WL 2041561, at *5.

6

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

32.    The OTTO Group financial statement and the Bundesanzeiger do not "curate[] information" or exercise "editorial judgment." *Integra*, 2019 WL 3282619, at *14.

33.    The OTTO Group financial statement and the Bundesanzeiger do not function like traditional news outlets. *Id.* at *15.

34.    Neither the OTTO Group financial statement nor the Bundesanzeiger would "reasonably" be described as "'news media' in everyday speech." *Erskine*, 2026 WL 2041561, at *6.

### B.    The Weber Metals and Schuco USA LLLP Forms 5500 Are Not "Public Disclosures"

35.    The second set of key documents proving some of the true state of affairs—specifically, demonstrating that Weber Metals and its U.S.-based affiliate Schuco USA LLLP together employed more than 500 persons in the United States—are Forms 5500 that were submitted to the U.S. Department of Labor by the Weber Metals, Inc. Savings and Retirement Plan and by the Schuco USA LLLP 401(k) Plan. These documents are attached as Exhibits C and D (Weber Metals) and Exhibits E and F (Schuco USA) to this complaint.

36.    Verity obtained these Forms 5500 from the U.S. Government's "Form 5500 Search" website at this URL: https://www.efast.dol.gov/5500Search/. A screenshot of this webpage is Exhibit G to this complaint.

37.    The "Form 5500 Search" website merely "receives" Forms 5500 uploaded by regulated plans and then "displays" those Forms on request. Ex. G. The website does not contain any analysis or synthesis of the information in Forms, nor does the website's display of the forms even indicate any *acceptance* of the forms by any federal agency. As the website itself indicates: "[p]osting on the web does not indicate acceptance of the filing by the U.S. Department of Labor, the Pension Benefit Guaranty Corporation, or the Internal Revenue Service." Ex. G.

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

38.     Neither the Forms 5500, nor the "Form 5500 Search" website, is "a Federal criminal, civil, or administrative hearing" within the meaning of channel (i) of the public-disclosure bar, 31 U.S.C. § 3730(e)(4)(A)(i).

39.     Neither the Forms 5500, nor the "Form 5500 Search" website, is "a congressional, Government Accountability Office, or other Federal report, hearing, audit, or investigation" within the meaning of channel (ii) of the public-disclosure bar, 31 U.S.C. § 3730(e)(4)(A)(ii).

40.     That is because, among other reasons, neither the Forms 5500, nor the "Form 5500 Search" website, is the result of a "fact-finding or investigatory process 'to obtain information'" conducted *by a federal agency. Silbersher v. Valeant Pharms. Int'l, Inc.*, 89 F.4th 1154, 1166 (9th Cir. 2024) (construing channel (ii)), *cert. denied*, 145 S. Ct. 140, 220 L. Ed. 2d 13 (2024). The Forms 5500 are *prepared by* the retirement plans and uploaded to the Government's website. The Government's website merely "receives" and then "displays" the Forms 5500. Ex. G.

41.     Neither the Forms 5500, nor the "Form 5500 Search" website, is "news media," within the meaning of channel (iii) of the public-disclosure bar, 31 U.S.C. § 3730(e)(4)(A)(iii).

42.     The Forms 5500 and the "Form 5500 Search" website do not convey information "commonly found in a newspaper, news broadcast, or other news source." *Erskine*, 2026 WL 2041561, at *5.

43.     The Forms 5500 and the "Form 5500 Search" website do not "curate[] information" or exercise "editorial judgment." *Integra*, 2019 WL 3282619, at *14.

44.     The Forms 5500 and the "Form 5500 Search" website do not function like traditional news outlets. *Id.*

8

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

45. Neither the Forms 5500, nor the "Form 5500 Search" website, would "reasonably" be described as "'news media' in everyday speech." *Erskine*, 2026 WL 2041561, at *6.

**II.   Relator Is An "Original Source"**

46. Even if there had been a "public disclosure" of *some* transactions and allegations contained in this complaint, the public-disclosure bar still would not apply because Relator is an "original source of the information." 31 U.S.C. § 3730(e)(4)(A).

47. An "original source" means someone "who has knowledge that is independent of and materially adds to the publicly disclosed allegations or transactions, and who has voluntarily provided the information to the Government before filing an action under this section." *Id*. (e)(4)(B). The statute's reference to "the publicly disclosed allegations or transactions" means the information that has been disclosed in one of the three "public disclosure" channels specified in subparagraphs (e)(4)(A)(i) through (e)(4)(A)(iii). *U.S. ex rel. Moore & Co., P.A. v. Majestic Blue Fisheries, LLC*, 812 F.3d 294, 305 (3d Cir. 2016).

48. Relator's knowledge is "independent of and materially adds to" any information that may have been disclosed in the three channels specified in subparagraphs (e)(4)(A)(i) through (e)(4)(A)(iii). Among other things, Relator has combined the information contained in the OTTO Group financial statement and the information contained in the Forms 5500 (all of which were *not* within any statutory channel) in order to determine the "true state of facts," namely, that Weber Metals was not eligible for its First Draw loan under *any* of the three eligibility tests.

49. Prior to filing this action, Relator voluntarily provided the Department of Justice with the as-yet-unfiled version of the original complaint and all material evidence in Relator's possession relating to Defendant's fraudulent transactions— including Exhibits A, C, D, E, and F.

9

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

**DEFENDANT VIOLATED THE FALSE CLAIMS ACT**

**I.     Defendant Weber Metals, Inc. and Its Affiliates**

50.    Defendant Weber Metals, Inc. ("Weber Metals") is a California corporation with its principal place of business located at Paramount, California.

51.    Weber Metals is owned by OTTO FUCHS Beteiligungen KG ("OTTO Group"), a globally active company with subsidiaries in Germany, Hungary, South Africa, the USA and China. OTTO Group is a manufacturer of semi-finished and finished products, especially metallurgically sophisticated forgings, extrusions, and rolled rings made of aluminum, magnesium, copper, titanium, and nickel alloys for customers primarily in the aerospace, automotive, and construction industries, as well as industrial technology.

52.    OTTO Group's 2020 consolidated financial statement lists the majority owned subsidiaries of OTTO Group. Ex. A, at Verity-WeberMetals_0000062-0065. The list includes three companies based in the United States:

     i.    Defendant Weber Metals Inc.;

     ii.   SCHUCO USA LLLP, located in Newington, Connecticut; and

     iii.  OTTO FUCHS Drilling Solutions Inc., located in Dover, Delaware.

53.    Defendant Weber Metals is an "affiliate" of all of OTTO Group's wholly-owned subsidiaries, under long-standing SBA affiliation rules, because OTTO Group is the "third party" that controls or has the power to control all of its subsidiaries. 13 C.F.R. § 121.301(f).

**II.    Weber Metals' Certifications In its Loan Application**

54.    The information contained in this complaint, regarding the certifications made by Weber Metals in its application for its First Draw loan, are drawn from: (1) data pertaining to Weber Metals' loan, which Verity obtained from the SBA's

10

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

website[2]; and from (2) the standardized application form (SBA Form 2483) that was in use in April 2020. That standardized SBA Form 2483 is attached hereto as Exhibit H. The highlighting in Exhibit H indicates the passages quoted in this complaint.

55.    Weber Metals submitted its loan application, SBA Form 2483, to City National Bank at 555 S Flower St, Los Angeles, CA 90071.

56.    Weber Metals submitted its application between April 3, 2020 (the first date that applications could be submitted) and April 9, 2020 (the date that the SBA's loan data indicates that the application was approved).

57.    The SBA Form 2483 required Weber Metals' "authorized representative" to certify the following statement: "[t]he Applicant . . . employs no more than the greater of 500 or [*sic*] employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry." Ex. H, at 2. The authorized representative of Weber Metals certified that statement.

58.    The SBA Form 2483 also required Weber Metals' "authorized representative" to certify the following statement: "[t]he Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule)." Ex. H, at 2. The authorized representative of Weber Metals certified that statement.

---

[2] Verity accessed this website: https://data.sba.gov/dataset/ppp-foia. From that website, Verity downloaded a data file titled "public_150k_plus_240930.csv." That data file contains information relating not only to Weber Metals but also to all other PPP loans exceeding $150,000. SBA describes this as an "SBA open dataset providing loan-level data on all disbursed PPP loans."

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

59.    The SBA Form 2483 also required the applicant's "authorized representative" to initial to "certify that the information provided in this application . . . is true and accurate," and to acknowledge "that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000 . . . ." Ex. H, at 2. The authorized representative of Weber Metals initialed beside those statements and certified them.

60.    Weber Metals' certifications were false. As described further below, Weber Metals was not eligible for this loan under *any* of the three possible tests for eligibility because Weber Metals and its affiliates: (1) had far more than 750 employees in 2019 and 2020; (2) had net worth and net income far greater than the SBA's alternative-size standard; and (3) had more than 500 *U.S.-based* employees.

61.    On or about April 9, 2020, Weber Metals was approved for a First Draw PPP loan in the amount of $10,000,000 by lender City National Bank.

62.    The U.S. government paid lender City National Bank a lender's processing fee of 1% of the $10,000,000 loan, in the amount of $100,000.[3]

63.    On or about June 22, 2021, the U.S. government forgave 100% of Weber Metals' First Draw PPP loan, plus interest, in the amount of $10,116,712.33.

**III.    Weber Metals Was Not Eligible for the Loan Under Any of the Three Eligibility Tests**

64.    Weber Metals' certifications in its application form—that it "employs no more than the greater of 500 or [*sic*] employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry" and that it "is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business

---

[3]    *See* Paycheck Protection Program (PPP) Information Sheet: Lenders, https://home.treasury.gov/system/files/136/PPP%20Lender%20Information%20Fact%20Sheet.pdf.

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Administration (SBA)," Ex. H, at 2—were false when made. Once Weber Metals is considered *together with its affiliates*—as the SBA's rules required—the company was *not* eligible for the loan under any of the three eligibility tests.

### A.    All Three Eligibility Tests Required Weber Metals to Consider and Include Its Affiliates' Employees or Its Affiliates' Net Worth and Net Income

65.    Each of the three eligibility tests applied to the applicant *and its affiliates*. The requirement that an applicant consider and include the employees (and net worth and income) of its *affiliates* was made clear by the SBA from the very outset of the First Draw loan program.

66.    The first day that Weber Metals could have submitted its application was April 3, 2020. One day before that—on April 2, 2020—the SBA posted on its website its first Interim Final Rule ("IFR #1") regarding eligibility for First Draw loans.[4] The posted version of IFR #1 is Exhibit I to this complaint. It stated that "this interim final rule is effective immediately." Ex. I, at 4.

67.    The SBA's IFR #1 instructed applicants that, in order to be eligible, they had to be a "small business concern as defined in Section 3 of the Small Business

---

[4] SBA Interim Final Rule #1, *Business Loan Program Temporary Changes; Paycheck Protection Program*, 85 Fed. Reg. 20,811, at 20,812 (published in the Federal Register on Apr. 15, 2020). The SBA later confirmed that this IFR #1 was posted online on April 2: "On April 2, 2020, the U.S. Small Business Administration (SBA) posted an interim final rule (the First PPP Interim Final Rule) announcing the implementation of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act or the Act)." *Business Loan Program Temporary Changes; Paycheck Protection Program—Requirements—Promissory Notes, Authorizations, Affiliation, and Eligibility*, 85 Fed. Reg. 23,450, at 23,450 (published in Federal Register on Apr. 28, 2020). The posted version of IFR #1 is available on the Internet Archive (captured April 5, 2020) at https://web.archive.org/web/20200405213338/https://www.sba.gov/sites/default/files/2020-04/PPP--IFRN%20FINAL_0.pdf. This is Exhibit I.

13

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Act," "subject to SBA's affiliation rules." And it specifically directed them to the "affiliation rules under 13 CFR 121.301(f)." The April 2 IFR #1 stated:

**a. Am I eligible?**

You are eligible for a PPP loan *if you have 500 or fewer employees whose principal place of residence is in the United States*, or are a business that operates in a certain industry and meet the applicable SBA employee-based size standards for that industry, *and*:

*i. You are:*

*A. A small business concern as defined in section 3 of the Small Business Act (15 U.S.C. 632), and subject to SBA's affiliation rules under 13 CFR 121.301(f) unless specifically waived in the Act*; or

B. A tax-exempt nonprofit organization described in section 501(c)(3) of the Internal Revenue Code (IRC), a tax-exempt veterans organization described in section 501(c)(19) of the IRC, Tribal business concern described in section 31(b)(2)(C) of the Small Business Act, or any other business; *and*

ii. You were in operation on February 15, 2020 and either had employees for whom you paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099-MISC.

Ex. I, at 5–6.

68. The regulation referred to in IFR #1—13 C.F.R. 121.301—was entitled "What size standards and affiliation principles are applicable to financial assistance programs?"[5] This regulation provided that when counting "employees," an applicant must include the employees of "all of its domestic and foreign affiliates." 13 C.F.R. § 121.301(f)(6) (effective Mar. 27, 2020 to Sept. 7, 2021). The version of 13 C.F.R. § 121.301, then in effect, is attached as Exhibit J to this complaint.

---

[5] 13 C.F.R. § 121.301(f) (effective Mar. 27, 2020 to Sept. 7, 2021).

14

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

69.     This regulation also defined what "affiliation" meant. It stated that an applicant is "affiliated" with another entity "if one controls or has the power to control the other, *or a third party or parties controls or has the power to control both.* It does not matter whether control is exercised, so long as the power to control exists." 13 C.F.R. § 121.301(f) (emphasis added).

70.     In addition to 13 C.F.R. 121.301(f), at least *two other* longstanding SBA regulations also directed applicants to include their affiliates' employees:

> **13 C.F.R. § 121.106 (entitled *"How does SBA calculate number of employees?"*)** stated in subparagraph (b) that "Where the size standard is number of employees, the method for determining a concern's size includes the following principles: The average number of employees of the concern is used (*including the employees of its domestic and foreign affiliates*) based upon numbers of employees for each of the pay periods for the preceding completed 12 calendar months."[6] (This regulation is attached as Exhibit K.)

> **13 C.F.R. § 121.201 (entitled *"What size standards has SBA identified by North American Industry Classification System [NAICS] codes?"*)** set forth the specific size standard applicable to each NAICS code. Its third sentence stated: "The number of employees [set forth below] … indicates the maximum allowed for *a concern and its affiliates* to be considered small."[7]   (This regulation is attached as Exhibit L.)

71.     On April 3, 2020—the first day that Weber Metals could have submitted its application—SBA posted a second Interim Final Rule on its website ("**IFR #2**").[8]

---

[6] 13 C.F.R. § 121.106(b) (version in effect from Jan. 6, 2020 through July 5, 2022) (emphasis added).

[7] 13 C.F.R. § 121.201 (version in effect from Nov. 20, 2019 through May 1, 2022) (emphasis added).

[8] Although the Federal Register did not publish IFR #2 until two weeks later, the Treasury archive attests that it was "originally posted 4/3/2020." https://home.treasury.gov/policy-issues/coronavirus/assistance-for-small-businesses/paycheck-protection-program. The online version of IFR #2, as posted by the SBA on its website, is available from the Internet Archive (as captured on April 4, 2020) at this link: https://web.archive.org/web/20200404222304/https://www.sba.gov/sites/default/files/2020-04/SBA%20IFR%202_1.pdf. The posted version is attached as Exhibit M.

15

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

The posted version of IFR #2 is attached as Exhibit M. Like IFR #1, IFR #2 stated that it was "effective immediately." Ex. M, at 4.

72.    The SBA's IFR #2 of April 3 stated that it "supplement[ed] the Initial Rule [posted the day prior, April 2] with additional guidance regarding the application of certain affiliate rules."[9] It reaffirmed that the SBA's affiliation rules applied to *all three tests* for eligibility. It repeatedly cited the affiliation regulation— 13 C.F.R. 121.301(f)—cited in IFR #1 and discussed above. IFR #2 stated (with emphases added):

### 1. Affiliation Rules Generally

**Are affiliates considered together for purposes of determining eligibility?**
> *In most cases, a borrower will be considered together with its affiliates for purposes of determining eligibility for the PPP.* Under SBA rules, entities may be considered affiliates based on factors including stock ownership, overlapping management, and identity of interest. 13 CFR 121.301.

**How do SBA's affiliation rules affect my eligibility and apply to me under the PPP?**
> An entity generally is eligible for the PPP if it, *combined with its affiliates,* is a small business as defined in section 3 of the Small Business Act (15 U.S.C. 632), or (1) *has 500 or fewer employees whose principal place of residence is in the United States* . . . .

Ex. M, at 4–5.

73.    Also on April 3, the SBA posted on its website a two-page, user-friendly document entitled "AFFILIATION RULES APPLICABLE TO U.S. SMALL BUSINESS ADMINISTRATION PAYCHECK PROTECTION PROGRAM."[10]

---

[9] IFR #2, 85 Fed. Reg. 20,817, at 20,818 (as later published in the Federal Register on Apr. 15, 2026).

[10] The document is available on the U.S. Treasury's website, archiving PPP-related instructions and disclosures. U.S. Dep't of the Treasury, *Paycheck Protection Program* (last accessed July 13, 2026), https://home.treasury.gov/policy-

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

This document is Exhibit N to this complaint. It restated the affiliation rules set forth in 13 C.F.R. § 121.301(f). Like IFR #2, this two-page document on "AFFILIATION RULES" made clear that the affiliation rules applied to *all* PPP loan applications, *regardless* of which eligibility test the applicant used. The first three sentences of this document stated, in bold text: **"Four tests for affiliation based on control apply to participants in the Paycheck Protection Program. [footnote 1: 13 C.F.R. 121.301(f)] For purposes of the [*sic*] determining the number of employees of an applicant to the Paycheck Protection Program, the applicant is considered together with its affiliates. Following is a summary of the applicable affiliation tests."** Ex. N, at 1.

74.   Three days later—on April 6, 2020—the SBA posted on its website its first "Frequently Asked Questions" (FAQ) document. Question 5 on that document, and its answer, read as follows (italics added):

**5. Question:** Are borrowers required to apply SBA's affiliation rules under 13 C.F.R. 121.301(f)?

**Answer:** *Yes. Borrowers must apply the affiliation rules set forth in SBA's Interim Final Rule on Affiliation.* A borrower must certify on the Borrower Application Form that the borrower is eligible to receive a PPP loan, and that certification means that the borrower is a small business concern as defined in section 3 of the Small Business Act (15 U.S.C. 632), meets the applicable SBA employee-based or revenue-based size standard, or meets the tests in SBA's alternative size standard, *after applying the affiliation rules*, if applicable. SBA's existing affiliation exclusions apply to the PPP, including, for example the exclusions under 13 CFR 121.103(b)(2).

75.   Another SBA regulation (in effect long before the CARES Act or the First Draw loan program) stated that, when calculating the number of employees, the SBA "counts all individuals employed on a full-time, part-time, or other basis." 13

issues/coronavirus/assistance-for-small-businesses/paycheck-protection-program (click on link entitled "Applicable Affiliation Rules").   Although the Treasury website does not include a "posted" date for this document, the document itself says "April 3, 2020" in its upper left-hand corner.

17

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

C.F.R. § 121.106(a) (entitled "How does SBA calculate number of employees?").[11] (This document is Exhibit K.) That same regulation instructed the applicant to use the *average* employee count over the last 12 months prior to submitting the application. *Id.* (b)(1) ("The average number of employees of the concern is used (including the employees of its domestic and foreign affiliates) based upon numbers of employees for each of the pay periods for the preceding completed 12 calendar months.").

### B. Weber Metals Was Not Eligible Under the SBA's Industry-Specific Size Standard Because It and Its Affiliates Had More Than 750 Employees

76. The SBA's industry-specific "size standard," referred to in the CARES Act and IFR #1, was codified at 13 C.F.R. § 121.201 (version effective Nov. 20, 2019 to May 1, 2022) (Exhibit L). It classifies an applicant based on the code that applies to the applicant's industry under the North American Industry Classification System ("NAICS").

77. Weber Metals is classified under NAICS code 332112 for purposes of its First Draw PPP loan. That NAICS code covers the industry for nonferrous forging.

78. The SBA industry size standard for NAICS code 332112 was 750 employees. *See* 13 C.F.R. § 121.201 (Ex. L, at 20).

79. The SBA's industry-specific size standards, and the regulations applicable to them, predated the CARES Act and the First Draw Loan programs by decades.

80. The regulations pertaining to the SBA's industry-specific size standard had long made clear that the size standard applied to the number of employees of the applicant *and* of the applicant's affiliates.

---

[11] 13 C.F.R. § 121.106(a) (version in effect from Jan. 6, 2020 through July 5, 2022).

18

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

81.    OTTO Group's 2020 consolidated financial statements indicate that Weber Metals and its affiliates had an average of 10,413 employees in 2019 and an average of 10,397 employees in 2020. Ex. F, at Verity-WeberMetals_000056-00057.

82.    Defendant Weber Metals therefore was *ineligible* for a First Draw loan under the SBA's industry-specific size standard.

**C.    Weber Metals Was Not Eligible Under the SBA's *Alternative* Size Standard Because It and Its Affiliates Had Net Worth Greater than $15 Million and Average Annual Net Income Greater than $5 Million**

83.    Weber Metals was not eligible for the First Draw PPP loan under the SBA's alternative size standard. That standard required that "an applicant must meet" the following standard: "*Including its affiliates*, tangible net worth not in excess of [$15] million, *and* average net income after Federal income taxes (excluding any carry-over losses) for the preceding two completed fiscal years not in excess of [$5.0] million." 13 C.F.R. 121.301(b)(2) (in effect from March 27, 2020, emphases added) (Ex. J, at 2).[12]

84.    Weber Metals and its affiliates had a maximum tangible net worth of *far* more than $15 million in 2019 and 2020. Tangible net worth is calculated by subtracting total liabilities and applicable intangible assets from total assets. Equivalently, because total equity equals total assets minus total liabilities, tangible net worth may be calculated by subtracting applicable intangible assets from total equity. OTTO Group's 2020 consolidated financial statements indicate that OTTO

---

[12] The regulation in effect at the time actually stated lower, more restrictive dollar amounts: $8.5 million net worth and $3 million average annual net income. However, in the Small Business Act, Congress had provided by statute for the higher dollar amounts shown above in the brackets: $15 million and $5 million. *See* 15 U.S.C. § 632(a)(5)(B) (version of Small Business Act in 2020) (establishing these dollar amounts as the "alternative size standard"). In the CARES Act, Congress directed the SBA to apply those higher dollar amounts for purposes of the PPP loans.

19

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Group collectively reported total equity of €1.51 billion and total intangible assets of €43 million as of December 2019, resulting in a tangible net worth of approximately **€1.47 billion**. As of December 2020, OTTO Group reported total equity of €1.41 billion and total intangible assets of €40 million, resulting in a tangible net worth of approximately **€1.37 billion**. *See* Ex. A, at 2–3. Utilizing the IRS yearly average exchange rates, these numbers convert to net worth of $1.65 billion and $1.67 billion.

85.    Weber Metals and its affiliates also had an average annual net income of far more than $5 million for 2018 and 2019. OTTO Group's consolidated financial statement for 2019 indicates that the companies in the OTTO Group collectively generated €164 million of after-tax profit in 2018 and €123 million of after-tax profit in 2019. According to the IRS yearly average exchange rates, that means OTTO Group generated **$184 million** of net income in 2018 and **$140 million** in 2019, for an average of **$162 million** of net income in the two fiscal years before the date of Defendant's 2020 First Draw PPP loan application. This figure is far above the $5 million dollar threshold.

86.    Because of the net worth and average annual net income of its parent OTTO Group, Weber Metals was *ineligible* for a First Draw PPP loan under the SBA's alternative size standard.

**D.    Weber Metals Was Not Eligible Under the CARES Act's New "500 Employee" Test Because It and Its Affiliates Had More Than 500 Employees Whose Principal Place of Residence Was In the United States**

87.    The CARES Act also created a new eligibility test: a 500-employee size standard. *Even if* an applicant were ineligible under the SBA's pre-existing industry size standard and alternative size standard, the applicant would nevertheless qualify for a First Draw loan if the applicant and its affiliates employed "not more than" "500 employees." 15 U.S.C. § 636(a)(36)(D)(i).

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

88.    As set forth above, the SBA made clear in IFR #1, IFR #2, and the April 3 "affiliation" two-pager that the SBA's affiliation rules applied to the CARES Act's new 500-employee size standard. IFR #1 and IFR #2 also stated that the 500-employee size standard counted "employees whose principal place of residence is in the United States."

### 1.    Weber Metals Employed More than 500 Persons Whose Principal Place of Residence Was In the United States

89.    Weber Metals was ineligible, under the 500-employee test, even *without* considering any of its affiliates. That is because Weber Metals *itself* employed more than 500 employees whose principal place of residence was in the United States.

90.    Weber Metals is the administrator of a retirement plan for its employees. The plan's name is the Weber Metals, Inc. Savings and Retirement Plan.

91.    As required by Department of Labor and IRS regulations, the Weber Metals, Inc. Savings and Retirement Plan submits a Form 5500 to the Department of Labor every year.

92.    Exhibit C to this complaint is the Form 5500 for this Plan for the calendar year ending December 31, 2019—just four months before Weber Metals submitted its First Draw loan application in early April 2020.

93.    This Form 5500 represents that the plan is a "single employer" plan. Ex. C, at Verity-WeberMetals_000090 (Part I, question A). That employer was Weber Metals. Attached to the Form 5500 was an "Independent Auditor's Report" prepared by the accounting firm Wright Ford Young & Co. *Id.* at Verity-WeberMetals_000116. The auditor's report stated:

> The Plan is a defined contribution plan covering substantially all non-union employees of Weber Metals, Inc. (the Company). The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. Employees who have attained at least 21 years of age are eligible to participate in the Plan on the first of each month, following the completion of 60 days of service. Subsequent to meeting the eligibility requirements,

21

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

employees are automatically enrolled in the Plan at a 3% deferral rate unless they elect a different rate or to opt out.

*Id.* at Verity-WeberMetals_000120 (heading: "General").

94. The Form 5500 for the year ended December 31, 2019 stated on Line 6(a)(1) that the "Total number of active participants at the beginning of the plan year" was "563." *Id.* at Verity-WeberMetals_000091. It stated on Line 6(a)(2) that the "Total number of active participants at the end of the plan year" was "678." *Id.*

95. The term "active participants," according to the Form 5500 instructions for Line 6(a), means "any individuals who are currently in employment covered by the plan and who are earning or retaining credited service under the plan." "Active participants" also "include any nonvested individuals who are earning or retaining credited service under the plan." But the term "does not include (a) nonvested former employees who have incurred the break in service period specified in the plan or (b) former employees who have received a 'cash-out' distribution or deemed distribution of their entire nonforfeitable accrued benefit."

96. Former employees, who might be entitled to receive benefits from the plan in future, were instead reported on *different* lines of the Form 5500. Line 6(b) stated that there was "1" "Retired or separated participants receiving benefits" and Line 6(c) stated that there were "157" "Other retired or separated participants entitled to future benefits." *Id.* at Verity-WeberMetals_000091.

97. The active participants in the Weber Metals retirement plan were U.S. residents. Weber Metals was based in the United States and had no overseas operations. Although it had many overseas *affiliates*, those affiliates were separate legal entities and their employees were not eligible for Weber Metal's "single employer" retirement plan. Furthermore, the accounting firm's statement, attached to the Form 5500 and quoted above, indicated that only "employees of Weber Metals, Inc." were eligible to participate.

22

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

98.   The Form 5500's report of the number of "active participants" in the plan is likely *lower* than the total number of Weber Metal's employees. That is because *some* employees (union employees, employees under 21 years of age, recently hired employees, or employees who opted out) may not have been eligible for or participating in the plan, as noted in the auditor's report. *Id.* at Verity-WeberMetals_000120 (heading: "General").

99.   Therefore, the Form 5500's report on Line 6(a)(2), that the "Total number of active participants at the end of the plan year" was "678," demonstrates that Weber Metals employed *at least* 678 persons residing in the United States on December 31, 2019.

100.   Exhibit D to this complaint is the Form 5500 for this Plan for the calendar year ending December 31, 2020. Like the earlier Form 5500 for the prior year, this form reported that the Plan was a "single employer" plan. Ex. D, at Verity-WeberMetals_000134. It was accompanied by an auditor's report by the same accounting firm. *Id.* at Verity-WeberMetals_000160. That report included substantially the same plan description, confirming which employees were eligible to participate. *Id.* at Verity-WeberMetals_000164. This Form 5500 stated that there were "697" active participants in the plan "at the beginning of the plan year" (i.e., January 1, 2020) and "382" active participants "at the end of the plan year" (i.e., December 31, 2020). *Id.* at Verity-WeberMetals_000135 (line 6(a)). The Line 6(a) instructions defining "active participant" were unchanged from 2019.

101.   This Form 5500's report on Line 6(a)(1), that the "Total number of active participants at the beginning of the plan year" was "697," demonstrates that Weber Metals employed *at least* 697 persons residing in the United States on January 1, 2020.

102.   The California WARN Act required Weber Metals to give advance public notice of any "mass layoff" (meaning a layoff of more than 50 employees

23

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

during any 30-day period). Weber Metals gave public notice pursuant to the California WARN Act *later* in 2020—but gave no such notice of any mass layoff occurring between January 1, 2020 and the end of April 2020.

103.   The Forms 5500—combined with the lack of any mass layoffs in early 2020—demonstrate that the "average number" of Weber Metals' U.S.-resident "employees," during "the preceding completed 12 calendar months" before its application, 13 C.F.R. § 121.106(a), was greater than 500.

### 2.   Weber Metals' Affiliate Schuco USA Employed More than 70 Persons Whose Principal Place of Residence Was In the United States

104.   Weber Metals was affiliated with Schuco USA LLLP ("Schuco USA") because the OTTO Group controlled or had the power to control both entities. 13 C.F.R. 121.301(f).

105.   Schuco USA's principal place of operations in 2020 was Newington, Connecticut. It designed and marketed building systems such as doors, windows, shades, and facades.

106.   Schuco USA is the administrator of a retirement plan for its employees. The plan's name is the Schuco USA LLLP 401(k) Plan. It is a "single employer" plan. Schuco USA is the plan's administrator.

107.   As required by Department of Labor and IRS regulations, the Schuco USA LLLP 401(k) Plan submits a Form 5500-SF to the Department of Labor every year. (The "SF" stands for "Short Form.").

108.   Exhibit E to this complaint is the Form 5500-SF for this plan for the calendar year ending December 31, 2019. It reports on Line 5(d)(1) that the "Total number of active participants at the beginning of the plan year" (i.e., January 1, 2019) was "69." *Id.* at Verity-WeberMetals_000081. It reports on Line 5(d)(2) that the "Total number of active participants at the end of the plan year" (i.e., December 31,

24

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

2019) was "76." *Id.* The definition of "active participant" was the same as the definition of this term in the Form 5500s filed by the Weber Metals Plan.

109.   The active participants in the Schuco USA retirement plan were U.S. residents. Schuco USA was based in the United States and had no overseas operations. Although it had many overseas *affiliates*, those affiliates were separate legal entities and their employees were not eligible for Schuco USA's "single employer" retirement plan.

110.   Exhibit F to this complaint is the Form 5500-SF for the Schuco USA retirement plan for the calendar year ending December 31, 2020. It reports on Line 5(d)(1) that the "Total number of active participants at the beginning of the plan year," i.e., January 1, 2020, was "76." *Id.* at Verity-WeberMetals_000085.

111.   These Schuco USA Forms 5500 demonstrate that this Weber Metals affiliate employed, on average, 72 U.S. residents per month throughout calendar year 2019.

112.   Thus, when Schuco USA's U.S.-resident employees (shown by its plan's Forms 5500) are added to Weber Metals' U.S.-resident employees (shown by its plan's Forms 5500), their combined "average number" of U.S.-resident "employees," during "the preceding completed 12 calendar months" before Weber Metals' application, 13 C.F.R. § 121.106(a), was greater than 500.

### 3.   Defendant's Affiliate OTTO FUCHS Drilling Solutions Inc. Had at Least One Employee Whose Principal Place of Residence Was the United States

113.   Defendant was affiliated with OTTO FUCHS Drilling Solutions Inc. because the OTTO Group controlled or had the power to control both entities. 13 C.F.R. 121.301(f).

114.   OTTO FUCHS Drilling Solutions Inc. is located in Dover, Delaware according to the OTTO Group's 2020 financial statement. Ex. A, at Verity-WeberMetals_000063.

25

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

115. OTTO FUCHS Drilling Solutions marketed products—such as aluminum drill pipe and related drilling products—for oil and gas operators.

116. In 2019 OTTO FUCHS Drilling Solutions had at least one employee (Roger Grissom) who resided in the United States.

### 4. Weber Metals Was Not Eligible for the SBA's "Safe Harbor"

117. As quoted above, IFR #1 (of April 2, 2020) and IFR #2 (of April 3, 2020) described the new 500-employee test, created by the CARES Act, as being directed solely to those employees of the applicant and its affiliates "whose principal place of residence is in the United States."

118. SBA later clarified that in fact the new 500-employee test applied to *all* employees regardless of where they resided. On May 21, the SBA published in the Federal Register a new Interim Final Rule that made this clear:

> Under existing SBA regulations, an entity is generally considered together with its affiliates for purposes of determining the entity's eligibility for SBA loans. See 13 CFR 121.301. SBA issued an interim final rule on affiliation (posted April 4, 2020) stating that PPP applicants are subject to the affiliation rules set forth in 13 CFR 121.301. See 85 FR 20817 (April 15, 2020). Those rules deem entities to be affiliates based on factors including stock ownership, overlapping management, and identity of interest. Of relevance here, SBA's affiliation rules provide that in determining an entity's number of employees, employees of the entity "and all of its domestic and foreign affiliates" are included. As a result, in most cases, a borrower is considered together with its U.S. and foreign affiliates for purposes of determining eligibility for the PPP. Based on that methodology, the borrower application form (SBA Form 2483), which all applicants must complete and submit, includes a certification that the applicant "employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 CFR 121.201 for the Applicant's industry." To provide further clarification of this methodology, SBA issued guidance on May 5, 2020 (FAQ 44) stating that an applicant must count all of its employees and the employees of its U.S. and foreign affiliates, absent a waiver of or an exception to the affiliation rules.

26

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Some market participants have indicated that there may be uncertainty regarding whether PPP applicants must include employees of foreign affiliates in their employee counts, because SBA has previously issued guidance stating that an entity is eligible for a PPP loan if it has 500 or fewer employees whose principal place of residence is in the United States. See 85 FR 20811, 20812 (April 15, 2020). As described above, the generally applicable 500-employee size standard is subject to the application of SBA's affiliation rules, as well as numerous other eligibility requirements. See, e.g., 13 CFR 120.110 (listing 18 types of ineligible businesses); SBA Form 2483 (including mandatory applicant representations regarding defaults on previous government loans or guarantees, Federal suspension or debarment, and criminal backgrounds). The reference in SBA guidance to employees whose principal place of residence is in the United States is relevant to a PPP applicant's calculation of payroll for purposes of determining the PPP loan amount and to the calculation of loan forgiveness. The fact that an applicant might be eligible for a PPP loan if it has 500 or fewer U.S. employees does not mean that the applicant is not also subject to the other requirements applicable to the PPP. Instead, an applicant is eligible for a PPP loan only if it meets all applicable eligibility criteria. If an applicant, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard, it is not eligible for a PPP loan.

SBA, *Business Loan Program Temporary Changes; Paycheck Protection Program—Treatment of Entities With Foreign Affiliates*, 85 Fed. Reg. 30,835, 30,836 (May 21, 2020) (emphasis added) (the "**Safe Harbor Regulation**").

119.   In that same May 21 IFR, the SBA also promulgated a "Safe Harbor" rule. Specifically, the SBA stated that "as an exercise of enforcement discretion due to reasonable borrower confusion based on SBA guidance (which was later resolved through a clarifying FAQ on May 5, 2020), SBA will not find any borrower that applied for a PPP loan prior to May 5, 2020 to be ineligible based on the borrower's exclusion of non-U.S employees from the borrower's calculation of its employee headcount *if the borrower (together with its affiliates) had no more than 500 employees whose principal place of residence is in the United States*." *Id.* at 30,837 (Emphasis added).

27

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

120.    Weber Metals submitted its loan application before May 5, 2020 and therefore would have been eligible for the Safe Harbor *if* Weber Metals, "(together with its affiliates) had no more than 500 employees whose principal place of residence is in the United States." *Id.*

121.    Weber Metals is *not* eligible for the Safe Harbor, however, because as set forth above, it and its affiliates *did* employ "more than 500 employees whose principal place of residence is in the United States." *Id.*

**IV.    Weber Metals Made Its False Representations With *Scienter***

122.    Weber Metals acted with *scienter*—specifically, with at least a "reckless disregard of the truth," 31 U.S.C. § 3729(b)(1)—when it made the false certifications contained in its loan application. Those false certifications were: (1) that Weber Metals "employs no more than the greater of 500 or [sic] employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry" and (2) that Weber Metals was "eligible to receive a loan under the rules in effect at the time this application is submitted." Ex. H, at 2.

123.    The *scienter* to be assessed is the *corporate* scienter of Weber Metals— not the *scienter* of whatever individual happened to sign the First Draw loan application. That is because Weber Metals (and not that individual) is the Defendant in this action. Weber Metals is the "person" that is alleged to have "presente[d]" or "cause[d] to be presented" the "false or fraudulent claim," 31 U.S.C. § 3729(a)(1)(A); that is alleged to have "ma[de]" or "cause[d] to be made" the "false … statement[s]" in the loan application, *id.* (a)(1)(B); and that is alleged to have "ma[de]" or "cause[d] to be made" the false statement "material to" its "obligation to pay" back the loan, *id.* (a)(1)(G).

124.    The statements made in the loan application are attributable to Weber Metals.

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

125.   The application form repeatedly stated that it required the signature of an "authorized representative" of Weber Metals. *See* Ex. H, at 1-2 (highlighted application form).

126.   Weber Metals authorized the filing of the application and the statements and certifications contained in it.

127.   Weber Metals received and kept the $10 million.

128.   An applicant acts with "reckless disregard of the truth," for purposes of FCA *scienter*, if the applicant "burie[s] his head in the sand" and "fail[s] to make simple inquiries which would alert him that false claims are being submitted." *United States v. Bourseau*, 531 F.3d 1159, 1168 (9th Cir. 2008).

129.   Even the most "simple" of "inquiries," *id.*, would have alerted Weber Metals that certifications contained in its loan application—that it "employs no more than the greater of 500 or [sic] employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry" and that it was "eligible to receive a loan under the rules in effect at the time this application is submitted"—were false.

130.   The first day that Weber Metals could have submitted its application was April 3, 2020. One day before that—on April 2, 2020—the SBA published online its first Interim Final Rule ("IFR #1") regarding eligibility for First Draw loans.

131.   Weber Metals either reviewed the April 2 IFR #1 or, if Weber Metals failed to do so, then Weber Metals demonstrated reckless disregard of the truth.

132.   The April 2 IFR #1 specifically directed Weber Metals to apply the affiliation rules contained in 13 C.F.R. 121.301(f).

133.   Weber Metals either reviewed the documents that SBA posted online on April 3—IFR #2 and the two-page "AFFILIATION RULES" document—or else demonstrated reckless disregard of the truth by not doing so.

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

134. IFR #2 and the two-page "AFFILIATION RULES" document reaffirmed that Weber Metals was required to apply the affiliation rules contained in 13 C.F.R. 121.301(f).

135. Weber Metals either reviewed 13 C.F.R. 121.301(f) or, if Weber Metals failed to do so, then Weber Metals demonstrated reckless disregard of the truth.

136. The version of 13 C.F.R. 121.301(f) in effect in April 2020 made clear and obvious in paragraph (f)(6) that Weber Metals was required to include, in its count of employees, persons employed by its affiliates. *See* Ex. J, at 1.

137. Weber Metals knew that it was wholly owned by the OTTO Group.

138. Weber Metals knew that the OTTO Group had many other subsidiaries.

139. The same regulation—13 C.F.R. 121.301(f)—made clear and obvious that Weber Metals was affiliated with all subsidiaries of OTTO Group because the OTTO Group "*controls or has the power to control*" Weber Metals and all of OTTO Group's other subsidiaries. 13 C.F.R. § 121.301(f) (emphasis added).

140. A long-standing SBA regulation—entitled "How does SBA calculate number of employees?"—required Weber Metals to count employees using the average employee count over the prior 12 months preceding its application. 13 C.F.R. § 121.106(b)(1) (Exhibit K). Weber Metals either reviewed and applied that regulation or else demonstrated reckless disregard of the truth by not doing so.

141. Weber Metals knew that the OTTO Group's other subsidiaries employed many thousands of people.

142. Weber Metals knew that the OTTO Group had net worth and net income far in excess of the SBA's alternative-size standard ($15 million net worth; $5 million average annual net income).

143. Weber Metals knew that it, itself, employed more than 500 persons whose principal place of residence was the United States.

144. Weber Metals knew—or could have discovered through a simple

30

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

inquiry—that Schuco USA LLLP was owned by the OTTO Group and located in the United States.

145.  Weber Metals knew—or could have discovered through a simple inquiry—that Schuco USA LLLP employed more than 70 persons whose principal place of residence was the United States.

146.  Weber Metals knew—or could have discovered through a simple inquiry—that it was *ineligible* for the First Draw loan under any of the three eligibility tests.

## CAUSES OF ACTION

**I.    First Cause of Action: Submitting False Claims for Payment (31 U.S.C. § 3729(a)(1)(A))**

147.  Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

148.  Defendant violated 31 U.S.C. § 3729(a)(1)(A) by knowingly presenting and/or causing to be presented to the lender claims for approval of a First Draw PPP loan.

149.  The Defendant's knowingly false claim in its SBA Form 2483 was material to the lender's decisions to issue the First Draw PPP loan and was material to the SBA's decision to forgive that loan and pay the lender.

150.  But for Defendant's knowingly false claim, the lender would not have issued the loan and the SBA would not have forgiven it.

151.  The First Draw PPP loan that Defendant obtained was money that was intended by the Government to be spent or used to advance the Government's program and interest in assisting qualified and eligible small businesses to survive the COVID-19 epidemic and to continue to employ their workers.

152.  The First Draw PPP loan that Defendant obtained was money that the Government effectively and in practice provided to the lender, by means of the

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Government's 100% guarantee to the lender of repayment by the Government in the case of default by the borrower.

153. The Government later reimbursed the lender 100% of the amounts of Defendant's First Draw PPP loan, with interest.

## II. Second Cause of Action: Making or Causing to Be Made a False Record or Statement Material to a False Claim (31 U.S.C. § 3729(a)(1)(B))

154. Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

155. Defendant violated 31 U.S.C. § 3729(a)(1)(B) by knowingly making or causing to be made false records and statements—namely, its SBA Form 2483 and its included certifications—to support the false claim submitted to the lender for approval of a First Draw PPP loan.

156. Defendant's knowingly false records and statements were material to the lender's decision to issue the First Draw PPP loan and were material to the SBA's decision to forgive the loan and pay the lender.

157. But for Defendant's knowingly false records and statements, the lender would not have issued the loan and the SBA would not have forgiven it.

## III. Third Cause of Action: Improperly Avoiding an Obligation to Pay or Transmit Money (31 U.S.C. § 3729(a)(1)(G))

158. Relator repeats, realleges, and incorporates the allegations set forth in the paragraphs above as though fully set forth herein.

159. Defendant violated 31 U.S.C. § 3729(a)(1)(G) by knowingly and improperly avoiding its obligation to repay the loan to the lender.

160. The term "obligation" means "an established duty, whether or not fixed, arising from an express or implied contractual, grantor-grantee, or licensor-licensee relationship, from a fee-based or similar relationship, from statute or regulation, or from the retention of any overpayment." 31 U.S.C. § 3729(b)(3).

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

161.    Defendant's first "obligation" arose from its lending contract with the lender. That contract required Defendant to repay the loan. The lender was delegated authority to act in the Government's place in providing the loan. *See* 15 U.S.C. § 636(F)(ii). The Government was the loan's guarantor and the Government later paid the full loan amount, plus interest and processing fees, to the lender after the loan was forgiven.

162.    Because Defendant was ineligible to receive the loan in the first place, Defendant was also ineligible to have the loan forgiven. *See* 15 U.S.C. § 637(J)(ii) (only an "eligible entity shall be eligible for forgiveness"); *see also Business Loan Program Temporary Changes; Paycheck Protection Program—Requirements— Loan Forgiveness*, 85 Fed. Reg. 33,004, at 33,005 (June 1, 2020) (if "the borrower was ineligible for the PPP loan based on the provisions of the CARES Act, SBA rules or guidance available at the time of the borrower's loan application, or the terms of the borrower's PPP loan application (for example, because the borrower lacked an adequate basis for the certifications that it made in its PPP loan application), the loan will not be eligible for loan forgiveness"); SBA Procedural Notice No. 5000-20078, at 2 (Jan. 15, 2021) (if "a borrower was ineligible for any portion of its loan amount, forgiveness will be denied for the ineligible portion").[13]

163.    Defendant's First Draw loan was forgiven by the SBA on or about June 22, 2021.

164.    In order to obtain forgiveness, Defendant submitted a Forgiveness Application to the lender.[14] The lender and the Government relied on that application in determining to forgive the loan. By submitting Forgiveness Application,

---

[13] https://home.treasury.gov/system/files/136/PPP--Procedural-Notice--PPP-Excess-Loan-Amount-Errors.pdf.
[14] https://www.sba.gov/sites/default/files/2021-07/PPP%20--%20Forgiveness%20Application%20and%20Instructions%20--%203508%20%287.30.2021%29-508.pdf.

33

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

Defendant implicitly certified that it was eligible for the loans in the first place. That certifications was false because Defendant was ineligible.

165. By submitting the Forgiveness Application to the lender, Defendant knowingly and improperly avoided its obligation to repay the loan.

166. By the time of Defendant's Forgiveness Application in June 2021, it was clear and obvious that Defendant was ineligible for the First Draw loan to begin with, for all the reasons given above. Defendant knew it was not eligible for the "Safe Harbor" regulation because Defendant and its U.S.-based affiliate Schuco USA LLLP together employed more than 500 persons whose principal place of residence was the United States.

167. In addition to Defendant's "obligation" to repay the loan as required by the loan contract, Defendant also had an "obligation" to repay the value of the loan to the SBA because both the loan and the loan's subsequent forgiveness constituted "overpayments" to Defendant. 31 U.S.C. § 3729(b)(3) (defining "obligation" to include "an established duty … arising from … retention of any overpayment"). The loan and its repayment by SBA were "overpayments" because Defendant was not eligible to receive them. *See* 31 U.S.C.A. § 3351(4) (an "overpayment" is an "improper payment" including "any payment to an ineligible recipient"); *id.* (5) ("payment" includes "any transfer or commitment for future transfer of Federal funds such as … loan guarantees").

168. Defendant continues to this day to knowingly and improperly avoid its obligation to repay the value of the loans to the SBA.

### PRAYER FOR RELIEF

**WHEREFORE**, Relator requests judgment against Defendant for: (i) three times the amount of damages that the United States has sustained (including the full amount of the forgiven First Draw PPP loan and interest thereon, plus all processing fees paid by the Government); (ii) the maximum civil penalties allowed by law; (iii)

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

an award to Relator for the maximum allowed under 31 U.S.C. § 3730(d); (iv) an award of attorney's fees, costs, and expenses; (v) interest as provided by law; and (vi) any other relief that this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby demands a trial by jury.

Dated: July 16, 2026

Respectfully submitted,

**SUSMAN GODFREY LLP**

By: */s/ Steven M. Shepard*
STEVEN M. SHEPARD (*pro hac vice* application submitted 2/27/26)
sshepard@susmangodfrey.com
SHAULI BAR-ON (CA 356650)
sbar-on@susmangodfrey.com
**SUSMAN GODFREY L.L.P**.
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

OLEG ELKHUNOVICH (CA 269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

35

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

**INDEX OF EXHIBITS**

*Note: all highlighting on exhibits was added by Verity.*

**Exhibit A** = OTTO Group 2020 Consolidated Financial Statements (Bates Verity-WeberMetals_000047–80)

**Exhibit B** = Screenshot of Bundesanzeiger Website

**Exhibit C** = Weber Metals 2019 Form 5500 (Bates Verity-WeberMetals_000090–133)

**Exhibit D** = Weber Metals 2020 Form 5500 (Bates Verity-WeberMetals_000134–176

**Exhibit E** = Schuco 2019 Form 5500 (Bates Verity-WeberMetals_000081–84)

**Exhibit F** = Schuco 2020 Form 5500 (Bates Verity-WeberMetals_000085–88)

**Exhibit G** = U.S. Dep't of Labor Efast Website – Form 5500 Search

**Exhibit H** = Second Draw PPP Loan Application (SBA Form 2483–SD)

**Exhibit I** = IFR #1, initially posted April 2, 2020 (as captured on SBA website April 5, 2020)

**Exhibit J** = 13 C.F.R. § 121.301 – What size standards and affiliation principles are applicable to financial assistance programs? (effective Mar. 27, 2020 to Sept. 7, 2021)

**Exhibit K** = 13 C.F.R. § 121.106 – How Does SBA Calculate Number of Employees? (effective Jan. 6, 2020 to July 5, 2022)

**Exhibit L** = 13 C.F.R. § 121.201 – What size standards has SBA identified by North American Industry Classification System codes? (effective Nov. 20, 2019 to May 1, 2022)

**Exhibit M** = IFR #2, initially posted April 3, 2020 (as captured on SBA website April 4, 2020)

**Exhibit N** = Affiliation Rules for PPP (Apr. 3, 2020)

36

FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

# EXHIBIT A

OTTO Group 2020 Consolidated
Financial Statements
(Bates Verity-WeberMetals_000047-80)

# Search result

| name | Area | information | V.-Date |
|------|------|-------------|---------|
| OTTO FUCHS Beteiligungen KG (formerly: OTTO FUCHS - Kommanditgesellschaft) Meinerzhagen | Accounting/ Financial Reports | Consolidated financial statements for the financial year from 1 January 2020 to 31 December 2020 | January 25, 2022 |

---

## OTTO FUCHS Beteiligungen KG (formerly: OTTO FUCHS - Kommanditgesellschaft)

### Meinerzhagen

## Disclosure of certain consolidated financial statements and consolidated management report as of December 31, 2020

### Application of commercial law regulations

Otto Fuchs Beteiligungen KG; registered in the Iserlohn District Court under HRA 2592, is a partnership under the provisions of the second section of the German Commercial Code (HGB) and is required to prepare and disclose consolidated financial statements and a consolidated management report in accordance with Section 13 of the HGB in conjunction with Sections 294 to 315.

The profit and loss statement is not published in accordance with Section 13 Paragraph 3 Sentence 2 of the German Disclosure Act (PublG) in conjunction with Section 5 Paragraph 5 Sentence 3 of the PublG. The information required instead is provided in an appendix to the balance sheet. By analogy with the PublG (Section 13 Paragraph 3 Sentence 2 PublG) for the management report and notes to the financial statements, the statements, derivations, and explanations made therein regarding the earnings situation and the financial performance indicators are also limited to the key figures specified in Section 5 Paragraph 5 Sentence 3 of the PublG: revenue, income from investments, and personnel expenses or number of employees.

**Consolidated financial statements as of December 31, 2020**

**assets**

|  | 31.12.2020<br>T€ | 31.12.2019<br>T€ |
|---|---|---|
| A. Fixed assets | | |
| I. Intangible assets | | |
| 1. Concessions, industrial property rights and similar rights and assets acquired for consideration, as well as licenses to such rights and assets | 24,003 | 27,733 |
| 2. Goodwill or company value | 9,673 | 10,987 |
| 3. Down payments made | 6,473 | 4,333 |
| | 40,149 | 43,053 |
| II. Tangible assets | | |
| 1. Land, rights equivalent to land ownership and buildings, including buildings on land owned by others. | 342,447 | 304,574 |
| 2. Technical equipment and machinery | 366,190 | 401,500 |
| 3. Other equipment, plant and business equipment | 74,739 | 75,441 |
| 4. Advance payments made and investments in construction | 167,537 | 128,424 |
| | 950,913 | 909,939 |
| III. Financial investments | | |
| 1. Other holdings | 9,993 | 9,985 |
| 2. Securities held as fixed assets | 4,979 | 5,620 |
| 3. Other loans | 7,068 | 7,036 |
| | 22,040 | 22,641 |
| | 1,013,102 | 975,633 |
| B. Current assets | | |
| I. Supplies | | |
| 1. Raw materials, supplies and operating materials | 91,264 | 85,984 |
| 2. Work in progress, unfinished services | 309,898 | 325,276 |
| 3. Finished products and goods | 295,041 | 334,995 |
| 4. Down payments made | 4,184 | 10,362 |
| | 700,387 | 756,617 |
| II. Receivables and other assets | | |
| 1. Receivables from deliveries and services | 321,119 | 380,463 |
| 2. Other assets | 68,727 | 41,838 |
| | 389,846 | 422,301 |

| | 31.12.2020 T€ | 31.12.2019 T€ |
|---|---|---|
| III. Cash on hand, balances with credit institutions | 331,177 | 215,178 |
| | 1,421,410 | 1,394,096 |
| C. Accruals and deferrals | 16,495 | 12,363 |
| D. Deferred tax assets | 19,527 | 26,462 |
| E. Active difference amount from asset netting | 272 | 366 |
| | 2,470,806 | 2,408,920 |

**liabilities**

| | 31.12.2020 T€ | 31.12.2019 T€ |
|---|---|---|
| A. Equity | | |
| I. Limited Partnership Contributions | 115,000 | 115,000 |
| II. Reserves | 227,801 | 227,801 |
| III. Special Accounts | 757,371 | 718,889 |
| IV. Other retained earnings | 322,978 | 430,737 |
| V. Equity difference from currency translation | -21,844 | 16,518 |
| VI. Balancing items for the shares of other shareholders | 4,676 | 4,357 |
| | 1,405,982 | 1,513,302 |
| B. Special items for investment grants and investment allowances | 6,571 | 5,529 |
| C. Provisions | | |
| 1. Provisions for pensions and similar obligations | 58,080 | 60,377 |
| 2. Tax provisions | 14,526 | 10,677 |
| 3. Other provisions | 249,851 | 156,870 |
| | 322,457 | 227,924 |
| D. Liabilities | | |
| 1. Liabilities to credit institutions | 148,114 | 84,164 |
| 2. Down payments received on orders | 35,899 | 33,245 |
| 3. Liabilities from deliveries and services | 121,006 | 162,991 |
| 4. Other liabilities | 423,478 | 377,910 |
| | 728,497 | 658,310 |
| E. Accruals and deferrals | 2,426 | 500 |
| F. Passive deferred taxes | 4,873 | 3,355 |
| | 2,470,806 | 2,408,920 |

**Annex to the consolidated financial statements intended for disclosure pursuant to Section 13 Paragraph 3 Sentence 2 of the German Disclosure Act (PublG) in conjunction with Section 5 Paragraph 5 Sentence 3 of the German Disclosure Act (PublG).**

### OTTO FUCHS Beteiligungen KG, Meinerzhagen

**1. Sales revenue in accordance with Section 277 Paragraph 1 of the German Commercial Code (HGB)**

Sales revenue amounted to €2,579,537 (previous year: €2,986,792).

**2. Income from investments**

Income from investments amounted to €179,000 (previous year: €186,000).

**3. Wages and salaries, social security contributions, and expenses for old-age provision and** support.

€636,839 T€ (previous year: €716,554 T€) was spent on wages and salaries, social security contributions, and expenses for retirement provision and support.

**4. Valuation and depreciation methods**

The relevant explanations are provided in the notes to the consolidated financial statements.

**5. Number of employees**

On average, 10,397 employees were employed in 2020 (compared to 10,413 employees in the previous year).

**Meinerzhagen, August 9, 2021**

*Personally liable partners of OTTO FUCHS Beteiligungen KG, Meinerzhagen*

*Dr. Hinrich Mählmann*

*Andreas Engelhardt*

### Regarding the disclosure of certain consolidated financial statements for 2020

### OTTO FUCHS Beteiligungen KG, Meinerzhagen

**1. General**

The parent company of the group was renamed OTTO FUCHS Beteiligungen KG (formerly OTTO FUCHS KG) by resolution of the shareholders on October 29, 2020. The change of company name was entered in the commercial register on November 30, 2020.

Furthermore, the operational business of the group's parent company, OTTO FUCHS Beteiligungen KG, was spun off retroactively to January 1, 2020 into OTTO FUCHS Management KG - now operating under the name OTTO FUCHS KG.

OTTO FUCHS Beteiligungen Kommanditgesellschaft (registered at the Iserlohn Local Court under HRA 2592) has prepared its consolidated financial statements for the 2020 financial year in accordance with the provisions of Sections 11 et seq. of the German Publication Act

(PublG) in conjunction with Sections 290 to 314 of the German Commercial Code (HGB). The consolidated financial statements will be submitted electronically to the operator of the Federal Gazette.

## 2. Group consolidation scope and group balance sheet date

The consolidated financial statements of OTTO FUCHS Beteiligungen Kommanditgesellschaft as of December 31, 2020, comprise the annual financial statements of the subsidiaries listed in the shareholder register, all prepared as of the same date. The only exception is the balance sheet date for the financial statements of SCHÜCO India Private Limited, Mumbai/India, which is March 31 of each year. SCHÜCO India Private Limited prepared interim financial statements as of the consolidated balance sheet date.

The scope of consolidation increased by four units in fiscal year 2020 compared to the previous year. However, comparability with the previous year remains.

In addition to the establishment of a holding structure in OTTO FUCHS Beteiligungen KG and the associated spin-off of the operating business into OTTO FUCHS KG, and the new companies explained below, the scope of consolidation increased by three further companies in the past financial year 2020:

Schueco Korea Ltd., Seoul, was founded in August 2020. The company is fully consolidated in the group's financial statements. The Korean subsidiary is intended to strengthen and expand market awareness and sales reach in the region.

Schüco Coating Management GmbH, Bielefeld, was entered in the commercial register on November 13, 2020. The company's purpose is to assume management and personal liability in the legal form of a limited partnership. Schüco Coating Management GmbH is a shareholder in Schüco Coating Solutions GmbH & Co. KG, Bielefeld, which was entered in the commercial register on November 19, 2020.

Both companies are fully consolidated in the consolidated financial statements. Schüco International KG holds two-thirds of the shares, and HCK Beteiligungen GmbH & Co. KG, based in Ennigerloh, holds one-third of the shares, which are reflected in the minority share disclosure. The business of Schüco Coating Solutions GmbH & Co. KG will encompass surface finishing. For this purpose, capacities are being developed at the Schüco site in Wertingen, and construction of the production hall will begin in 2021.

The list of shareholdings is attached as an appendix. Any changes to the company name can be found in this appendix.

## 3. Consolidation principles

For initial consolidations on or after January 1, 2010, the revaluation method pursuant to Section 301 Paragraph 1 of the German Commercial Code (HGB) is applied. This involves offsetting the carrying amount of the parent company's shares in a subsidiary included in the consolidated financial statements against the amount of equity of the subsidiary attributable to these shares. Equity is to be recognized at the amount corresponding to the fair value of the assets, liabilities, accruals, and special items to be included in the consolidated financial statements at the acquisition date or the date of initial consolidation. For initial consolidations up to and including December 31, 2009, capital consolidation was carried out according to the carrying amount method pursuant to Section 301 of the German Commercial Code (HGB) as amended.

Receivables and payables between the included fully consolidated companies are eliminated.

Sales revenue and other income from deliveries and services between the companies included in the consolidated financial statements are offset against the corresponding expenses. Significant intercompany profits are also eliminated.

## 4. Accounting and valuation principles

Additions to property, plant, and equipment, as well as intangible assets acquired from third parties for consideration, are capitalized at acquisition or production cost. Property, plant, and equipment with a limited useful life, as well as intangible assets, are depreciated

systematically over their useful lives. In the event of permanent impairment, unscheduled write-downs to fair value are recognized.

Assets acquired up to December 31, 2010, will be depreciated using either the straight-line or declining-balance method. From January 1, 2011, onwards, all assets acquired will be depreciated exclusively using the straight-line method.

Goodwill acquired for consideration after December 31, 2015, is amortized over a useful life of ten years in accordance with Section 253 Paragraph 3 Sentence 4 of the German Commercial Code (HGB). Market entry barriers are high in the markets in which the OTTO FUCHS Group operates. The life cycles of our products are long and extend well beyond five years, thus justifying a long amortization period for goodwill.

The production costs of self-constructed plants include not only the directly attributable costs but also appropriate portions of the necessary material and manufacturing overhead costs and the depreciation of fixed assets, insofar as this is caused by the production process.

Financial assets are valued at acquisition cost or at the lower of cost or fair value.

Inventories were valued at acquisition or production cost, or the lower of cost or fair value. Permissible valuation methods (actual acquisition cost, average acquisition cost, and the LIFO method) were applied. Production costs included not only directly attributable costs but also appropriate proportions of necessary manufacturing and material overhead, as well as depreciation of fixed assets to the extent it resulted from production.

Receivables and other assets are valued at their nominal value or the lower fair value. For receivables, identifiable individual risks have been taken into account through valuation allowances. General credit risk is adequately covered by a general valuation allowance for receivables. Short-term receivables and assets denominated in foreign currencies are translated at the spot exchange rate on the balance sheet date in accordance with Section 256a of the German Commercial Code (HGB).

Liquid assets are valued at their nominal value.

Accruals and deferrals relate to expenses or revenues booked before the balance sheet date that are to be allocated to a later financial year.

Deferred taxes are calculated due to time differences between the commercial and tax balance sheets of the individual financial statements, in the course of adjusting the individual financial statements to the uniform valuation within the group, and on other consolidation processes that affect profit or loss and have a limited time impact.

If, based on an overall assessment, the financial statements or balance sheets of the consolidated companies show an excess of deferred tax liabilities, this excess is recognized as required by law. For the recognition of excess deferred tax assets, there is an option to capitalize them, provided they do not relate to consolidation entries. This option is exercised uniformly and consistently in the consolidated financial statements by capitalizing the deferred taxes. The presentation is unnetted.

Investment allowances and subsidies are accounted for by capitalizing the full acquisition or production costs and creating a special item equal to the allowance or subsidy amount attributable to the respective asset (gross liability). The amortization of the investment allowances and subsidies is carried out in accordance with the depreciation of the asset.

The allocation of funds to the special accounts and the private accounts of the shareholders, which are shown under other liabilities, is based on the provisions of the articles of association and the commercial results of the group's parent company, OTTO FUCHS Beteiligungen KG. The results generated in the group entities, as well as the consolidation entries, are offset against the other retained earnings.

Provisions for pensions and similar obligations are valued based on actuarial calculations using the modified partial value method, taking into account the 2018 G mortality tables by Prof. Dr. Heubeck. For the 2020 financial year, the provisions for pensions and similar obligations were discounted, unchanged from the previous year, using the average market interest rate for the past ten years published by the Deutsche Bundesbank in December 2020, assuming a remaining term of 15 years (Section 253 Paragraph 2 Sentence 2 of the German Commercial Code). The average market interest rate for the past ten years is 2.30% (previous year: 2.71%). The difference between the approach to the pension provision as of December 31, 2020, using the average market interest rate over the past 10 years and using the average market interest rate over the past 7 years amounts to €3,111,000 (previous year: €3,482,000).

The determination of provisions for pensions and similar obligations was based on annual wage and salary increases in the range of 2.0% - 3.0% (previous year: 2.0% - 3.0%) and pension increases in the range of 1.50% to 2.0% annually (previous year: 1.5% to 2.0%) as well as the expected employee development (turnover).

The valuation of provisions for partial retirement obligations and anniversary bonuses is also carried out using the corresponding parameters, analogous to the determination of pension provisions. In this respect, the group of companies follows the IDW Statement on Accounting (IDW RS HFA 3).

Other provisions take into account all identifiable risks and uncertain liabilities.

Provisions with a remaining term of more than one year are discounted regardless of the nature of their underlying obligation. According to Section 253 Paragraph 2 of the German Commercial Code (HGB), the interest rate used for discounting provisions is the average market interest rate appropriate to the term of the past seven financial years.

Liabilities are valued at the settlement amount.

In 2020, the OTTO FUCHS Group paid short-time work compensation to its employees. A receivable from the Federal Employment Agency is recorded monthly in the amount paid out. This is presented in the profit and loss statement in a profit-neutral manner: the short-time work compensation paid out, recorded as personnel expenses, is offset against the reimbursement from the Federal Employment Agency. The OTTO FUCHS Group uses two different approaches to report the flat-rate reimbursements of employer-paid social security contributions. In the OTTO FUCHS subgroup, these reimbursements are a pass-through item, as they are shown in the profit and loss statement under personnel expenses. In the SCHÜCO subgroup, they are shown in the profit and loss statement under other operating income and are therefore not treated as pass-through items.

## 5. Basics for converting foreign currencies

The conversion of financial statements denominated in foreign currencies is carried out in accordance with Section 308a of the German Commercial Code (HGB). Accordingly, the balance sheets of foreign subsidiaries are generally converted into euros using the spot exchange rate method on the balance sheet date. Average exchange rates are used for the conversion of profit and loss statements. Equity (excluding net income) is converted at historical exchange rates.

The difference of €21,844 (previous year: €16,518) resulting from the currency translation of the balance sheets is shown in equity under the item "Equity difference from currency translation".

Receivables and payables in foreign currency are valued at the exchange rate on the date of the transaction or at the hedged exchange rates. Losses arising from exchange rate fluctuations in unhedged transactions are recognized in profit or loss. For unhedged transactions with a remaining term of one year or less, the translation is performed at the spot exchange rate on the balance sheet date, and unrealized gains are also recognized in profit or loss in accordance with Section 256a of the German Commercial Code (HGB) in conjunction with Section 253 Paragraph 1 Sentence 1 HGB and Section 252 Paragraph 1 No. 4 Sentence 2 HGB.

## 6. Details of the balance sheet

Verity-WeberMetals_000053

Search result Federal Gazette

The composition and development of fixed assets can be seen in the asset schedule (see appendix).

The goodwill resulting from the consolidation of equity amounted to €9,673 thousand as of December 31, 2020 (previous year: €10,987 thousand). Goodwill acquired before January 1, 2010, continues to be amortized linearly over a useful life of 15 years. Goodwill acquired for consideration after December 31, 2015, is amortized over a useful life of ten years in accordance with Section 253 Paragraph 3 Sentence 4 of the German Commercial Code (HGB). The useful life is derived from the use of the brand and brand-like advantages, as well as the know-how of the employees, which are essential components of the goodwill.

In the reporting year, total amortization of goodwill amounting to €1,385 thousand (previous year: €1,959 thousand) was recognized. Intangible assets and property, plant, and equipment are amortized over their useful lives.

Other assets amounting to €3,569,000 (previous year: €2,021,000) have a remaining term of more than one year. The increase compared to the previous year is due to a warranty extension by Weber Metals Inc.

The remaining receivables reported on the balance sheet date have a remaining term of less than one year, as in the previous year.

Overall, as of the balance sheet date, there is an excess of deferred tax assets of €14,654 thousand (previous year: €23,107 thousand). These are mainly due to temporary differences in fixed and current assets, provisions and liabilities, as well as to tax loss carryforwards recognized in some units.

For the valuation of deferred taxes, company-specific tax rates were used. For German companies, trade tax rates between approximately 12.25% and 16.8% are considered due to varying multipliers. Corporate income tax for German corporations is deferred at 15.825%. Deferred taxes in the foreign reporting entities are valued using the tax rates applicable in those countries, ranging from 9.00% to 35%.

The conversion of pension provisions under the German Accounting Law Modernization Act (BilMoG) as of January 1, 2010 (BilMoG opening balance sheet) resulted in an addition of €14,792 thousand compared to the previous approach as of December 31, 2009. The OTTO FUCHS Group has thus far partially exercised the option under Article 67 Paragraph 1 Sentence 1 of the Introductory Act to the German Commercial Code (EGHGB) and has spread the conversion expense linearly over a maximum period of 15 years. As of the balance sheet date, the underfunding of pension provisions therefore amounts to €2,642 thousand (previous year: €3,302 thousand).

The liabilities arising from partial retirement (ATZ) amount to €11,815 thousand as of the balance sheet date (previous year: €9,500 thousand) and are offset against assets that serve exclusively to fulfill the ATZ obligation and are protected from access by all other creditors (so-called cover assets). The cover assets are valued at fair value. The fair value of the offset assets was determined based on stock market prices and the fair values of bank balances and amounts to €4,734 thousand as of December 31, 2020 (previous year: €3,934 thousand); the acquisition cost of the cover assets amounted to €4,740 thousand (previous year: €3,953 thousand). If the asset value exceeds the liabilities, it is presented as "Active difference from asset offsetting" on the asset side of the balance sheet. As of December 31, 2020, the positive difference amounted to €272,000 (previous year: €366,000). Current income of €22,000 (previous year: €3,000) generated from the plan assets is reported in the financial result.

liabilities

| December 31, 2020 | Total €1,000 | of which with a remaining term | | |
| --- | --- | --- | --- | --- |
| | | up to 1 year T€ | 1 to 5 years T€ | more than 5 years T€ |
| 1. Liabilities to credit institutions | 148,114 | 58,217 | 54,613 | 35,284 |
| 2. Down payments received on orders | 35,899 | 35,899 | 0 | 0 |

Verity-WeberMetals_000054    8/34

| December 31, 2020 | Total €1,000 | up to 1 year T€ | of which with a remaining term | |
| | | | 1 to 5 years T€ | more than 5 years T€ |
|---|---|---|---|---|
| 3. Liabilities from deliveries and services | 121,006 | 121,006 | 0 | 0 |
| 4. Other liabilities | 423,478 | 423,366 | 101 | 10 |
| | 728,497 | 638,488 | 54,714 | 35,294 |

| December 31, 2019 | Total €1,000 | up to 1 year T€ | of which with a remaining term | |
| | | | 1 to 5 years T€ | more than 5 years T€ |
|---|---|---|---|---|
| 1. Liabilities to credit institutions | 84,164 | 13,162 | 58,506 | 12,496 |
| 2. Down payments received on orders | 33,245 | 33,245 | 0 | 0 |
| 3. Liabilities from deliveries and services | 162,991 | 162,991 | 0 | 0 |
| 4. Other liabilities | 377,910 | 377,910 | 0 | 0 |
| | 658,310 | 587,308 | 58,506 | 12,496 |

As of December 31, 2020, OTTO FUCHS Technology (Shenyang) Co. Ltd. had liabilities to credit institutions amounting to €1,128,000 secured by fixed assets of €235,000. Furthermore, mortgages totaling €25,000 were issued in connection with the construction of a new administration and operations building complex for OTTO FUCHS KG.

Other liabilities arising from taxes amount to €22,076 thousand (previous year: €19,949 thousand), while social security liabilities amount to €3,317 thousand (previous year: €3,196 thousand). Contingent liabilities and other financial obligations exist within the usual scope for:

| Other financial obligations | 31.12.2020 T€ | 31.12.2019 T€ |
|---|---|---|
| Renting buildings | | |
| up to one year | 12,417 | 10,587 |
| more than one and less than five years | 23,946 | 19,712 |
| more than five years | 5,427 | 7,451 |
| | 41,790 | 37,750 |
| Other rental and leasing agreements | | |
| up to one year | 12,255 | 10,718 |
| more than one and less than five years | 17,853 | 8,959 |
| more than five years | 3,079 | 2,683 |
| | 33,187 | 22,360 |
| | 74,977 | 60,110 |

The OTTO FUCHS Group has planned several major investment projects for the coming years. In this context, contractual agreements totaling €75,988,000 have already been concluded or orders placed by the end of fiscal year 2020. Apart from this, the remaining order

Verity-WeberMetals_000055

commitments are within the usual business range.

Obligations arising from warranty agreements exist primarily in the form of industry-standard long-term performance and functional guarantees for photovoltaic modules and accessories. The OTTO FUCHS Group companies only enter into liability relationships after careful risk assessment and, in principle, only in connection with their own business activities or those of affiliated companies. Based on a continuous evaluation of the risk situation of the liability relationships entered into and taking into account the information gathered up to the date of preparation, OTTO FUCHS Beteiligungen KG, as the parent company, currently assumes that the obligations underlying the liability relationships can be fulfilled. The company therefore considers the risk of a claim being made against the listed liability relationships to be unlikely.

In connection with the acquisition of 75.1% of the shares in Sälzer GmbH in 2018, a combined call and put option for the acquisition of the remaining shares was contractually agreed upon. These options can be exercised at different times. The purchase price of the 24.9% stake in Sälzer GmbH depends on the company's performance in the coming years. The exercise of the call/put options will result in other financial obligations totaling €3.0 million as of the reporting date.

## 7. Details of the profit and loss statement

A profit and loss statement is not published in accordance with Section 13 Paragraph 3 Sentence 2 of the German Disclosure Act (PublG). The information required instead is provided in an appendix to the balance sheet. By analogy with the PublG for the management report and notes, the statements and explanations made therein regarding the earnings situation and financial performance indicators are limited to the key figures of revenue and personnel expenses.

Breakdown of sales revenue by division and region:

| | 2020 T€ | 2019 T€ |
|---|---|---|
| Construction industry | 1,716,765 | 1,773,536 |
| automotive industry | 428,855 | 542,040 |
| Aerospace | 331,820 | 561,558 |
| Plant construction | 29,178 | 34,791 |
| Other | 72,919 | 74,867 |
| | 2,579,537 | 2,986,792 |
| | 2020 T€ | 2019 T€ |
| inland | 1,063,062 | 1,145,414 |
| Abroad | 1,516,475 | 1,841,378 |
| | 2,579,537 | 2,986,792 |

Personnel expenses were reduced, firstly, by reimbursements of short-time work compensation from the Federal Employment Agency amounting to €13,213,000. Furthermore, personnel expenses include the lump-sum reimbursement of the employer's social security contributions within the framework of the public short-time work compensation (€7,564,000), which also reduced them accordingly.

## 8. Other information

**Number of employees**

The average number of employees of the companies included in the consolidated financial statements amounts to 10,397 (previous year: 10,413).

## Auditor fees

The following fees paid to the group auditor KPMG Aktiengesellschaft Wirtschaftsprüfungsgesellschaft are recorded as expenses in the financial year:

|  | 2020 T€ | 2019 T€ |
|---|---|---|
| Final examination results | 797 | 725 |
| Other confirmation services | 58 | 0 |
| Tax consulting services | 60 | 102 |
| other services | 142 | 184 |
|  | 1,057 | 1,011 |

## 9. Information on financial instruments

The company is exposed to currency, interest rate, and commodity risks in the course of its business activities. These risks are primarily hedged through the use of derivative financial instruments. These are over-the-counter (OTC) instruments, particularly foreign exchange forward contracts. Their use is governed by uniform guidelines, subject to strict internal controls, and, with a few minor exceptions, is limited to hedging the company's operating business and related investments and financing transactions. The objective of using derivative financial instruments is to reduce fluctuations in earnings and cash flows resulting from changes in exchange rates and market prices.

The underlying transactions hedged with derivatives consist of recorded receivables and payables in foreign currency and planned transactions in foreign currency that are reasonably certain to occur. Provided the legal requirements are met, hedging units are formed in accordance with Section 254 of the German Commercial Code (HGB). The so-called freezing method (compensatory valuation) is applied to the balance sheet presentation of the effective parts of the hedging units formed.

### Foreign exchange forward contracts

The OTTO FUCHS Group uses foreign exchange forward contracts and swaps to hedge booked or reasonably certain receivables and payables in foreign currencies, as well as for the short-term liquidity management of the Group's cash pools. The hedging instruments include both micro-hedges and portfolio hedges, which are used to hedge against exchange rate-related value fluctuation risks.

The foreign exchange forward contracts are concluded in terms of maturity and amount to match the underlying transactions booked.

The opposing changes in value of the internal and external foreign exchange forward contracts completely offset each other, since the underlying and hedging transactions are exposed to the same risk.

### Foreign exchange forward contracts as of December 31, 2020:

| Nominal volume €1,000 | equivalent | Total market values (€1,000) | of which positive market values T€ | of which negative market values T€ |
|---|---|---|---|---|
| 141,604 | USD 164,933 thousand | 7,644 | 8,129 | -485 |

Verity-WeberMetals_000057    11/34

| Nominal volume €1,000 | equivalent | Total market values (€1,000) | of which positive market values T€ | of which negative market values T€ |
|---|---|---|---|---|
| 30,200 | GBP 27,425 thousand | -205 | 2 | -207 |
| 10,925 | CNY 88,200k | -55 | 0 | -55 |
| 1,529 | BRL 9,311 thousand | 75 | 75 | 0 |
| 1,185 | CHF 1,400,000 | 112 | 112 | 0 |
| 145 | ILS 571,000 | 0 | 0 | 0 |
| 185,588 | | 7,571 | 8,318 | -747 |

**Foreign exchange swap contracts:**

| Nominal volume €1,000 | equivalent | Sum of time values T€ | of which positive market values T€ | of which negative market values T€ |
|---|---|---|---|---|
| 6,919 | CHF 7,500 | -20 | 0 | -20 |
| 24,621 | GBP 22,300 | 170 | 170 | 0 |
| 9,567 | PLN 43,000 | -134 | 0 | -134 |
| 9,321 | USD 11,450 | 0 | 7 | -7 |
| 50,428 | | 16 | 177 | -161 |

Foreign exchange contracts are individually valued on the basis of the exchange amount using the current market forward rates on the closing date in comparison to the agreed forward or contract rates.

Market futures prices are based on spot prices, taking into account forward premiums and discounts.

The basis for determining the effectiveness of the micro-valuation units is the alignment of the valuation-relevant parameters of the underlying and hedging transactions (critical term match method). Effectiveness is therefore prospectively assumed to be given.

**Interest rate derivatives**

Schüco International KG has hedged the booked USD receivables from the foreign currency loan to Weber Metals Inc. using interest rate/currency swaps ("cross currency swaps"). The hedging units are essentially micro-hedges used to hedge risks arising from interest rate and exchange rate fluctuations.

The cross currency swaps are concluded in terms of maturity and amount to match the underlying transactions booked.

The opposing changes in value completely cancel each other out, since the underlying and hedging transactions are subject to the same risk.

**Interest rate derivatives as of December 31, 2020:**

| | Nominal volume €1,000 | equivalent T | Total time values T€ | of which positive market values T€ | of which negative market values T€ |
|---|---|---|---|---|---|
| | 107,979 | 125,000 USD | 5,042 | 5,042 | 0 |

**Foreign exchange forward contracts in USD:**

| | Nominal volume €1,000 | Market value T€ | Maximum remaining runtime. | Nominal volume previous year €1000 | Market value previous year €1,000 |
|---|---|---|---|---|---|
| | 141,604 | 7,644 | 24 months | 278,289 | -7,851 |

For the valuation of USD foreign exchange forward contracts, hedging units were formed from the underlying and hedging transactions using the freeze method. The effectiveness of the hedging relationships is prospectively determined by the alignment of the key parameters. Retrospective effectiveness is calculated using a dollar offset method. For this purpose, the valuation of the derivatives is compared to the change in value of the respective designated underlying transactions based on spot exchange rate developments. The forward component of the foreign exchange forward contracts is not designated and is therefore valued separately on an imbalance basis. The negative market value of the concluded derivatives amounted to €0.5 million as of December 31, 2020. Given the option exercised by the companies to form hedging units, the risk provision recognized in the books as of December 31, 2020, was limited to the aforementioned forward component of the foreign exchange forward contracts. The remaining ineffectiveness was to be reflected as of December 31, 2020 by creating a provision for impending losses from pending transactions of €3.4 million (previous year: €6.2 million).

## commodity derivatives

To improve fuel cost planning, in 2015 some legal entities began entering into commodity swaps on diesel for a portion of their reasonably certain expected demand. The notional volume was 1,220 million metric tons (mT) (previous year: 160 mT) with a market value of €30,000 (previous year: €80,000). The commodity swaps were concluded with terms of maturity and price reference that matched the expected diesel demand, thus ensuring effective compensation for price fluctuations in the expected underlying transaction (critical term match method). Commodity contracts are individually valued based on the swap amount using the current market futures prices on the settlement date compared to the agreed forward or contract prices.

## Commodity derivatives

Furthermore, one business unit had commodity futures contracts (aluminum) on the stock exchange amounting to 9,350t (previous year: 13,900t) with a valuation date of €15,266,000 (previous year: €22,518,000) with a maturity of up to 11 months, resulting in a shortfall of €392,000 (previous year: €-2,146,000).

Due to the hedging relationships not being reflected in the balance sheet, changes in market value are recognized in profit or loss if the derivatives have a negative market value on the respective balance sheet date.

The positive market values of €252,000 existing as of December 31, 2020 (previous year: €76,000) were not yet recognized in profit or loss due to lack of realization in accordance with Section 252 of the German Commercial Code (HGB). The negative market values of €644,000 (previous year: €2,222,000) were deferred.

## 10th Supplementary Report

No significant events of particular importance to the assets, financial position and earnings of the OTTO FUCHS Group have occurred since December 31, 2020.

**Meinerzhagen, August 9, 2021**

*Personally liable partners of OTTO FUCHS Beteiligungen KG, Meinerzhagen*

*Dr. Hinrich Mählmann*

*Andreas Engelhardt*

### Presentation of the development of the Group's fixed assets from 1 January to 31 December 2020

| | Acquisition or production costs | | | | | |
|---|---|---|---|---|---|---|
| | 01.01.2020 T€ | Currency conversion differences (T€) | Additions T€ | Departures T€ | Rebookings T€ | 31.12.2020 T€ |
| **I. Intangible assets** | | | | | | |
| 1. Concessions, industrial property rights and similar rights and assets acquired for consideration, as well as licenses to such rights and assets | 122,710 | -763 | 2,056 | 706 | 4,836 | 128,133 |
| 2. Goodwill or company value | 72,011 | -757 | 0 | 0 | 0 | 71,254 |
| 3. Down payments made | 4,333 | 0 | 7,331 | 0 | -5.191 | 6,473 |
| | 199,054 | -1,520 | 9,387 | 706 | -355 | 205,860 |
| **II. Tangible assets** | | | | | | |
| 1. Land, rights equivalent to land ownership and buildings, including buildings on land owned by others. | 567,563 | -9,894 | 24,877 | 1,052 | 35,343 | 616,837 |
| 2. Technical equipment and machinery | 1,329,401 | -29,344 | 27,333 | 30,174 | 7,676 | 1,304,892 |
| 3. Other equipment, plant and business equipment | 247,479 | -1.494 | 8,230 | 7,290 | 27,269 | 274,194 |
| 4. Advance payments made and investments in construction | 128,437 | -3,470 | 112,607 | 104 | -69,933 | 167,537 |
| | 2,272,880 | -44.202 | 173,047 | 38,620 | 355 | 2,363,460 |
| **III. Financial investments** | | | | | | |
| 1. Other holdings | 9,985 | 0 | 8 | 0 | 0 | 9,993 |
| 2. Securities held as fixed assets | 6,352 | -480 | 404 | 565 | 0 | 5,711 |
| 3. Other loans | 7,122 | 0 | 311 | 322 | 0 | 7,111 |
| | 23,459 | -480 | 723 | 887 | 0 | 22,815 |

Verity-WeberMetals_000060    14/34

| | Acquisition or production costs | | | | | |
|---|---|---|---|---|---|---|
| | 01.01.2020 T€ | Currency conversion differences (T€) | Additions T€ | Departures T€ | Rebookings T€ | 31.12.2020 T€ |
| | 2,495,393 | -46.202 | 183,157 | 40,213 | 0 | 2,592,135 |
| | Depreciation/Value Adjustments | | | | | |
| | 01.01.2020 T€ | Currency conversion differences (T€) | Additions T€ | Departures T€ | Rebookings T€ | 31.12.2020 T€ |
| **I. Intangible assets** | | | | | | |
| 1. Concessions, industrial property rights and similar rights and assets acquired for consideration, as well as licenses to such rights and assets | 94,977 | -503 | 10,227 | 571 | 0 | 104,130 |
| 2. Goodwill or company value | 61,024 | -828 | 1,385 | 0 | 0 | 61,581 |
| 3. Down payments made | 0 | 0 | 0 | 0 | 0 | 0 |
| | 156,001 | -1.331 | 11,612 | 571 | 0 | 165,711 |
| **II. Tangible assets** | | | | | | |
| 1. Land, rights equivalent to land ownership and buildings, including buildings on land owned by others. | 262,989 | -3.071 | 15,409 | 847 | -90 | 274,390 |
| 2. Technical equipment and machinery | 927,901 | -19,600 | 70,579 | 28,407 | -11,770 | 938,703 |
| 3. Other equipment, plant and business equipment | 172,038 | -1.060 | 23,516 | 6,912 | 11,873 | 199,455 |
| 4. Advance payments made and investments in construction | 13 | 0 | 0 | 0 | -13 | 0 |
| | 1,362,941 | -23,731 | 109,504 | 36,166 | 0 | 1,412,548 |
| **III. Financial investments** | | | | | | |
| 1. Other holdings | 0 | 0 | 0 | 0 | 0 | 0 |
| 2. Securities held as fixed assets | 732 | 0 | 0 | 0 | 0 | 732 |
| 3. Other loans | 86 | 0 | 0 | 43 | 0 | 43 |
| | 818 | 0 | 0 | 43 | 0 | 775 |
| | 1,519,760 | -25,062 | 121,116 | 36,780 | 0 | 1,579,034 |

|  | Book values | |
| --- | ---: | ---: |
|  | 31.12.2020 T€ | 31.12.2019 T€ |
| **I. Intangible assets** | | |
| 1. Concessions, industrial property rights and similar rights and assets acquired for consideration, as well as licenses to such rights and assets | 24,003 | 27,733 |
| 2. Goodwill or company value | 9,673 | 10,987 |
| 3. Down payments made | 6,473 | 4,333 |
|  | 40,149 | 43,053 |
| **II. Tangible assets** | | |
| 1. Land, rights equivalent to land ownership and buildings, including buildings on land owned by others. | 342,447 | 304,574 |
| 2. Technical equipment and machinery | 366,190 | 401,500 |
| 3. Other equipment, plant and business equipment | 74,739 | 75,441 |
| 4. Advance payments made and investments in construction | 167,537 | 128,424 |
|  | 950,913 | 909,939 |
| **III. Financial investments** | | |
| 1. Other holdings | 9,993 | 9,985 |
| 2. Securities held as fixed assets | 4,979 | 5,620 |
| 3. Other loans | 7,068 | 7,036 |
|  | 22,040 | 22,641 |
|  | 1,013,102 | 975,633 |

## A. List of Shares as of December 31, 2020

### of the OTTO FUCHS Beteiligungen KG group

1. Affiliated companies included in the consolidated financial statements in accordance with the rules for full consolidation:

|  | % share of capital |
| --- | ---: |
| OTTO FUCHS KG | 100.00 |
| Weber Metals Inc., Paramount/USA | 100.00 |
| OTTO FUCHS Holding GmbH, Meinerzhagen | 100.00 |
| OTTO FUCHS Dülken Verwaltungs GmbH, Viersen | 100.00 |
| OTTO FUCHS Dülken GmbH & Co. KG, Viersen | 100.00 |
| OTTO FUCHS Oberflächentechnik GmbH iL, Meinerzhagen | 100.00 |

Search result - Federal Gazette

| | % share of capital |
|---|---|
| OTTO FUCHS Hungary Kft., Tatabanya/Hungary | 100.00 |
| OTTO FUCHS Technology Shenyang Co. Ltd, Shenyang/China | 100.00 |
| OTTO FUCHS Drilling Solutions GmbH, Meinerzhagen | 100.00 |
| OTTO FUCHS Surface Technology GmbH & Co. KG, Meinerzhagen | 100.00 |
| OTTO FUCHS Surface Technology Verwaltungs GmbH, Meinerzhagen | 100.00 |
| OTTO FUCHS Drilling Solutions Inc., Dover/Delaware/USA | 100.00 |
| FUCHS Verwaltung GmbH, Meinerzhagen | 100.00 |
| SCHÜCO International KG, Bielefeld | 100.00 |
| SCHÜCO International Verwaltungsgesellschaft mbH, Bielefeld | 100.00 |
| Schüco Digital GmbH, Bielefeld | 100.00 |
| Schüco Denmark ApS, Hvidovre/Denmark | 100.00 |
| Schüco America Holding GmbH, Bielefeld | 100.00 |
| Schüco PWS Verwaltungs GmbH, Weißenfels | 100.00 |
| Schüco PWS Produktions KG | 100.00 |
| Schüco Beteiligungs GmbH, Bielefeld | 100.00 |
| BUILD VENTURES GmbH, Bielefeld | 100.00 |
| Schüco TF Beteiligungs GmbH, Bielefeld | 100.00 |
| Schüco Polymer Technologies Beteiligungs GmbH, Weißenfels | 100.00 |
| Schüco Polymer Technologies KG, Weißenfels | 100.00 |
| Schüco PreFab Solutions KG, Bielefeld | 100.00 |
| Schüco PWS Laminating KG, Weißenfels | 100.00 |
| Plan.One GmbH, Bielefeld | 90.00 |
| Sälzer GmbH, Marburg | 75.10 |
| Sälzer Beteiligungs GmbH & Co. Grundstücksverwaltungs KG, Marburg | 100.00 |
| Sälzer Beteiligungs GmbH, Marburg | 100.00 |
| PlanToBuild GmbH, Bielefeld | 100.00 |
| SCHÜCO Argentina SA, Buenos Aires/Argentina | 100.00 |
| SCHÜCO International SCS, Le Perray en Yvelines/France | 100.00 |
| SCHÜCO International SARL, Le Perray en Yvelines/France | 100.00 |
| SCHÜCO International Polska Sp.zoo, Warzawa/Poland | 100.00 |
| SCHÜCO International Israel Ltd., Ramat Gan/Israel | 100.00 |
| SCHÜCO International Moscow SAO, Solnechnogorsk/Russia | 100.00 |

| | % share of capital |
|---|---|
| SCHÜCO Eesti OÜ, Tallinn/Estonia | 100.00 |
| SCHÜCO DO Brasil PpCc Ltda., Sao Paulo/Brazil | 100.00 |
| SCHÜCO Lietuva UAB, Vilnius/Lithuania | 100.00 |
| SCHÜCO Latvija SIA, Riga/Latvia | 100.00 |
| SCHÜCO Finland OY, Turku/Finland | 100.00 |
| SCHÜCO America Inc., Newington/USA | 100.00 |
| SCHÜCO Kazakhstan Too, Almaty/Republic of Kazakhstan | 100.00 |
| SCHUCO USA LLLP, Newington/USA | 100.00 |
| SCHÜCO Iberia SL, Madrid/Spain | 100.00 |
| SCHÜCO International (Beijing) Co. Ltd., Beijing/China | 100.00 |
| SCHÜCO Istanbul Uluslararasi Insaat Tic. Ltd. Sti., Istanbul/Türkiye | 100.00 |
| SCHÜCO International Italia Srl, Padova/Italy | 100.00 |
| SCHÜCO India Private Limited, Mumbai/India | 100.00 |
| SCHÜCO Ukraine, Kyiv/Ukraine | 100.00 |
| SCHÜCO Nederland BV, Mijdrecht/Netherlands | 100.00 |
| SCHÜCO UK Ltd., Milton Keynes/Great Britain | 100.00 |
| SCHUECO Belgium NV, Eupen/Belgium | 100.00 |
| SCHÜCO CZ sro, Prague/Czech Republic | 100.00 |
| SCHÜCO Canada Inc., Mississauga, Ontario/Canada | 100.00 |
| SCHÜCO PWS Italia SRL, Paliano/Italy | 100.00 |
| SCHÜCO Hellas MEPE, Athens/Greece | 100.00 |
| SCHÜCO Singapore PTE. LTD., Singapore/Singapore | 100.00 |
| SCHÜCO Middle East Windows & Facade Systems LLC, Sharjah/UAE | 100.00 |
| SCHÜCO Portugal - Sistemas de Alunínio e solares, unipessoal, Lda., Lisbon/Portugal | 100.00 |
| Schueco Japan Kabushiki Kaisha, Tokyo/Japan | 100.00 |
| SOREG AG, Wädenswil/Switzerland | 100.00 |
| EPS Beteiligung GmbH, Siegen | 100.00 |
| EPS Systems KG, Siegen | 100.00 |
| Foxtec-Ikhwezi (Pty) Ltd., East London/South Africa | 70.00 |
| Schüco Coating Management GmbH, Bielefeld | 66.67 |
| Schüco Coating Solutions GmbH & Co. KG, Bielefeld | 66.67 |
| Schueco Korea Ltd., Seoul/South Korea | 100.00 |

2. Other investments included at acquisition cost:

| | % share of capital | Equity in € thousands | 2020 result in € thousands |
|---|---|---|---|
| Meinerzhagener Baugesellschaft mbH, Meinerzhagen | 43.69 | 29,208 | 1,610 |
| ORGADATA Software Services AG, Leer | 20.00 | 6,281 | 189 |

## Disclosure of certain group management reports for the financial year 2020

### OTTO FUCHS Beteiligungen KG, Meinerzhagen

**A. Fundamentals of the OTTO FUCHS Group**

**1. Business model**

The OTTO FUCHS Group's activities encompass the production and distribution of non-ferrous metal products, as well as the development and distribution of window, door, and facade systems made of metal and plastic. Materials include, in particular, aluminum, nickel, titanium, magnesium, and other non-ferrous metals. The Group serves the aerospace, automotive, construction, and plant engineering industries. In the aerospace sector, OTTO FUCHS supplies components made from various alloys, formed using extrusion, forging, and ring rolling processes. For renowned automotive manufacturers and Tier 1 suppliers, OTTO FUCHS is a long-standing development and systems partner, particularly for chassis components and wheels. In the construction and plant engineering sectors, OTTO FUCHS provides a comprehensive product range of bars and profiles, both as semi-finished products and machined, using its own alloys and standard alloys. Furthermore, with its global network of partners, architects, planners, and investors, the Group realizes sustainable building envelopes that prioritize people and their needs in harmony with nature and technology. The highest standards of design, comfort and safety are met, while $CO_2$ emissions are reduced through energy efficiency ¸ thus conserving natural resources.

**2. Goals and Strategies**

International competition remains intense. Therefore, we will continue to pursue our established path of improving the efficiency of all business processes and further expanding our quality leadership.

Furthermore, we address competitive pressure and potential risks arising from fluctuating currency exchange rates through our international focus, with production facilities in the USA, Hungary, China, and South Africa, as well as sales offices located worldwide. This also allows us to meet our customers' demand for a local presence in their respective countries. This balanced location strategy enables us to minimize response times to customer needs and shorten delivery routes.

With the topic of mobility in the automotive and aviation segments, but also with the topics of energy transition, efficient use of energy, and urbanization, we are addressing key megatrends of the coming years.

Developing the knowledge and skills of our employees is a key objective of the HR policy within the OTTO FUCHS Group. In this context, we offer our employees targeted, professionally oriented training programs through internal and external courses. With Schüco Idea Management (SIM) and the Continuous Improvement Process (CIP), we provide platforms that allow all employees to publish creative and innovative ideas for optimizing processes and products. At the heart of both programs is a transparent process from idea submission to implementation, including rewarding ideas with bonuses.

Our quality management and environmental management systems are certified according to the standards ISO/TS 16949 (automotive) and DIN EN ISO 14001 (environment), based on DIN EN ISO 9001. In the aviation sector, we are certified according to DIN EN 9100, also

Verity-WeberMetals_000065    19/34

based on DIN EN ISO 9001. All certifications are reviewed periodically and recertified every three years and are published on the company websites.

## 3. Control system

Key performance indicators used to manage OTTO FUCHS' business operations include order intake and order backlog, shipments, revenue, inward sales (defined as revenue minus metal value), operating profit (EBITDA/EBIT, each adjusted for significant special items and results from investments), and the investment ratio (proprietary asset acquisition/revenue). Furthermore, working capital is closely monitored through inventory and receivables coverage analyses. These analyses are categorized into the most important and significant performance indicators. The most important financial performance indicators include revenue, inward sales (gross margin), and the EBITDA/EBIT figures. Significant financial performance indicators include order intake and backlog, shipments, profit after taxes, the investment ratio, and the equity ratio. Significant non-financial performance indicators, for example, in the Group's production units, include production figures, consumption figures, and the accident rate.

For group units with a focus on development and sales, significant personnel-related, non-financial performance indicators, such as the number of employees and the turnover rate, as well as significant environmental-related, non-financial performance indicators, such as energy efficiency, the environmental compatibility of the products or the resource-saving business process, were defined.

## 4. Research and Development

The research and development department has been expanded in terms of both investment and personnel. Product and system development has been intensified to continue meeting the ever-increasing customer demands for quality, supplier reliability, and product innovation. Furthermore, we are investing in the development of environmentally friendly processes and technologies to protect the climate and conserve natural resources. Our focus is on measures that enable concrete savings in energy and water while simultaneously reducing wastewater and exhaust emissions. Overall, these process and technology developments aim to conserve environmental resources and reduce $CO_2$ emissions .

Furthermore, the creation of sustainable customer value through the generation of innovative products is a key priority. A core task in product development is therefore the development and provision of services and software solutions for a seamless, digital process in metal construction. In 2020, the focus was again on developing comprehensive solutions for building envelopes. In particular, the architecturally seamless integration of solutions for windows, doors, and facades, and the intelligent control technology networking of all building envelope components, were central to this effort.

## 5. Personnel

OTTO FUCHS, as an employer, is firmly rooted in the tradition of a family business. We are convinced that our employees are the primary reason for our success. They shape all business processes, drive innovation, and will continue to be the foundation of our company. To remain "best in class" and competitive in the long term, we must consistently expand our expertise. Our goal is therefore to continually find and develop suitable young talent, offer all employees long-term career prospects and a motivating work environment, and maintain high levels of employee satisfaction. This will enable us to meet future challenges such as demographic change, the resulting shortage of skilled workers, and increasing wage pressure.

The cornerstones of our approach are employee recruitment, development, and support. To date, our locations have operated largely independently in this area. While support and recruitment will continue to be primarily local, we will increasingly network employee development. It is becoming ever clearer that the processes in the metalworking industry require specialized knowledge that can only be acquired and expanded through continuous knowledge transfer within the company itself. OTTO FUCHS therefore invests consistently in training and professional development. At some locations, training management is also certified according to the international standards

Verity-WeberMetals_000066    20/34

IATF 16949 (Quality Management in the Automotive Industry), BS OHSAS 18001 (Occupational Health and Safety), and ISO 14001 (Environmental Management).

Offering attractive working conditions is becoming increasingly crucial for success. OTTO FUCHS actively addresses this situation through high-quality training and development programs, employee surveys, long-term career and development plans, a profit-sharing system, flexible working hours, management coaching, and a strong corporate culture. Flat hierarchies and short decision-making processes empower every employee to contribute, make a difference, and help shape processes in all areas.

Contrary to Sections 36 and 52 of the German Limited Liability Companies Act (GmbHG), we have not set targets for the proportion of women or implementation deadlines in our limited liability companies. We base our appointments to corporate bodies and management positions solely on qualitative criteria. However, we have set ourselves the long-term goal of increasing the proportion of women in management positions.

## B. Economic Report

### 1. Overall economic framework

The COVID-19 pandemic plunged the global economy into a deep recession in the first half of 2020. The low point of economic activity was reached in the second quarter, however, and many countries experienced a rapid economic recovery over the summer. After this initial rapid rebound, the pace of recovery slowed again in the autumn. Global merchandise trade collapsed by over 15% between February and May 2020, but subsequently recovered, as did industrial production, more quickly than after the slump during the global financial crisis. The course of the pandemic is crucial for further economic development. According to the German Council of Economic Experts' annual report, global gross domestic product (GDP) declined by 4.0%.

The economic development of advanced economies has been severely impacted by the coronavirus pandemic. GDP fell particularly sharply in the second quarter and recorded an overall decline of 5.2% for the calendar year 2020.

The euro area economy contracted sharply in 2020 due to the COVID-19 pandemic and the associated containment measures (GDP decline 2020: 7.0%; GDP growth 2019: 1.3%). The decline in economic output was significantly faster than during the 2008 financial crisis and affected both the manufacturing and service sectors. The unemployment rate in the euro area as a whole rose only moderately in relation to the GDP decline (2020: 8.0%; 2019: 7.5%).

For 2020, the German Council of Economic Experts calculated a decline in GDP in Germany of 5.1% (GDP growth in 2019: 0.6%). Economic development in Germany in 2020 was significantly impacted by the COVID-19 pandemic. The decline in construction investment was comparatively moderate, as construction activity had already reached a relatively high level following a sharp increase at the beginning of the year. The framework conditions, particularly for residential construction, remain extremely attractive, with favorable financing and high demand for housing.

The coronavirus pandemic and the uncertainty surrounding the outcome of the Brexit negotiations weighed heavily on the UK economy in 2020. Despite massive fiscal stimulus, the economic downturn caused by the pandemic was particularly severe. GDP contracted by 11.5% in 2020. The uncertainty surrounding Brexit is also impacting sentiment in the UK, acting as a further brake on investment.

As a consequence of the COVID-19 pandemic, the United States' GDP contracted by 3.5% in 2020. This was accompanied by a sharp rise in the US unemployment rate, which peaked at 14.7% in April (compared to 3.5% before the pandemic). While trade tensions receded into the background in 2020 due to the COVID-19 crisis, they remain unresolved. The change of government in the United States could improve the trade climate, as the new administration is pursuing a more multilateral approach.

The economies of emerging markets are also feeling the effects of the coronavirus crisis significantly. The extent of the downturn and the pace of recovery have varied from country to country. Latin American economies were particularly hard hit by the pandemic in the spring.

After GDP growth of 4.2% in emerging markets in 2019, a decline of 2.1% was recorded in 2020.

China was the first country hit by the pandemic. After the Chinese government implemented very strict containment measures, the first quarter of 2020 saw a sharp decline in GDP (-10.0% compared to the previous quarter). However, economic activity largely normalized over the course of 2020. Industrial production had already largely recovered by spring, and since September, year-on-year growth rates of 7% have even been slightly higher than before the crisis. A strong increase in exports contributed to this. Overall, this development resulted in GDP growth of 2.1% for 2020.

## 2. Industry-specific framework conditions in 2020

### Construction industry

The construction sector, the main sales market of the Schüco subgroup, was a stabilizing factor for economic output in Germany in 2020. Nevertheless, the difficult circumstances caused by the spreading COVID-19 pandemic led to a loss of productivity in metal construction companies in 2020. Furthermore, investors are significantly hesitant to implement construction investments.

In fiscal year 2020, the positive sales performance of the metal construction sector in Europe up to February was significantly impacted by the Covid-19 pandemic. In particular, government-imposed lockdown measures from March onwards, which led to temporary construction site closures and consequently to production interruptions at metal construction partners, as well as project delays in planning and execution, negatively affected sales. The markets in France, Italy, the UK, and Poland were among the hardest hit. The markets in Portugal, Iceland, Denmark, Estonia, and the steel sector performed well, with sales increasing compared to the previous year. Significant cost savings in all countries mitigated the overall negative impact on earnings in the European sales region.

Due to the pandemic, the International I sales region recorded lower business volume in its key markets of China and India compared to both the planned and previous year. Other Asian markets, such as Southeast Asia, were able to increase their sales compared to the previous year. The market entry of the company founded in Korea during the past fiscal year is a positive highlight. The establishment of Schüco Korea as an authorized distributor already provided initial positive impetus to order development in 2020. In the South American markets, sales increased compared to the previous year after adjusting for exchange rates, but overall remained below the planned level.

Despite the pandemic, the International II division was able to meet its overall sales target on a currency-adjusted basis. The Russian and Turkish subsidiaries, as well as Schüco Middle East, were able to catch up over the course of the year. Russia almost reached the previous year's sales level, while Turkey even exceeded it. Schüco Middle East closed the fiscal year with overall sales below the previous year's level. The smaller units fell short of their budgets, as project postponements due to the pandemic could not be offset.

The North American sales region significantly missed its 2020 revenue and profit targets. Due to the coronavirus crisis and construction site closures, numerous construction projects were postponed, resulting in major projects being shifted from 2020 to 2021.

The strategy of almost complete digitalization of processes in metal construction, with the aim of networking the design and planning of a construction project through to manufacturing, assembly, use, maintenance, and recycling, was pursued further in the fiscal year. New products and services were developed and successfully marketed for this purpose.

Despite the coronavirus crisis, the plastics division performed positively overall, recording growth in the fiscal year that was only slightly below expectations. In its core market of Germany, sales exceeded the previous year's level. European sales markets, however, developed differently. Growth drivers were the markets in Poland and the Netherlands. Significant declines due to the pandemic were recorded in France, Italy, and Spain.

Global growth in 2020 proved very challenging due to the Corona pandemic and the associated measures and restrictions.

Verity-WeberMetals_000068

The construction industry was nevertheless able to expand cautiously in the past fiscal year. The continued favorable financing conditions, as well as the persistently high demand for housing, particularly in the German market, stimulated growth.

**Aerospace**

The aviation industry, one of the key business areas of the OTTO FUCHS subgroup, experienced a significant economic downturn in the past fiscal year. Due to the coronavirus crisis, revenues in the German aerospace industry fell by €10 billion in 2020, from an all-time high to €31 billion. This development is almost entirely attributable to the decline in revenue in the civil aviation industry – the largest segment of the sector. The main reasons for this are the significantly lower number of aircraft sold on the global market in 2020 due to the drastic travel restrictions that have persisted for over a year. In contrast, the military aviation segment – which accounts for up to one-third of the subgroup's aerospace revenues – proved stable and even saw revenue growth, particularly in the rotorcraft sector.

As in the past, the majority (74%, previous year: 77%) of revenue was generated through exports, confirming the leading role of the German aerospace industry in the global market. Looking ahead, sustainability – achieved through the development and commissioning of highly efficient aircraft – is gaining particular importance. For this reason, spending on research and development remained high even in the crisis year, at 9.3% of industry revenue. Thanks to the effective short-time work scheme, the total number of employees in the sector fell less drastically than feared in the reporting year (105,000, previous year: 114,000).

The grounding of its best-selling 737 Max, which was lifted at the end of 2020 after 20 months, cost Boeing its industry leadership in 2019. Following the resolution of further quality issues, not only operations but also deliveries of the model have now resumed. This is having a positive impact on the order books of its suppliers. Nevertheless, the aircraft manufacturer itself – not least as a result of the loss of confidence – is still reporting losses in the quarters of the current fiscal year 2021. It is expected that suppliers will therefore also have to contend with continued revenue losses.

After the current industry leader, Airbus, experienced a slowdown last year due to the coronavirus crisis, now expects a full recovery in its order book by 2025. Airbus is focusing primarily on the so-called single-aisle segment, which comprises aircraft with only one cabin aisle. Suppliers have already been informed about the planned production increase starting at the end of 2021 and anticipate a significant business upturn.

The long-term employment of manufacturers and their suppliers is likely to be significantly influenced by the further development of air traffic (passenger transport/freight). Due to the coronavirus crisis, the number of flights fell drastically from 38.9 million in 2019 to 16.4 million in 2020. This development is primarily attributable to the restrictions on passenger transport. The air freight sector experienced significant declines at the beginning of the second quarter of 2020, from which it almost fully recovered a few months later. This sector thus stands out as essential for global trade. This is particularly true for the medical sector, which saw strong demand during the crisis. The agreement between the EU and the USA to refrain from mutual accusations of subsidy violations and to work out a bilateral solution to this point of contention between the EU and the USA within the next five years should also have a positive impact on global markets.

**Automotive**

The automotive segment, alongside the aerospace industry, is the most important segment of the OTTO FUCHS subgroup. In this market segment, the subgroup primarily supplies OEMs with vehicle components, light alloy wheels (forged wheels), and synchronizer rings.

The economic environment in 2020 was largely shaped by the COVID-19 pandemic and can be described as extremely volatile. Total industrial production fell by more than a quarter from January to April. A recovery began in May, which, thanks to strong order intake, transformed into positive business development from August onwards.

The COVID crisis differs from previous economic crises primarily in that it is not so much the overall economy that is affected by the downturn, but rather individual sectors. In the manufacturing sector, for example, the automotive and mechanical engineering industries

Verity-WeberMetals_000069

experienced significant declines, while production in the pharmaceutical industry increased.

Global automobile production fell to just under 66.0 million passenger cars in the fiscal year. This represents a decline of 16.6% compared to the previous year.

Sales trends varied considerably across regions. The German passenger car market experienced a historic decline of 19.1%, but was less severely affected compared to other European markets. With 14 million newly registered passenger cars in 2020, it failed to reach the high level of over 18 million registered in the previous year. The market in China, the world's most important production location, fell by only around 6.1% year-on-year to approximately 19.8 million units during the reporting period. Overall, the Asian market was significantly more stable than the European market.

The German automotive industry looks back on a challenging year in 2020. Domestic and export sales fell by 11.8% and 14.1%, respectively. This also impacted the number of employees in the sector, which declined by 2.9% during the reporting period. Production at German automotive plants, at 3.5 million units (previous year: 4.7 million units), was also significantly lower than the previous year.

### 3. Business performance of the OTTO FUCHS Group

### Earnings, assets and financial position of the entire group

### Earnings situation

The OTTO FUCHS Group generated total sales of €2,580 million in the 2020 financial year (previous year: €2,987 million), which was 13.6% below the previous year's level. This development resulted primarily from the decline in sales of the OTTO FUCHS subgroup due to the coronavirus pandemic.

Regarding the product areas, the drop in sales of €407 million is mainly due to the mobility-driven divisions of aerospace with €-230 million (-40.9%) and automotive with €-113 million (-20.9%).

### Asset position and financial position

On the asset side, property, plant and equipment increased again by €41.0 million to €950.9 million, while inventories decreased significantly by €56.3 million to €700.4 million. This reduction in inventories resulted from the difficult situation in the sales markets, the associated decline in business volumes in 2020, and increased focus on working capital. Trade receivables decreased – primarily due to the decline in sales during the crisis year – and amounted to €321.1 million at the balance sheet date (previous year: €380.5 million).

The significant increase in liquid assets by €116.0 million to €331.2 million is the result of stricter liquidity management and the incurrence of financial liabilities. The net financial position increased by €52.0 million compared to the previous year.

The asset and financial structure is thus appropriate to the size of the group. As of December 31, 2020, the share of consolidated equity was 56.9% (previous year: 62.8%) of total assets (€2,470.8 million; previous year: €2,408.9 million). Sufficient liquidity is available to secure further growth.

### Investments

The Group's investment volume for 2020, based on the additions to fixed assets on the balance sheet, was at a high level. Investments were also made in foreign locations. The focus of our investments in fiscal year 2020 was the expansion of our production capacities in the aerospace and automotive sectors in the USA, Hungary, and Germany. In addition, investments were made in the development of our Bielefeld site in the construction segment. The investment ratio (additions to tangible assets/revenue) was 6.7%, the same as the previous year. The investments were financed almost exclusively from internal funds. Investments in intangible and tangible assets totaled €182.4

million (previous year: €213.0 million), while depreciation amounted to €121.1 million (previous year: €125.1 million). The Group's objective remains to make investments exceeding depreciation throughout the cycle, thereby expanding the Group's existing capital base.

**Comparison of business performance with the plan at the beginning of the financial year**

The OTTO FUCHS Group's business performance in 2020 was significantly impacted by the effects of the coronavirus crisis. The aerospace and automotive divisions, in particular, experienced drastic declines in revenue. Even in the largest business segment, the construction industry, which remained relatively stable during the crisis, the planned revenue increases could not be achieved. Despite rigorous cost management and the implementation of short-time work in some group units, it was not possible to compensate for the overall decline in revenue, resulting in operating profit falling short of expectations. The uncertainty surrounding the duration of the global crisis, which also led to very different regional impacts and business performance, was already evident in the aerospace and automotive segments in August 2020, when the management report for the 2020 consolidated financial statements was prepared, leading to a conservative outlook for the current fiscal year. In the summer of 2020, declines in revenue and operating results (EBITDA and EBIT) compared to 2019 were predicted, which ultimately largely materialized to the expected extent.

**The business performance in the two sub-groups (business units OTTO FUCHS and SCHÜCO) was as follows:**

**Business performance of the OTTO FUCHS subgroup**

The OTTO FUCHS subgroup generated total sales of €932 million in fiscal year 2020, significantly below the previous year's level (€1,287 million) due to the coronavirus pandemic. The €355 million decline in sales is primarily attributable to the performance of the aviation division (-41% compared to the previous year), which was hardest hit by the crisis due to drastic travel restrictions and the resulting economic uncertainty for airlines. The automotive division also experienced a challenging year (-21% compared to the previous year), but saw a recovery in orders as early as autumn 2020. The extrusion division also recorded sales declines, although it was less severely affected than the aforementioned divisions.

The purchase prices of key raw materials such as aluminium, titanium, nickel and copper, which also influence sales development, were above the level of the 2019 financial year, particularly in the second half of the 2020 financial year.

The OTTO FUCHS subgroup employed an average of 4,751 people in fiscal year 2020 (previous year: 4,931), with low employee turnover. Of these, 3,506 were based in Germany (previous year: 3,500) and 1,245 abroad (previous year: 1,431). This represents a decrease of 180 employees (4%). Personnel expenses decreased by approximately 24% compared to the previous year due to staff reductions and the consistent use of government COVID-19 relief programs (including short-time work).

The asset and financial structure remains appropriate to the structure and size of the group. Net financial liabilities to credit institutions amounted to €38 million at the end of the financial year (previous year: net financial assets: €16 million). Sufficient liquidity is available to secure further growth.

The investment volume of the subgroup in 2020, based on the balance sheet additions to fixed assets, remained at a high level. In addition to the extensive measures in Germany, investments were also made, in particular, in the foreign location in Hungary/OTTO FUCHS Hungary Kft. The focus of our investments in fiscal year 2020 was the expansion of our production capacities in the automotive and aerospace sectors. The commissioning of the various other major projects will extend into 2021. Taking into account the year-on-year decline in sales due to the coronavirus pandemic, the investment ratio (additions to tangible assets/sales) was 12.8%, again exceeding the high level of the previous year and also above depreciation. Investments in intangible and tangible fixed assets of €124.8 million (previous year: €159.1 million) were offset by depreciation of €81.2 million (previous year: €83.9 million).

**Business performance of the SCHÜCO subgroup**

Group sales revenue decreased by €55.9 million year-on-year to €1,695.6 million (previous year: €1,751.5 million). The metal construction division recorded a year-on-year decline in sales of €63.9 million to €1,415.9 million (previous year: €1,479.8 million). The plastics division continued its growth trend from the previous year, achieving sales growth of €8.0 million to €279.7 million (previous year: €271.7 million).

Personnel expenses amounted to €366.2 million, an increase of €4.1 million compared to the previous period. The personnel expense ratio (personnel expenses as a percentage of total revenue) for the fiscal year rose slightly from 20.6% to 21.5%. The year-on-year increase in personnel expenses is primarily attributable to negotiated wage increases and the allocation of €9.9 million to personnel provisions for restructuring. This is offset by subsidies for short-time work compensation resulting from job losses due to the COVID-19 pandemic. Furthermore, no planned new hires were made.

### 4. Other information

### Environment [*]

[*] This passage contains unverified voluntary content that was critically reviewed by the auditor.

To operate our core business – the development, manufacturing, and processing of highly specialized non-ferrous metal products – we require a wide range of natural resources at all our locations worldwide. These include metals such as aluminum, nickel, copper, and titanium; energy in the form of electricity, natural gas, and fuels; as well as water, auxiliary materials, and operating supplies. At the same time, our production processes, as well as upstream and downstream stages of the value chain – such as the supply of raw materials or the delivery to customers worldwide – generate direct and indirect greenhouse gas emissions, wastewater, and waste. This impacts the climate and the environment and incurs costs for our company.

Acting responsibly means that we examine our processes for their environmental impact, continuously improve them, and manage them to minimize their environmental burden. Even minor optimizations can unlock significant savings potential and minimize costs for our company. We have formulated our commitment to environmentally conscious and resource-efficient management in our integrated management handbook and our environmental policy statement. These guidelines provide the framework for our environmental actions. We strive to minimize energy consumption, emissions, wastewater, waste generation, and the use of auxiliary and operating materials, as well as the application of environmentally compatible manufacturing processes and materials. We use resources sparingly and recycle waste wherever possible.

The design of the corresponding processes is the responsibility of the individual companies within our group. Each company sets site-specific goals and defines concrete measures. Our plants focus on making energy use more efficient and optimizing energy consumption. This is based on systematic energy management. In the area of resource management, we concentrate primarily on optimizing input weights, recycling auxiliary materials, and minimizing overall consumption.

In this way, we not only contribute to resource-saving processes, but also reduce our operating and production costs.

Furthermore, through memberships in associations and initiatives with different environmental focuses and objectives, we are committed to a climate-conscious transformation of our entire business environment and beyond.

### C. Opportunities and Risks Report

### General

Within the framework of its global business activities in the automotive, aerospace, construction, and mechanical engineering sectors, the OTTO FUCHS Group has significant opportunities to participate in future positive developments in the sales and procurement markets. The OTTO FUCHS Group is highly diversified across the industries in which it operates. We are therefore able to react promptly to changes

within the respective business units. Positive trends can thus be identified early and leveraged for the benefit of the entire company. At the same time, the strategic orientation of the Group prevents situations in which individual risks could become existential threats.

However, our group of companies is also exposed to a multitude of risks that are inextricably linked to entrepreneurial activity.

Managing these business risks is an essential component of the OTTO FUCHS Group's corporate governance. The principles of risk management are defined by the management of OTTO FUCHS Beteiligungen KG. Effective planning, reporting, and control instruments are implemented for the early identification, assessment, and appropriate handling of existing risks. These instruments are regularly reviewed for effectiveness and adjusted as needed. These measures are supported, in particular, by monthly reporting and the continuous monitoring of production processes. The expansion of the management and control system is considered an ongoing task, with the planning methodology being continuously optimized in parallel.

The group's risk policy is to optimally utilize existing opportunities and to only assume risks associated with business activities if they are manageable and offer the potential to create added value for the company in the future. Sufficient insurance policies are in place to mitigate damages from persistent individual risks to assets and earnings.

Risks and dependencies on metal price and exchange rate fluctuations are an unavoidable part of our globally oriented business. These risks are mitigated through order-specific hedging transactions based on the cover principle. For foreign currency-denominated purchase and sales transactions, forward hedging transactions in US dollars are the primary focus. The conclusion of these foreign exchange forward contracts is time- and value-matched to the underlying procurement or sales transactions. A sustained weakness of the dollar would restrict our customers' export opportunities and thus, in turn, affect our sales opportunities. This risk can only be partially mitigated in the short term.

To actively manage and contain the credit risk of customer receivables, the group has established a credit limit system, according to which sales of products and services, even when small value limits are exceeded, are made exclusively within the framework of trade credit and export insurance or advance payment.

The main risks for the OTTO FUCHS Group, besides the as yet incompletely assessable effects of the COVID-19 pandemic, lie in the economic environment of its main sales markets: automotive, aerospace, mechanical engineering, and construction. Against the backdrop of current developments, the greatest challenges are, in particular, the rising personnel, raw material, and energy costs despite their already high levels, constant cost pressure, persistent price pressure in the sales markets, and advancing globalization.

In recent months, a growing risk has emerged: a supply bottleneck for semiconductors, a crucial component in automotive manufacturing. Should these shortages persist in the coming months, they would significantly impact production capacity for OEMs and, consequently, sales opportunities for their suppliers.

Potential risks arising from procurement processes regarding delivery reliability and raw material prices are addressed by some units of the Group through continuous monitoring of their procurement markets and suppliers, as well as through active management of the supplier portfolio. Price fluctuations from aluminum purchases represent a significant risk factor, but these are largely passed on to customers. To ensure the necessary response time, delivery agreements with suppliers are made with a lead time of 6-12 months.

Geopolitical crises can negatively impact the development of the construction industry. Several units within the group are striving to further expand their global presence in all key markets to compensate for potential regional market fluctuations. They aim to counter increasing competition through targeted new customer acquisition, comprehensive existing customer management, and innovative product development (resource-saving technologies).

The increasing shortage of qualified professionals in the construction industry could also pose a future risk to operational business activities.

Verity-WeberMetals_000073     27/34

We see a major growth opportunity, and thus the chance to prevail against strong competition in the sales markets within the OTTO FUCHS subgroup, in the continuous development of our products combined with meeting the ever-increasing quality demands of our customers. Aluminum, as well as other non-ferrous metals such as titanium and nickel, have seen their applications expand further in recent years. This, along with our consistent focus on global megatrends, securing our technological expertise, high delivery performance, excellent product quality, and the development of customers in growth markets (e.g., China), will continue to open up further growth opportunities for us in the future. Thanks to the Group's sound financial position and high equity ratio, supported by our largely long-term supplier relationships with our customers, we are confident that we will successfully manage the challenges that remain. Our financial position enables us to tap into existing market potential by investing in organic growth.

Within the SCHÜCO division, growth opportunities lie particularly in the areas of energy-efficient residential construction, building automation/smart building, and sun and fire protection. Further internationalization and stronger networking are intended to realize additional potential and leverage synergies.

The Schüco Group also sees great opportunities for future business development in the area of digitizing business processes. Its offerings include digital services that support its core business, as well as software solutions for customers, planners, and decision-makers.

**Investigations by the Federal Cartel Office**

On April 12, 2018, the Federal Cartel Office, acting on the basis of a decision by the Bonn District Court dated March 29, 2018, carried out a search of the business premises of OTTO FUCHS KG on suspicion of anti-competitive agreements between OTTO FUCHS KG and other aluminium forging companies.

On April 25, 2019, OTTO FUCHS received an initial letter of notification from the Federal Cartel Office and limited access to the files.

On June 28, 2019, the law firm retained by OTTO FUCHS submitted a statement to the Federal Cartel Office. In it, the allegations were rejected and a dismissal of the proceedings was requested.

On December 21, 2020, the Federal Cartel Office issued a penalty notice against OTTO FUCHS Beteiligungen KG (formerly OTTO FUCHS KG) in this matter. Since we consider both the allegations raised in the penalty notice and the justification for the amount of the fine to be inaccurate in several respects, we filed a full appeal against this notice with the Federal Cartel Office on January 4, 2021.

**COVID-19 pandemic**

The COVID-19 crisis had a drastic impact on sales markets and other economic conditions worldwide. Overall, the situation began to recover in the fall of 2020, although reaching pre-crisis levels is not yet foreseeable. It is expected that global economic growth will continue to be affected in the reporting year 2021. Corresponding countermeasures will continue to be pursued through the implementation of the strict cost reduction program and the use of short-time work schemes.

Due to the continued strong financial position and high equity ratio of the group – supported by the largely long-term supplier relationships with our customers – we are confident that we will successfully manage the challenges that remain. Our financial position enables us to tap into existing market potential by investing in organic growth.

The overall risk situation has eased compared to the previous year. However, the duration and extent of the global coronavirus crisis remain uncertain. There is an increased sales risk, which could lead to revenue losses for the group companies in 2021 as well. Nevertheless, from today's perspective, the risks are not considered to pose an existential threat to the OTTO FUCHS subgroup.

**D. Outlook for the Group as a whole**

Globally, the economic environment for many companies changed dramatically in a very short time with the outbreak of the coronavirus crisis. Even though the recovery has now begun, demand in many areas relevant to the OTTO FUCHS Group remains below the level that

existed before the outbreak of the coronavirus.

Significant uncertainties remain regarding the full year 2021. The group is subject to a multitude of influencing factors, the sheer number of which cannot be fully predicted or controlled. These include geopolitical, macroeconomic, and regulatory factors.

Expenditures and investments will continue to be adjusted to the current market situation. To this end, OTTO FUCHS will maintain strict cost management in order to minimize risk.

The solid financial structure enables the group to seize future market opportunities. In the medium term, we therefore see the group as strategically well-positioned – not least as a result of the extensive product developments.

**Automotive**

With the outbreak of the coronavirus crisis, global new car registrations declined significantly. The automotive industry has since recovered, recording around 15% more new passenger car registrations in the first half of the year than in the same period of 2020. Exports from German car manufacturers are experiencing the strongest growth. In the commercial vehicle sector, the number of new registrations was even around 22% higher than the previous year.

Overall, however, there is still a considerable need to catch up compared to pre-crisis levels. The European passenger car market, for example, is still around a quarter below the level of the same period in 2019. Currently, this pent-up demand is primarily due to shortages of semiconductors.

**aviation**

For 2021, further reductions in air traffic volume are expected as a result of the ongoing effects of the coronavirus crisis. At the same time, a recovery in the industry is noticeable. This is particularly evident in the announced production increase by aircraft manufacturer Airbus, which is boosting sales of both engines and structural components. The restarted production of the Boeing 737 Max is already having a positive impact on engine component sales this year. We expect a similarly positive trend for structural components in the following years. Furthermore, OTTO FUCHS is benefiting from the stability of the military aviation brand, whose positive effects on the Aircraft and Rotor divisions were already becoming apparent in the first half of the current fiscal year.

The length and intensity of the expected recovery remain a matter of speculation. This also includes the question of the sustainable development of air traffic volume. Before the pandemic, many market observers anticipated a continued steady increase in air traffic for the coming years. It will certainly be necessary to wait and see how the pandemic develops over the next two to three years to determine whether its spread might have any lasting effects.

**Construction industry (primarily the Schüco subgroup)**

Increased uncertainty due to global risks, including the consequences of the coronavirus crisis, trade conflicts, the repercussions of Britain's exit from the EU, unrest in the Middle East and South America, Iran sanctions, and the rise of populist governments, will negatively impact global economic growth in 2021. The sharp rise in commodity prices also plays a role in this context.

The development of critical markets such as Great Britain, Russia and Türkiye must be constantly monitored in order to be able to react quickly to changes.

Expenditures and investments will continue to be adjusted to the current market situation. To this end, the Schüco Group operates a stringent cost management system to minimize risk.

The Schüco Group will continue to create opportunities through innovative products and systems, as well as by developing new markets. Its solid financial structure enables the Group to seize future market opportunities.

Verity-WeberMetals_000075

Overall, a year-on-year increase in revenue is expected for the full year 2021. This confirms the revenue trend to date in fiscal year 2021. Increases in raw material prices, particularly for aluminum, will negatively impact the profit margin in the second half of the year, so a similar result (EBIT) to the previous year is anticipated. This trend was already apparent in the first quarter of 2021.

The tense geopolitical situation and the associated uncertainties for global economic development must be taken into account. Furthermore, the ongoing course of the coronavirus crisis represents a significant uncertainty factor for business.

**Overall conclusion:**

Overall, given the developments outlined above, we also expect slight revenue growth in 2021 for our largest segment, the Construction division, which weathered the 2020 coronavirus crisis relatively well. In the Automotive and Aerospace segments, we anticipate that the economic environment will continue to recover after the massive downturns in 2020, allowing us to achieve combined revenue growth of up to 10%.

Against this backdrop, every effort must be made together to optimize existing products and processes and, above all, to develop new and innovative products and processes in order to maintain the company's long-term profitability. With the potential of our employees, our technical expertise, our strategic focus across diverse business areas, and, last but not least, our ownership structure, we should continue to succeed in this. Cost discipline, flexibility, and the drive to be the best remain our standards and the key to our shared success.

The shareholders' meeting of OTTO FUCHS Beteiligungen KG approved the consolidated financial statements for the 2020 financial year at its meeting on September 1, 2021.

KPMG Aktiengesellschaft, Wirtschaftsprüfungsgesellschaft, has issued the following unqualified audit opinion on the complete consolidated financial statements and consolidated management report of OTTO FUCHS Beteiligungen KG:


**Meinerzhagen, August 9, 2021**

*Personally liable partners of OTTO FUCHS Beteiligungen KG, Meinerzhagen*

*Dr. Hinrich Mählmann*

*Andreas Engelhardt*

**To OTTO FUCHS Beteiligungen Kommanditgesellschaft,**

**(until November 30, 2020 OTTO FUCHS Kommanditgesellschaft), Meinerzhagen**

**Examination results**

We have audited the consolidated financial statements of OTTO FUCHS Beteiligungen Kommanditgesellschaft, Meinerzhagen, and its subsidiaries (the Group) – comprising the consolidated balance sheet as of December 31, 2020, the consolidated income statement for the fiscal year from January 1 to December 31, 2020, and the notes to the consolidated financial statements, including the presentation of accounting and valuation methods. In addition, we have audited the Group management report of OTTO FUCHS Beteiligungen Kommanditgesellschaft for the fiscal year from January 1 to December 31, 2020. In accordance with legal requirements, we did not substantively review the components of the Group management report mentioned in the "Other Information" section of our auditor's report.

In our assessment, based on the findings obtained during the audit

**Independent auditor's report**

— The attached consolidated financial statements comply in all material respects with the German commercial law provisions applicable pursuant to Section 13 of the German Disclosure Act (PublG) and, in accordance with German generally accepted accounting principles, present a true and fair view of the Group's assets and financial position as of December 31, 2020, and of its earnings for the financial year from January 1 to December 31, 2020.

— The accompanying Group Management Report provides an accurate overall picture of the Group's situation. In all material respects, this Group Management Report is consistent with the consolidated financial statements, complies with German legal requirements, and accurately presents the opportunities and risks of future development. Our audit opinion on the Group Management Report does not extend to the content of the components of the Group Management Report listed in the section "Other Information".

Pursuant to Section 322 Paragraph 3 Sentence 1 of the German Commercial Code (HGB), we declare that our audit has not given rise to any objections regarding the regularity of the consolidated financial statements and the consolidated management report.

**Basis for the examination results**

We conducted our audit of the consolidated financial statements and the consolidated management report in accordance with Section 317 of the German Commercial Code (HGB) and in compliance with the German Generally Accepted Auditing Standards promulgated by the Institute of Public Auditors in Germany (IDW). Our responsibilities under these regulations and standards are further described in the section "Auditor's Responsibilities for the Audit of the Consolidated Financial Statements and the Consolidated Management Report" of our audit opinion. We are independent of the group companies in accordance with German commercial and professional regulations and have fulfilled our other German professional obligations in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinions on the consolidated financial statements and the consolidated management report.

**Other information**

The legal representatives are responsible for the other information. This other information includes the non-audited information contained in the "Other Information" section of the Group Management Report. This other information does not include the consolidated financial statements, the audited information contained in the Group Management Report, or our corresponding auditor's report.

Our audit opinions on the consolidated financial statements and the consolidated management report do not extend to the other information, and accordingly we do not issue an audit opinion or any other form of audit conclusion with respect to it.

In connection with our audit, we have a responsibility to read the other information and assess whether the other information

— reveal significant discrepancies with the consolidated financial statements, the substantively audited information in the consolidated management report, or our knowledge obtained during the audit, or

— They appear to be significantly misrepresented elsewhere.

**Responsibility of the legal representatives for the consolidated financial statements and the consolidated management report**

The legal representatives are responsible for the preparation of the consolidated financial statements, which, pursuant to Section 13 of the German Disclosure Act (PublG), comply with German commercial law provisions in all material respects, and for ensuring that the

consolidated financial statements, prepared in accordance with German generally accepted accounting principles, present a true and fair view of the Group's assets, liabilities, financial position, and profit or loss. Furthermore, the legal representatives are responsible for the internal controls they have determined to be necessary, in accordance with German generally accepted accounting principles, to enable the preparation of consolidated financial statements that are free from material misstatements, whether intentional or unintentional.

When preparing the consolidated financial statements, the legal representatives are responsible for assessing the group's ability to continue as a going concern. Furthermore, they are responsible for disclosing any relevant circumstances relating to going concern. In addition, they are responsible for preparing the financial statements on the basis of going concern, unless factual or legal circumstances preclude this.

Furthermore, the legal representatives are responsible for preparing the group management report, which as a whole provides a true and fair view of the group's situation, is consistent with the consolidated financial statements in all material respects, complies with German legal requirements, and accurately presents the opportunities and risks of future development. The legal representatives are also responsible for the arrangements and measures (systems) they have deemed necessary to enable the preparation of a group management report in accordance with applicable German legal requirements and to provide sufficient and appropriate evidence to support the statements made in the group management report.

**Responsibility of the auditor for the audit of the consolidated financial statements and the consolidated management report**

Our objective is to obtain reasonable assurance as to whether the consolidated financial statements as a whole are free from material misstatements, whether intentional or unintentional, and whether the consolidated management report as a whole presents a true and fair view of the Group's situation and is consistent in all material respects with the consolidated financial statements and with the findings obtained during the audit, complies with German legal requirements and accurately presents the opportunities and risks of future development, and to issue an auditor's report containing our audit opinions on the consolidated financial statements and the consolidated management report.

Reasonable assurance is a high level of assurance, but it is not a guarantee that an audit conducted in accordance with Section 317 of the German Commercial Code (HGB) and in compliance with the German Generally Accepted Auditing Standards promulgated by the Institute of Public Auditors in Germany (IDW) will always detect a material misstatement. Misstatements may result from breaches or inaccuracies and are considered material if they could reasonably be expected, individually or in aggregate, to influence the economic decisions of users made on the basis of these consolidated financial statements and management report.

During the audit, we exercise due discretion and maintain a critical stance. Furthermore

— We identify and assess the risks of material misstatements – whether intentional or unintentional – in the consolidated financial statements and management report, plan and perform audit procedures in response to these risks, and obtain audit evidence that is sufficient and appropriate to serve as a basis for our audit opinions. The risk of material misstatements not being detected is higher for violations than for errors, as violations may involve fraudulent collusion, forgery, intentional omissions, misleading presentations, or the overriding of internal controls.

— We gain an understanding of the internal control system relevant to the audit of the consolidated financial statements and the arrangements and measures relevant to the audit of the group management report in order to plan audit procedures that are appropriate under the circumstances, but not with the aim of expressing an opinion on the effectiveness of these systems.

— We assess the appropriateness of the accounting methods used by the legal representatives and the reasonableness of the estimated values and related information presented by the legal representatives.

— We draw conclusions about the appropriateness of the going concern accounting principle applied by management and, based on the audit evidence obtained, whether there is a material uncertainty relating to events or conditions that could cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the relevant disclosures in the consolidated financial statements and the group management report or, if such disclosures are inadequate, to modify our respective audit opinion. We draw our conclusions based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions could cause the Group to cease to be a going concern.

— We assess the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements present the underlying business transactions and events in such a way that, in accordance with German generally accepted accounting principles, they provide a true and fair view of the Group's assets, liabilities, financial position and results of operations.

— We obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the group in order to express audit opinions on the consolidated financial statements and the group management report. We are responsible for directing, supervising, and performing the audit of the consolidated financial statements. We bear sole responsibility for our audit opinions.

— We assess the consistency of the group management report with the consolidated financial statements, its compliance with the law, and the picture it conveys of the group's situation.

— We perform audit procedures on the forward-looking statements presented by the management representatives in the group management report. Based on sufficient appropriate audit evidence, we specifically examine the significant assumptions underlying the forward-looking statements made by the management representatives and assess the appropriate derivation of the forward-looking statements from these assumptions. We do not issue a separate audit opinion on the forward-looking statements or the underlying assumptions. There is a significant unavoidable risk that future events may differ materially from the forward-looking statements.

We discuss with those responsible for oversight, among other things, the planned scope and timing of the audit, as well as significant audit findings, including any deficiencies in the internal control system that we identify during our audit.

**Düsseldorf, August 9, 2021**

**KPMG AG**
**Wirtschaftsprüfungsgesellschaft**

***Dr. Zeimes, auditor***

***Düpjohann, auditor***

# EXHIBIT B

# Screenshot of Bundesanzeiger Website

 **Bundesanzeiger**
Herausgegeben vom Bundesministerium
der Justiz und für Verbraucherschutz

 

≡ menu

Register 🔒

## Seek 🔍

Enter search term

All areas ⌄ ❶

Advanced Search | Seek

## Submit order ↪

If you wish to publish or file an item in the Federal Gazette, you can submit a corresponding order via the publication platform. You will also find assistance with order submission there.

For order transmission

## Notices and reports

### Beware of unscrupulous vendors

The Federal Gazette publisher warns against offers and notices regarding company registrations in the company register and in connection with publications in the Federal Gazette.

Further information and a current list of the unfair providers currently known here can be found in the Federal Gazette under " How it works – Data and Statistics ".

To prevent invoice manipulation and ensure the highest possible level of protection against forgery, Bundesanzeiger Verlag sends invoices exclusively as text-based PDF files (no image-only PDFs; text can be highlighted, copied, and searched) and uses SPF (Sender Policy Framework) and DKIM (DomainKeys Identified Mail) for email authentication. Please always carefully check the PDF files of emails you receive in the name of Bundesanzeiger Verlag, especially the bank account details (partially anonymized IBAN of Bundesanzeiger Verlag: DE57 37·· ····· ····· ···5 09) and the sender's email address. If you find any discrepancies, please contact our customer service.

All news

### What is the Federal Gazette?

The Federal Gazette (Bundesanzeiger) is an official publication and announcement organ of the Federal Republic of Germany and is published by the Federal Ministry of Justice and Consumer Protection. The operator of the Federal Gazette is the Federal Gazette Publishing House (Bundesanzeiger Verlag).

Publication in the Federal Gazette takes place Monday to Friday, with the exception of public holidays in North Rhine-Westphalia.

Further information regarding publication times can be found under "Legal / Terms and Conditions".

Regarding the contents

## Balance Sheet Navigator

### Your online help for disclosure

The balance sheet navigator helps you with the question of how and where you need to disclose your accounting documents and company reports.

✔ Federal Gazette or Company Register

✔ Publish or archive?

Go to the balance sheet navigator

### Federal Gazette Publishing House

> Company Register
> Transparency Register
> Federal Law Gazette Archive
> eBalance Sheet Online
> Legal Entity Identifier Register
> Publisher's website

contact ✉

## Quick access

**Official part**

# EXHIBIT C

# Weber Metals 2019 Form 5500
# (Bates Verity-WeberMetals_000090-133)

| Form **5500**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | OMB Nos. 1210-0110<br>1210-0089<br><br>**2019**<br><br>**This Form is Open to Public Inspection** |
| --- | --- | --- |

## Part I — Annual Report Identification Information

For calendar plan year 2019 or fiscal plan year beginning  01/01/2019                    and ending   12/31/2019

**A** This return/report is for:
- ☐ a multiemployer plan
- ☒ a single-employer plan
- ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- ☐ a DFE (specify) ____

**B** This return/report is:
- ☐ the first return/report
- ☐ an amended return/report
- ☐ the final return/report
- ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:
- ☒ Form 5558
- ☐ automatic extension
- ☐ the DFVC program
- ☐ special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

| **1a** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **1b** Three-digit plan number (PN) ▶   001 |
| --- | --- |
| | **1c** Effective date of plan<br>05/01/1974 |
| **2a** Plan sponsor's name (employer, if for a single-employer plan)<br>Mailing address (include room, apt., suite no. and street, or P.O. Box)<br>City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)<br>WEBER METALS, INC.<br><br><br>16706 GARFIELD AVENUE<br>PARAMOUNT, CA 90723 | **2b** Employer Identification Number (EIN)<br>95-2222524 |
| | **2c** Plan Sponsor's telephone number<br>562-602-0260 |
| | **2d** Business code (see instructions)<br>331310 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/14/2020 | BRENDA VARGAS |
| --- | --- | --- | --- |
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                                    **Form 5500 (2019)**
**v. 190130**

Verity-WeberMetals_000090

Form 5500 (2019)                                                                 Page **2**

| | | | |
|---|---|---|---|
| **3a** Plan administrator's name and address  [X] Same as Plan Sponsor | | **3b** Administrator's EIN | |
| | | **3c** Administrator's telephone number | |

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report:

**a** Sponsor's name               **4b** EIN

**c** Plan Name                **4d** PN

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 695 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year ................. | **6a(1)** | 563 |
| **a(2)** Total number of active participants at the end of the plan year ..................... | **6a(2)** | 678 |
| **b** Retired or separated participants receiving benefits............................... | **6b** | 1 |
| **c** Other retired or separated participants entitled to future benefits .................... | **6c** | 157 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**........................................ | **6d** | 836 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .... | **6e** | 0 |
| **f** Total. Add lines **6d** and **6e**.............................................. | **6f** | 836 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ............................................. | **6g** | 802 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ............................................. | **6h** | 0 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2G   2J   2K   2S   2T   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** [X] Insurance | | **(1)** [X] Insurance | |
| **(2)** [ ] Code section 412(e)(3) insurance contracts | | **(2)** [ ] Code section 412(e)(3) insurance contracts | |
| **(3)** [X] Trust | | **(3)** [X] Trust | |
| **(4)** [ ] General assets of the sponsor | | **(4)** [ ] General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a Pension Schedules**

**(1)** [X] **R** (Retirement Plan Information)

**(2)** [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b General Schedules**

**(1)** [X] **H** (Financial Information)

**(2)** [ ] **I** (Financial Information – Small Plan)

**(3)** [X]  1  **A** (Insurance Information)

**(4)** [X] **C** (Service Provider Information)

**(5)** [X] **D** (DFE/Participating Plan Information)

**(6)** [ ] **G** (Financial Transaction Schedules)

Verity-WeberMetals_000091

Form 5500 (2019)          Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .............................……….……☐  Yes     ☐  No

    If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes    ☐  No

**11c** Enter the Receipt Confirmation Code for the 2019 Form M-1 annual report.  If the plan was not required to file the 2019 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

    Receipt Confirmation Code_____

Verity-WeberMetals_000092

| SCHEDULE A<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Insurance Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500.<br><br>▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2019**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2019 or fiscal plan year beginning   01/01/2019    and ending   12/31/2019

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit plan number (PN) ▶ | 001 |
| --- | --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br>95-2222524 | |

| Part I | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |

**1** Coverage Information:

**(a)** Name of insurance carrier

GREAT WEST LIFE AND ANNUITY

| | | | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
| --- | --- | --- | --- | --- | --- |
| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | | **(f)** From | **(g)** To |
| 84-0467907 | 68322 | 507145-01 | 52 | 01/01/2019 | 12/31/2019 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
| --- | --- |
| | |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| --- | --- | --- | --- |
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          **Schedule A (Form 5500) 2019**
**v. 190130**

Verity-WeberMetals_000093

Schedule A  (Form 5500) 2019                                           Page **2** –  1

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Verity-WeberMetals_000094

Schedule A  (Form 5500) 2019                                                    Page **3**

| Part II | Investment and Annuity Contract Information |
|---------|---------------------------------------------|
|         | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end................................................. | **4** | 301580 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end..................................................... | **5** | 0 |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier.......................................................................................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year............................................................................................ | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ..................................................................... | **6d** | |

Specify nature of costs ▶

**e** Type of contract: (1) ☐ individual policies    (2) ☐ group deferred annuity

(3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract: (1) ☐ deposit administration    (2) ☐ immediate participation guarantee

(3) ☐ guaranteed investment    (4) ☒ other ▶ GROUP ANNUITY CONTRACT

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year.................................................................................................... | | **7b** | 0 |
| **c** | Additions: (1) Contributions deposited during the year................................. | **7c(1)** | 9425 | |
| | (2) Dividends and credits ................................................................ | **7c(2)** | 6743 | |
| | (3) Interest credited during the year ................................................. | **7c(3)** | 5189 | |
| | (4) Transferred from separate account................................................ | **7c(4)** | 20175827 | |
| | (5) Other (specify below) ............................................................... | **7c(5)** | 84 | |

▶ LOAN PAYMENTS

| | | | | |
|---|---|---|---|---|
| | (6)Total additions................................................................................................................................ | **7c(6)** | | 20197268 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ......................................................................... | **7d** | | 20197268 |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | 350 | |
| | (2) Administration charge made by carrier ....................................................... | **7e(2)** | 0 | |
| | (3) Transferred to separate account................................................................ | **7e(3)** | 19895338 | |
| | (4) Other (specify below) .............................................................................. | **7e(4)** | | |

▶

| | | | | |
|---|---|---|---|---|
| | (5) Total deductions........................................................................................................................... | **7e(5)** | | 19895688 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**) ............................................... | **7f** | | 301580 |

Schedule A  (Form 5500) 2019                                                                Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)  **b** ☐ Dental  **c** ☐ Vision  **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)  **f** ☐ Long-term disability  **g** ☐ Supplemental unemployment  **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)  **j** ☐ HMO contract  **k** ☐ PPO contract  **l** ☐ Indemnity contract

**m** ☐ Other (specify)  ▶

**9** Experience-rated contracts:

| | | | | |
|---|---|---|---|---|
| **a** Premiums: (1) Amount received | **9a(1)** | | | |
| (2) Increase (decrease) in amount due but unpaid | **9a(2)** | | | |
| (3) Increase (decrease) in unearned premium reserve | **9a(3)** | | | |
| (4) Earned (**(1)** + **(2)** - **(3)**) | | | **9a(4)** | 0 |
| **b** Benefit charges (1) Claims paid | **9b(1)** | | | |
| (2) Increase (decrease) in claim reserves | **9b(2)** | | | |
| (3) Incurred claims (add **(1)** and **(2)**) | | | **9b(3)** | 0 |
| (4) Claims charged | | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | | |
| (A) Commissions | **9c(1)(A)** | | | |
| (B) Administrative service or other fees | **9c(1)(B)** | | | |
| (C) Other specific acquisition costs | **9c(1)(C)** | | | |
| (D) Other expenses | **9c(1)(D)** | | | |
| (E) Taxes | **9c(1)(E)** | | | |
| (F) Charges for risks or other contingencies | **9c(1)(F)** | | | |
| (G) Other retention charges | **9c(1)(G)** | | | |
| (H) Total retention | | | **9c(1)(H)** | 0 |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | | | **9d(1)** | |
| (2) Claim reserves | | | **9d(2)** | |
| (3) Other reserves | | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.) | | | **9e** | |

**10** Nonexperience-rated contracts:

| | | | | |
|---|---|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | | | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount | | | **10b** | |

Specify nature of costs.

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............ ☐ Yes  ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

Verity-WeberMetals_000096

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Service Provider Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2019**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2019 or fiscal plan year beginning    01/01/2019    and ending    12/31/2019

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)    ▶ | 001 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br>95-2222524 | |

| **Part I** | **Service Provider Information (see instructions)** |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year.  If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions).. . . . . . . . . . . . . .    ☐ Yes   ☒ No

**b** If you answered line 1a  "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**    **Schedule C (Form 5500) 2019**
**v. 190130**

Verity-WeberMetals_000097

Schedule C (Form 5500) 2019                                                    Page **2-**  1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Verity-WeberMetals_000098

Schedule C (Form 5500) 2019                                             Page **3 -** ☐ 1

---

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

CAPITAL GROUP RETIREMENT PLAN SERVI                6455 IRVINE CENTER DRIVE
                                                   IRVINE, CA 92618

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 64 | RECORDKEEPER | 2690 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

GREAT-WEST LIFE & ANNUITY INSURANCE                8515 EAST ORCHARD ROAD
                                                   GREENWOOD VILLAGE, CO 80111

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 64 | RECORDKEEPER | 0 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐  No ☐ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

Verity-WeberMetals_000099

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐ No ☐ | Yes ☐ No ☐ |  | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐ No ☐ | Yes ☐ No ☐ |  | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
|  |  |  | Yes ☐ No ☐ | Yes ☐ No ☐ |  | Yes ☐ No ☐ |

Verity-WeberMetals_000100

Schedule C (Form 5500) 2019                                              Page **4 -** ⬛ 1

| **Part I** | **Service Provider Information** (continued) |
| --- | --- |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

Verity-WeberMetals_000101

Schedule C (Form 5500) 2019                              Page **5 -**  1

| **Part II** | Service Providers Who Fail or Refuse to Provide Information |
|---|---|

4   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Verity-WeberMetals_000102

Schedule C (Form 5500) 2019          Page **6 -** [ 1 ]

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|---|---|

(complete as many entries as needed)

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

Verity-WeberMetals_000103

| SCHEDULE D (Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | DFE/Participating Plan Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2019**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2019 or fiscal plan year beginning    01/01/2019    and ending    12/31/2019

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit plan number (PN)    ▶    001 |
|---|---|

| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br>95-2222524 |
|---|---|

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)**<br>(Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    EB MAGIC 75 STABLE VALUE FUND

**b** Name of sponsor of entity listed in (a):    KEYBANK, NA

| **c** EIN-PN  34-6903863-002 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)    8372153 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**    **Schedule D (Form 5500) 2019**<br>**v. 190130**

Verity-WeberMetals_000104

Schedule D (Form 5500) 2019                                     Page **2 -** ☐ 1

---

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Verity-WeberMetals_000105

Schedule D (Form 5500) 2019                                        Page **3 -**  [ 1 ]

| Part II | Information on Participating Plans (to be completed by DFEs) |
|---------|-------------------------------------------------------------|
|         | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

| Part II | Information on Participating Plans (to be completed by DFEs) |
|---------|-------------------------------------------------------------|
|         | (Complete as many entries as needed to report all participating plans) |

Verity-WeberMetals_000106

| SCHEDULE H (Form 5500) | Financial Information | OMB No. 1210-0110 |
|---|---|---|

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

**Financial Information**

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

**2019**

**This Form is Open to Public Inspection**

For calendar plan year 2019 or fiscal plan year beginning   01/01/2019   and ending   12/31/2019

**A** Name of plan
WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

**B** Three-digit plan number (PN)   ▶   001

**C** Plan sponsor's name as shown on line 2a of Form 5500
WEBER METALS, INC.

**D** Employer Identification Number (EIN)
95-2222524

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ....................................................... | **1a** | 0 | 0 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions............................................................ | **1b(1)** | 0 | 0 |
| (2) Participant contributions......................................................... | **1b(2)** | 0 | 0 |
| (3) Other...................................................................................... | **1b(3)** | 0 | 0 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit)............................................................... | **1c(1)** | 0 | 0 |
| (2) U.S. Government securities .................................................... | **1c(2)** | 0 | 0 |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred ....................................................................... | **1c(3)(A)** | 0 | 0 |
| (B) All other ......................................................................... | **1c(3)(B)** | 0 | 0 |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred ....................................................................... | **1c(4)(A)** | 0 | 0 |
| (B) Common........................................................................ | **1c(4)(B)** | 0 | 0 |
| (5) Partnership/joint venture interests ......................................... | **1c(5)** | 0 | 0 |
| (6) Real estate (other than employer real property)..................... | **1c(6)** | 0 | 0 |
| (7) Loans (other than to participants) .......................................... | **1c(7)** | 0 | 0 |
| (8) Participant loans.................................................................... | **1c(8)** | 343046 | 393762 |
| (9) Value of interest in common/collective trusts ........................ | **1c(9)** | 9898488 | 8372153 |
| (10) Value of interest in pooled separate accounts ...................... | **1c(10)** | | |
| (11) Value of interest in master trust investment accounts ........... | **1c(11)** | 0 | 0 |
| (12) Value of interest in 103-12 investment entities..................... | **1c(12)** | 0 | 0 |
| (13) Value of interest in registered investment companies (e.g., mutual funds)................................................................. | **1c(13)** | 17286838 | 22782526 |
| (14) Value of funds held in insurance company general account (unallocated contracts)................................................................ | **1c(14)** | 0 | 301580 |
| (15) Other...................................................................................... | **1c(15)** | 0 | 0 |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

Schedule H (Form 5500) 2019
v. 190130

Verity-WeberMetals_000107

Schedule H (Form 5500) 2019    Page **2**

| **1d** Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **(1)** Employer securities | 1d(1) | 0 | 0 |
| **(2)** Employer real property | 1d(2) | 0 | 0 |
| **e** Buildings and other property used in plan operation | 1e | 0 | 0 |
| **f** Total assets (add all amounts in lines 1a through 1e) | 1f | 27528372 | 31850021 |

### Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable | 1g | 0 | 0 |
| **h** Operating payables | 1h | | |
| **i** Acquisition indebtedness | 1i | 0 | 0 |
| **j** Other liabilities | 1j | 0 | 0 |
| **k** Total liabilities (add all amounts in lines 1g through1j) | 1k | 0 | 0 |

### Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f) | 1l | 27528372 | 31850021 |

## Part II  Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a  Contributions:** | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 448096 | |
| **(B)** Participants | 2a(1)(B) | 2738399 | |
| **(C)** Others (including rollovers) | 2a(1)(C) | 81199 | |
| **(2)** Noncash contributions | 2a(2) | 0 | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 3267694 |
| **b  Earnings on investments:** | | | |
| **(1)** Interest: | | | |
| **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | 0 | |
| **(B)** U.S. Government securities | 2b(1)(B) | 0 | |
| **(C)** Corporate debt instruments | 2b(1)(C) | 0 | |
| **(D)** Loans (other than to participants) | 2b(1)(D) | 0 | |
| **(E)** Participant loans | 2b(1)(E) | 18456 | |
| **(F)** Other | 2b(1)(F) | 0 | |
| **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 18456 |
| **(2)** Dividends: **(A)** Preferred stock | 2b(2)(A) | 0 | |
| **(B)** Common stock | 2b(2)(B) | 0 | |
| **(C)** Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 1283150 | |
| **(D)** Total dividends. Add lines **2b(2)(A)**, **(B)**, and **(C)** | 2b(2)(D) | | 1283150 |
| **(3)** Rents | 2b(3) | | 0 |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | 0 | |
| **(B)** Aggregate carrying amount (see instructions) | 2b(4)(B) | 0 | |
| **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | 0 |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | 0 | |
| **(B)** Other | 2b(5)(B) | 0 | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | 0 |

Verity-WeberMetals_000108

Schedule H (Form 5500) 2019                                                    Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts | **2b(6)** | | 0 |
| **(7)** Net investment gain (loss) from pooled separate accounts | **2b(7)** | | 0 |
| **(8)** Net investment gain (loss) from master trust investment accounts | **2b(8)** | | 0 |
| **(9)** Net investment gain (loss) from 103-12 investment entities | **2b(9)** | | 0 |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) | **2b(10)** | | 2703735 |
| **c** Other income | **2c** | | 62875 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | **2d** | | 7335910 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers | **2e(1)** | 2919433 | |
| **(2)** To insurance carriers for the provision of benefits | **2e(2)** | 0 | |
| **(3)** Other | **2e(3)** | 0 | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** | **2e(4)** | | 2919433 |
| **f** Corrective distributions (see instructions) | **2f** | | 43867 |
| **g** Certain deemed distributions of participant loans (see instructions) | **2g** | | 0 |
| **h** Interest expense | **2h** | | 0 |
| **i** Administrative expenses: **(1)** Professional fees | **2i(1)** | 0 | |
| **(2)** Contract administrator fees | **2i(2)** | 50961 | |
| **(3)** Investment advisory and management fees | **2i(3)** | 0 | |
| **(4)** Other | **2i(4)** | 0 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** | **2i(5)** | | 50961 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | **2j** | | 3014261 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** | **2k** | | 4321649 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan | **2l(1)** | | 0 |
| **(2)** From this plan | **2l(2)** | | |

---

| **Part III** | **Accountant's Opinion** |
|---|---|

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unmodified    **(2)** ☐ Qualified    **(3)** ☒ Disclaimer    **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?    ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: WRIGHT FORD YOUNG & CO.          **(2)** EIN: 95-3288054

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.    **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

| **Part IV** | **Compliance Questions** |
|---|---|

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) **4a** | X | | 533395 |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) **4b** | | X | |

Schedule H (Form 5500) 2019                                                    Page **4-** [ 1 ]

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................................... | 4c | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................................................................................... | 4d | | X | |
| **e** | Was this plan covered by a fidelity bond? ........................................................................ | 4e | X | | 1000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty?  ........................................................................................... | 4f | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?................................................ | 4g | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?.................. | 4h | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)............................................................. | 4i | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)............................................................. | 4j | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? .............................................. | 4k | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan?................................ | 4l | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) .................................................................................................. | 4m | X | | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ........................................ | 4n | X | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? **......** ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| SCHEDULE R (Form 5500) | Retirement Plan Information | OMB No. 1210-0110 |
|---|---|---|

**SCHEDULE R**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

**Retirement Plan Information**

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

**2019**

**This Form is Open to Public Inspection.**

For calendar plan year 2019 or fiscal plan year beginning 01/01/2019 and ending 12/31/2019

**A** Name of plan
WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

**B** Three-digit plan number (PN) ▶ 001

**C** Plan sponsor's name as shown on line 2a of Form 5500
WEBER METALS, INC.

**D** Employer Identification Number (EIN)
95-2222524

| **Part I** | **Distributions** |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ....................................................................................................................................

**1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s): _____84-1455663_____    _____20-3691658_____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ....................................................................................................................................

**3** |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ......................... ☐ **Yes** ☐ **No** ☐ **N/A**

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..........................................................................................................   **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year.................................................   **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ........................................................   **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? .......................................... ☐ **Yes** ☐ **No** ☐ **N/A**

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? .......................................................................................... ☐ **Yes** ☐ **No** ☐ **N/A**

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box................................................................................ ☐ **Increase** ☐ **Decrease** ☐ **Both** ☐ **No**

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ................ ☐ **Yes** ☐ **No**

**11 a** Does the ESOP hold any preferred stock? .......................................................................................................... ☐ **Yes** ☐ **No**

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.)........................................................................... ☐ **Yes** ☐ **No**

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?...................................... ☐ **Yes** ☐ **No**

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

Schedule R (Form 5500) 2019
v. 190130

Verity-WeberMetals_000111

Schedule R (Form 5500) 2019                                    Page **2** - ☐ 1

---

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |

**13**  Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify):

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                                                **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)  Contribution rate (in dollars and cents) _____
   (2)  Base unit measure: ☐ Hourly  ☐ Weekly  ☐ Unit of production  ☐ Other (specify): _____

Verity-WeberMetals_000112

Schedule R (Form 5500) 2019                                                   Page **3**

---

**14** Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for:

| | | | |
|---|---|---|---|
| **a** | The current year......................................................................................................... | **14a** | |
| **b** | The plan year immediately preceding the current plan year........................................... | **14b** | |
| **c** | The second preceding plan year ................................................................................. | **14c** | |

**15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to:

| | | | |
|---|---|---|---|
| **a** | The corresponding number for the plan year immediately preceding the current plan year............................... | **15a** | |
| **b** | The corresponding number for the second preceding plan year ..................................................................... | **15b** | |

**16** Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | | | |
|---|---|---|---|
| **a** | Enter the number of employers who withdrew during the preceding plan year  ................................................ | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers........................................................................................... | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. …………………………………………………………………………………………………… ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ...................................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

**a**    Enter the percentage of plan assets held as:
Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

**b**    Provide the average duration of the combined investment-grade and high-yield debt:
☐ 0-3 years    ☐ 3-6 years    ☐ 6-9 years    ☐ 9-12 years    ☐ 12-15 years    ☐ 15-18 years    ☐ 18-21 years    ☐ 21 years or more

**c**    What duration measure was used to calculate line 19(b)?
☐ Effective duration    ☐ Macaulay duration    ☐ Modified duration    ☐ Other (specify):

**20** **PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.

**a**    Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No

**b**    If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

☐ Yes.

☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

☐ No. Other. Provide explanation_____

Verity-WeberMetals_000113

**WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN**

**FINANCIAL STATEMENTS**

**DECEMBER 31, 2019 AND 2018**

Verity-WeberMetals_000114

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

INDEX TO

FINANCIAL STATEMENTS AND SUPPLEMENTAL SCHEDULES

DECEMBER 31, 2019 AND 2018

Pages

Independent Auditor's Report ........................................................................................    1 - 2

Financial Statements:

    Statements of Net Assets Available for Benefits
      as of December 31, 2019 and 2018  ...................................................................    3

    Statement of Changes in Net Assets Available for
      Benefits for the Year Ended December 31, 2019 ..............................................    4

Notes to the Financial Statements ..................................................................................    5 - 14

Supplemental Schedules:

    Schedule H, Line 4i – Schedule of Assets (Held at End of Year)...........................................    15

    Schedule H, Line 4a – Schedule of Delinquent Participant Contributions...........................    16

# Wright Ford Young & Co.

*Certified Public Accountants and Consultants, Inc.*

INDEPENDENT AUDITOR'S REPORT

To the Participants and Administrator of the
Weber Metals, Inc. Savings and Retirement Plan:

**Report on the Financial Statements**

We were engaged to audit the accompanying financial statements of the Weber Metals, Inc. Savings and Retirement Plan (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2019 and 2018, the related statement of changes in net assets available for benefits for the year ended December 31, 2019 and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

**Basis for Disclaimer of Opinion**

As permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 (ERISA), the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 7, which was certified by Great-West Life & Annuity Insurance Company (Great-West Life) and Great-West Trust Company, LLC (Great-West Trust), the custodians of the Plan and  Capital Bank & Trust Company (Capital Bank), the trustee of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the custodians and the trustee held the Plan's investment assets and executed investment transactions. The plan administrator has obtained certifications from Great-West Life and Great-West Trust as of December 31, 2019, and for the period October 4, 2019 to December 31, 2019, and from Capital Bank as of December 31, 2018, and for the period January 1, 2019 to October 4, 2019, that the information provided to the plan administrator by the custodians and the trustee is complete and accurate.

1

16140 Sand Canyon Avenue • Irvine, California 92618 • (949) 910-CPAS (2727) • Fax (949) 910-2728

Verity-WeberMetals_000116

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter – Supplemental Schedules**

The supplemental schedules, Schedule H, Line 4i – Schedule of Assets (Held at End of Year) as of December 31, 2019 and Schedule H, Line 4a – Schedule of Delinquent Participant Contributions for the year ended December 31, 2019, are required by the DOL's Rules and Regulations for Reporting and Disclosure under ERISA and are presented for the purpose of additional analysis and are not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on the supplemental schedules referred to above.

**Report on Form and Content in Compliance With DOL Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the custodians and the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.

*Wright Ford Young & Co.*

WRIGHT FORD YOUNG & CO.
Irvine, California
October 9, 2020

2

Verity-WeberMetals_000117

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS

DECEMBER 31, 2019 AND 2018

| | 2019 | 2018 |
|---|---|---|
| ASSETS: | | |
| Investments: | | |
| Registered investment companies, at fair value | $ 22,782,526 | $ 17,286,838 |
| Common/collective trust, at fair value | 8,372,153 | 9,896,409 |
| Guaranteed investment contract, at contract value | 301,580 | - |
| Total investments | 31,456,259 | 27,183,247 |
| Receivables: | | |
| Participant contributions | - | 74,463 |
| Employer contributions | - | 12,670 |
| Notes receivable from participants | 393,762 | 343,046 |
| Total receivables | 393,762 | 430,179 |
| Non-interest bearing cash | - | 2,079 |
| Total assets | 31,850,021 | 27,615,505 |
| LIABILITIES: | | |
| Corrective distributions payable | - | 45,766 |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 31,850,021 | $ 27,569,739 |

See accompanying independent auditor's report and notes to the financial statements.

3

Verity-WeberMetals_000118

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

FOR THE YEAR ENDED DECEMBER 31, 2019

*Additions to net assets attributed to:*

Investment earnings:

| | | |
|---|---|---:|
| Net appreciation in fair value of investments | $ | 2,703,735 |
| Interest and dividend income | | 1,283,150 |
| Other income - plan expense reimbursement arrangement | | 62,875 |
| Total investment earnings | | 4,049,760 |
| Interest income on notes receivable from participants | | 18,456 |

Contributions:

| | |
|---|---:|
| Participant | 2,709,702 |
| Employer | 435,426 |
| Rollover | 81,199 |
| Total contributions | 3,226,327 |
| Total additions | 7,294,543 |

*Deductions from net assets attributed to:*

| | |
|---|---:|
| Benefits paid to participants | 2,963,300 |
| Plan fees and administrative expenses | 50,961 |
| Total deductions | 3,014,261 |
| NET INCREASE | 4,280,282 |

NET ASSETS AVAILABLE FOR BENEFITS,
beginning of year                                                27,569,739

NET ASSETS AVAILABLE FOR BENEFITS,
end of year                                                   $   31,850,021

See accompanying independent auditor's report and notes to the financial statements.

4

Verity-WeberMetals_000119

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

1.    DESCRIPTION OF PLAN

The following description of the Weber Metals, Inc. Savings and Retirement Plan (the Plan) provides only general information. Participants should refer to the plan agreement for a more complete description of the Plan's provisions.

General

The Plan is a defined contribution plan covering substantially all non-union employees of Weber Metals, Inc. (the Company). The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. Employees who have attained at least 21 years of age are eligible to participate in the Plan on the first of each month, following the completion of 60 days of service. Subsequent to meeting the eligibility requirements, employees are automatically enrolled in the Plan at a 3% deferral rate unless they elect a different rate or to opt out. Employees must have completed one year of service, defined as 1,000 hours, in order to be eligible for the Company's matching and discretionary profit sharing contributions.

Administration

The Plan is administered by the Company.

Contributions

Participants may elect to contribute an amount up to 100% of eligible pre-tax or post-tax compensation, not to exceed the limits of the Internal Revenue Code (IRC). Participants direct the investment of their contributions into various investment options offered by the Plan. Participants may also contribute amounts representing distributions from other qualified defined benefit or defined contribution plans.

The Company may make discretionary matching and/or profit sharing contributions as determined each year by the Company's management. For the year ended December 31, 2019, the Company matched 25% of the participant's deferral, up to the first 6% of eligible compensation deferred. For the year ended December 31, 2019, the Company did not make any discretionary profit sharing contributions.

Participant Accounts

Each participant's account is credited with the participant's contributions, discretionary employer matching contributions and allocations of the Company's profit sharing contributions (as applicable), Plan earnings, plan expense reimbursement credits and transaction specific expenses (as applicable). Allocations are based on the participant's eligible compensation, participant contributions, investment elections, specific participant transactions and/or account balances, as defined. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

Verity-WeberMetals_000120

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

1.   DESCRIPTION OF PLAN – (Continued)

Payment of Benefits

On termination of service due to death, disability, retirement or other reasons, a participant may elect to receive a lump-sum amount equal to the value of the participant's vested interest in his or her account, an annuity, or annual installments. Participants may also elect to rollover their account to another tax deferred account or remain in the Plan until they are legally required to begin taking distributions. All account balances exceeding $1,000, but not exceeding $5,000, may be rolled into an Individual Retirement Account. All vested account balances not exceeding $1,000 may be immediately distributed in a lump-sum payment. With the plan administrator's approval, participants may withdraw all or part of their deferral contributions in the event of financial hardship.

Vesting

Participants are immediately vested in their salary deferral contributions, employer matching and profit sharing contributions plus actual earnings thereon.

Notes Receivable from Participants

Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum amount equal to the lesser of $50,000 or 50% of their vested account balance. Loan terms range from 1 to 5 years or within a reasonable period of time that is longer than 5 years for the purchase of a primary residence. Participants may only borrow from their fund accounts in the event of a financial hardship, as defined in the plan document. The loans are secured by the balance in the participant's account. The interest rate will generally be the prime interest rate charged by banks as published by the *Wall Street Journal* on the first day of each month plus 1 percent. Principal and interest is paid ratably through payroll deductions.

2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Basis of Accounting

The financial statements of the Plan are prepared under the accrual method of accounting.

Investments held by a defined-contribution plan are required to be reported at fair value, except for fully benefit-responsive investment contracts. Contract value is the relevant measure for the portion of the net assets available for benefits of a defined contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants normally would receive if they were to initiate permitted transactions under the terms of the Plan.

6

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 111 of 317   Page ID #:249

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES – (Continued)

Investment Valuation and Income Recognition

Investments are reported at fair value (except for fully benefit-responsive investment contracts, which are reported at contract value). Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 3 for discussion of fair value measurements.

Purchases and sales of securities are recorded on a trade-date basis. Net appreciation includes the Plan's gains and losses on investments bought and sold as well as held during the year. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date.

Payment of Benefits

Benefits are recorded when paid.

Corrective Distributions Payable

Amounts payable to participants for contributions in excess of amounts allowed by the Internal Revenue Service (IRS) are recorded as a liability with a corresponding reduction to contributions.

Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of net assets available for benefits and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of changes in net assets available for benefits during the reporting period. Actual results could differ from those estimates.

Notes Receivable from Participants

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Related fees are recorded as administrative expenses and are expensed when they are incurred. No allowance for credit losses has been recorded as of December 31, 2019 or 2018. Delinquent participant loans are reclassified as distributions based upon the terms of the plan agreement.

7

Verity-WeberMetals_000122

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

2.      SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES – (Continued)

Plan Fees and Administrative Expenses

Plan fees and administrative expenses are generally paid by the Plan, unless paid by the Company. Expenses that are paid by the Company are excluded from these financial statements. Certain transactional fees are charged directly to the participant's account and are included in administrative expenses.

Subsequent Events

The Company has evaluated subsequent events through the date of the independent auditor's report, which is the date the accompanying financial statements were available to be issued. See Note 12.

Other Income

Other income includes reimbursements from a Plan custodian under a plan expense reimbursement arrangement. These reimbursements may either be used to pay Plan expenses or allocated to participants' accounts.

3.      FAIR VALUE MEASUREMENTS

The Financial Accounting Standards Board (FASB) provides the framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy under this framework are described as follows:

Level 1      Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2      Inputs to the valuation methodology include:

- quoted prices for similar assets or liabilities in active markets;
- quoted prices for identical or similar assets or liabilities in inactive markets;
- inputs other than quoted prices that are observable for the asset or liability;
- inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

8

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

3.      FAIR VALUE MEASUREMENTS – (Continued)

Level 3      Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2019 and 2018:

*Registered investment companies:* These investments are public investment vehicles valued using the net asset value (NAV) provided by the administrator of the fund. The NAV is based on the value of the underlying assets owned by the fund, minus its liabilities, and then divided by the number of shares outstanding. The NAV is a quoted price in an active market and classified within level 1 of the valuation hierarchy.

*Common/collective trust:* The common/collective trust is composed primarily of fully benefit-responsive investment contracts contained in a collective trust and is valued at the NAV of the units of the bank collective trust. The NAV is used as a practical expedient to estimate fair value. Participant transactions (purchases and sales) may occur daily. Certain events would limit the ability of the Plan and the trust to transact at fair value. The Plan Administrator does not believe that any such events are probable of occurring.

The preceding methods described may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of December 31, 2019 and 2018:

| Description | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| **December 31, 2019** | | | | |
| Registered investment companies | $ 22,782,526 | $ 22,782,526 | $ - | $ - |
| Total assets in fair value hierarchy | 22,782,526 | $ 22,782,526 | $ - | $ - |
| Investment measured at net asset value [a] | 8,372,153 | | | |
| Total investments at fair value | $ 31,154,679 | | | |

9

Verity-WeberMetals_000124

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

3.    FAIR VALUE MEASUREMENTS – (Continued)

| Description | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| December 31, 2018 | | | | |
| Registered investment companies | $ 17,286,838 | $ 17,286,838 | $        - | $        - |
| Total assets in fair value hierarchy | 17,286,838 | $ 17,286,838 | $        - | $        - |
| Investment measured at net asset value [a] | 9,896,409 | | | |
| Total investments at fair value | $ 27,183,247 | | | |

[a] In accordance with Subtopic 820-10, certain investments that were measured at NAV per share (or its equivalent) as a practical expedient have not been classified in the fair value hierarchy. The fair value amounts presented in this table are intended to permit reconciliation of the fair value hierarchy to the line items presented in the statements of net assets available for benefits.

In regards to the classification of investment options offered by the plan, there were no reclassifications in or out of levels 1, 2 or 3 during the year ended December 31, 2019. The nature, risks and investment objectives of the investments above, including those for which fair value is estimated using the NAV as a practical expedient, can be found in the Plan's enrollment literature. These investments can be redeemed immediately and without a redemption notification period. As of December 31, 2019, there were no unfunded commitments associated with any of these investments.

4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY

As of December 31, 2019, the Plan held an investment contract, the Key Guaranteed Portfolio Fund, with Great-West Life. This investment contract met the fully benefit-responsive criteria and therefore is reported at contract value. Contract value is the relevant measure for the fully-benefit-responsive investment contract because this is the amount received by participants if they were to initiate permitted transactions under the terms of the Plan. Contract value represents contributions made under the contract, plus earnings, less participant withdrawals, and administrative expenses.

Net deposits invested in the Key Guaranteed Portfolio Fund become part of Great-West Life's general account.  Contract value is guaranteed by the full faith and credit of Great-West Life. The Plan's ability to receive amounts due in accordance with fully benefit-responsive contracts is dependent on the third-party issuer's ability to meet its financial obligations. The issuer's ability to meet its contractual obligations may be affected by future economic and regulatory developments.

There are no reserves against contract value for credit risk of the contract issuer or otherwise. The crediting interest rate is based on a formula agreed upon with the contract issuer, but it may not be less than 0%. The crediting interest rate is reset quarterly.  The contract cannot be terminated before the scheduled maturity date.

10

Verity-WeberMetals_000125

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY – (Continued)

Certain events limit the ability of the Plan to transact at contract value with the issuer.  Such events include the following: (1) amendments to the Plan documents (including complete or partial plan termination or merger with another plan), (2) changes to the Plan's prohibition on competing investment options or deletion of equity wash provisions, (3) bankruptcy of the Company, or (4) the failure of the trust to qualify for exemption from Federal income taxes or any required prohibited transaction exemption under ERISA. The plan administrator does not believe that any events that would limit the Plan's ability to transact at contract value with the plan participants are probable of occurring.

In addition, certain events allow the contract issuer to terminate the contracts with the Plan and settle at an amount different from contract value. Examples of such events include the following: (1) an uncured violation of the Plan's investment guidelines, (2) a breach of material obligation under the contract, (3) a material misrepresentation, or (4) a material amendment to the agreements without the consent of the contract issuer.

5.    PLAN TERMINATION

Although it has not expressed any intent to do so, the Company has the right to terminate or amend the Plan at any time, subject to the provisions of ERISA.

6.    TAX STATUS

The Company adopted a Prototype Non-Standardized Profit Sharing Plan which received a favorable opinion letter from the IRS on March 31, 2014, which stated that the Plan and related trust are designed in accordance with applicable sections of the IRC. The Plan has since been amended and restated. The plan administrator believes the Plan is currently designed and being operated in compliance with the applicable requirements of the IRC. Therefore, no provision for income taxes has been included in the Plan's financial statements.

Accounting principles generally accepted in the United States of America require plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the plan has taken an uncertain tax position that more likely than not would not be sustained upon examination by the IRS. The plan administrator has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2019, there are no uncertain positions taken or expected to be taken that would require recognition of a liability or disclosure in the financial statements. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

11

Verity-WeberMetals_000126

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

7.    INFORMATION CERTIFIED BY THE PLAN'S CUSTODIANS AND TRUSTEE

The plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under ERISA. Accordingly, Great-West Life and Great-West Trust, the custodians of the Plan and Capital Bank, the trustee of the Plan, have certified to the completeness and accuracy of :

- Investments and notes receivable from participants reflected on the accompanying statements of net assets available for benefits as of December 31, 2019 and 2018.
- Net appreciation in fair value of investments, interest and dividend income, and interest income from notes receivable from participants reflected on the accompanying statement of changes in net assets available for benefits for the year ended December 31, 2019.
- Investments and notes receivable from participants reflected on the schedule of assets (held at end of year).

8.    RISKS AND UNCERTAINTIES

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits.

9.    PARTY-IN-INTEREST TRANSACTIONS

The Plan allows for transactions with certain parties who may perform services or have fiduciary responsibilities to the Plan. During 2019, certain Plan investments were managed by Capital Bank, the trustee and Great-West Life and Great-West Trust, the custodians. During 2019, the Plan paid $50,961 in plan fees and administrative expenses. The Plan issues loans to participants, which are secured by the balances in the participants' accounts. The Company paid certain administrative expense of the Plan, including audit fees. These transactions qualify as party in interest transactions for which a statutory exemption exists.

The Plan has an expense reimbursement arrangement with its custodians and trustee whereby a certain percentage of revenues are remitted back to the Plan to be held in an expense reimbursement account.  This account can then be used to pay eligible plan expenses and, if applicable, allocated to participants who are invested in certain funds. During the year ended December 31, 2019, the Plan's expense reimbursement account received $62,875 from the custodians and trustee, used $48,704 to pay a portion of the Plan's expenses and allocated $7,501 to eligible participants. At December 31, 2019 and 2018 there was $6,670 and $0, respectively, in available credits.

12

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

10.    RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 at December 31, 2018:

|  | 2018 |
|---|---|
| Net assets available for benefits per the financial statements | $ 27,569,739 |
| Add corrective distributions payable per the financial statements | 45,766 |
| Less participant contributions receivable per the financial statements | (74,463) |
| Less employer contributions receivable per the financial statements | (12,670) |
| Net assets available for benefits per the Form 5500 | $ 27,528,372 |

The following is a reconciliation of the net increase per the financial statements to the net income per the Form 5500 for the year ended December 31, 2019:

|  |  |
|---|---|
| Net increase per the financial statements | $ 4,280,282 |
| Less prior year corrective distributions payable per the financial statements | (45,766) |
| Add prior year participant contributions receivable per the financial statements | 74,463 |
| Add prior year employer contributions receivable per the financial statements | 12,670 |
| Net income per the Form 5500 | $ 4,321,649 |

11.    PROHIBITED TRANSACTIONS

During the Plan years ended December 31, 2018 and 2016, the Plan Sponsor inadvertently failed to deposit $184,550 and $348,845, respectively, of participant deferrals and payments on notes receivable from participants within the required timeframe as stated by Employee Retirement Income Security Act of 1974 (ERISA).  These deferrals and payments on notes receivable from participants were deposited beyond the earliest expected date on which assets could be segregated from the employer's assets.  The U.S. Department of Labor considers late deposits to be prohibited transactions. The Plan Sponsor calculated and remitted lost earnings on the 2016 and 2018 remittances in September 2019 and January 2020, respectively. The Plan Sponsor does not believe that these issues will have a material impact on the Plan's net assets available for benefits or the Plan's tax status.

13

Verity-WeberMetals_000128

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2019 AND 2018

12.    SUBSEQUENT EVENTS

In March 2020, the World Health Organization classified the recent coronavirus (COVID-19) outbreak as a pandemic. As a result of the spread of COVID-19, economic uncertainties have arisen which are likely to negatively impact the Plan's investments. Other financial or operational impacts could occur although it is uncertain at this time.

The Plan has implemented certain provisions of the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) and the Setting Every Community Up for Retirement Enhancement Act of 2019 (the SECURE Act), which amongst other features, allow certain eligible individuals to receive coronavirus-related relief by deferring loan repayments, suspend required minimum distributions, and delay the commencement date for required minimum distributions. These features within these acts were adopted subsequent to December 31, 2019.

14

Verity-WeberMetals_000129

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN
PLAN FEIN# 95-2222524
PLAN # 001
SCHEDULE H, LINE 4i - SCHEDULE OF ASSETS (HELD AT END OF YEAR)
DECEMBER 31, 2019

| (a) | (b) Identity of issue, borrower, lessor or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| | **Registered Investment Companies** | | | |
| | American Funds | American Funds 2010 Target Date Fund | ** | $ 340,372 |
| | American Funds | American Funds 2015 Target Date Fund | ** | 237,176 |
| | American Funds | American Funds 2020 Target Date Fund | ** | 1,871,792 |
| | American Funds | American Funds 2025 Target Date Fund | ** | 4,982,512 |
| | American Funds | American Funds 2030 Target Date Fund | ** | 3,270,098 |
| | American Funds | American Funds 2035 Target Date Fund | ** | 2,131,647 |
| | American Funds | American Funds 2040 Target Date Fund | ** | 1,170,871 |
| | American Funds | American Funds 2045 Target Date Fund | ** | 1,226,582 |
| | American Funds | American Funds 2050 Target Date Fund | ** | 2,531,589 |
| | American Funds | American Funds 2055 Target Date Fund | ** | 2,380,162 |
| | American Funds | American Funds 2060 Target Date Fund | ** | 464,124 |
| | American Funds | American Funds New World Fund | ** | 92,991 |
| | MFS | MFS International Growth Fund | ** | 206,979 |
| | Alger | Alger Small Cap Focus Fund | ** | 93,304 |
| | Vanguard | Vanguard Small Cap Index Admiral Fund | ** | 99,156 |
| | Carillon Tower Advisers | Carillon Eagle Mid Cap Growth Fund | ** | 230,193 |
| | MFS | MFS Mid Cap Value Fund | ** | 86,594 |
| | Vanguard | Vanguard Mid Cap Index Fund | ** | 223,919 |
| | American Funds | American Century Equity Income Fund | ** | 242,308 |
| | BlackRock | iShares S&P 500 Index Fund | ** | 425,807 |
| | Loomis Sayles | Loomis Sayles Growth Fund | ** | 126,144 |
| | American Funds | American Funds Balanced Fund | ** | 81,629 |
| | PGIM | PGIM Global Total Return Fund | ** | 20,895 |
| | PGIM | PGIM Total Return Bond Fund | ** | 245,682 |
| | | | | 22,782,526 |
| | | | | |
| | **Common/collective trust** | | | |
| | Key Bank | EB MaGIC 75 Stable Value Fund | ** | 8,372,153 |
| | | | | |
| | **Guaranteed Investment Contract** | | | |
| * | Great-West Life Insurance Company | Key Guranteed Portfolio Fund | ** | 301,580 |
| | | | | |
| | **Notes Receivable from Participants** | | | |
| * | Participant loans | Interest rates ranging from 4.25% to 6.50% | - | 393,762 |
| | | | | $ 31,850,021 |

\*   Denotes a party-in-interest as defined by ERISA.
\*\*   Disclosure of this information is not required by Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA when the account is participant directed.

See accompanying independent auditor's report and notes to the financial statements.

15

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN
PLAN FEIN# 95-2222524
PLAN #  001
SCHEDULE H, LINE 4a - SCHEDULE OF DELINQUENT PARTICIPANT CONTRIBUTIONS
FOR THE YEAR ENDED DECEMBER 31, 2019

| Participant Contributions Transferred Late to Plan | Total that Constitute Nonexempt Prohibited Transactions | | | Total Fully Corrected Under Voluntary Fiduciary Correction Program and Prohibited Transaction Exemption 2002-51 |
|---|---|---|---|---|
| Check here if Late Participant Loan Repayments are included:  ☑ | Contributions Not Corrected | Contributions Corrected Outside VFCP | Contributions Pending Correction in VFCP | |
| Year ended December 31, 2018 $184,550 | | $184,550* | | |
| Year ended December 31, 2016 $348,845 | | $348,845** | | |

  * Lost earnings were remitted to the Plan on January 6, 2020 and January 16, 2020.
** Lost earnings were remitted to the Plan on September 26, 2019.

See accompanying independent auditor's report and notes to the financial statements.
16

Verity-WeberMetals_000131

| 507145-01 | | **SCHEDULE OF ASSETS (HELD AT END OF YEAR)** | | | Page 1 of 2 |
| GA | | **Weber Metals, Inc. Savings and Retirement Plan** | | | |
| | | **01-JAN-19 to 31-DEC-19** | | | 25-JAN-20 09:46:38 |

| INVESTMENT OPTION | MATURITY DATE | INTEREST RATE | COST OF ASSETS | CURRENT VALUE |
|---|---|---|---|---|
| 1RFTTX | | | 341,002.59 | 340,371.82 |
| 1RFJTX | | | 238,493.94 | 237,176.29 |
| 1RRCTX | | | 1,873,699.06 | 1,871,791.55 |
| 1RFDTX | | | 4,936,443.65 | 4,982,512.43 |
| 1RFETX | | | 3,226,808.12 | 3,270,098.48 |
| 1RFFTX | | | 2,085,066.56 | 2,131,647.38 |
| 1RFGTX | | | 1,142,651.00 | 1,170,870.75 |
| 1RFHTX | | | 1,196,701.37 | 1,226,582.16 |
| 1RFITX | | | 2,463,771.21 | 2,531,589.12 |
| 1RFKTX | | | 2,310,820.68 | 2,380,162.35 |
| 1RFUTX | | | 449,601.75 | 464,123.74 |
| 1RNWGX | | | 92,572.53 | 92,991.14 |
| 1MGRDX | | | 198,796.21 | 206,979.06 |
| 1AGOZX | | | 92,184.18 | 93,303.68 |
| 1VSMAX | | | 94,364.26 | 99,156.10 |
| 1HRAUX | | | 222,012.69 | 230,193.13 |
| 1MVCKX | | | 84,953.05 | 86,593.72 |
| 1VIMAX | | | 214,485.58 | 223,918.63 |
| 1AEUDX | | | 246,869.54 | 242,307.84 |
| 1WFSPX | | | 405,382.16 | 425,807.34 |
| 1LSGRX | | | 122,670.72 | 126,144.22 |
| 1RLBGX | | | 81,273.09 | 81,628.63 |
| 1PGTQX | | | 21,390.02 | 20,895.28 |
| 1PTRQX | | | 254,046.95 | 245,681.19 |
| 1EBM75 | | | 8,344,217.74 | 8,372,153.31 |
| 1KGPGW | | 1.200 | 289,721.60 | 290,166.82 |
| | | | **31,030,000.25** | **31,444,846.16** |
| PARTICIPANT LOANS | VARIOUS | 4.250-6.500 | 374,048.06 | 373,872.86 |
| FORFEITURES | | | 11,399.09 | 11,413.21 |

Attachment to Form 5500, Schedule H, Part 4, Item I
EIN # 95-2222524

Verity-WeberMetals_000132

| 507145-01 | **SCHEDULE OF ASSETS (HELD AT END OF YEAR)** | Page 2 of 2 |
| GA | **Weber Metals, Inc. Savings and Retirement Plan** | |
| | **01-JAN-19 to 31-DEC-19** | 25-JAN-20 09:46:38 |

| INVESTMENT OPTION | MATURITY DATE | INTEREST RATE | COST OF ASSETS | CURRENT VALUE |
|---|---|---|---|---|

LEGEND

INVESTMENT OPTION:

| | | | | |
|---|---|---|---|---|
| 1RFTTX | American Funds 2010 Trgt Date Retire R6 | | 1RFJTX | American Funds 2015 Trgt Date Retire R6 |
| 1RRCTX | American Funds 2020 Trgt Date Retire R6 | | 1RFDTX | American Funds 2025 Trgt Date Retire R6 |
| 1RFETX | American Funds 2030 Trgt Date Retire R6 | | 1RFFTX | American Funds 2035 Trgt Date Retire R6 |
| 1RFGTX | American Funds 2040 Trgt Date Retire R6 | | 1RFHTX | American Funds 2045 Trgt Date Retire R6 |
| 1RFITX | American Funds 2050 Trgt Date Retire R6 | | 1RFKTX | American Funds 2055 Trgt Date Retire R6 |
| 1RFUTX | American Funds 2060 Trgt Date Retire R6 | | 1RNWGX | American Funds New World R6 |
| 1MGRDX | MFS International Growth R6 | | 1AGOZX | Alger Small Cap Focus Z |
| 1VSMAX | Vanguard Small Cap Index Adm | | 1HRAUX | Carillon Eagle Mid Cap Growth R6 |
| 1MVCKX | MFS Mid Cap Value R6 | | 1VIMAX | Vanguard Mid Cap Index Fund - Admiral |
| 1AEUDX | American Century Equity Income R6 | | 1WFSPX | iShares S&P 500 Index K |
| 1LSGRX | Loomis Sayles Growth Y | | 1RLBGX | American Funds American Balanced R6 |
| 1PGTQX | PGIM Global Total Return R6 | | 1PTRQX | PGIM Total Return Bond R6 |
| 1EBM75 | EB MaGIC 75 Stable Value Fund | | 1KGPGW | Key Guaranteed Portfolio Fund |

COST OF ASSETS:  The original cost of the assets in each investment option as of the last day of the plan year
CURRENT VALUE:  The value of all assets in each investment option as of the last day of the plan year

Verity-WeberMetals_000133

# EXHIBIT D

# Weber Metals 2020 Form 5500 (Bates Verity-WeberMetals_000134-176

| **Form 5500**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | OMB Nos. 1210-0110<br>1210-0089<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |

## Part I — Annual Report Identification Information

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020    and ending  12/31/2020

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶  001

**1c** Effective date of plan
05/01/1974

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
WEBER METALS, INC.

16706 GARFIELD AVENUE
PARAMOUNT, CA 90723

**2b** Employer Identification Number (EIN)
95-2222524

**2c** Plan Sponsor's telephone number
562-602-0260

**2d** Business code (see instructions)
331310

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/11/2021 | BRENDA VARGAS |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**    **Form 5500 (2020)**
**v. 200204**

Verity-WeberMetals_000134

Form 5500 (2020)                                                                    Page **2**

| | | | |
|---|---|---|---|
| **3a** Plan administrator's name and address [X] Same as Plan Sponsor | | **3b** Administrator's EIN | |
| | | **3c** Administrator's telephone number | |

| | | | |
|---|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | | **4b** EIN | |
| **a** Sponsor's name | | **4d** PN | |
| **c** Plan Name | | | |

| | | | |
|---|---|---|---|
| **5** Total number of participants at the beginning of the plan year | | **5** | 853 |

**6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**).

| | | |
|---|---|---|
| **a(1)** Total number of active participants at the beginning of the plan year.............................................................. | **6a(1)** | 697 |
| **a(2)** Total number of active participants at the end of the plan year ................................................................. | **6a(2)** | 382 |
| **b** Retired or separated participants receiving benefits........................................................................................... | **6b** | 15 |
| **c** Other retired or separated participants entitled to future benefits ....................................................................... | **6c** | 94 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**........................................................................................................... | **6d** | 491 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .............................. | **6e** | 0 |
| **f** Total. Add lines **6d** and **6e**........................................................................................................................... | **6f** | 491 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ............................................................................................................................................ | **6g** | 465 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ............................................................................................................................................ | **6h** | 0 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2G   2J   2K   2S   2T   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | |
|---|---|
| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
| **(1)** [X] Insurance | **(1)** [X] Insurance |
| **(2)** [ ] Code section 412(e)(3) insurance contracts | **(2)** [ ] Code section 412(e)(3) insurance contracts |
| **(3)** [X] Trust | **(3)** [X] Trust |
| **(4)** [ ] General assets of the sponsor | **(4)** [ ] General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a Pension Schedules**

**(1)** [X] **R** (Retirement Plan Information)

**(2)** [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b General Schedules**

**(1)** [X] **H** (Financial Information)

**(2)** [ ] **I** (Financial Information – Small Plan)

**(3)** [X] _1_ **A** (Insurance Information)

**(4)** [X] **C** (Service Provider Information)

**(5)** [X] **D** (DFE/Participating Plan Information)

**(6)** [ ] **G** (Financial Transaction Schedules)

Verity-WeberMetals_000135

Form 5500 (2020)                                                                 Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .........................………..…… ☐ Yes    ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2020 Form M-1 annual report.  If the plan was not required to file the 2020 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

Verity-WeberMetals_000136

| SCHEDULE A<br>(Form 5500)<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▸ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020    and ending    12/31/2020

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B**  Three-digit plan number (PN) ▶ | 001 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D**  Employer Identification Number (EIN)<br>95-2222524 | |

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |

**1** Coverage Information:

**(a)** Name of insurance carrier
GREAT WEST LIFE AND ANNUITY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
| | | | | **(f)** From | **(g)** To |
| --- | --- | --- | --- | --- | --- |
| 84-0467907 | 68322 | 507145-01 | 154 | 01/01/2020 | 12/31/2020 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
| --- | --- |
| | |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| --- | --- | --- | --- |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
| | **(c)** Amount | **(d)** Purpose | |
| --- | --- | --- | --- |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**    **Schedule A (Form 5500) 2020**
**v. 200204**

Verity-WeberMetals_000137

Schedule A  (Form 5500) 2020                                Page **2 –** [ 1 ]

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Verity-WeberMetals_000138

Schedule A  (Form 5500) 2020                                                              Page **3**

| Part II | **Investment and Annuity Contract Information** |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end ............................................ | **4** | 6867532 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end................................................. | **5** | 0 |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates  ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier ............................................................................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ........................................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. ................................................................................ | **6d** | |

Specify nature of costs  ▶

**e** Type of contract:  (1) ☐ individual policies        (2) ☐ group deferred annuity

(3) ☐ other (specify)   ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here   ▶  ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:   (1) ☐ deposit administration      (2) ☐ immediate participation guarantee

(3) ☐ guaranteed investment      (4) ☒ other  ▶  GROUP ANNUITY CONTRACT

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year ............................................................................................. | | **7b** | 301580 |
| **c** | Additions:  (1) Contributions deposited during the year .............................. | **7c(1)** | 78340 | |
| | (2) Dividends and credits.................................................................... | **7c(2)** | -67 | |
| | (3) Interest credited during the year................................................... | **7c(3)** | 25123 | |
| | (4) Transferred from separate account ............................................... | **7c(4)** | 7816310 | |
| | (5) Other (specify below) ................................................................... | **7c(5)** | 1297 | |
| | ▶  LOAN PAYMENTS, FORFEITURES | | | |
| | (6)Total additions ............................................................................................................. | | **7c(6)** | 7921003 |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). ..................................................................... | | **7d** | 8222583 |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | 700549 | |
| | (2) Administration charge made by carrier................................................... | **7e(2)** | 8221 | |
| | (3) Transferred to separate account ........................................................... | **7e(3)** | 646281 | |
| | (4) Other (specify below)............................................................................ | **7e(4)** | | |
| | ▶ | | | |
| | (5) Total deductions ......................................................................................................... | | **7e(5)** | 1355051 |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**)............................................ | | **7f** | 6867532 |

Schedule A (Form 5500) 2020 — Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☐ Life insurance |
|---|---|---|---|
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☐ Other (specify) ▶ | | | |

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve | **9a(3)** | | |
| (4) Earned (**(1)** + **(2)** - **(3)**) | | **9a(4)** | 0 |
| **b** Benefit charges (1) Claims paid | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**) | | **9b(3)** | 0 |
| (4) Claims charged | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions | **9c(1)(A)** | | |
| (B) Administrative service or other fees | **9c(1)(B)** | | |
| (C) Other specific acquisition costs | **9c(1)(C)** | | |
| (D) Other expenses | **9c(1)(D)** | | |
| (E) Taxes | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies | **9c(1)(F)** | | |
| (G) Other retention charges | **9c(1)(G)** | | |
| (H) Total retention | | **9c(1)(H)** | 0 |
| (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | | **9d(1)** | |
| (2) Claim reserves | | **9d(2)** | |
| (3) Other reserves | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due. (Do not include amount entered in line **9c(2)**.) | | **9e** | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. Specify nature of costs. | **10b** | |

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ☐ Yes  ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

Verity-WeberMetals_000140

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Service Provider Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020  and ending  12/31/2020

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit<br>plan number (PN)  ▶ | 001 |
| --- | --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br><br>95-2222524 | |

| **Part I** | **Service Provider Information (see instructions)** |
| --- | --- |

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year.  If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions).. . . . . . . . . . . . . .  ☐ Yes  ☒ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                    **Schedule C (Form 5500) 2020**
**v. 200204**

Verity-WeberMetals_000141

Schedule C (Form 5500) 2020                                      Page **2-** | 1 |

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Verity-WeberMetals_000142

Schedule C (Form 5500) 2020                                                    Page **3** - 1

---

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

RBC CAPITAL MARKETS LLC

60 S 6TH ST COMMISSIONS ACCTG P-14
MINNEAPOLIS, MN 55402

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 27 | INVESTMENT ADVISOR | 46667 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

ADVISED ASSETS GROUP, LLC

8515 EAST ORCHARD ROAD
GREENWOOD VILLAGE, CO 80111

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 28 | INVESTMENT MGMT | 3632 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

GREAT-WEST LIFE & ANNUITY INSURANCE

8515 EAST ORCHARD ROAD
GREENWOOD VILLAGE, CO 80111

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 64 | RECORDKEEPER | 0 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

Verity-WeberMetals_000143

Schedule C (Form 5500) 2020                                          Page **3 -** 2

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

Verity-WeberMetals_000144

Schedule C (Form 5500) 2020 | Page **4 -** | 1 |

| Part I | Service Provider Information (continued) |

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |
| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. | |
| | | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |
| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. | |
| | | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |
| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. | |
| | | |

Verity-WeberMetals_000145

Schedule C (Form 5500) 2020        Page **5 -** | 1 |

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Verity-WeberMetals_000146

Schedule C (Form 5500) 2020                                    Page **6** - ☐ 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)**<br>(complete as many entries as needed) |
|---|---|

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

| | | |
|---|---|---|
| **a** | Name: | **b** EIN: |
| **c** | Position: | |
| **d** | Address: | **e** Telephone: |

Explanation:

Verity-WeberMetals_000147

| SCHEDULE D (Form 5500) | DFE/Participating Plan Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA). | **2020** |
| Department of Labor Employee Benefits Security Administration | ▶ **File as an attachment to Form 5500.** | **This Form is Open to Public Inspection.** |

For calendar plan year 2020 or fiscal plan year beginning    01/01/2020    and ending    12/31/2020

**A** Name of plan
WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

**B** Three-digit plan number (PN)    ▶    001

**C** Plan or DFE sponsor's name as shown on line 2a of Form 5500
WEBER METALS, INC.

**D** Employer Identification Number (EIN)
95-2222524

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)** (Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:    EB MAGIC 75 STABLE VALUE FUND

**b** Name of sponsor of entity listed in (a):    KEYBANK, NA

**c** EIN-PN  34-6903863-002    **d** Entity code  C    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)    0

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

**c** EIN-PN    **d** Entity code    **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions)

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**    Schedule D (Form 5500) 2020 v. 200204

Verity-WeberMetals_000148

Schedule D (Form 5500) 2020 <span>Page **2 -** 1</span>

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

Verity-WeberMetals_000149

Schedule D (Form 5500) 2020                                        Page **3 -** ☐ 1

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
| --- | --- |
| | (Complete as many entries as needed to report all participating plans) |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

**a** Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
| --- | --- |

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
| --- | --- |

Verity-WeberMetals_000150

| SCHEDULE H (Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Financial Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020  and ending  12/31/2020

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit plan number (PN)  ▶  001 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br>95-2222524 |

| **Part I** | **Asset and Liability Statement** |

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | **1a** | 0 | 0 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | **1b(1)** | 0 | 4355 |
| (2) Participant contributions | **1b(2)** | 0 | 19836 |
| (3) Other | **1b(3)** | 0 | 0 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) | **1c(1)** | 0 | 0 |
| (2) U.S. Government securities | **1c(2)** | 0 | 0 |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | **1c(3)(A)** | 0 | 0 |
| (B) All other | **1c(3)(B)** | 0 | 0 |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | **1c(4)(A)** | 0 | 0 |
| (B) Common | **1c(4)(B)** | 0 | 0 |
| (5) Partnership/joint venture interests | **1c(5)** | 0 | 0 |
| (6) Real estate (other than employer real property) | **1c(6)** | 0 | 0 |
| (7) Loans (other than to participants) | **1c(7)** | 0 | 0 |
| (8) Participant loans | **1c(8)** | 393762 | 311068 |
| (9) Value of interest in common/collective trusts | **1c(9)** | 8372153 | 0 |
| (10) Value of interest in pooled separate accounts | **1c(10)** | | |
| (11) Value of interest in master trust investment accounts | **1c(11)** | 0 | 0 |
| (12) Value of interest in 103-12 investment entities | **1c(12)** | 0 | 0 |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | **1c(13)** | 22782526 | 21517396 |
| (14) Value of funds held in insurance company general account (unallocated contracts) | **1c(14)** | 301580 | 6867532 |
| (15) Other | **1c(15)** | 0 | 0 |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**      **Schedule H (Form 5500) 2020**
**v. 200204**

Verity-WeberMetals_000151

Schedule H (Form 5500) 2020                                                Page **2**

| **1d** Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **(1)** Employer securities..................................................................... | **1d(1)** | 0 | 0 |
| **(2)** Employer real property.............................................................. | **1d(2)** | 0 | 0 |
| **e** Buildings and other property used in plan operation .................................... | **1e** | 0 | 0 |
| **f** Total assets (add all amounts in lines 1a through 1e) .................................. | **1f** | 31850021 | 28720187 |

### Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable ........................................................................ | **1g** | 0 | 0 |
| **h** Operating payables ................................................................................ | **1h** | | |
| **i** Acquisition indebtedness.......................................................................... | **1i** | 0 | 0 |
| **j** Other liabilities........................................................................................ | **1j** | 0 | 0 |
| **k** Total liabilities (add all amounts in lines 1g through1j) ............................ | **1k** | 0 | 0 |

### Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f)..................................... | **1l** | 31850021 | 28720187 |

## Part II | Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| **Income** | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a** **Contributions:** | | | |
| **(1)** Received or receivable in cash from: **(A)** Employers ............................. | **2a(1)(A)** | 383353 | |
| **(B)** Participants ............................................................. | **2a(1)(B)** | 2222103 | |
| **(C)** Others (including rollovers)........................................... | **2a(1)(C)** | 25829 | |
| **(2)** Noncash contributions.......................................................... | **2a(2)** | 0 | |
| **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ............. | **2a(3)** | | 2631285 |
| **b** **Earnings on investments:** | | | |
| **(1)** Interest: | | | |
| **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)........................................................ | **2b(1)(A)** | 0 | |
| **(B)** U.S. Government securities........................................................ | **2b(1)(B)** | 0 | |
| **(C)** Corporate debt instruments ......................................................... | **2b(1)(C)** | 0 | |
| **(D)** Loans (other than to participants) ................................................ | **2b(1)(D)** | 0 | |
| **(E)** Participant loans....................................................................... | **2b(1)(E)** | 18830 | |
| **(F)** Other .......................................................................................... | **2b(1)(F)** | 25123 | |
| **(G)** Total interest. Add lines **2b(1)(A)** through **(F)**............................... | **2b(1)(G)** | | 43953 |
| **(2)** Dividends: **(A)** Preferred stock............................................................ | **2b(2)(A)** | 0 | |
| **(B)** Common stock ................................................................ | **2b(2)(B)** | 0 | |
| **(C)** Registered investment company shares (e.g. mutual funds).......... | **2b(2)(C)** | 721572 | |
| **(D)** Total dividends. Add lines **2b(2)(A)**, **(B)**, and **(C)** | **2b(2)(D)** | | 721572 |
| **(3)** Rents ......................................................................................... | **2b(3)** | | 0 |
| **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ................... | **2b(4)(A)** | 0 | |
| **(B)** Aggregate carrying amount (see instructions)............................... | **2b(4)(B)** | 0 | |
| **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............. | **2b(4)(C)** | | 0 |
| **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate ................... | **2b(5)(A)** | 0 | |
| **(B)** Other ........................................................................................ | **2b(5)(B)** | 0 | |
| **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** ........................................................ | **2b(5)(C)** | | 0 |

Schedule H (Form 5500) 2020                                                      Page **3**

|  |  | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts......................... | 2b(6) |  | 0 |
| (7) Net investment gain (loss) from pooled separate accounts...................... | 2b(7) |  | 0 |
| (8) Net investment gain (loss) from master trust investment accounts .......... | 2b(8) |  | 0 |
| (9) Net investment gain (loss) from 103-12 investment entities ..................... | 2b(9) |  | 0 |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) ................................................ | 2b(10) |  | 2369188 |
| **c** Other income ........................................................................ | 2c |  | -11709 |
| **d** Total income. Add all **income** amounts in column (b) and enter total.................. | 2d |  | 5754289 |

### Expenses

| | | | |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 8817688 | |
| (2) To insurance carriers for the provision of benefits ................................... | 2e(2) | 0 | |
| (3) Other............................................................................... | 2e(3) | 0 | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** ................................ | 2e(4) | | 8817688 |
| **f** Corrective distributions (see instructions) ....................................................... | 2f | | 15742 |
| **g** Certain deemed distributions of participant loans (see instructions)............... | 2g | | 394 |
| **h** Interest expense....................................................................... | 2h | | 0 |
| **i** Administrative expenses: **(1)** Professional fees ............................................ | 2i(1) | 0 | |
| (2) Contract administrator fees .................................................... | 2i(2) | 0 | |
| (3) Investment advisory and management fees ............................................ | 2i(3) | 50299 | |
| (4) Other......................................................................... | 2i(4) | 0 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)** ...................... | 2i(5) | | 50299 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total....... | 2j | | 8884123 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d**........................................ | 2k | | -3129834 |
| **l** Transfers of assets: | | | |
| (1) To this plan............................................................................... | 2l(1) | | |
| (2) From this plan ........................................................................ | 2l(2) | | |

---

**Part III**  **Accountant's Opinion**

**3**  Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

    **(1)** ☐ Unmodified     **(2)** ☐ Qualified     **(3)** ☒ Disclaimer     **(4)** ☐ Adverse

**b** Check the appropriate box(es) to indicate whether the IQPA performed an ERISA section 103(a)(3)(C) audit. Check both boxes (1) and (2) if the audit was performed pursuant to both 29 CFR 2520.103-8 and 29 CFR 2520.103-12(d). Check box (3) if pursuant to neither.

    **(1)** ☒ DOL Regulation 2520.103-8 **(2)** ☐ DOL Regulation 2520.103-12(d) **(3)** ☐ neither DOL Regulation 2520.103-8 nor DOL Regulation 2520.103-12(d).

**c** Enter the name and EIN of the accountant (or accounting firm) below:

    **(1)** Name: WRIGHT FORD YOUNG & CO.      **(2)** EIN: 95-3288054

**d** The opinion of an independent qualified public accountant is **not attached** because:

    **(1)** ☐ This form is filed for a CCT, PSA, or MTIA.     **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV**  **Compliance Questions**

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

|  |  | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) ................. | 4a | X | | 184550 |

Schedule H (Form 5500) 2020        Page **4-** | 1 |

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | **4b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? | **4e** | X | | 500000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.) | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements.) | **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. | **4n** | | | |

**5a**   Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? ........ ☐ Yes   ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**   If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c**   Was the plan a defined benefit plan covered under the PBGC insurance program at any time during this plan year? (See ERISA section 4021 and instructions.) ...................................................................................................... ☐ Yes   ☐ No   ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____.

Verity-WeberMetals_000154

| SCHEDULE R<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2020**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

| For calendar plan year 2020 or fiscal plan year beginning   01/01/2020   and ending   12/31/2020 |
|---|

| **A** Name of plan<br>WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN | **B** Three-digit<br>plan number<br>(PN)   ▶   001 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WEBER METALS, INC. | **D** Employer Identification Number (EIN)<br>95-2222524 |

| **Part I** | **Distributions** |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions…………………………………………………………………………………………………..... **1** `0`

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

   EIN(s):   84-1455663

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ........................................................................................................................................ **3**

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ....................... ☐ **Yes**  ☐ **No**  ☐ **N/A**

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:** Month _____   Day _____   Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6  a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ............................................................................................... **6a**

   **b** Enter the amount contributed by the employer to the plan for this plan year ................................ **6b**

   **c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)................................................. **6c**

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?........................................ ☐ Yes  ☐ No  ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ................................................................................. ☐ Yes  ☐ No  ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box............................................................................................... ☐ **Increase**  ☐ **Decrease**  ☐ **Both**  ☐ **No**

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............. ☐ **Yes**  ☐ **No**

**11  a** Does the ESOP hold any preferred stock? ......................................................................................... ☐ **Yes**  ☐ **No**

   **b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.)................................................................... ☐ **Yes**  ☐ **No**

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?..................................... ☐ **Yes**  ☐ **No**

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**   **Schedule R (Form 5500) 2020**
**v. 200204**

Verity-WeberMetals_000155

Schedule R (Form 5500) 2020                                    Page **2** - ☐ 1

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contribution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Verity-WeberMetals_000156

Schedule R (Form 5500) 2020    Page **3**

---

**14** Enter the number of deferred vested and retired participants (inactive participants), as of the beginning of the plan year, whose contributing employer is no longer making contributions to the plan for:

| | |
|---|---|
| **a** The current plan year. Check the box to indicate the counting method used to determine the number of inactive participants: ☐ last contributing employer ☐ alternative ☐ reasonable approximation (see instructions for required attachment)................................................................ | **14a** |
| **b** The plan year immediately preceding the current plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)........................................ | **14b** |
| **c** The second preceding plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment)............................................................ | **14c** |

**15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to:

| | |
|---|---|
| **a** The corresponding number for the plan year immediately preceding the current plan year............................ | **15a** |
| **b** The corresponding number for the second preceding plan year .................................................... | **15b** |

**16** Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | |
|---|---|
| **a** Enter the number of employers who withdrew during the preceding plan year ............................................ | **16a** |
| **b** If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers.................................................. | **16b** |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. …………………………………………………………………………………………………………… ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment.................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

    **a** Enter the percentage of plan assets held as:
    Stock: _____% Investment-Grade Debt: _____% High-Yield Debt: _____% Real Estate: _____% Other: _____%

    **b** Provide the average duration of the combined investment-grade and high-yield debt:
    ☐ 0-3 years ☐ 3-6 years ☐ 6-9 years ☐ 9-12 years ☐ 12-15 years ☐ 15-18 years ☐ 18-21 years ☐ 21 years or more

    **c** What duration measure was used to calculate line 19(b)?
    ☐ Effective duration ☐ Macaulay duration ☐ Modified duration ☐ Other (specify):

**20** **PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.

    **a** Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No

    **b** If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

    ☐ Yes.

    ☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

    ☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

    ☐ No. Other. Provide explanation_____

Verity-WeberMetals_000157

**WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN**

**FINANCIAL STATEMENTS**

**DECEMBER 31, 2020 AND 2019**

Verity-WeberMetals_000158

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

INDEX TO

FINANCIAL STATEMENTS AND SUPPLEMENTAL SCHEDULES

DECEMBER 31, 2020 AND 2019

|  | Pages |
|---|---|
| Independent Auditor's Report | 1 - 2 |
| **Financial Statements:** | |
| Statements of Net Assets Available for Benefits as of December 31, 2020 and 2019 | 3 |
| Statement of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2020 | 4 |
| Notes to the Financial Statements | 5 - 13 |
| **Supplemental Schedules:** | |
| Schedule H, Line 4i – Schedule of Assets (Held at End of Year) | 14 |
| Schedule H, Line 4a – Schedule of Delinquent Participant Contributions | 15 |

Verity-WeberMetals_000159

# WRIGHT FORD YOUNG & Co.

*Certified Public Accountants and Consultants, Inc.*

INDEPENDENT AUDITOR'S REPORT

To the Participants and Administrator of the
Weber Metals, Inc. Savings and Retirement Plan:

**Report on the Financial Statements**

We were engaged to audit the accompanying financial statements of the Weber Metals, Inc. Savings and Retirement Plan (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2020 and 2019, the related statement of changes in net assets available for benefits for the year ended December 31, 2020 and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the Basis for Disclaimer of Opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

**Basis for Disclaimer of Opinion**

As permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 (ERISA), the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 7, which was certified by Great-West Life & Annuity Insurance Company and Great-West Trust Company, LLC, the custodians of the Plan, except for comparing such information with the related information included in the financial statements. We have been informed by the plan administrator that the custodians held the Plan's investment assets and executed investment transactions. The plan administrator has obtained a certification from the custodians as of December 31, 2020 and 2019, and for the year ended December 31, 2020, that the information provided to the plan administrator by the custodians is complete and accurate.

1

16140 Sand Canyon Avenue • Irvine, California 92618 • (949) 910-CPAS (2727) • Fax (949) 910-2728

Verity-WeberMetals_000160

**Disclaimer of Opinion**

Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

**Other Matter – Supplemental Schedules**

The supplemental schedules, Schedule H, Line 4i – Schedule of Assets (Held at End of Year) as of December 31, 2020 and Schedule H, Line 4a – Schedule of Delinquent Participant Contributions for the year ended December 31, 2020, are required by the DOL's Rules and Regulations for Reporting and Disclosure under ERISA and are presented for the purpose of additional analysis and are not a required part of the financial statements. Because of the significance of the matter described in the Basis for Disclaimer of Opinion paragraph, we do not express an opinion on the supplemental schedules referred to above.

**Report on Form and Content in Compliance With DOL Rules and Regulations**

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the custodians, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.

WRIGHT FORD YOUNG & CO.
Irvine, California
October 8, 2021

2

Verity-WeberMetals_000161

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS

DECEMBER 31, 2020 AND 2019

|  | 2020 | 2019 |
|---|---|---|
| ASSETS: |  |  |
| Investments: |  |  |
| Registered investment companies, at fair value | $ 21,517,396 | $ 22,782,526 |
| Common/collective trust, at fair value | - | 8,372,153 |
| Guaranteed investment contract, at contract value | 6,867,532 | 301,580 |
| Total investments | 28,384,928 | 31,456,259 |
| Receivables: |  |  |
| Participant contributions | 19,836 | - |
| Employer contributions | 4,355 | - |
| Notes receivable from participants | 311,068 | 393,762 |
| Total receivables | 335,259 | 393,762 |
| Total assets | 28,720,187 | 31,850,021 |
| LIABILITIES | - | - |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 28,720,187 | $ 31,850,021 |

See accompanying independent auditor's report and notes to the financial statements.

3

Verity-WeberMetals_000162

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

FOR THE YEAR ENDED DECEMBER 31, 2020

*Additions to net assets attributed to:*

Investment earnings:

| | |
|---|---:|
| Net appreciation in fair value of investments | $ 2,357,479 |
| Interest and dividend income | 746,695 |
| Total investment earnings | 3,104,174 |
| Interest income on notes receivable from participants | 18,830 |

Contributions:

| | |
|---|---:|
| Participant | 2,222,103 |
| Employer | 383,353 |
| Rollover | 25,829 |
| Total contributions | 2,631,285 |
| Total additions | 5,754,289 |

*Deductions from net assets attributed to:*

| | |
|---|---:|
| Benefits paid to participants | 8,833,824 |
| Plan fees and administrative expenses | 50,299 |
| Total deductions | 8,884,123 |
| NET DECREASE | (3,129,834) |
| NET ASSETS AVAILABLE FOR BENEFITS, beginning of year | 31,850,021 |
| NET ASSETS AVAILABLE FOR BENEFITS, end of year | $ 28,720,187 |

See accompanying independent auditor's report and notes to the financial statements.

4

Verity-WeberMetals_000163

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

1.    DESCRIPTION OF PLAN

The following description of the Weber Metals, Inc. Savings and Retirement Plan (the Plan) provides only general information. Participants should refer to the plan agreement for a more complete description of the Plan's provisions.

General

The Plan is a defined contribution plan covering substantially all non-union employees of Weber Metals, Inc. (the Company). The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. Employees who have attained at least 21 years of age are eligible to participate in the Plan on the first of each month, following the completion of 60 days of service. Subsequent to meeting the eligibility requirements, employees are automatically enrolled in the Plan at a 3% deferral rate unless they elect a different rate or to opt out. Employees must have completed one year of service, defined as 1,000 hours, in order to be eligible for the Company's matching and discretionary profit sharing contributions.

Administration

The Plan is administered by the Company.

Contributions

Participants may elect to contribute an amount up to 100% of eligible pre-tax or post-tax compensation, not to exceed the limits of the Internal Revenue Code (IRC). Participants direct the investment of their contributions into various investment options offered by the Plan. Participants may also contribute amounts representing distributions from other qualified defined benefit or defined contribution plans.

The Company may make discretionary matching and/or profit sharing contributions as determined each year by the Company's management. For the year ended December 31, 2020, the Company matched 25% of the participant's deferral, up to the first 6% of eligible compensation deferred. For the year ended December 31, 2020, the Company did not make any discretionary profit sharing contributions.

Participant Accounts

Each participant's account is credited with the participant's contributions, discretionary employer matching contributions and allocations of the Company's profit sharing contributions (as applicable), plan earnings, plan expense reimbursement credits and transaction specific expenses (as applicable). Allocations are based on the participant's eligible compensation, participant contributions, investment elections, specific participant transactions and/or account balances, as defined. The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

Verity-WeberMetals_000164

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

1.    DESCRIPTION OF PLAN – (Continued)

Payment of Benefits

On termination of service due to death, disability, retirement or other reasons, a participant may elect to receive a lump-sum amount equal to the value of the participant's vested interest in his or her account, an annuity, or annual installments. Participants may also elect to rollover their account to another tax deferred account or remain in the Plan until they are legally required to begin taking distributions. All account balances exceeding $1,000, but not exceeding $5,000, may be rolled into an Individual Retirement Account. All vested account balances not exceeding $1,000 may be immediately distributed in a lump-sum payment. With the plan administrator's approval, participants may withdraw all or part of their deferral contributions in the event of financial hardship.

Vesting

Participants are immediately vested in their salary deferral contributions, employer matching and profit sharing contributions plus actual earnings thereon.

Notes Receivable from Participants

Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum amount equal to the lesser of $50,000 or 50% of their vested account balance. Loan terms range from 1 to 5 years or within a reasonable period of time that is longer than 5 years for the purchase of a primary residence. Participants may only borrow from their fund accounts in the event of a financial hardship, as defined in the plan document. The loans are secured by the balance in the participant's account. The interest rate will generally be the prime interest rate charged by banks as published by the *Wall Street Journal* on the first day of each month plus 1 percent. Principal and interest is paid ratably through payroll deductions.

CARES Act

On March 27, 2020, the Coronavirus Aid, Relief, and Economic Security (CARES) Act was passed by Congress. Among other things, the CARES Act provided immediate and temporary relief for retirement plan participants with respect to distributions and participant loans. As permitted by the CARES Act, the Plan opted to implement the following provisions for qualified individuals, as defined by the CARES Act:

- Through December 31, 2020, qualified individuals were permitted to take a distribution in an amount up to $100,000 from the Plan without an early distribution penalty. Participants who take a qualified distribution have the option to have the distribution taxed over a three-year period, with the ability to recontribute up to the full amount of the distribution within three years and not be subject to federal income tax as a result.

6

Verity-WeberMetals_000165

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

1.    DESCRIPTION OF PLAN – (Continued)

CARES Act

- Through December 31, 2020, qualified individuals could suspend all plan loan repayments. Repayments resumed in January 2021, and the loan term was extended by the amount of time the payments were suspended.
- Until September 23, 2020, qualified individuals who were eligible for a new loan from the Plan were permitted to request a loan of up to $100,000 or 100% of the participant's vested account balance, whichever is less.

2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Basis of Accounting

The financial statements of the Plan are prepared under the accrual method of accounting.

Investments held by a defined-contribution plan are required to be reported at fair value, except for fully benefit-responsive investment contracts. Contract value is the relevant measure for the portion of the net assets available for benefits of a defined contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants normally would receive if they were to initiate permitted transactions under the terms of the Plan.

Investment Valuation and Income Recognition

Investments are reported at fair value (except for fully benefit-responsive investment contracts, which are reported at contract value). Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 3 for discussion of fair value measurements.

Purchases and sales of securities are recorded on a trade-date basis. Net appreciation includes the Plan's gains and losses on investments bought and sold as well as held during the year. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date.

Payment of Benefits

Benefits are recorded when paid.

7

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES – (Continued)

Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of net assets available for benefits and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of changes in net assets available for benefits during the reporting period. Actual results could differ from those estimates.

Notes Receivable from Participants

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Related fees are recorded as administrative expenses and are expensed when they are incurred. No allowance for credit losses has been recorded as of December 31, 2020 or 2019. Delinquent participant loans are reclassified as distributions based upon the terms of the plan agreement.

Plan Fees and Administrative Expenses

Plan fees and administrative expenses are generally paid by the Plan, unless paid by the Company. Expenses that are paid by the Company are excluded from these financial statements. Certain transactional fees are charged directly to the participant's account and are included in administrative expenses.

Subsequent Events

The Company has evaluated subsequent events through the date of the independent auditor's report, which is the date the accompanying financial statements were available to be issued.

3.    FAIR VALUE MEASUREMENTS

The Financial Accounting Standards Board (FASB) provides the framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy under this framework are described as follows:

8

Verity-WeberMetals_000167

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

3.    FAIR VALUE MEASUREMENTS – (Continued)

Level 1        Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2        Inputs to the valuation methodology include:

- quoted prices for similar assets or liabilities in active markets;
- quoted prices for identical or similar assets or liabilities in inactive markets;
- inputs other than quoted prices that are observable for the asset or liability;
- inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

Level 3        Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2020 and 2019:

*Registered investment companies:* These investments are public investment vehicles valued using the net asset value (NAV) provided by the administrator of the fund. The NAV is based on the value of the underlying assets owned by the fund, minus its liabilities, and then divided by the number of shares outstanding. The NAV is a quoted price in an active market and classified within level 1 of the valuation hierarchy.

*Common/collective trust:* The common/collective trust is composed primarily of fully benefit-responsive investment contracts contained in a collective trust and is valued at the NAV of the units of the bank collective trust. The NAV is used as a practical expedient to estimate fair value. Participant transactions (purchases and sales) may occur daily. Certain events would limit the ability of the Plan and the trust to transact at fair value. The Plan Administrator does not believe that any such events are probable of occurring.

The preceding methods described may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

9

Verity-WeberMetals_000168

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

3.    FAIR VALUE MEASUREMENTS – (Continued)

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of December 31, 2020 and 2019:

| Description | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| **December 31, 2020** | | | | |
| Registered investment companies | $ 21,517,396 | $ 21,517,396 | $            - | $            - |
| Total assets in fair value hierarchy | 21,517,396 | $ 21,517,396 | $            - | $            - |
| Investment measured at net asset value [a] | - | | | |
| Total investments at fair value | $ 21,517,396 | | | |

| Description | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| **December 31, 2019** | | | | |
| Registered investment companies | $  22,782,526 | $  22,782,526 | $            - | $            - |
| Total assets in fair value hierarchy | 22,782,526 | $  22,782,526 | $            - | $            - |
| Investment measured at net asset value [a] | 8,372,153 | | | |
| Total investments at fair value | $  31,154,679 | | | |

[a] In accordance with Subtopic 820-10, certain investments that were measured at NAV per share (or its equivalent) as a practical expedient have not been classified in the fair value hierarchy. The fair value amounts presented in this table are intended to permit reconciliation of the fair value hierarchy to the line items presented in the statements of net assets available for benefits.

In regards to the classification of investment options offered by the plan, there were no reclassifications in or out of levels 1, 2 or 3 during the year ended December 31, 2020. The nature, risks and investment objectives of the investments above, including those for which fair value is estimated using the NAV as a practical expedient, can be found in the Plan's enrollment literature. These investments can be redeemed immediately and without a redemption notification period. As of December 31, 2020, there were no unfunded commitments associated with any of these investments.

4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY

As of December 31, 2020 and 2019, the Plan held an investment contract, the Key Guaranteed Portfolio Fund, with Great-West Life & Annuity Insurance Company (Great-West Life). This investment contract met the fully benefit-responsive criteria and therefore is reported at contract value. Contract value is the relevant measure for the fully-benefit-responsive investment contract because this is the amount received by participants if they were to initiate permitted transactions under the terms of the Plan. Contract value represents contributions made under the contract, plus earnings, less participant withdrawals, and administrative expenses.

10

Verity-WeberMetals_000169

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

4.    INVESTMENT CONTRACT WITH INSURANCE COMPANY – (Continued)

Net deposits invested in the Key Guaranteed Portfolio Fund become part of Great-West Life's general account.  Contract value is guaranteed by the full faith and credit of Great-West Life. The Plan's ability to receive amounts due in accordance with fully benefit-responsive contracts is dependent on the third-party issuer's ability to meet its financial obligations. The issuer's ability to meet its contractual obligations may be affected by future economic and regulatory developments.

There are no reserves against contract value for credit risk of the contract issuer or otherwise. The crediting interest rate is based on a formula agreed upon with the contract issuer, but it may not be less than 0%. The crediting interest rate is reset quarterly.  The contract cannot be terminated before the scheduled maturity date.

Certain events limit the ability of the Plan to transact at contract value with the issuer.  Such events include the following: (1) amendments to the Plan documents (including complete or partial plan termination or merger with another plan), (2) changes to the Plan's prohibition on competing investment options or deletion of equity wash provisions, (3) bankruptcy of the Company, or (4) the failure of the trust to qualify for exemption from Federal income taxes or any required prohibited transaction exemption under ERISA. The plan administrator does not believe that any events that would limit the Plan's ability to transact at contract value with the plan participants are probable of occurring.

In addition, certain events allow the contract issuer to terminate the contracts with the Plan and settle at an amount different from contract value. Examples of such events include the following: (1) an uncured violation of the Plan's investment guidelines, (2) a breach of material obligation under the contract, (3) a material misrepresentation, or (4) a material amendment to the agreements without the consent of the contract issuer.

5.    PLAN TERMINATION

Although it has not expressed any intent to do so, the Company has the right to terminate or amend the Plan at any time, subject to the provisions of ERISA.

6.    TAX STATUS

The Company adopted a Prototype Non-Standardized Profit Sharing Plan which received a favorable opinion letter from the IRS on March 31, 2014, which stated that the Plan and related trust are designed in accordance with applicable sections of the IRC. The Plan has since been amended and restated. The plan administrator believes the Plan is currently designed and being operated in compliance with the applicable requirements of the IRC. Therefore, no provision for income taxes has been included in the Plan's financial statements.

11

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

6.    TAX STATUS – (Continued)

Accounting principles generally accepted in the United States of America require plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the plan has taken an uncertain tax position that more likely than not would not be sustained upon examination by the IRS. The plan administrator has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2020, there are no uncertain positions taken or expected to be taken that would require recognition of a liability or disclosure in the financial statements. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

7.    INFORMATION CERTIFIED BY THE PLAN'S CUSTODIANS

The plan administrator has elected the method of compliance permitted by 29 CFR 2520.103-8 of the Department of Labor's (DOL) Rules and Regulations for Reporting and Disclosure under ERISA. Accordingly, Great-West Life & Annuity Insurance Company (Great-West Life) and Great-West Trust Company, LLC (Great-West Trust), the custodians of the Plan, have certified to the completeness and accuracy of :

- Investments and notes receivable from participants reflected on the accompanying statements of net assets available for benefits as of December 31, 2020 and 2019.
- Net appreciation in fair value of investments, interest and dividend income, and interest income from notes receivable from participants reflected on the accompanying statement of changes in net assets available for benefits for the year ended December 31, 2020.
- Investments and notes receivable from participants reflected on the schedule of assets (held at end of year).

8.    RISKS AND UNCERTAINTIES

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits.

12

Verity-WeberMetals_000171

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2020 AND 2019

9.    PARTY-IN-INTEREST TRANSACTIONS

The Plan allows for transactions with certain parties who may perform services or have fiduciary responsibilities to the Plan. Certain Plan investments were managed by Great-West Life, the custodian. During 2020, the Plan paid $50,299 in plan fees and administrative expenses. The Plan issues loans to participants, which are secured by the balances in the participants' accounts. The Company paid certain administrative expense of the Plan, including audit fees. These transactions qualify as party in interest transactions for which a statutory exemption exists.

The Plan has an expense reimbursement arrangement with its custodians and trustee whereby a certain percentage of revenues are remitted back to the Plan to be held in an expense reimbursement account.  This account can then be used to pay eligible plan expenses and, if applicable, allocated to participants who are invested in certain funds. During the year ended December 31, 2020, the Plan's expense reimbursement account received $40,000 from the custodians, and used $46,670 to pay a portion of the Plan's expenses. At December 31, 2020 and 2019 there was $0 and $6,670, respectively, in available credits.

10.   PROHIBITED TRANSACTIONS

During the Plan year ended December 31, 2018, the plan sponsor inadvertently failed to deposit $184,550 of participant deferrals and repayments on notes receivable within the required timeframe as stated by Employee Retirement Income Security Act of 1974 (ERISA). These deferrals and repayments on notes receivable were deposited beyond the earliest expected date on which assets could be segregated from the employer's assets. The U.S. Department of Labor considers late deposits to be prohibited transactions. The plan sponsor calculated lost earnings on these deferrals and repayments on notes receivable and deposited the lost earnings on January 16, 2020.

The plan sponsor has self-corrected these prohibited transactions and does not believe that these issues will have a material impact on the Plan's net assets available for benefits or the Plan's tax status.

Verity-WeberMetals_000172

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN
PLAN FEIN# 95-2222524
PLAN # 001
SCHEDULE H, LINE 4i - SCHEDULE OF ASSETS (HELD AT END OF YEAR)
DECEMBER 31, 2020

| (a) | (b) Identity of issue, borrower, lessor or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| | **Registered Investment Companies** | | | |
| | American Funds | American Funds 2010 Target Date Fund | ** | $    867,032 |
| | American Funds | American Funds 2015 Target Date Fund | ** | 343,557 |
| | American Funds | American Funds 2020 Target Date Fund | ** | 1,321,146 |
| | American Funds | American Funds 2025 Target Date Fund | ** | 3,676,428 |
| | American Funds | American Funds 2030 Target Date Fund | ** | 3,503,744 |
| | American Funds | American Funds 2035 Target Date Fund | ** | 2,236,293 |
| | American Funds | American Funds 2040 Target Date Fund | ** | 802,084 |
| | American Funds | American Funds 2045 Target Date Fund | ** | 1,082,435 |
| | American Funds | American Funds 2050 Target Date Fund | ** | 2,160,052 |
| | American Funds | American Funds 2055 Target Date Fund | ** | 1,688,675 |
| | American Funds | American Funds 2060 Target Date Fund | ** | 402,631 |
| | MFS | MFS International Growth Fund | ** | 356,213 |
| | Alger | Alger Small Cap Focus Fund | ** | 414,898 |
| | Delaware Funds | Delaware Small Cap Value Fund | ** | 42,106 |
| | Vanguard | Vanguard Small Cap Index Admiral Fund | ** | 166,773 |
| | Carillon Tower Advisers | Carillon Eagle Mid Cap Growth Fund | ** | 418,539 |
| | MFS | MFS Mid Cap Value Fund | ** | 155,107 |
| | Vanguard | Vanguard Mid Cap Index Fund | ** | 182,353 |
| | American Funds | American Century Equity Income Fund | ** | 121,201 |
| | BlackRock | iShares S&P 500 Index Fund | ** | 579,503 |
| | Loomis Sayles | Loomis Sayles Growth Fund | ** | 394,288 |
| | American Funds | American Funds Balanced Fund | ** | 337,719 |
| | PGIM | PGIM Global Total Return Fund | ** | 7,742 |
| | PGIM | PGIM Total Return Bond Fund | ** | 256,877 |
| | | | | 21,517,396 |
| | **Guaranteed Investment Contract** | | | |
| * | Great-West Life Insurance Company | Key Guranteed Portfolio Fund | ** | 6,867,532 |
| | **Notes Receivable from Participants** | | | |
| * | Participant loans | Interest rates ranging from 4.25% to 6.50% | - | 311,068 |
| | | | | $    28,695,996 |

\*    Denotes a party-in-interest as defined by ERISA.

\*\*    Disclosure of this information is not required by Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA when the account is participant directed.

See accompanying independent auditor's report and notes to the financial statements.

14

WEBER METALS, INC. SAVINGS AND RETIREMENT PLAN
PLAN FEIN# 95-2222524
PLAN #  001
SCHEDULE H, LINE 4a - SCHEDULE OF DELINQUENT PARTICIPANT CONTRIBUTIONS
FOR THE YEAR ENDED DECEMBER 31, 2020

| Participant Contributions Transferred Late to Plan | Total that Constitute Nonexempt Prohibited Transactions | | | Total Fully Corrected Under Voluntary Fiduciary Correction Program and Prohibited Transaction Exemption 2002-51 |
|---|---|---|---|---|
| Check here if Late Participant Loan Repayments are included: ✓ | Contributions Not Corrected | Contributions Corrected Outside VFCP | Contributions Pending Correction in VFCP | |
| Year ended December 31, 2018 $184,550 | | $184,550* | | |

\*  Lost earnings were remitted to the Plan on January 6, 2020 and January 16, 2020.

See accompanying independent auditor's report and notes to the financial statements.

15

Verity-WeberMetals_000174

| 507145-01 | | | SCHEDULE OF ASSETS (HELD AT END OF YEAR) | | Page 1 of 2 |
| GA | | | Weber Metals, Inc. Savings and Retirement Plan | | |
| | | | 01-JAN-20 to 31-DEC-20 | | 19-JAN-21 02:59:17 |

| INVESTMENT OPTION | MATURITY DATE | INTEREST RATE | COST OF ASSETS | CURRENT VALUE |
|---|---|---|---|---|
| 1RFTTX | | | 808,502.58 | 867,031.79 |
| 1RFJTX | | | 333,196.10 | 343,556.65 |
| 1RRCTX | | | 1,248,454.19 | 1,321,146.14 |
| 1RFDTX | | | 3,344,518.01 | 3,676,427.71 |
| 1RFETX | | | 3,148,774.64 | 3,503,744.05 |
| 1RFFTX | | | 1,945,124.44 | 2,236,292.54 |
| 1RFGTX | | | 688,696.13 | 802,083.74 |
| 1RFHTX | | | 927,274.14 | 1,082,435.00 |
| 1RFITX | | | 1,832,969.16 | 2,160,051.70 |
| 1RFKTX | | | 1,432,762.55 | 1,688,674.68 |
| 1RFUTX | | | 341,878.76 | 402,630.52 |
| 1MGRDX | | | 304,839.78 | 356,213.25 |
| 1AGOZX | | | 315,457.62 | 414,898.18 |
| 1DEVIX | | | 30,963.00 | 42,106.45 |
| 1VSMAX | | | 133,819.71 | 166,772.52 |
| 1HRAUX | | | 327,105.58 | 418,539.10 |
| 1MVCKX | | | 138,181.63 | 155,107.09 |
| 1VIMAX | | | 148,181.45 | 182,353.40 |
| 1AEUDX | | | 119,487.73 | 121,200.99 |
| 1WFSPX | | | 486,385.82 | 579,503.30 |
| 1LSGRX | | | 354,790.85 | 394,287.70 |
| 1RLBGX | | | 327,109.93 | 337,718.94 |
| 1PGTQX | | | 7,457.46 | 7,743.09 |
| 1PTRQX | | | 254,234.28 | 256,877.47 |
| 1KGPGW | | 1.000 | 6,839,807.59 | 6,862,881.02 |
| | | | **25,839,973.13** | **28,380,277.02** |
| | | | | |
| PARTICIPANT LOANS | VARIOUS | 4.250-6.500 | 311,127.92 | 311,068.14 |
| | | | | |
| FORFEITURES | | | 4,585.89 | 4,651.09 |

Attachment to Form 5500, Schedule H, Part 4, Item I
EIN # 95-2222524

| | SCHEDULE OF ASSETS (HELD AT END OF YEAR) | Page 2 of 2 |
|---|---|---|
| 507145-01 | | |
| GA | Weber Metals, Inc. Savings and Retirement Plan | |
| | 01-JAN-20 to 31-DEC-20 | 19-JAN-21 02:59:17 |

| INVESTMENT OPTION | MATURITY DATE | INTEREST RATE | COST OF ASSETS | CURRENT VALUE |
|---|---|---|---|---|

LEGEND

INVESTMENT OPTION:

| | | | | |
|---|---|---|---|---|
| 1RFTTX | American Funds 2010 Trgt Date Retire R6 | | 1RFJTX | American Funds 2015 Trgt Date Retire R6 |
| 1RRCTX | American Funds 2020 Trgt Date Retire R6 | | 1RFDTX | American Funds 2025 Trgt Date Retire R6 |
| 1RFETX | American Funds 2030 Trgt Date Retire R6 | | 1RFFTX | American Funds 2035 Trgt Date Retire R6 |
| 1RFGTX | American Funds 2040 Trgt Date Retire R6 | | 1RFHTX | American Funds 2045 Trgt Date Retire R6 |
| 1RFITX | American Funds 2050 Trgt Date Retire R6 | | 1RFKTX | American Funds 2055 Trgt Date Retire R6 |
| 1RFUTX | American Funds 2060 Trgt Date Retire R6 | | 1MGRDX | MFS International Growth R6 |
| 1AGOZX | Alger Small Cap Focus Z | | 1DEVIX | Delaware Small Cap Value Instl |
| 1VSMAX | Vanguard Small Cap Index Adm | | 1HRAUX | Carillon Eagle Mid Cap Growth R6 |
| 1MVCKX | MFS Mid Cap Value R6 | | 1VIMAX | Vanguard Mid Cap Index Fund - Admiral |
| 1AEUDX | American Century Equity Income R6 | | 1WFSPX | iShares S&P 500 Index K |
| 1LSGRX | Loomis Sayles Growth Y | | 1RLBGX | American Funds American Balanced R6 |
| 1PGTQX | PGIM Global Total Return R6 | | 1PTRQX | PGIM Total Return Bond R6 |
| 1KGPGW | Key Guaranteed Portfolio Fund | | | |

COST OF ASSETS:  The original cost of the assets in each investment option as of the last day of the plan year
CURRENT VALUE:  The value of all assets in each investment option as of the last day of the plan year

Verity-WeberMetals_000176

# EXHIBIT E

# Schuco 2019 Form 5500
# (Bates Verity-WeberMetals_000081-84)

| **Form 5500-SF** | **Short Form Annual Return/Report of Small Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500-SF.**

**2019**

**This Form is Open to Public Inspection**

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2019 or fiscal plan year beginning 01/01/2019 and ending 12/31/2019

**A** This return/report is for:
- [X] a single-employer plan
- [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [ ] a one-participant plan
- [ ] a foreign plan

**B** This return/report is
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] DFVC program
- [ ] special extension (enter description)

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan
SCHUCO USA LLLP 401(K) PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan
01/01/2016

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
SCHUCO USA LLLP

240 PANE ROAD
NEWINGTON, CT 06111

**2b** Employer Identification Number (EIN) 06-1500589

**2c** Sponsor's telephone number
860-665-0505

**2d** Business code (see instructions)
238300

**3a** Plan administrator's name and address [X] Same as Plan Sponsor.

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name
**c** Plan Name

**4b** EIN

**4d** PN

| | | | |
|---|---|---|---|
| **5a** | Total number of participants at the beginning of the plan year | **5a** | 75 |
| **b** | Total number of participants at the end of the plan year | **5b** | 82 |
| **c** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **5c** | 64 |
| **d(1)** | Total number of active participants at the beginning of the plan year | **5d(1)** | 69 |
| **d(2)** | Total number of active participants at the end of the plan year | **5d(2)** | 76 |
| **e** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | **5e** | 0 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| **SIGN HERE** | Filed with authorized/valid electronic signature. | 09/29/2020 | BILL DECARLO |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| **SIGN HERE** | Filed with authorized/valid electronic signature. | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.**

**Form 5500-SF (2019)**
**v.190130**

Verity-WeberMetals_000081

Form 5500-SF (2019)                                                                    Page **2**

**6a** Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) ..................................... ☒ Yes ☐ No

**b** Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.)................................................. ☒ Yes ☐ No

**If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.**

**c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ...... ☐ Yes ☐ No ☐ Not determined

If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| Part III | Financial Information |
|---|---|

| 7 | Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **a** | Total plan assets ................................................... | **7a** | 909706 | 1597475 |
| **b** | Total plan liabilities ............................................. | **7b** | | |
| **c** | Net plan assets (subtract line 7b from line 7a) .............. | **7c** | 909706 | 1597475 |

| 8 | Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | Contributions received or receivable from:<br>**(1)** Employers ............................................... | **8a(1)** | 180712 | |
| | **(2)** Participants............................................. | **8a(2)** | 336245 | |
| | **(3)** Others (including rollovers)............................ | **8a(3)** | 41798 | |
| **b** | Other income (loss) ............................................. | **8b** | 204477 | |
| **c** | Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) ...... | **8c** | | 763232 |
| **d** | Benefits paid (including direct rollovers and insurance premiums to provide benefits)............................................. | **8d** | 68866 | |
| **e** | Certain deemed and/or corrective distributions (see instructions) ... | **8e** | | |
| **f** | Administrative service providers (salaries, fees, commissions)....... | **8f** | 6597 | |
| **g** | Other expenses ................................................... | **8g** | | |
| **h** | Total expenses (add lines 8d, 8e, 8f, and 8g) ............... | **8h** | | 75463 |
| **i** | Net income (loss) (subtract line 8h from line 8c) ............ | **8i** | | 687769 |
| **j** | Transfers to (from) the plan (see instructions)............... | **8j** | | |

| Part IV | Plan Characteristics |
|---|---|

**9a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
  2E   2F   2G   2J   2K   2T   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

| Part V | Compliance Questions |
|---|---|

| 10 | During the plan year: | | Yes | No | Amount |
|---|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) ............................................................ | **10a** | | X | |
| **b** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.)............................................................ | **10b** | | X | |
| **c** | Was the plan covered by a fidelity bond? ........................ | **10c** | X | | 1000000 |
| **d** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty?............................................................ | **10d** | | X | |
| **e** | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.)............................................ | **10e** | X | | 5179 |
| **f** | Has the plan failed to provide any benefit when due under the plan? ........................... | **10f** | | X | |
| **g** | Did the plan have any participant loans? (If "Yes," enter amount as of year-end.) ................ | **10g** | X | | 12081 |
| **h** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) ............................................................ | **10h** | X | | |
| **i** | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 ........................... | **10i** | X | | |

Verity-WeberMetals_000082

Form 5500-SF (2019)    Page **3**- 1

| Part VI | **Pension Funding Compliance** |
|---|---|

**11** Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and lines 11a and b below.) If this is a defined contribution pension plan, leave line 11 blank and complete line 12 below............................................................................................................................................................................... ☐ Yes ☐ No

**a** Enter the unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 ....................... **11a**

**b** **PBGC missed contribution reporting requirements.** If the plan is covered by PBGC and the amount reported on line 11a is greater than $0, has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

☐ Yes.

☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

☐ No. Other. Provide explanation _____

**12** Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA? .......................................................................................................................................................................
(If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.) If this is a defined benefit pension plan, leave line 12 blank and complete line 11 above. ☐ Yes ☒ No

**a** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ...................................................................................................... Month _____ Day _____ Year _____

**If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.**

**b** Enter the minimum required contribution for this plan year ....................................................................... **12b**

**c** Enter the amount contributed by the employer to the plan for this plan year ............................................... **12c**

**d** Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ............................................................................................................................... **12d**

**e** Will the minimum funding amount reported on line 12d be met by the funding deadline?........................................... ☐ Yes ☐ No ☐ N/A

| Part VII | **Plan Terminations and Transfers of Assets** |
|---|---|

**13a** Has a resolution to terminate the plan been adopted in any plan year? ............................................................ ☐ Yes ☒ No

If "Yes," enter the amount of any plan assets that reverted to the employer this year.................................................. **13a**

**b** Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................................................................................................................................... ☐ Yes ☒ No

**c** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **13c(1)** Name of plan(s): | **13c(2)** EIN(s) | **13c(3)** PN(s) |
|---|---|---|
| | | |

Verity-WeberMetals_000083

| Form 5500-SF | **Short Form Annual Return/Report of Small Employee Benefit Plan** | OMB Nos. 1210-0110 / 1210-0089 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the Instructions to the Form 5500-SF.**

**2019**

This Form is Open to Public Inspection

## Part I | Annual Report Identification Information

For calendar plan year 2019 or fiscal plan year beginning    01/01/2019    and ending    12/31/2019

**A** This return/report is for:
- [X] a single-employer plan
- [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [ ] a one-participant plan
- [ ] a foreign plan

**B** This return/report is
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] DFVC program
- [ ] special extension (enter description)

## Part II | Basic Plan Information—enter all requested information

**1a** Name of plan
Schuco USA LLLP 401(k) Plan

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan
01/01/2016

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

Schuco USA LLLP

240 PANE ROAD

NEWINGTON        CT        06111

**2b** Employer Identification Number (EIN) 06-1500589

**2c** Sponsor's telephone number
860-665-0505

**2d** Business code (see instructions)
238300

**3a** Plan administrator's name and address [X] Same as Plan Sponsor.

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name
**c** Plan Name

**4b** EIN

**4d** PN

| | | | |
|---|---|---|---|
| **5a** Total number of participants at the beginning of the plan year | | **5a** | 75 |
| **b** Total number of participants at the end of the plan year | | **5b** | 82 |
| **c** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | | **5c** | 64 |
| **d(1)** Total number of active participants at the beginning of the plan year | | **5d(1)** | 69 |
| **d(2)** Total number of active participants at the end of the plan year | | **5d(2)** | 76 |
| **e** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | | **5e** | 0 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | *William DeCarlo* (signature) | 9/29/2020 | Bill Decarlo |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.

Form 5500-SF (2019)
v.190130

Verity-WeberMetals_000084

# EXHIBIT F

# Schuco 2020 Form 5500 (Bates Verity-WeberMetals_000085-88)

# Form 5500-SF

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

## Short Form Annual Return/Report of Small Employee Benefit Plan

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500-SF.**

OMB Nos. 1210-0110
1210-0089

**2020**

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020  and ending  12/31/2020

**A** This return/report is for:  [X] a single-employer plan  [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

**B** This return/report is  [ ] the first return/report  [ ] the final return/report  [ ] an amended return/report  [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:  [X] Form 5558  [ ] automatic extension  [ ] DFVC program  [ ] special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan
SCHUCO USA LLLP 401(K) PLAN

**1b** Three-digit plan number (PN) ▶   002

**1c** Effective date of plan
01/01/2016

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
SCHUCO USA LLLP

240 PANE ROAD
NEWINGTON, CT 06111

**2b** Employer Identification Number (EIN)  06-1500589

**2c** Sponsor's telephone number
860-665-0505

**2d** Business code (see instructions)
238300

**3a** Plan administrator's name and address  [X] Same  as Plan Sponsor.

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name
**c** Plan Name

**4b** EIN

**4d** PN

| | | | |
|---|---|---|---|
| **5a** | Total number of participants at the beginning of the plan year ................................................................ | **5a** | 82 |
| **b** | Total number of participants at the end of the plan year ....................................................................... | **5b** | 112 |
| **c** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................................................................. | **5c** | 83 |
| **d(1)** | Total number of active participants at the beginning of the plan year .................................................. | **5d(1)** | 76 |
| **d(2)** | Total number of active participants at the end of the plan year ......................................................... | **5d(2)** | 100 |
| **e** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ...................................................... | **5e** | 0 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/16/2021 | BILL DECARLO |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.**

**Form 5500-SF (2020)**
**v.200204**

Verity-WeberMetals_000085

Form 5500-SF (2020)           Page **2**

**6a** Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) ...................................................... ☒ Yes ☐ No

**b** Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.)............................................................................. ☒ Yes ☐ No

**If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.**

**c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ...... ☐ Yes ☐ No ☐ Not determined

If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| Part III | Financial Information |
|---|---|

**7** Plan Assets and Liabilities

| | | **(a) Beginning of Year** | **(b) End of Year** |
|---|---|---|---|
| **a** Total plan assets ...................................................... | **7a** | 1597475 | 2807038 |
| **b** Total plan liabilities ................................................ | **7b** | | |
| **c** Net plan assets (subtract line 7b from line 7a) ............................ | **7c** | 1597475 | 2807038 |

**8** Income, Expenses, and Transfers for this Plan Year

| | | **(a) Amount** | **(b) Total** |
|---|---|---|---|
| **a** Contributions received or receivable from: **(1)** Employers ............................................................. | **8a(1)** | 237420 | |
| **(2)** Participants................................................................. | **8a(2)** | 443916 | |
| **(3)** Others (including rollovers)........................................ | **8a(3)** | 181977 | |
| **b** Other income (loss) .................................................... | **8b** | 371088 | |
| **c** Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) .................... | **8c** | | 1234401 |
| **d** Benefits paid (including direct rollovers and insurance premiums to provide benefits)................................................................ | **8d** | 9241 | |
| **e** Certain deemed and/or corrective distributions (see instructions) . | **8e** | | |
| **f** Administrative service providers (salaries, fees, commissions) ..... | **8f** | 15597 | |
| **g** Other expenses ........................................................ | **8g** | | |
| **h** Total expenses (add lines 8d, 8e, 8f, and 8g) ............................ | **8h** | | 24838 |
| **i** Net income (loss) (subtract line 8h from line 8c) ......................... | **8i** | | 1209563 |
| **j** Transfers to (from) the plan (see instructions)............................. | **8j** | | |

| Part IV | Plan Characteristics |
|---|---|

**9a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

    2E   2F   2G   2J   2K   2T   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

| Part V | Compliance Questions |
|---|---|

**10** During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) ................................................................ **10a** | | | X | |
| **b** Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.).................................................................. **10b** | | | X | |
| **c** Was the plan covered by a fidelity bond? ................................... **10c** | | X | | 1000000 |
| **d** Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty?................................................................ **10d** | | | X | |
| **e** Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.)................................................................ **10e** | | | X | |
| **f** Has the plan failed to provide any benefit when due under the plan? .......................................... **10f** | | | X | |
| **g** Did the plan have any participant loans? (If "Yes," enter amount as of year-end.) ........................ **10g** | | X | | 15818 |
| **h** If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) ................................................................ **10h** | | | X | |
| **i** If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 .......................................... **10i** | | | | |

Verity-WeberMetals_000086

Form 5500-SF (2020)                                                    Page **3-** | 1 |

---

| **Part VI** | **Pension Funding Compliance** |

| **11** | Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and lines 11a and b below.) If this is a defined contribution pension plan, leave line 11 blank and complete line 12 below............................................................................................................................................................... | ☐ Yes ☐ No |

| **a** | Enter the unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 .................... | **11a** | |

**b**  **PBGC missed contribution reporting requirements.** If the plan is covered by PBGC and the amount reported on line 11a is greater than $0, has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

☐ Yes.

☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

☐ No. Other. Provide explanation _____

| **12** | Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA? ............................................................................................................................................................... (If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.) If this is a defined benefit pension plan, leave line 12 blank and complete line 11 above. | ☐ Yes ☒ No |

| **a** | If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ......................................................................................... Month _____  Day _____  Year _____ |

**If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.**

| **b** | Enter the minimum required contribution for this plan year ...................................................................... | **12b** | |
| **c** | Enter the amount contributed by the employer to the plan for this plan year .............................................. | **12c** | |
| **d** | Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ..................................................................................................................................... | **12d** | |
| **e** | Will the minimum funding amount reported on line 12d be met by the funding deadline?......................................... | ☐ Yes ☐ No ☐ N/A |

| **Part VII** | **Plan Terminations and Transfers of Assets** |

| **13a** | Has a resolution to terminate the plan been adopted in any plan year? ........................................................ | ☐ Yes ☒ No |
| | If "Yes," enter the amount of any plan assets that reverted to the employer this year................................................ | **13a** | |
| **b** | Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................................................................................................................................... | ☐ Yes ☒ No |
| **c** | If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.) |

| **13c(1)** Name of plan(s): | **13c(2)** EIN(s) | **13c(3)** PN(s) |
| --- | --- | --- |
| | | |

Verity-WeberMetals_000087

| **Form 5500-SF** | **Short Form Annual Return/Report of Small Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2020** |
| Department of Labor Employee Benefits Security Administration | | **This Form is Open to Public Inspection** |
| Pension Benefit Guaranty Corporation | ▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | |

## Part I  Annual Report Identification Information

For calendar plan year 2020 or fiscal plan year beginning  01/01/2020  and ending  12/31/2020

**A** This return/report is for:  [X] a single-employer plan   [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

**B** This return/report is  [ ] the first return/report   [ ] the final return/report
[ ] an amended return/report   [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:  [X] Form 5558   [ ] automatic extension   [ ] DFVC program
[ ] special extension (enter description)

## Part II  Basic Plan Information—enter all requested information

**1a** Name of plan
Schuco USA LLLP 401(k) Plan

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan
01/01/2016

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
Schuco USA LLLP

240 PANE ROAD

NEWINGTON    CT    06111

**2b** Employer Identification Number (EIN) 06-1500589

**2c** Sponsor's telephone number
860-665-0505

**2d** Business code (see instructions)

238300

**3a** Plan administrator's name and address  [X] Same as Plan Sponsor.

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name
**c** Plan Name

**4b** EIN

**4d** PN

| | | |
|---|---|---:|
| **5a** Total number of participants at the beginning of the plan year | **5a** | 82 |
| **b** Total number of participants at the end of the plan year | **5b** | 112 |
| **c** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **5c** | 83 |
| **d(1)** Total number of active participants at the beginning of the plan year | **5d(1)** | 76 |
| **d(2)** Total number of active participants at the end of the plan year | **5d(2)** | 100 |
| **e** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | **5e** | 0 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | *William (Bill) DeCarlo* | 9/16/2021 | Bill Decarlo |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.

Form 5500-SF (2020)
v.200204

Verity-WeberMetals_000088

# EXHIBIT G

# U.S. Dep't of Labor Efast Website – Form 5500 Search



**U.S. DEPARTMENT OF LABOR**

*EFAST*

# Form 5500 Search

**Show Filters**   Help

This search tool allows you to search for Form 5500 series returns/reports filed since January 1, 2010. Posting on the web does not constitute acceptance of the filing by the U.S. Department of Labor, the Pension Benefit Guaranty Corporation, or the Internal Revenue Service.

If your plan is part of a Defined Contribution Group (DCG) Reporting Arrangement, the search results will show the plan name listed on the Filings Form 5500 which is different than the plan name listed on the Schedule DCG. For more information on searching for a DCG filing, click the help page link above.

See the CSV File Data Dictionary and Form 5500 Series Data Dictionary for additional information regarding the data included in the downloads.

Use the box below to search for specific filings.



| Plan Name ⌄ | | Go! |
|---|---|---|

| Results Count:  0 (maximum allowed) | Export to CSV | Reset Form |

EFAST2, an all-electronic system, receives and displays Forms 5500 Series Annual Returns/Reports and Form PR Pooled Plan Provider Registrations on behalf of DOL, IRS, and PBGC

About EFAST2    Related Resources    Privacy & Security Statement    Office of the Inspector General

# EXHIBIT H

# Second Draw PPP Loan Application (SBA Form 2483-SD)

## Paycheck Protection Program
## Borrower Application Form

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

| Check One: | ❑ Sole proprietor ❑ Partnership ❑ C-Corp ❑ S-Corp ❑ LLC<br>❑ Independent contractor ❑ Eligible self-employed individual<br>❑ 501(c)(3) nonprofit ❑ 501(c)(19) veterans organization<br>❑ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ❑ Other | DBA or Tradename if Applicable |
|---|---|---|

| Business Legal Name | | |
|---|---|---|
| | | |

| Business Address | Business TIN (EIN, SSN) | Business Phone |
|---|---|---|
| | | ( ) - |
| | Primary Contact | Email Address |
| | | |

| Average Monthly Payroll: | $ | x 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ | Number of Employees: | |
|---|---|---|---|---|---|
| Purpose of the loan (select more than one): | | ❑Payroll ❑Lease / Mortgage Interest ❑Utilities ❑Other (explain):_____ | | | |

### Applicant Ownership

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ❑ | ❑ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ❑ | ❑ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | ❑ | ❑ |
| 4. Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ❑ | ❑ |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 → _____ | ❑ | ❑ |
| 6. Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 → _____ | ❑ | ❑ |
| 7. Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | ❑ | ❑ |
| 8. Is the Applicant a franchise that is listed in the SBA's Franchise Directory? | ❑ | ❑ |

1

SBA Form 2483 (04/20)

**Paycheck Protection Program**
**Borrower Application Form**

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals: I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

_____    The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

_____    Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

_____    The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

_____    The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

_____    I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

_____    During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

_____    I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

_____    I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_____          _____
Signature of Authorized Representative of Applicant                  Date

_____          _____
Print Name                                                          Title

2

SBA Form 2483 (04/20)



**Paycheck Protection Program**
**Borrower Application Form**

**Purpose of this form:**

This form is to be completed by the authorized representative of the Applicant and *submitted to your SBA Participating Lender*. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

**Instructions for completing this form:**

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;

- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;

- For a corporation, all owners of 20% or more of the corporation;

- For limited liability companies, all members owning 20% or more of the company; and

- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

3



**Paycheck Protection Program**
**Borrower Application Form**

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

4

SBA Form 2483 (04/20)

# EXHIBIT I

# IFR #1, initially posted April 2, 2020 (as captured on SBA website April 5, 2020)

**SMALL BUSINESS ADMINISTRATION**

**[Docket No. SBA-2020-0015]**

**13 CFR Part 120**

**Business Loan Program Temporary Changes; Paycheck Protection Program**

**RIN 3245-AH34**

**AGENCY:**    U. S. Small Business Administration.

**ACTION:**    Interim Final Rule.

**SUMMARY:**  This interim final rule announces the implementation of sections 1102 and 1106 of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act or the Act).  Section 1102 of the Act temporarily adds a new product, titled the "Paycheck Protection Program," to the U.S. Small Business Administration's (SBA's) 7(a) Loan Program.  Section 1106 of the Act provides for forgiveness of up to the full principal amount of qualifying loans guaranteed under the Paycheck Protection Program.  The Paycheck Protection Program and loan forgiveness are intended to provide economic relief to small businesses nationwide adversely impacted under the Coronavirus Disease 2019 (COVID-19) Emergency Declaration (COVID-19 Emergency Declaration) issued by President Trump on March 13, 2020.  This interim final rule outlines the key provisions of SBA's implementation of sections 1102 and 1106 of the Act in formal guidance and requests public comment.

DATES:  Effective Date: This interim final rule is effective [INSERT DATE OF PUBLICATION IN THE FEDERAL REGISTER].

Applicability Date:  This interim final rule applies to applications submitted under the Paycheck Protection Program through June 30, 2020, or until funds made available for this purpose are exhausted.

Comment Date:  Comments must be received on or before [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER].

You may submit comments, identified by number SBA-2020-0015 through the Federal eRulemaking Portal:  http://www.regulations.gov.  Follow the instructions for submitting comments.

SBA will post all comments on www.regulations.gov.  If you wish to submit confidential business information (CBI) as defined in the User Notice at www.regulations.gov, please send an email to ppp-ifr@sba.gov.  Highlight the information that you consider to be CBI and explain why you believe SBA should hold this information as confidential.  SBA will review the information and make the final determination whether it will publish the information.

FOR FURTHER INFORMATION CONTACT:  The local SBA Field Office; the list of offices can be found at https://www.sba.gov/tools/local-assistance/districtoffices.

SUPPLEMENTARY INFORMATION:

I.      Background Information

On March 13, 2020, President Trump declared the ongoing Coronavirus Disease 2019 (COVID-19) pandemic of sufficient severity and magnitude to warrant an emergency declaration for all states, territories, and the District of Columbia.  With the COVID-19 emergency, many small businesses nationwide are experiencing economic hardship as a direct result of the Federal, State, and local public health measures that are being taken to

2

minimize the public's exposure to the virus.  These measures, some of which are government-mandated, are being implemented nationwide and include the closures of restaurants, bars, and gyms.  In addition, based on the advice of public health officials, other measures, such as keeping a safe distance from others or even stay-at-home orders, are being implemented, resulting in a dramatic decrease in economic activity as the public avoids malls, retail stores, and other businesses.

On March 27, 2020, the President signed the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act or the Act) (P.L. 116-136) to provide emergency assistance and health care response for individuals, families, and businesses affected by the coronavirus pandemic.  The Small Business Administration (SBA) received funding and authority through the Act to modify existing loan programs and establish a new loan program to assist small businesses nationwide adversely impacted by the COVID-19 emergency.

 Section 1102 of the Act temporarily permits SBA to guarantee 100 percent of 7(a) loans under a new program titled the "Paycheck Protection Program."  Section 1106 of the Act provides for forgiveness of up to the full principal amount of qualifying loans guaranteed under the Paycheck Protection Program.  A more detailed discussion of sections 1102 and 1106 of the Act is found in section III below.

II.     Comments and Immediate Effective Date

The intent of the Act is that SBA provide relief to America's small businesses expeditiously.  This intent, along with the dramatic decrease in economic activity nationwide, provides good cause for SBA to dispense with the 30-day delayed effective date provided in the Administrative Procedure Act.  Specifically, small businesses need

3

to be informed on how to apply for a loan and the terms of the loan under section 1102 of the Act as soon as possible because the last day to apply for and receive a loan is June 30, 2020.  The immediate effective date of this interim final rule will benefit small businesses so that they can immediately apply for the loan with a full understanding of loan terms and conditions.  This interim final rule is effective without advance notice and public comment because section 1114 of the Act authorizes SBA to issue regulations to implement Title 1 of the Act without regard to notice requirements.  This rule is being issued to allow for immediate implementation of this program.  Although this interim final rule is effective immediately, comments are solicited from interested members of the public on all aspects of the interim final rule, including section III below.  These comments must be submitted on or before [INSERT DATE 30 DAYS FROM DATE OF PUBLICATION IN THE FEDERAL REGISTER].  The SBA will consider these comments and the need for making any revisions as a result of these comments.

III.    Temporary New Business Loan Program:  Paycheck Protection Program

*Overview*

The CARES Act was enacted to provide immediate assistance to individuals, families, and businesses affected by the COVID-19 emergency.  Among the provisions contained in the CARES Act are provisions authorizing SBA to temporarily guarantee loans under a new 7(a) loan program titled the "Paycheck Protection Program."  Loans guaranteed under the Paycheck Protection Program (PPP) will be 100 percent guaranteed by SBA, and the full principal amount of the loans may qualify for loan forgiveness.  The following outlines the key provisions of the PPP.

1.  *General*

4

SBA is authorized to guarantee loans under the PPP through June 30, 2020.  Congress authorized a program level of $349,000,000,000 to provide guaranteed loans under this new 7(a) program.  The intent of the Act is that SBA provide relief to America's small businesses expeditiously, which is expressed in the Act by giving all lenders delegated authority and streamlining the requirements of the regular 7(a) loan program.  For example, for loans made under the PPP, SBA will not require the lenders to comply with section 120.150 "What are SBA's lending criteria?."  SBA will allow lenders to rely on certifications of the borrower in order to determine eligibility of the borrower and use of loan proceeds and to rely on specified documents provided by the borrower to determine qualifying loan amount and eligibility for loan forgiveness.  Lenders must comply with the applicable lender obligations set forth in this interim final rule, but will be held harmless for borrowers' failure to comply with program criteria; remedies for borrower violations or fraud are separately addressed in this interim final rule.  The program requirements of the PPP identified in this rule temporarily supersede any conflicting Loan Program Requirement (as defined in 13 CFR 120.10).

2.  ***What Do Borrowers Need to Know and Do?***

a.  *Am I eligible?*

You are eligible for a PPP loan if you have 500 or fewer employees whose principal place of residence is in the United States, or are a business that operates in a certain industry and meet the applicable SBA employee-based size standards for that industry, and:

i.   You are:

A.      A small business concern as defined in section 3 of the Small Business Act (15 USC 632), and subject to SBA's affiliation rules under 13 CFR 121.301(f) unless specifically waived in the Act;

B.      A tax-exempt nonprofit organization described in section 501(c)(3) of the Internal Revenue Code (IRC), a tax-exempt veterans organization described in section 501(c)(19) of the IRC, Tribal business concern described in section 31(b)(2)(C) of the Small Business Act, or any other business; and

ii.  You were in operation on February 15, 2020 and either had employees for whom you paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099-MISC.

You are also eligible for a PPP loan if you are an individual who operates under a sole proprietorship or as an independent contractor or eligible self-employed individual, you were in operation on February 15, 2020.

You must also submit such documentation as is necessary to establish eligibility such as payroll processor records, payroll tax filings, or Form 1099-MISC, or income and expenses from a sole proprietorship.  For borrowers that do not have any such documentation, the borrower must provide other supporting documentation, such as bank records, sufficient to demonstrate the qualifying payroll amount.

6

SBA intends to promptly issue additional guidance with regard to the

applicability of affiliation rules at 13 CFR §§ 121.103 and 121.301 to PPP

loans.

b. *Could I be ineligible even if I meet the eligibility requirements in (a) above?*

You are ineligible for a PPP loan if, for example:

    i.  You are engaged in any activity that is illegal under federal, state, or local

law;

    ii.  You are a household employer (individuals who employ household

employees such as nannies or housekeepers);

    iii.  An owner of 20 percent or more of the equity of the applicant is

incarcerated, on probation, on parole; presently subject to an indictment,

criminal information, arraignment, or other means by which formal

criminal charges are brought in any jurisdiction; or has been convicted of a

felony within the last five years; or

    iv.  You, or any business owned or controlled by you or any of your owners,

has ever obtained a direct or guaranteed loan from SBA or any other

Federal agency that is currently delinquent or has defaulted within the last

seven years and caused a loss to the government.

The Administrator, in consultation with the Secretary of the Treasury (the

Secretary), determined that household employers are ineligible because they are

not businesses.  13 CFR 120.100.

c. *How do I determine if I am ineligible?*

Businesses that are not eligible for PPP loans are identified in 13 CFR 120.110 and described further in SBA's Standard Operating Procedure (SOP) 50 10, Subpart B, Chapter 2, except that nonprofit organizations authorized under the Act are eligible.  (SOP 50 10 can be found at https://www.sba.gov/document/sop-50-10-5-lender-development-company-loan-programs.)

d.  *I have determined that I am eligible.  How much can I borrow?*

Under the PPP, the maximum loan amount is the lesser of $10 million or an amount that you will calculate using a payroll-based formula specified in the Act, as explained below.

e.  *How do I calculate the maximum amount I can borrow?*

The following methodology, which is one of the methodologies contained in the Act,  will be most useful for many applicants.

    i.  Step 1: Aggregate payroll costs (defined in detail below in f.) from the last twelve months for employees whose principal place of residence is the United States.

    ii.  Step 2: Subtract any compensation paid to an employee in excess of an annual salary of $100,000 and/or any amounts paid to an independent contractor or sole proprietor in excess of $100,000 per year.

    iii.  Step 3: Calculate average monthly payroll costs (divide the amount from Step 2 by 12).

    iv.  Step 4: Multiply the average monthly payroll costs from Step 3 by 2.5.

    v.  Step 5: Add the outstanding amount of an Economic Injury Disaster Loan (EIDL) made between January 31, 2020 and April 3, 2020, less the

8

amount of any "advance" under an EIDL COVID-19 loan (because it does not have to be repaid).

The examples below illustrate this methodology.

i.  Example 1 – No employees make more than $100,000

Annual payroll: $120,000

Average monthly payroll: $10,000

Multiply by 2.5 = $25,000

Maximum loan amount is $25,000

ii.  Example 2 – Some employees make more than $100,000

Annual payroll: $1,500,000

Subtract compensation amounts in excess of an annual salary of $100,000: $1,200,000

Average monthly qualifying payroll: $100,000

Multiply by 2.5 = $250,000

Maximim loan amount is $250,000

iii.  Example 3 – No employees make more than $100,000, outstanding EIDL loan of $10,000.

Annual payroll: $120,000

Average monthly payroll: $10,000

Multiply by 2.5 = $25,000

Add EIDL loan of $10,000 = $35,000

Maximum loan amount is $35,000

9

iv. Example 4 – Some employees make more than $100,000, outstanding EIDL loan of $10,000

Annual payroll: $1,500,000

Subtract compensation amounts in excess of an annual salary of $100,000: $1,200,000

Average monthly qualifying payroll: $100,000

Multiply by 2.5 = $250,000

Add EIDL loan of $10,000 = $260,000

Maximum loan amount is $260,000

f. *What qualifies as "payroll costs?"*

Payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

g. *Is there anything that is expressly excluded from the definition of payroll costs?*

Yes. The Act expressly excludes the following:

10

    i.   Any compensation of an employee whose principal place of residence is outside of the United States;

    ii.   The compensation of an individual employee in excess of an annual salary of $100,000, prorated as necessary;

    iii.   Federal employment taxes imposed or withheld between February 15, 2020 and June 30, 2020, including the employee's and employer's share of FICA (Federal Insurance Contributions Act) and Railroad Retirement Act taxes, and income taxes required to be withheld from employees; and

    iv.   Qualified sick and family leave wages for which a credit is allowed under sections 7001 and 7003 of the Families First Coronavirus Response Act (Public Law 116–127).

h.  *Do independent contractors count as employees for purposes of PPP loan calculations?*

No, independent contractors have the ability to apply for a PPP loan on their own so they do not count for purposes of a borrower's PPP loan calculation.

i.  *What is the interest rate on a PPP loan?*

The interest rate will be 100 basis points or one percent.

The Administrator, in consultation with the Secretary, determined that a one percent interest rate is appropriate. First, it provides low cost funds to borrowers to meet eligible payroll costs and other eligible expenses during this temporary period of economic dislocation caused by the coronavirus. Second, for lenders, the 100 basis points offers an attractive interest rate relative to the cost of funding for comparable maturities. For example, the FDIC's weekly national average rate

for a 24-month CD deposit product for the week of March 30, 2020 is 42 basis points for non-jumbo and 44 basis points for jumbo (https://www.fdic.gov/regulations/resources/rates/).  Third, the interest rate is higher than the yield on Treasury securities of comparable maturity.  For example, the yield on the Treasury two-year note is approximately 23 basis points.  This higher yield combined with the fact that the loans are 100 percent guaranteed by the SBA and the fact that lenders will receive a substantial processing fee from the SBA provide ample inducement for lenders to participate in the PPP.

j.  *What will be the maturity date on a PPP loan?*

The maturity is two years.  While the Act provides that a loan will have a maximum maturity of up to ten years from the date the borrower applies for loan forgiveness (described below), the Administrator, in consultation with the Secretary, determined that a two year loan term is sufficient in light of the temporary economic dislocations caused by the coronavirus.  Specifically, the considerable economic disruption caused by the coronavirus is expected to abate well before the two year maturity date such that borrowers will be able to re-commence business operations  and pay off any outstanding balances on their PPP loans.

k.  *Can I apply for more than one PPP loan?*

No.  The Administrator, in consultation with the Secretary, determined that no eligible borrower may receive more than one PPP loan.  This means that if you apply for a PPP loan you should consider applying for the maximum amount.  While the Act does not expressly provide that each eligible borrower may only

12

receive one PPP loan, the Administrator has determined, in consultation with the Secretary, that because all PPP loans must be made on or before June 30, 2020, a one loan per borrower limitation is necessary to help ensure that as many eligible borrowers as possible may obtain a PPP loan. This limitation will also help advance Congress' goal of keeping workers paid and employed across the United States.

l. *Can I use e-signatures or e-consents if a borrower has multiple owners?*

Yes, e-signature or e-consents can be used regardless of the number of owners.

m. *Is the PPP "first-come, first-served?"*

Yes.

n. *When will I have to begin paying principal and interest on my PPP loan?*

You will not have to make any payments for six months following the date of disbursement of the loan. However, interest will continue to accrue on PPP loans during this six-month deferment. The Act authorizes the Administrator to defer loan payments for up to one year. The Administrator determined, in consultation with the Secretary, that a six-month deferment period is appropriate in light of the modest interest rate (one percent) on PPP loans and the loan forgiveness provisions contained in the Act.

o. *Can my PPP loan be forgiven in whole or in part?*

Yes. The amount of loan forgiveness can be up to the full principal amount of the loan and any accrued interest. That is, the borrower will not be responsible for any loan payment if the borrower uses all of the loan proceeds for forgiveable purposes described below and employee and compensation levels levels are

13

maintained. The actual amount of loan forgiveness will depend, in part, on the total amount of payroll costs, payments of interest on mortgage obligations incurred before February 15, 2020, rent payments on leases dated before February 15, 2020, and utility payments under service agreements dated before February 15, 2020, over the eight-week period following the date of the loan. However, not more than 25 percent of the loan forgiveness amount may be attributable to non-payroll costs. While the Act provides that borrowers are eligible for forgiveness in an amount equal to the sum of payroll costs and any payments of mortgage interest, rent, and utilities, the Administrator has determined that the non-payroll portion of the forgivable loan amount should be limited to effectuate the core purpose of the statute and ensure finite program resources are devoted primarily to payroll. The Administrator has determined in consultation with the Secretary that 75 percent is an appropriate percentage in light of the Act's overarching focus on keeping workers paid and employed. Further, the Administrator and the Secretary believe that applying this threshold to loan forgiveness is consistent with the structure of the Act, which provides a loan amount 75 percent of which is equivalent to eight weeks of payroll (8 weeks / 2.5 months = 56 days / 76 days = 74 percent rounded up to 75 percent). Limiting non-payroll costs to 25 percent of the forgiveness amount will align these elements of the program, and will also help to ensure that the finite appropriations available for PPP loan forgiveness are directed toward payroll protection. SBA will issue additional guidance on loan forgiveness.

14

p. *Do independent contractors count as employees for purposes of PPP loan forgiveness?*

No, independent contractors have the ability to apply for a PPP loan on their own so they do not count for purposes of a borrower's PPP loan forgiveness.

q. *What forms do I need and how do I submit an application?*

The applicant must submit SBA Form 2483 (Paycheck Protection Program Application Form) and payroll documentation, as described above.  The lender must submit SBA Form 2484 (Paycheck Protection Program Lender's Application for 7(a) Loan Guaranty) electronically in accordance with program requirements and maintain the forms and supporting documentation in its files.

r. *How can PPP loans be used?*

The proceeds of a PPP loan are to be used for:

   i.   payroll costs (as defined in the Act and in 2.f.);

   ii.  costs related to the continuation of group health care benefits during periods of paid sick, medical, or family leave, and insurance premiums;

   iii. mortgage interest payments (but not mortgage prepayments or principal payments);

   iv.  rent payments;

   v.   utility payments;

   vi.  interest payments on any other debt obligations that were incurred before February 15, 2020; and/or

   vii. refinancing an SBA EIDL loan made between January 31, 2020 and April 3, 2020.  If you received an SBA EIDL loan from January 31, 2020

15

through April 3, 2020, you can apply for a PPP loan.  If your EIDL loan was not used for payroll costs, it does not affect your eligibility for a PPP loan.  If your EIDL loan was used for payroll costs, your PPP loan must be used to refinance your EIDL loan.  Proceeds from any advance up to $10,000 on the EIDL loan will be deducted from the loan forgiveness amount on the PPP loan.

However, at least 75 percent of the PPP loan proceeds shall be used for payroll costs.  For purposes of determining the percentage of use of proceeds for payroll costs, the amount of any EIDL refinanced will be included.  For purposes of loan forgiveness, however, the borrower will have to document the proceeds used for payroll costs in order to determine the amount of forgiveness.  While the Act provides that PPP loan proceeds may be used for the purposes listed above and for other allowable uses described in section 7(a) of the Small Business Act (15 U.S.C. 636(a)), the Administrator believes that finite appropriations and the structure of the Act warrant a requirement that borrowers use a substantial portion of the loan proceeds for payroll costs, consistent with Congress' overarching goal of keeping workers paid and employed.  As with the similar limitation on the forgiveness amount explained earlier, the Administrator, in consultation with the Secretary, has determined that 75 percent is an appropriate percentage that will align this element of the program with the loan amount, 75 percent of which is equivalent to eight weeks of payroll.  This limitation on use of the loan funds will help to ensure that the finite appropriations available for these loans are directed

16

toward payroll protection, as each loan that is issued depletes the appropriation, regardless of whether portions of the loan are later forgiven.

s. *What happens if PPP loan funds are misused?*

If you use PPP funds for unauthorized purposes, SBA will direct you to repay those amounts. If you knowingly use the funds for unauthorized purposes, you will be subject to additional liability such as charges for fraud. If one of your shareholders, members, or partners uses PPP funds for unauthorized purposes, SBA will have recourse against the shareholder, member, or partner for the unauthorized use.

t. *What certifications need to be made?*

On the Paycheck Protection Program application, an authorized representative of the applicant must certify in good faith to all of the below:[1]

    i. The applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099-MISC.

    ii. Current economic uncertainty makes this loan request necessary to support the ongoing operations of the applicant.

    iii. The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable such as for charges of

---

[1] A representative of the applicant can certify for the business as a whole if the representative is legally authorized to do so.

17

fraud.  As explained above, not more than 25 percent of loan proceeds may be used for non-payroll costs.

iv. Documentation verifying the number of full-time equivalent employees on payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight week period following this loan will be provided to the lender.

v. Loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities.  As explained above, not more than 25 percent of the forgiven amount may be for non-payroll costs.

vi. During the period beginning on February 15, 2020 and ending on December 31, 2020, the applicant has not and will not receive another loan under this program.

vii. I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects.  I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

18

viii.        I acknowledge that the lender will confirm the eligible loan amount using tax documents I have submitted.  I affirm that these tax documents are identical to those submitted to the Internal Revenue Service.  I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

**3.  *What Do Lenders Need to Know and Do?***

a.  *Who is eligible to make PPP loans?*

i.   All SBA 7(a) lenders are automatically approved to make PPP loans on a delegated basis.

ii.  The Act provides that the authority to make PPP loans can be extended to additional lenders determined by the Administrator and the Secretary to have the necessary qualifications to process, close, disburse, and service loans made with the SBA guarantee.  Since SBA is authorized to make PPP loans up to $349 billion by June 30, 2020, the Adminstrator and the Secretary have jointly determined that authorizing additional lenders is necessary to achieve the purpose of allowing as many eligible borrowers as possible to receive loans by the June 30, 2020 deadline.

iii. The following types of lenders have been determined to meet the criteria and are eligible to make PPP loans unless they currently are designated in Troubled Condition by their primary federal regulator or are subject to a

19

formal enforcement action with their primary federal regulator that addresses unsafe or unsound lending practices:

I.     Any federally insured depository institution or any federally insured credit union;

II.    Any Farm Credit System institution (other than the Federal Agricultural Mortgage Corporation) as defined in 12 U.S.C. 2002(a) that applies the requirements under the Bank Secrecy Act and its implementing regulations (collectively, BSA) as a federally regulated financial institution, or functionally equivalent requirements that are not altered by this rule; and

III.   Any depository or non-depository financing provider that originates, maintains, and services business loans or other commercial financial receivables and participation interests; has a formalized compliance program; applies the requirements under the BSA as a federally regulated financial institution, or the BSA requirements of an equivalent federally regulated financial institution; has been operating since at least February 15, 2019, and has originated, maintained, and serviced more than $50 million in business loans or other commercial financial receivables during a consecutive 12 month period in the past 36 months, or is a service provider to any insured depository institution that has

20

a contract to support such institution's lending activities in accordance with 12 U.S.C. § 1867(c) and is in good standing with the appropriate Federal banking agency.

iv. Qualified institutions described in 3.a.iii. I. and II. will be automatically qualified under delegated authority by the SBA upon transmission of CARES Act Section 1102 Lender Agreement (SBA Form 3506) unless they currently are designated in Troubled Condition by their primary federal regulator or are subject to a formal enforcement action by their primary federal regulator that addresses unsafe or unsound lending practices.

b. *What do lenders have to do in terms of loan underwriting?*

Each lender shall:

i. Confirm receipt of borrower certifications contained in Paycheck Protection Program Application form issued by the Administration;

ii. Confirm receipt of information demonstrating that a borrower had employees for whom the borrower paid salaries and payroll taxes on or around February 15, 2020;

iii. Confirm the dollar amount of average monthly payroll costs for the preceding calendar year by reviewing the payroll documentation submitted with the borrower's application; and

iv. Follow applicable BSA requirements:

I.  Federally insured depository institutions and federally insured credit unions should continue to follow their existing

21

BSA protocols when making PPP loans to either new or existing customers who are eligible borrowers under the PPP. PPP loans for existing customers will not require re-verification under applicable BSA requirements, unless otherwise indicated by the institution's risk-based approach to BSA compliance.

II.    Entities that are not presently subject to the requirements of the BSA, should, prior to engaging in PPP lending activities, including making PPP loans to either new or existing customers who are eligible borrowers under the PPP, establish an anti-money laundering (AML) compliance program equivalent to that of a comparable federally regulated institution. Depending upon the comparable federally regulated institution, such a program may include a customer identification program (CIP), which includes identifying and verifying their PPP borrowers' identities (including e.g., date of birth, address, and taxpayer identification number), and, if that PPP borrower is a company, following any applicable beneficial ownership information collection requirements. Alternatively, if available, entities may rely on the CIP of a federally insured depository institution or federally insured credit union with an established CIP as part of its AML program. In either

22

instance, entities should also understand the nature and purpose of their PPP customer relationships to develop customer risk profiles.  Such entities will also generally have to identify and report certain suspicious activity to the U.S. Department of the Treasury's Financial Crimes Enforcement Network  (FinCEN).  If such entities have questions with regard to meeting these requirements, they should contact the FinCEN Regulatory Support Section at FRC@fincen.gov.  In addition, FinCEN has created a COVID-19-specific contact channel, via a specific drop-down category, for entities to communicate to FinCEN COVID-19-related concerns while adhering to their BSA obligations.  Entities that wish to communicate such COVID-19-related concerns to FinCEN should go to www.FinCEN.gov, click on "Need Assistance," and select "COVID19" in the subject drop-down list.

Each lender's underwriting obligation under the PPP is limited to the items above and reviewing the "Paycheck Protection Application Form."  Borrowers must submit such documentation as is necessary to establish eligibility such as payroll processor records, payroll tax filings, or Form 1099-MISC, or income and expenses from a sole proprietorship.  For borrowers that do not have any such documentation, the borrower must provide other supporting documentation, such as bank records, sufficient to demonstrate the qualifying payroll amount.

23

c.  *Can lenders rely on borrower documentation for loan forgiveness?*

Yes.  The lender does not need to conduct any verification if the borrower submits documentation supporting its request for loan forgiveness and attests that it has accurately verified the payments for eligible costs.  The Administrator will hold harmless any lender that relies on such borrower documents and attestation from a borrower.  The Administrator, in consultation with the Secretary, has determined that lender reliance on a borrower's required documents and attestation is necessary and appropriate in light of section 1106(h) of the Act, which prohibits the Administrator from taking an enforcement action or imposing penalties if the lender has received a borrower attestation.

d.  *What fees will lenders be paid?*

SBA will pay lenders fees for processing PPP loans in the following amounts:

  i.    Five (5) percent for loans of not more than $350,000;

  ii.    Three (3) percent for loans of more than $350,000 and less than $2,000,000; and

  iii.    One (1) percent for loans of at least $2,000,000.

e.  *Do lenders have to apply the "credit elsewhere test"?*

No.  When evaluating an applicant's eligibility lenders will not be required to apply the "credit elsewhere test" (as set forth in section 7(a)(1)(A) of the Small Business Act (15 USC 636) and SBA regulations at 13 CFR 120.101)).

4.  ***What do Both Borrowers and Lenders Need to Know and Do?***

a.  *What are the loan terms and conditions?*

24

Loans will be guaranteed under the PPP under the same terms, conditions and processes as other 7(a) loans, with certain changes including but not limited to:

 i. The guarantee percentage is 100 percent.

 ii. No collateral will be required.

 iii. No personal guarantees will be required.

 iv. The interest rate will be 100 basis points or one percent.

 v. All loans will be processed by all lenders under delegated authority and lenders will be permitted to rely on certifications of the borrower in order to determine eligibility of the borrower and the use of loan proceeds.

b. *Are there any fee waivers?*

 i. There will be no up-front guarantee fee payable to SBA by the Borrower;

 ii. There will be no lender's annual service fee ("on-going guaranty fee") payable to SBA;

 iii. There will be no subsidy recoupment fee; and

 iv. There will be no fee payable to SBA for any guarantee sold into the secondary market.

c. *Who pays the fee to an agent who assists a borrower?*

Agent fees will be paid by the lender out of the fees the lender receives from SBA. Agents may not collect fees from the borrower or be paid out of the PPP loan proceeds. The total amount that an agent may collect from the lender for assistance in preparing an application for a PPP loan (including referral to the lender) may not exceed:

 i. One (1) percent for loans of not more than $350,000;

 ii. 0.50 percent for loans of more than $350,000 and less than $2 million; and

25

iii. 0.25 percent for loans of at least $2 million.

The Act authorizes the Administrator to establish limits on agent fees.  The Administrator, in consultation with the Secretary, determined that the agent fee limits set forth above are reasonable based upon the application requirements and the fees that lenders receive for making PPP loans.

d. *Can PPP loans be sold into the secondary market?*

Yes. A PPP loan may be sold on the secondary market after the loan is fully disbursed.  A PPP loan may be sold on the secondary market at a premium or a discount to par value.  SBA will issue guidance regarding any advance purchase for loans sold in the secondary market.

e. *Can SBA purchase some or all of the loan in advance?*

Yes.  A lender may request that the SBA purchase the expected forgiveness amount of a PPP loan or pool of PPP loans at the end of week seven of the covered period.  The expected forgiveness amount is the amount of loan principal the lender reasonably expects the borrower to expend on payroll costs, covered mortgage interest, covered rent, and covered utility payments during the eight week period after loan disbursement.  At least 75 percent of the expected forgiveness amount shall be for payroll costs, as provided in 2.o.  To submit a PPP loan or pool of PPP loans for advance purchase, a lender shall submit a report requesting advance purchase with the expected forgiveness amount to the SBA. The report shall include: the Paycheck Protection Program Application Form (SBA Form 2483) and any supporting documentation submitted with such application; the Paycheck Protection Program Lender's Application for 7(a) Loan Guaranty (SBA Form 2484) and any supporting documentation; a detailed

26

narrative explaining the assumptions used in determining the expected forgiveness amount, the basis for those assumptions, alternative assumptions considered, and why alternative assumptions were not used; any information obtained from the borrower since the loan was disbursed that the lender used to determine the expected forgiveness amount, which should include the same documentation required to apply for loan forgiveness such as payroll tax filings, cancelled checks, and other payment documentation; and any additional information the Administrator may require to determine whether the expected forgiveness amount is reasonable.  The Administrator, in consultation with the Secretary, determined that seven weeks is the minimum period of time necessary for a lender to reasonably determine the expected forgiveness amount for a PPP loan or pool of PPP loans, since the PPP is a new program and the likelihood that many borrowers will be new clients of the lender.  The expected forgiveness amount may not exceed the total amount of principal on the PPP loan or pool of loans.  The Administrator will purchase the expected forgiveness amount of the PPP loan(s) within 15 days of the date on which the Administrator receives a complete report that demonstrates that the expected forgiveness amount is indeed reasonable.

5.  *Additional Information*

All loans guaranteed by the SBA pursuant to the CARES Act will be made consistent with constitutional, statutory, and regulatory protections for religious liberty, including the First Amendment to the Constitution, the Religious Freedom Restoration Act, 42 U.S.C. 2000bb-1 and bb-3, and SBA regulation at 13 C.F.R. 113.3-1h, which provides:

27

"Nothing in [SBA nondiscrimination regulations] shall apply to a religious corporation, association, educational institution or society with respect to the membership or the employment of individuals of a particular religion to perform work connected with the carrying on by such corporation, association, educational institution or society of its religious activities." SBA intends to promptly issue additional guidance with regard to religious liberty protections under this program.

SBA may provide further guidance, if needed, through SBA notices and a program guide which will be posted on SBA's website at www.sba.gov.

Questions on the Paycheck Protection Program 7(a) Loans may be directed to the Lender Relations Specialist in the local SBA Field Office. The local SBA Field Office may be found at https://www.sba.gov/tools/local-assistance/districtoffices.

**<u>Compliance with Executive Orders 12866, 12988, 13132, and 13771, the Paperwork Reduction Act (44 U.S.C. Ch. 35), and the Regulatory Flexibility Act (5 U.S.C. 601-612).</u>**

<u>EO 12866 and EO 13563</u>

This interim final rule is economically significant for the purposes of Executive Orders 12866 and 13563. SBA, however, is proceeding under the emergency provision at Executive Order 12866 Section 6(a)(3)(D) based on the need to move expeditiously to mitigate the current economic conditions arising from the COVID–19 emergency. This rule's designation under Executive Order 13771 will be informed by public comment.

This rule is necessary to implement Sections 1102 and 1106 of the CARES Act in order to provide economic relief to small businesses nationwide adversely impacted under the COVID-19 Emergency Declaration. We anticipate that this rule will result in

28

substantial benefits to small businesses, their employees, and the communities they serve.  However, we lack data to estimate the effects of this rule.

Executive Order 12988

SBA has drafted this rule, to the extent practicable, in accordance with the standards set forth in section 3(a) and 3(b)(2) of Executive Order 12988, to minimize litigation, eliminate ambiguity, and reduce burden.  The rule has no preemptive or retroactive effect.

Executive Order 13132

SBA has determined that this rule will not have substantial direct effects on the States, on the relationship between the national government and the States, or on the distribution of power and responsibilities among the various layers of government. Therefore, SBA has determined that this rule has no federalism implications warranting preparation of a federalism assessment.

Paperwork Reduction Act, 44 U.S.C.Chapter 35

SBA has determined that this rule will impose recordkeeping or reporting requirements under the Paperwork Reduction Act ("PRA").  SBA has obtained emergency approval under OMB Control Number 3245-0407 for the information collection (IC) required to implement the program described above.  This IC consists of Form 2483 (Paycheck Protection Program Application Form), SBA Form 2484 (Paycheck Protection Program Lender's Application for 7(a) Loan Guaranty), and SBA Form 3506 (CARES Act Section 1102 Lender Agreement), and is approved for use until September 30, 2020.

Regulatory Flexibility Act (RFA)

29

The Regulatory Flexibility Act (RFA) generally requires that when an agency issues a proposed rule, or a final rule pursuant to section 553(b) of the APA or another law, the agency must prepare a regulatory flexibility analysis that meets the requirements of the RFA and publish such analysis in the Federal Register. 5 U.S.C. 603, 604. Specifically, the RFA normally requires agencies to describe the impact of a rulemaking on small entities by providing a regulatory impact analysis. Such analysis must address the consideration of regulatory options that would lessen the economic effect of the rule on small entities. The RFA defines a ''small entity'' as (1) a proprietary firm meeting the size standards of the Small Business Administration (SBA); (2) a nonprofit organization that is not dominant in its field; or (3) a small government jurisdiction with a population of less than 50,000. 5 U.S.C. 601(3)–(6). Except for such small government jurisdictions, neither State nor local governments are ''small entities.'' Similarly, for purposes of the RFA, individual persons are not small entities.

The requirement to conduct a regulatory impact analysis does not apply if the head of the agency "certifies that the rule will not, if promulgated, have a significant economic impact on a substantial number of small entities."  5 U.S.C. 605(b). The agency must, however, publish the certification in the Federal Register at the time of publication of the rule, "along with a statement providing the factual basis for such certification."  If the agency head has not waived the requirements for a regulatory flexibility analysis in accordance with the RFA's waiver provision, and no other RFA exception applies, the agency must prepare the regulatory flexibility analysis and publish it in the Federal Register at the time of promulgation or, if the rule is promulgated in response to an

30

emergency that makes timely compliance impracticable, within 180 days of publication of the final rule. 5 U.S.C. 604(a), 608(b).

Rules that are exempt from notice and comment are also exempt from the RFA requirements, including conducting a regulatory flexibility analysis, when among other things the agency for good cause finds that notice and public procedure are impracticable, unnecessary, or contrary to the public interest.  Small Business Administration's Office of Advocacy guide: *How to Comply with the Regulatory Flexibility Ac. Ch.1. p.9.* Accordingly, SBA is not required to conduct a regulatory flexibility analysis.

Authority: 15 U.S.C. 636(a)(36); Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, Section 1114

Dated:

**Jovita Carranza,**
*Administrator*

31

# EXHIBIT J

# 13 C.F.R. § 121.301 – What size standards and affiliation principles are applicable to financial assistance programs? (effective Mar. 27, 2020 to Sept. 7, 2021)

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 217 of 317   Page ID #:355

§ 121.301 What size standards and affiliation principles are applicable to financial assistance programs?, 13 C.F.R. § 121.301

---

Code of Federal Regulations
    Title 13. Business Credit and Assistance
        Chapter I. Small Business Administration
            Part 121. Small Business Size Regulations (Refs & Annos)
                Subpart A. Size Eligibility Provisions and Standards
                    Size Eligibility Requirements for Sba Financial Assistance

This section has been updated. Click here for the updated version.

13 C.F.R. § 121.301

§ 121.301 What size standards and affiliation principles
are applicable to financial assistance programs?

Effective: March 27, 2020 to September 7, 2021

<85 FR 80581 rescinded the interim final rule entitled "Express Loan Programs: Affiliation Standards", 85 FR 7622, effective March 27, 2020. For reinstatement information, and compliance information regarding loans make between March 11, 2020, and March 27, 2020, see Supplemental Information at 85 FR 80581.>

(a) For Business Loans (other than for 7(a) Business Loans for the period beginning May 5, 2009 and ending on September 30, 2010) and for Disaster Loans (other than physical disaster loans), an applicant business concern must satisfy two criteria:

(1) The size of the applicant alone (without affiliates) must not exceed the size standard designated for the industry in which the applicant is primarily engaged; and

(2) The size of the applicant combined with its affiliates must not exceed the size standard designated for either the primary industry of the applicant alone or the primary industry of the applicant and its affiliates, which ever is higher. These size standards are set forth in § 121.201.

---

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 218 of 317   Page ID #:356

§ 121.301 What size standards and affiliation principles are applicable to financial assistance programs ?, 13 C.F.R. § 121.301

(b) For Development Company programs and, for the period beginning May 5, 2009 and ending on September 30, 2010, for 7(a) Business Loans, an applicant must meet one of the following standards:

(1) The same standards applicable under paragraph (a) of this section; or

(2) Including its affiliates, tangible net worth not in excess of $8.5 million, and average net income after Federal income taxes (excluding any carry-over losses) for the preceding two completed fiscal years not in excess of $3.0 million. If the applicant is not required by law to pay Federal income taxes at the enterprise level, but is required to pass income through to its shareholders, partners, beneficiaries, or other equitable owners, the applicant's "net income after Federal income taxes" will be its net income reduced by an amount computed as follows:

(i) If the applicant is not required by law to pay State (and local, if any) income taxes at the enterprise level, multiply its net income by the marginal State income tax rate (or by the combined State and local income tax rates, as applicable) that would have applied if it were a taxable corporation.

(ii) Multiply the applicant's net income, less any deduction for State and local income taxes calculated under paragraph (b)(2)(i) of this section, by the marginal Federal income tax rate that would have applied if the applicant were a taxable corporation.

(iii) Sum the results obtained in paragraphs (b)(2)(i) and (b)(2)(ii) of this section.

(c) For the Small Business Investment Company (SBIC) program, an applicant must meet one of the following standards:

(1) The same standards applicable under paragraph (a) of this section; or

(2) Including its affiliates, tangible net worth not in excess of $19.5 million, and average net income after Federal income taxes (excluding any carry-over losses) for the preceding two completed fiscal years not in excess of $6.5 million. If the applicant is not required by law to pay Federal income taxes at the enterprise level, but is required to pass income through to its

shareholders, partners, beneficiaries, or other equitable owners, the applicant's "net income after Federal income taxes" will be its net income reduced by an amount computed as follows:

(i) If the applicant is not required by law to pay State (and local, if any) income taxes at the enterprise level, multiply its net income by the marginal State income tax rate (or by the combined State and local income tax rates, as applicable) that would have applied if it were a taxable corporation.

(ii) Multiply the applicant's net income, less any deduction for State and local income taxes calculated under paragraph (c)(2)(i) of this section, by the marginal Federal income tax rate that would have applied if the applicant were a taxable corporation.

(iii) Add the results obtained in paragraphs (c)(2)(i) and (c)(2)(ii) of this section.

(d) For Surety Bond Guarantee assistance—a business concern, combined with its affiliates, must meet the size standard for the primary industry in which such business concern, combined with its affiliates, is engaged.

(e) The applicable size standards for purposes of SBA's financial assistance programs, excluding the Surety Bond Guarantee assistance program, are increased by 25% whenever the applicant agrees to use all of the financial assistance within a labor surplus area. Labor surplus areas are listed monthly in the Department of Labor publication "Area Trends in Employment and Unemployment."

(f) Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists. Affiliation under any of the circumstances described below is sufficient to establish affiliation for applicants for SBA's Business Loan, Disaster Loan, and Surety Bond Programs. For this rule, the Business Loan Programs consist of the 7(a) Loan Program, the Microloan Program, the Intermediary Lending Pilot Program, and the Development Company Loan Program ("504 Loan Program"). The Disaster Loan Programs consist of Physical Disaster Business Loans, Economic Injury Disaster Loans, Military Reservist Economic Injury Disaster Loans, and Immediate Disaster Assistance Program loans. The following principles apply for the Business Loan, Disaster Loan, and Surety Bond Guarantee Programs:

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 220 of 317    Page ID #:358

(1) *Affiliation based on ownership.* For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.

(2) Affiliation arising under stock options, convertible securities, and agreements to merge.

(i) In determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control a concern. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised.

(ii) Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect.

(iii) Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect.

(iv) An individual, concern or other entity that controls one or more other concerns cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation.

(3) *Affiliation based on management.* Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 221 of 317    Page ID #:359

§ 121.301 What size standards and affiliation principles are applicable to financial assistance programs ?, 13 C.F.R. § 121.301

Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

(4) *Affiliation based on identity of interest.* Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area). Where SBA determines that interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate.

(5) Affiliation based on franchise and license agreements. The restraints imposed on a franchisee or licensee by its franchise or license agreement generally will not be considered in determining whether the franchisor or licensor is affiliated with an applicant franchisee or licensee provided the applicant franchisee or licensee has the right to profit from its efforts and bears the risk of loss commensurate with ownership. SBA will only consider the franchise or license agreements of the applicant concern.

(6) Determining the concern's size. In determining the concern's size, SBA counts the receipts, employees (§ 121.201), or the alternate size standard (if applicable) of the concern whose size is at issue and all of its domestic and foreign affiliates, regardless of whether the affiliates are organized for profit.

(7) Exceptions to affiliation. For exceptions to affiliation, see 13 CFR 121.103(b).

**Credits**

[66 FR 30648, June 7, 2001; 67 FR 3056, Jan. 23, 2002; 67 FR 65290, Oct. 24, 2002; 69 FR 29204, May 21, 2004; 70 FR 69047, 69052, Nov. 14, 2005; 70 FR 72594, Dec. 6, 2005; 71 FR 62208, Oct. 24, 2006; 73 FR 41254, July 18, 2008; 74 FR 20580, May 5, 2009; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 79 FR 33669, June 12, 2014; 81 FR 3956, Jan. 25, 2016; 81 FR 41428, June 27, 2016; 85 FR 7651, Feb. 10, 2020; 85 FR 80586, Dec. 14, 2020]

SOURCE: 61 FR 3286, Jan. 31, 1996; 62 FR 11318, March 12, 1997; 63 FR 31907, June 11, 1998; 63 FR 46642, Sept. 2, 1998; 64 FR 26280, May 14, 1999; 64 FR 57370, Oct. 25, 1999; 67 FR 62337, Oct. 7, 2002; 69 FR 25266, May 5, 2004; 69 FR 29420, May 24, 2004; 70 FR 51248, Aug. 30, 2005; 70 FR 56814, Sept. 29, 2005; 70 FR 69047, 69052, Nov. 14, 2005; 73 FR 56947, Oct.

1, 2008; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 77 FR 7513, Feb. 10, 2012; 77 FR 76224, Dec. 27, 2012; 78 FR 37403, June 20, 2013; 85 FR 20821, April 15, 2020, unless otherwise noted.

AUTHORITY: 15 U.S.C. 632, 634(b)(6), 636(a)(36), 662, and 694a(9); Pub.L. 116–136, Section 1114.

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT K

# 13 C.F.R. § 121.106 – How Does SBA Calculate Number of Employees? (effective Jan. 6, 2020 to July 5, 2022)

Code of Federal Regulations
   Title 13. Business Credit and Assistance
      Chapter I. Small Business Administration
         Part 121. Small Business Size Regulations (Refs & Annos)
            Subpart A. Size Eligibility Provisions and Standards
               Provisions of General Applicability

This section has been updated. Click here for the updated version.

13 C.F.R. § 121.106

§ 121.106 How does SBA calculate number of employees?

Effective: January 6, 2020 to July 5, 2022

(a) In determining a concern's number of employees, SBA counts all individuals employed on a full-time, part-time, or other basis. This includes employees obtained from a temporary employee agency, professional employee organization or leasing concern. SBA will consider the totality of the circumstances, including criteria used by the IRS for Federal income tax purposes, in determining whether individuals are employees of a concern. Volunteers (i.e., individuals who receive no compensation, including no in-kind compensation, for work performed) are not considered employees.

(b) Where the size standard is number of employees, the method for determining a concern's size includes the following principles:

(1) The average number of employees of the concern is used (including the employees of its domestic and foreign affiliates) based upon numbers of employees for each of the pay periods for the preceding completed 12 calendar months.

(2) Part-time and temporary employees are counted the same as full-time employees.

(3) If a concern has not been in business for 12 months, the average number of employees is used for each of the pay periods during which it has been in business.

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 225 of 317    Page ID #:363

(4)(i) The average number of employees of a business concern with affiliates is calculated by adding the average number of employees of the business concern with the average number of employees of each affiliate. If a concern has acquired an affiliate or been acquired as an affiliate during the applicable period of measurement or before the date on which it self-certified as small, the employees counted in determining size status include the employees of the acquired or acquiring concern. Furthermore, this aggregation applies for the entire period of measurement, not just the period after the affiliation arose.

(ii) The employees of a former affiliate are not counted if affiliation ceased before the date used for determining size. This exclusion of employees of a former affiliate applies during the entire period of measurement, rather than only for the period after which affiliation ceased. However, if a concern has sold a segregable division to another business concern during the applicable period of measurement or before the date on which it self-certified as small, the employees used in determining size status will continue to include the employees of the division that was sold.

**Credits**
[69 FR 29203, May 21, 2004; 84 FR 66579, Dec. 5, 2019]

SOURCE: 61 FR 3286, Jan. 31, 1996; 62 FR 11318, March 12, 1997; 63 FR 31907, June 11, 1998; 63 FR 46642, Sept. 2, 1998; 64 FR 26280, May 14, 1999; 64 FR 57370, Oct. 25, 1999; 67 FR 62337, Oct. 7, 2002; 69 FR 25266, May 5, 2004; 69 FR 29420, May 24, 2004; 70 FR 51248, Aug. 30, 2005; 70 FR 56814, Sept. 29, 2005; 70 FR 69047, 69052, Nov. 14, 2005; 73 FR 56947, Oct. 1, 2008; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 77 FR 7513, Feb. 10, 2012; 77 FR 76224, Dec. 27, 2012; 78 FR 37403, June 20, 2013; 85 FR 20821, April 15, 2020; 87 FR 35882, June 14, 2022; 87 FR 59285, Sept. 29, 2022; 87 FR 73412, Nov. 29, 2022; 88 FR 21086, April 10, 2023; 88 FR 26199, April 27, 2023; 88 FR 46014, July 18, 2023, unless otherwise noted.

AUTHORITY: 15 U.S.C. 632, 634(b)(6), 636(a)(36), 662, and 694a(9).

**End of Document**    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT L

# 13 C.F.R. § 121.201 -- What size standards has SBA identified by North American Industry Classification System codes? (effective Nov. 20, 2019 to May 1, 2022)

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 227 of 317    Page ID #:365

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

Code of Federal Regulations
    Title 13. Business Credit and Assistance
        Chapter I. Small Business Administration
            Part 121. Small Business Size Regulations (Refs & Annos)
                Subpart A. Size Eligibility Provisions and Standards
                    Size Standards Used to Define Small Business Concerns

This section has been updated. Click here for the updated version.

13 C.F.R. § 121.201

§ 121.201 What size standards has SBA identified by
North American Industry Classification System codes?

Effective: November 20, 2019 to May 1, 2022

The size standards described in this section apply to all SBA programs unless otherwise specified in this part. The size standards themselves are expressed either in number of employees or annual receipts in millions of dollars, unless otherwise specified. The number of employees or annual receipts indicates the maximum allowed for a concern and its affiliates to be considered small.

**Small Business Size Standards by NAICS Industry**

| NAICS codes | NAICS U.S. industry title | Size standards in millions of dollars | Size standards in number of employees |
|---|---|---|---|
| Sector 11—Agriculture, Forestry, Fishing and Hunting | | | |
| Subsector 111—Crop Production | | | |
| 111110 | Soybean Farming | $1.0 | |
| 111120 | Oilseed (except Soybean) Farming | $1.0 | |
| 111130 | Dry Pea and Bean Farming | $1.0 | |
| 111140 | Wheat Farming | $1.0 | |
| 111150 | Corn Farming | $1.0 | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 228 of 317    Page ID #:366

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 111160 | Rice Farming | $1.0 |
| 111191 | Oilseed and Grain Combination Farming... | $1.0 |
| 111199 | All Other Grain Farming | $1.0 |
| 111211 | Potato Farming | $1.0 |
| 111219 | Other Vegetable (except Potato) and Melon Farming | $1.0 |
| 111310 | Orange Groves | $1.0 |
| 111320 | Citrus (except Orange) Groves | $1.0 |
| 111331 | Apple Orchards | $1.0 |
| 111332 | Grape Vineyards | $1.0 |
| 111333 | Strawberry Farming | $1.0 |
| 111334 | Berry (except Strawberry) Farming | $1.0 |
| 111335 | Tree Nut Farming | $1.0 |
| 111336 | Fruit and Tree Nut Combination Farming... | $1.0 |
| 111339 | Other Noncitrus Fruit Farming | $1.0 |
| 111411 | Mushroom Production | $1.0 |
| 111419 | Other Food Crops Grown Under Cover | $1.0 |
| 111421 | Nursery and Tree Production | $1.0 |
| 111422 | Floriculture Production | $1.0 |
| 111910 | Tobacco Farming | $1.0 |
| 111920 | Cotton Farming | $1.0 |
| 111930 | Sugarcane Farming | $1.0 |
| 111940 | Hay Farming | $1.0 |
| 111991 | Sugar Beet Farming | $1.0 |
| 111992 | Peanut Farming | $1.0 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 229 of 317   Page ID #:367

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 111998 | All Other Miscellaneous Crop Farming | $1.0 |
|---|---|---|

### Subsector 112—Animal Production and Aquaculture

| 112111 | Beef Cattle Ranching and Farming | $1.0 |
|---|---|---|
| 112112 | Cattle Feedlots | $8.0 |
| 112120 | Dairy Cattle and Milk Production | $1.0 |
| 112210 | Hog and Pig Farming | $1.0 |
| 112310 | Chicken Egg Production | $16.5 |
| 112320 | Broilers and Other Meat Type Chicken Production | $1.0 |
| 112330 | Turkey Production | $1.0 |
| 112340 | Poultry Hatcheries | $1.0 |
| 112390 | Other Poultry Production | $1.0 |
| 112410 | Sheep Farming | $1.0 |
| 112420 | Goat Farming | $1.0 |
| 112511 | Finfish Farming and Fish Hatcheries | $1.0 |
| 112512 | Shellfish Farming | $1.0 |
| 112519 | Other Aquaculture | $1.0 |
| 112910 | Apiculture | $1.0 |
| 112920 | Horse and Other Equine Production | $1.0 |
| 112930 | Fur-Bearing Animal and Rabbit Production | $1.0 |
| 112990 | All Other Animal Production | $1.0 |

### Subsector 113—Forestry and Logging

| 113110 | Timber Tract Operations | $12.0 |
|---|---|---|

| | | |
|---|---|---|
| 113210.......................... | Forest Nurseries and Gathering of Forest Products.......................... | $12.0 |
| 113310.......................... | Logging................................................................... | 500 |

### Subsector 114—Fishing, Hunting and Trapping

| | | |
|---|---|---|
| 114111..........................| Finfish Fishing............... | $22.0 |
| 114112..........................| Shellfish Fishing........... | $6.0 |
| 114119..........................| Other Marine Fishing.... | $8.0 |
| 114210.......................... | Hunting and Trapping... | $6.0 |

### Subsector 115—Support Activities for Agriculture and Forestry

| | | |
|---|---|---|
| 115111..........................| Cotton Ginning............. | $12.0 |
| 115112..........................| Soil Preparation, Planting, and Cultivating.................... | $8.0 |
| 115113..........................| Crop Harvesting, Primarily by Machine... | $8.0 |
| 115114..........................| Postharvest Crop Activities (except Cotton Ginning)............ | $30.0 |
| 115115..........................| Farm Labor Contractors and Crew Leaders......... | $16.5 |
| 115116..........................| Farm Management Services......................... | $8.0 |
| 115210.......................... | Support Activities for Animal Production........ | $8.0 |
| 115310.......................... | Support Activities for Forestry........................ | $8.0 |
| 115310 (Exception 1).... | Forest Fire Suppression[17]................ | $20.5[17] |
| 115310 (Exception 2).... | Fuels Management Services[17]...................... | $20.5[17] |

### Sector 21—Mining, Quarrying, and Oil and Gas Extraction

### Subsector 211—Oil and Gas Extraction

| | | |
|---|---|---|
| 211120..........................| Crude Petroleum Extraction.................... | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 231 of 317    Page ID #:369

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 211130.......................... | Natural Gas Extraction. | | 1,250 |
|---|---|---|---|
| | Subsector 212—Mining (except Oil and Gas) | | |
| 212111.......................... | Bituminous Coal and Lignite Surface Mining. | | 1,250 |
| 212112.......................... | Bituminous Coal Underground Mining.... | | 1,500 |
| 212113.......................... | Anthracite Mining......... | | 250 |
| 212210.......................... | Iron Ore Mining............ | | 750 |
| 212221.......................... | Gold Ore Mining.......... | | 1,500 |
| 212222.......................... | Silver Ore Mining......... | | 250 |
| 212230.......................... | Copper, Nickel, Lead, and Zinc Mining.......... | | 750 |
| 212291.......................... | Uranium-Radium-Vanadium Ore Mining.. | | 250 |
| 212299.......................... | All Other Metal Ore Mining......................... | | 750 |
| 212311.......................... | Dimension Stone Mining and Quarrying.. | ....................................... | 500 |
| 212312.......................... | Crushed and Broken Limestone Mining and Quarrying..................... | | 750 |
| 212313.......................... | Crushed and Broken Granite Mining and Quarrying..................... | | 750 |
| 212319.......................... | Other Crushed and Broken Stone Mining and Quarrying.............. | ....................................... | 500 |
| 212321.......................... | Construction Sand and Gravel Mining.............. | ....................................... | 500 |
| 212322.......................... | Industrial Sand Mining. | ....................................... | 500 |
| 212324.......................... | Kaolin and Ball Clay Mining......................... | | 750 |
| 212325.......................... | Clay and Ceramic and Refractory Minerals Mining......................... | ....................................... | 500 |
| 212391.......................... | Potash, Soda, and Borate Mineral Mining. | | 750 |
| 212392.......................... | Phosphate Rock Mining | | 1,000 |

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 232 of 317    Page ID #:370

| | | | |
|---|---|---|---|
| 212393........................ | Other Chemical and Fertilizer Mineral Mining.......................... | ........................................ | 500 |
| 212399.......................... | All Other Nonmetallic Mineral Mining............. | ....................................... | 500 |

### Subsector 213—Support Activities for Mining

| | | | |
|---|---|---|---|
| 213111.......................... | Drilling Oil and Gas Wells............................ | | 1,000 |
| 213112.......................... | Support Activities for Oil and Gas Operations. | $41.5 | |
| 213113.......................... | Support Activities for Coal Mining................. | $22.0 | |
| 213114.......................... | Support Activities for Metal Mining................ | $22.0 | |
| 213115.......................... | Support Activities for Nonmetallic Minerals (except Fuels)............... | $8.0 | |

### Sector 22—Utilities

### Subsector 221—Utilities

| | | |
|---|---|---|
| 221111.......................... | Hydroelectric Power Generation..................... | 500 |
| 221112.......................... | Fossil Fuel Electric Power Generation......... | 750 |
| 221113.......................... | Nuclear Electric Power Generation..................... | 750 |
| 221114.......................... | Solar Electric Power Generation..................... | 250 |
| 221115.......................... | Wind Electric Power Generation..................... | 250 |
| 221116.......................... | Geothermal Electric Power Generation......... | 250 |
| 221117.......................... | Biomass Electric Power Generation..................... | 250 |
| 221118.......................... | Other Electric Power Generation..................... | 250 |
| 221121.......................... | Electric Bulk Power Transmission and Control......................... | 500 |

| | | | |
|---|---|---|---|
| 221122.......................... | Electric Power Distribution................... | | 1,000 |
| 221210.......................... | Natural Gas Distribution................... | | 1,000 |
| 221310.......................... | Water Supply and Irrigation Systems......... | $30.0 | |
| 221320.......................... | Sewage Treatment Facilities........................ | $22.0 | |
| 221330.......................... | Steam and Air-Conditioning Supply..... | $16.5 | |

### Sector 23—Construction

### Subsector 236—Construction of Buildings

| | | | |
|---|---|---|---|
| 236115.......................... | New Single-family Housing Construction (Except For-Sale Builders)........................ | $39.5 | |
| 236116.......................... | New Multifamily Housing Construction (except For-Sale Builders)........................ | $39.5 | |
| 236117.......................... | New Housing For-Sale Builders........................ | $39.5 | |
| 236118.......................... | Residential Remodelers | $39.5 | |
| 236210.......................... | Industrial Building Construction................... | $39.5 | |
| 236220.......................... | Commercial and Institutional Building Construction................... | $39.5 | |

### Subsector 237—Heavy and Civil Engineering Construction

| | | | |
|---|---|---|---|
| 237110.......................... | Water and Sewer Line and Related Structures Construction................... | $39.5 | |
| 237120.......................... | Oil and Gas Pipeline and Related Structures Construction................... | $39.5 | |
| 237130.......................... | Power and Communication Line and Related Structures Construction................... | $39.5 | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 234 of 317    Page ID #:372

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 237210........................ | Land Subdivision.......... | $30.0 |
| 237310........................ | Highway, Street, and Bridge Construction...... | $39.5 |
| 237990........................ | Other Heavy and Civil Engineering Construction.................. | $39.5 |
| 237990 (Exception)...... | Dredging and Surface Cleanup Activities[2]....... | $30.0[2] |

### Subsector 238—Specialty Trade Contractors

| | | |
|---|---|---|
| 238110........................ | Poured Concrete Foundation and Structure Contractors.... | $16.5 |
| 238120........................ | Structural Steel and Precast Concrete Contractors................... | $16.5 |
| 238130........................ | Framing Contractors..... | $16.5 |
| 238140........................ | Masonry Contractors.... | $16.5 |
| 238150........................ | Glass and Glazing Contractors................... | $16.5 |
| 238160........................ | Roofing Contractors..... | $16.5 |
| 238170........................ | Siding Contractors........ | $16.5 |
| 238190........................ | Other Foundation, Structure, and Building Exterior Contractors...... | $16.5 |
| 238210........................ | Electrical Contractors and Other Wiring Installation Contractors. | $16.5 |
| 238220........................ | Plumbing, Heating, and Air-Conditioning Contractors................... | $16.5 |
| 238290........................ | Other Building Equipment Contractors. | $16.5 |
| 238310........................ | Drywall and Insulation Contractors................... | $16.5 |
| 238320........................ | Painting and Wall Covering Contractors.... | $16.5 |
| 238330........................ | Flooring Contractors..... | $16.5 |

Case 2:26-cv-01699-MWC-SK     Document 20-1     Filed 07/16/26     Page 235 of 317     Page ID #:373

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 238340.......................... | Tile and Terrazzo Contractors................... | | $16.5 |
| 238350.......................... | Finish Carpentry Contractors................... | | $16.5 |
| 238390.......................... | Other Building Finishing Contractors.... | | $16.5 |
| 238910.......................... | Site Preparation Contractors................... | | $16.5 |
| 238990.......................... | All Other Specialty Trade Contractors......... | | $16.5 |
| 238990 (Exception)...... | Building and Property Specialty Trade Services[13]..................... | | $16.5[13] |

### Sectors 31-33—Manufacturing

### Subsector 311—Food Manufacturing

| 311111..........................| Dog and Cat Food Manufacturing.............. | | 1,000 |
| 311119..........................| Other Animal Food Manufacturing.............. | ....................................... | 500 |
| 311211..........................| Flour Milling................ | | 1,000 |
| 311212..........................| Rice Milling................................ | | 500 |
| 311213..........................| Malt Manufacturing...... ............................ | | 500 |
| 311221.......................... | Wet Corn Milling.......... | | 1,250 |
| 311224.......................... | Soybean and Other Oilseed Processing........ | | 1,000 |
| 311225.......................... | Fats and Oils Refining and Blending................ | ....................................... | 1,000 |
| 311230.......................... | Breakfast Cereal Manufacturing.............. | ....................................... | 1,000 |
| 311313.......................... | Beet Sugar Manufacturing.............. | | 750 |
| 311314.......................... | Cane Sugar Manufacturing.............. | | 1,000 |
| 311340.......................... | Nonchocolate Confectionery Manufacturing.............. | | 1,000 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 236 of 317    Page ID #:374

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 311351........................ | Chocolate and Confectionery Manufacturing from Cacao Beans................ | 1,250 |
| 311352........................ | Confectionery Manufacturing from Purchased Chocolate..... | 1,000 |
| 311411........................ | Frozen Fruit, Juice, and Vegetable Manufacturing.............. | 1,000 |
| 311412........................ | Frozen Specialty Food Manufacturing.............. | 1,250 |
| 311421........................ | Fruit and Vegetable Canning[3]................... | [3] 1,000 |
| 311422........................ | Specialty Canning......... | 1,250 |
| 311423........................ | Dried and Dehydrated Food Manufacturing..... | 750 |
| 311511........................ | Fluid Milk Manufacturing.............. | 1,000 |
| 311512........................ | Creamery Butter Manufacturing.............. | 750 |
| 311513........................ | Cheese Manufacturing.. | 1,250 |
| 311514........................ | Dry, Condensed, and Evaporated Dairy Product Manufacturing. | 750 |
| 311520........................ | Ice Cream and Frozen Dessert Manufacturing.. | 1,000 |
| 311611........................ | Animal (except Poultry) Slaughtering.... | 1,000 |
| 311612........................ | Meat Processed from Carcasses...................... | 1,000 |
| 311613........................ | Rendering and Meat Byproduct Processing... | 750 |
| 311615........................ | Poultry Processing........ | 1,250 |
| 311710........................ | Seafood Product Preparation and Packaging.................... | 750 |
| 311811........................ | Retail Bakeries.................................................... | 500 |
| 311812........................ | Commercial Bakeries.... | 1,000 |

Case 2:26-cv-01699-MWC-SK Document 20-1 Filed 07/16/26 Page 237 of 317 Page ID #:375

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 311813........................ | Frozen Cakes, Pies, and Other Pastries Manufacturing.............. | 750 |
| 311821........................ | Cookie and Cracker Manufacturing.............. | 1,250 |
| 311824........................ | Dry Pasta, Dough, and Flour Mixes Manufacturing from Purchased Flour............ | 750 |
| 311830........................ | Tortilla Manufacturing.. | 1,250 |
| 311911.......................... | Roasted Nuts and Peanut Butter Manufacturing.............. | 750 |
| 311919........................ | Other Snack Food Manufacturing.............. | 1,250 |
| 311920........................ | Coffee and Tea Manufacturing.............. | 750 |
| 311930........................ | Flavoring Syrup and Concentrate Manufacturing.............. | 1,000 |
| 311941........................ | Mayonnaise, Dressing, and Other Prepared Sauce Manufacturing.... | 750 |
| 311942........................ | Spice and Extract Manufacturing.............. ....................................... | 500 |
| 311991........................ | Perishable Prepared Food Manufacturing..... ....................................... | 500 |
| 311999........................ | All Other Miscellaneous Food Manufacturing.............. ....................................... | 500 |

### Subsector 312—Beverage and Tobacco Product Manufacturing

| | | |
|---|---|---|
| 312111.......................... | Soft Drink Manufacturing.............. | 1,250 |
| 312112........................ | Bottled Water Manufacturing.............. | 1,000 |
| 312113........................ | Ice Manufacturing......... | 750 |
| 312120........................ | Breweries..................... | 1,250 |
| 312130........................ | Wineries..................... | 1,000 |
| 312140........................ | Distilleries.................... | 1,000 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 238 of 317    Page ID #:376

| | | |
|---|---|---|
| 312230........................ | Tobacco Manufacturing | 1,500 |

**Subsector 313—Textile Mills**

| | | |
|---|---|---|
| 313110........................ | Fiber, Yarn, and Thread Mills............................. | 1,250 |
| 313210........................ | Broadwoven Fabric Mills............................. | 1,000 |
| 313220........................ | Narrow Fabric Mills and Schiffli Machine Embroidery................... | 500 |
| 313230........................ | Nonwoven Fabric Mills | 750 |
| 313240........................ | Knit Fabric Mills......... | 500 |
| 313310........................ | Textile and Fabric Finishing Mills.............. | 1,000 |
| 313320........................ | Fabric Coating Mills..... | 1,000 |

**Subsector 314—Textile Product Mills**

| | | |
|---|---|---|
| 314110........................ | Carpet and Rug Mills.... | 1,500 |
| 314120........................ | Curtain and Linen Mills | 750 |
| 314910........................ | Textile Bag and Canvas Mills............................. | 500 |
| 314994........................ | Rope, Cordage, Twine, Tire Cord, and Tire Fabric Mills.................. | 1,000 |
| 314999........................ | All Other Miscellaneous Textile Product Mills............... | 500 |

**Subsector 315—Apparel Manufacturing**

| | | |
|---|---|---|
| 315110........................ | Hosiery and Sock Mills | 750 |
| 315190........................ | Other Apparel Knitting Mills............................. | 750 |
| 315210........................ | Cut and Sew Apparel Contractors................... | 750 |
| 315220........................ | Men's and Boys' Cut and Sew Apparel Manufacturing.............. | 750 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 239 of 317   Page ID #:377

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 315240.......................... | Women's, Girls', and Infants' Cut and Sew Apparel Manufacturing. | | 750 |
| 315280.......................... | Other Cut and Sew Apparel Manufacturing. | | 750 |
| 315990.......................... | Apparel Accessories and Other Apparel Manufacturing.............. | .................................... | 500 |

### Subsector 316—Leather and Allied Product Manufacturing

| | | | |
|---|---|---|---|
| 316110.......................... | Leather and Hide Tanning and Finishing.. | .................................... | 500 |
| 316210.......................... | Footwear Manufacturing.............. | .................................... | 1,000 |
| 316992.......................... | Women's Handbag and Purse Manufacturing..... | | 750 |
| 316998.......................... | All Other Leather Good and Allied Product Manufacturing.............. | .................................... | 500 |

### Subsector 321—Wood Product Manufacturing

| | | | |
|---|---|---|---|
| 321113..........................| Sawmills..................... | .................................... | 500 |
| 321114..........................| Wood Preservation................................. | | 500 |
| 321211.......................... | Hardwood Veneer and Plywood Manufacturing.............. | .................................... | 500 |
| 321212.......................... | Softwood Veneer and Plywood Manufacturing.............. | | 1,250 |
| 321213.......................... | Engineered Wood Member (except Truss) Manufacturing.............. | | 750 |
| 321214.......................... | Truss Manufacturing........................................ | | 500 |
| 321219.......................... | Reconstituted Wood Product Manufacturing. | | 750 |
| 321911.......................... | Wood Window and Door Manufacturing..... | | 1,000 |
| 321912.......................... | Cut Stock, Resawing Lumber, and Planing..... | .................................... | 500 |
| 321918.......................... | Other Millwork (including Flooring)...... | .................................... | 500 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 240 of 317    Page
ID #:378

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| 321920.......................... | Wood Container and Pallet Manufacturing.... | ....................................... | 500 |
| 321991.......................... | Manufactured Home (Mobile Home) Manufacturing.............. | | 1,250 |
| 321992.......................... | Prefabricated Wood Building Manufacturing | ....................................... | 500 |
| 321999.......................... | All Other Miscellaneous Wood Product Manufacturing. | ....................................... | 500 |

### Subsector 322—Paper Manufacturing

| 322110.......................... | Pulp Mills.............................................................. | | 750 |
| 322121.......................... | Paper (except Newsprint) Mills........... | | 1,250 |
| 322122.......................... | Newsprint Mills........... ........................................ | | 750 |
| 322130.......................... | Paperboard Mills........... | | 1,250 |
| 322211.......................... | Corrugated and Solid Fiber Box Manufacturing.............. | | 1,250 |
| 322212.......................... | Folding Paperboard Box Manufacturing....... | ....................................... | 750 |
| 322219.......................... | Other Paperboard Container Manufacturing.............. | | 1,000 |
| 322220.......................... | Paper Bag and Coated and Treated Paper Manufacturing.............. | | 750 |
| 322230.......................... | Stationery Product Manufacturing.............. | | 750 |
| 322291.......................... | Sanitary Paper Product Manufacturing.............. | | 1,500 |
| 322299.......................... | All Other Converted Paper Product Manufacturing.............. | ....................................... | 500 |

### Subsector 323—Printing and Related Support Activities

| 323111..........................| Commercial Printing (except Screen and Books)....................... | ....................................... | 500 |

| | | |
|---|---|---|
| 323113.......................... | Commercial Screen Printing...................... | 500 |
| 323117.......................... | Books Printing.............. | 1,250 |
| 323120.......................... | Support Activities for Printing........................ | 500 |

### Subsector 324—Petroleum and Coal Products Manufacturing

| | | |
|---|---|---|
| 324110.......................... | Petroleum Refineries[4]... | [4] 1,500 |
| 324121.......................... | Asphalt Paving Mixture and Block Manufacturing............... | 500 |
| 324122.......................... | Asphalt Shingle and Coating Materials Manufacturing............... | 750 |
| 324191.......................... | Petroleum Lubricating Oil and Grease Manufacturing............... | 750 |
| 324199.......................... | All Other Petroleum and Coal Products Manufacturing............... | 500 |

### Subsector 325—Chemical Manufacturing

| | | |
|---|---|---|
| 325110.......................... | Petrochemical Manufacturing............... | 1,000 |
| 325120.......................... | Industrial Gas Manufacturing............... | 1,000 |
| 325130.......................... | Synthetic Dye and Pigment Manufacturing | 1,000 |
| 325180.......................... | Other Basic Inorganic Chemical Manufacturing............... | 1,000 |
| 325193.......................... | Ethyl Alcohol Manufacturing............... | 1,000 |
| 325194.......................... | Cyclic Crude, Intermediate, and Gum and Wood Chemical Manufacturing............... | 1,250 |
| 325199.......................... | All Other Basic Organic Chemical Manufacturing............... | 1,250 |
| 325211.......................... | Plastics Material and Resin Manufacturing.... | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 242 of 317    Page ID #:380

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 325212 | Synthetic Rubber Manufacturing | | 1,000 |
|---|---|---|---|
| 325220 | Artificial and Synthetic Fibers and Filaments Manufacturing | | 1,000 |
| 325311 | Nitrogenous Fertilizer Manufacturing | | 1,000 |
| 325312 | Phosphatic Fertilizer Manufacturing | | 750 |
| 325314 | Fertilizer (Mixing Only) Manufacturing | | 500 |
| 325320 | Pesticide and Other Agricultural Chemical Manufacturing | | 1,000 |
| 325411 | Medicinal and Botanical Manufacturing | | 1,000 |
| 325412 | Pharmaceutical Preparation Manufacturing | | 1,250 |
| 325413 | In-Vitro Diagnostic Substance Manufacturing | | 1,250 |
| 325414 | Biological Product (except Diagnostic) Manufacturing | | 1,250 |
| 325510 | Paint and Coating Manufacturing | | 1,000 |
| 325520 | Adhesive Manufacturing | | 500 |
| 325611 | Soap and Other Detergent Manufacturing | | 1,000 |
| 325612 | Polish and Other Sanitation Good Manufacturing | | 750 |
| 325613 | Surface Active Agent Manufacturing | | 750 |
| 325620 | Toilet Preparation Manufacturing | | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 243 of 317    Page ID #:381

| | | |
|---|---|---|
| 325910.......................... | Printing Ink Manufacturing.............. | .................................... | 500 |
| 325920.......................... | Explosives Manufacturing.............. | .................................... | 750 |
| 325991.......................... | Custom Compounding of Purchased Resins...... | .................................... | 500 |
| 325992.......................... | Photographic Film, Paper, Plate, and Chemical Manufacturing.............. | | 1,500 |
| 325998.......................... | All Other Miscellaneous Chemical Product and Preparation Manufacturing.............. | .................................... | 500 |

### Subsector 326—Plastics and Rubber Products Manufacturing

| | | |
|---|---|---|
| 326111..........................| Plastics Bag and Pouch Manufacturing.............. | | 750 |
| 326112.......................... | Plastics Packaging Film and Sheet (including Laminated) Manufacturing.............. | | 1,000 |
| 326113.......................... | Unlaminated Plastics Film and Sheet (except Packaging) Manufacturing.............. | | 750 |
| 326121.......................... | Unlaminated Plastics Profile Shape Manufacturing.............. | .................................... | 500 |
| 326122.......................... | Plastics Pipe and Pipe Fitting Manufacturing... | | 750 |
| 326130.......................... | Laminated Plastics Plate, Sheet (except Packaging), and Shape Manufacturing.............. | .................................... | 500 |
| 326140.......................... | Polystyrene Foam Product Manufacturing. | | 1,000 |
| 326150.......................... | Urethane and Other Foam Product (except Polystyrene) Manufacturing.............. | | 750 |
| 326160.......................... | Plastics Bottle Manufacturing.............. | | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 244 of 317    Page ID #:382

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| NAICS | Description | Size |
|---|---|---|
| 326191 | Plastics Plumbing Fixture Manufacturing.. | 750 |
| 326199 | All Other Plastics Product Manufacturing. | 750 |
| 326211 | Tire Manufacturing (except Retreading)[5].... | [5] 1,500 |
| 326212 | Tire Retreading. | 500 |
| 326220 | Rubber and Plastics Hoses and Belting Manufacturing. | 750 |
| 326291 | Rubber Product Manufacturing for Mechanical Use. | 750 |
| 326299 | All Other Rubber Product Manufacturing. | 500 |

### Subsector 327—Nonmetallic Mineral Product Manufacturing

| NAICS | Description | Size |
|---|---|---|
| 327110 | Pottery, Ceramics, and Plumbing Fixture Manufacturing. | 1,000 |
| 327120 | Clay Building Material and Refractories Manufacturing. | 750 |
| 327211 | Flat Glass Manufacturing. | 1,000 |
| 327212 | Other Pressed and Blown Glass and Glassware Manufacturing. | 1,250 |
| 327213 | Glass Container Manufacturing. | 1,250 |
| 327215 | Glass Product Manufacturing Made of Purchased Glass. | 1,000 |
| 327310 | Cement Manufacturing. | 1,000 |
| 327320 | Ready-Mix Concrete Manufacturing. | 500 |
| 327331 | Concrete Block and Brick Manufacturing. | 500 |
| 327332 | Concrete Pipe Manufacturing. | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 245 of 317    Page ID #:383

| | | |
|---|---|---|
| 327390 | Other Concrete Product Manufacturing | 500 |
| 327410 | Lime Manufacturing | 750 |
| 327420 | Gypsum Product Manufacturing | 1,500 |
| 327910 | Abrasive Product Manufacturing | 750 |
| 327991 | Cut Stone and Stone Product Manufacturing. | 500 |
| 327992 | Ground or Treated Mineral and Earth Manufacturing | 500 |
| 327993 | Mineral Wool Manufacturing | 1,500 |
| 327999 | All Other Miscellaneous Nonmetallic Mineral Product Manufacturing. | 500 |

### Subsector 331—Primary Metal Manufacturing

| | | |
|---|---|---|
| 331110 | Iron and Steel Mills and Ferroalloy Manufacturing | 1,500 |
| 331210 | Iron and Steel Pipe and Tube Manufacturing from Purchased Steel | 1,000 |
| 331221 | Rolled Steel Shape Manufacturing | 1,000 |
| 331222 | Steel Wire Drawing | 1,000 |
| 331313 | Alumina Refining and Primary Aluminum Production | 1,000 |
| 331314 | Secondary Smelting and Alloying of Aluminum | 750 |
| 331315 | Aluminum Sheet, Plate, and Foil Manufacturing | 1,250 |
| 331318 | Other Aluminum Rolling, Drawing, and Extruding | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 246 of 317    Page ID #:384

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 331410......................... | Nonferrous Metal (except Aluminum) Smelting and Refining.. | ........................................ | 1,000 |
| 331420......................... | Copper Rolling, Drawing, Extruding, and Alloying................ | ........................................ | 1,000 |
| 331491......................... | Nonferrous Metal (except Copper and Aluminum) Rolling, Drawing and Extruding. | ........................................ | 750 |
| 331492......................... | Secondary Smelting, Refining, and Alloying of Nonferrous Metal (except Copper and Aluminum)................... | ........................................ | 750 |
| 331511......................... | Iron Foundries............... | | 1,000 |
| 331512......................... | Steel Investment Foundries..................... | | 1,000 |
| 331513......................... | Steel Foundries (except Investment)................. | ........................................ | 500 |
| 331523......................... | Nonferrous Metal Die-Casting Foundries......... | ........................................ | 500 |
| 331524......................... | Aluminum Foundries (except Die-Casting)..... | ........................................ | 500 |
| 331529......................... | Other Nonferrous Metal Foundries (except Die-Casting)....................... | ........................................ | 500 |

### Subsector 332—Fabricated Metal Product Manufacturing

| | | |
|---|---|---|
| 332111.......................... | Iron and Steel Forging.. | | 750 |
| 332112......................... | Nonferrous Forging...... | | 750 |
| 332114......................... | Custom Roll Forming... | ........................................ | 500 |
| 332117......................... | Powder Metallurgy Part Manufacturing.............. | ........................................ | 500 |
| 332119......................... | Metal Crown, Closure, and Other Metal Stamping (except Automotive)................ | ........................................ | 500 |
| 332215......................... | Metal Kitchen Cookware, Utensil, Cutlery, and Flatware (except Precious) Manufacturing.............. | | 750 |

| | | |
|---|---|---|
| 332216.......................... | Saw Blade and Handtool Manufacturing.............. | 750 |
| 332311.......................... | Prefabricated Metal Building and Component Manufacturing.............. | 750 |
| 332312.......................... | Fabricated Structural Metal Manufacturing.... | 500 |
| 332313.......................... | Plate Work Manufacturing.............. | 750 |
| 332321.......................... | Metal Window and Door Manufacturing..... | 750 |
| 332322.......................... | Sheet Metal Work Manufacturing.............. | 500 |
| 332323.......................... | Ornamental and Architectural Metal Work Manufacturing..... | 500 |
| 332410.......................... | Power Boiler and Heat Exchanger Manufacturing.............. | 750 |
| 332420.......................... | Metal Tank (Heavy Gauge) Manufacturing.. | 750 |
| 332431.......................... | Metal Can Manufacturing.............. | 1,500 |
| 332439.......................... | Other Metal Container Manufacturing.............. | 500 |
| 332510.......................... | Hardware Manufacturing.............. | 750 |
| 332613.......................... | Spring Manufacturing..... | 500 |
| 332618.......................... | Other Fabricated Wire Product Manufacturing. | 500 |
| 332710.......................... | Machine Shops............ | 500 |
| 332721.......................... | Precision Turned Product Manufacturing. | 500 |
| 332722.......................... | Bolt, Nut, Screw, Rivet and Washer Manufacturing.............. | 500 |
| 332811.......................... | Metal Heat Treating..... | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 248 of 317    Page ID #:386

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 332812.......................... | Metal Coating, Engraving (except Jewelry and Silverware), and Allied Services to Manufacturers.............. | 500 |
| 332813.......................... | Electroplating, Plating, Polishing, Anodizing and Coloring................ | 500 |
| 332911.......................... | Industrial Valve Manufacturing.............. | 750 |
| 332912.......................... | Fluid Power Valve and Hose Fitting Manufacturing.............. | 1,000 |
| 332913.......................... | Plumbing Fixture Fitting and Trim Manufacturing.............. | 1,000 |
| 332919.......................... | Other Metal Valve and Pipe Fitting Manufacturing.............. | 750 |
| 332991.......................... | Ball and Roller Bearing Manufacturing.............. | 1,250 |
| 332992.......................... | Small Arms Ammunition Manufacturing.............. | 1,250 |
| 332993.......................... | Ammunition (except Small Arms) Manufacturing.............. | 1,500 |
| 332994.......................... | Small Arms, Ordnance, and Ordnance Accessories Manufacturing.............. | 1,000 |
| 332996.......................... | Fabricated Pipe and Pipe Fitting Manufacturing.............. | 500 |
| 332999.......................... | All Other Miscellaneous Fabricated Metal Product Manufacturing. | 750 |

Subsector 333—Machinery Manufacturing [6]

| | | |
|---|---|---|
| 333111..........................| Farm Machinery and Equipment Manufacturing.............. | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 249 of 317    Page ID #:387

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 333112.......................... | Lawn and Garden Tractor and Home Lawn and Garden Equipment Manufacturing.............. | | 1,500 |
|---|---|---|---|
| 333120.......................... | Construction Machinery Manufacturing.............. | | 1,250 |
| 333131.......................... | Mining Machinery and Equipment Manufacturing.............. | ....................................... | 500 |
| 333132.......................... | Oil and Gas Field Machinery and Equipment Manufacturing.............. | | 1,250 |
| 333241.......................... | Food Product Machinery Manufacturing.............. | ....................................... | 500 |
| 333242.......................... | Semiconductor Machinery Manufacturing.............. | | 1,500 |
| 333243.......................... | Sawmill, Woodworking, and Paper Machinery Manufacturing.............. | ....................................... | 500 |
| 333244.......................... | Printing Machinery and Equipment Manufacturing.............. | | 750 |
| 333249.......................... | Other Industrial Machinery Manufacturing.............. | ....................................... | 500 |
| 333314.......................... | Optical Instrument and Lens Manufacturing...... | ....................................... | 500 |
| 333316.......................... | Photographic and Photocopying Equipment Manufacturing.............. | ....................................... | 1,000 |
| 333318.......................... | Other Commercial and Service Industry Machinery Manufacturing.............. | ....................................... | 1,000 |
| 333413.......................... | Industrial and Commercial Fan and Blower and Air Purification Equipment Manufacturing.............. | ....................................... | 500 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 250 of 317    Page ID #:388

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 333414.......................... | Heating Equipment (except Warm Air Furnaces) Manufacturing............... | ...................................... | 500 |
| 333415.......................... | Air-Conditioning and Warm Air Heating Equipment and Commercial and Industrial Refrigeration Equipment Manufacturing............... | | 1,250 |
| 333511.......................... | Industrial Mold Manufacturing............... | ...................................... | 500 |
| 333514.......................... | Special Die and Tool, Die Set, Jig and Fixture Manufacturing............... | ...................................... | 500 |
| 333515.......................... | Cutting Tool and Machine Tool Accessory Manufacturing............... | ...................................... | 500 |
| 333517.......................... | Machine Tool Manufacturing............... | ...................................... | 500 |
| 333519.......................... | Rolling Mill and Other Metalworking Machinery Manufacturing............... | ...................................... | 500 |
| 333611.......................... | Turbine and Turbine Generator Set Units Manufacturing............... | | 1,500 |
| 333612.......................... | Speed Changer, Industrial High-Speed Drive, and Gear Manufacturing............... | | 750 |
| 333613.......................... | Mechanical Power Transmission Equipment Manufacturing............... | | 750 |
| 333618.......................... | Other Engine Equipment Manufacturing............... | | 1,500 |
| 333912.......................... | Air and Gas Compressor Manufacturing............... | | 1,000 |
| 333914.......................... | Measuring, Dispensing, and Other Pumping | | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 251 of 317    Page ID #:389

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| | Equipment Manufacturing.............. | | |
| 333921......................... | Elevator and Moving Stairway Manufacturing.............. | | 1,000 |
| 333922......................... | Conveyor and Conveying Equipment Manufacturing.............. | ...................................... | 500 |
| 333923......................... | Overhead Traveling Crane, Hoist, and Monorail System Manufacturing.............. | | 1,250 |
| 333924......................... | Industrial Truck, Tractor, Trailer and Stacker Machinery Manufacturing.............. | ...................................... | 750 |
| 333991......................... | Power-Driven Hand Tool Manufacturing...... | ...................................... | 500 |
| 333992......................... | Welding and Soldering Equipment Manufacturing.............. | | 1,250 |
| 333993......................... | Packaging Machinery Manufacturing.............. | ...................................... | 500 |
| 333994......................... | Industrial Process Furnace and Oven Manufacturing.............. | ...................................... | 500 |
| 333995......................... | Fluid Power Cylinder and Actuator Manufacturing.............. | | 750 |
| 333996......................... | Fluid Power Pump and Motor Manufacturing.... | | 1,250 |
| 333997......................... | Scale and Balance Manufacturing.............. | ...................................... | 500 |
| 333999......................... | All Other Miscellaneous General Purpose Machinery Manufacturing.............. | ...................................... | 500 |

### Subsector 334—Computer and Electronic Product Manufacturing[6]

| | | | |
|---|---|---|---|
| 334111........................... | Electronic Computer Manufacturing.............. | | 1,250 |
| 334112......................... | Computer Storage Device Manufacturing.. | | 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 252 of 317    Page
ID #:390

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 334118.......................... | Computer Terminal and Other Computer Peripheral Equipment Manufacturing.............. | ...................................... | 1,000 |
| 334210.......................... | Telephone Apparatus Manufacturing.............. | | 1,250 |
| 334220.......................... | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing.............. | | 1,250 |
| 334290.......................... | Other Communications Equipment Manufacturing.............. | ...................................... | 750 |
| 334310.......................... | Audio and Video Equipment Manufacturing.............. | ...................................... | 750 |
| 334412.......................... | Bare Printed Circuit Board Manufacturing.... | | 750 |
| 334413.......................... | Semiconductor and Related Device Manufacturing.............. | | 1,250 |
| 334416.......................... | Capacitor, Resistor, Coil, Transformer, and Other Inductor Manufacturing.............. | ...................................... | 500 |
| 334417.......................... | Electronic Connector Manufacturing.............. | | 1,000 |
| 334418.......................... | Printed Circuit Assembly (Electronic Assembly) Manufacturing.............. | | 750 |
| 334419.......................... | Other Electronic Component Manufacturing.............. | | 750 |
| 334510.......................... | Electromedical and Electrotherapeutic Apparatus Manufacturing.............. | | 1,250 |
| 334511.......................... | Search, Detection, Navigation, Guidance, Aeronautical, and Nautical System and | | 1,250 |

Case 2:26-cv-01699-MWC-SK Document 20-1 Filed 07/16/26 Page 253 of 317 Page ID #:391

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| | Instrument Manufacturing.............. | | |
| 334512.......................... | Automatic Environmental Control Manufacturing for Residential, Commercial and Appliance Use.............. | ..................................... | 500 |
| 334513.......................... | Instruments and Related Products Manufacturing for Measuring, Displaying, and Controlling Industrial Process Variables....................... | | 750 |
| 334514.......................... | Totalizing Fluid Meter and Counting Device Manufacturing.............. | | 750 |
| 334515.......................... | Instrument Manufacturing for Measuring and Testing Electricity and Electrical Signals.......... | | 750 |
| 334516.......................... | Analytical Laboratory Instrument Manufacturing.............. | | 1,000 |
| 334517.......................... | Irradiation Apparatus Manufacturing.............. | | 1,000 |
| 334519.......................... | Other Measuring and Controlling Device Manufacturing.............. | ..................................... | 500 |
| 334613.......................... | Blank Magnetic and Optical Recording Media Manufacturing... | ..................................... | 1,000 |
| 334614.......................... | Software and Other Prerecorded Compact Disc, Tape, and Record Reproducing................. | | 1,250 |

Subsector 335—Electrical Equipment, Appliance and Component Manufacturing [6]

| | | |
|---|---|---|
| 335110.......................... | Electric Lamp Bulb and Part Manufacturing....... | 1,250 |
| 335121.......................... | Residential Electric Lighting Fixture Manufacturing.............. | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 254 of 317    Page
ID #:392

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| 335122 | Commercial, Industrial and Institutional Electric Lighting Fixture Manufacturing.. | 500 |
| 335129 | Other Lighting Equipment Manufacturing | 500 |
| 335210 | Small Electrical Appliance Manufacturing | 1,500 |
| 335220 | Major Household Appliance Manufacturing | 1,500 |
| 335311 | Power, Distribution and Specialty Transformer Manufacturing | 750 |
| 335312 | Motor and Generator Manufacturing | 1,250 |
| 335313 | Switchgear and Switchboard Apparatus Manufacturing | 1,250 |
| 335314 | Relay and Industrial Control Manufacturing. | 750 |
| 335911 | Storage Battery Manufacturing | 1,250 |
| 335912 | Primary Battery Manufacturing | 1,000 |
| 335921 | Fiber Optic Cable Manufacturing | 1,000 |
| 335929 | Other Communication and Energy Wire Manufacturing | 1,000 |
| 335931 | Current-Carrying Wiring Device Manufacturing | 500 |
| 335932 | Noncurrent-Carrying Wiring Device Manufacturing | 1,000 |
| 335991 | Carbon and Graphite Product Manufacturing. | 750 |
| 335999 | All Other Miscellaneous | 500 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 255 of 317    Page ID #:393

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

Electrical Equipment and Component Manufacturing...............

### Subsector 336—Transportation Equipment Manufacturing [6]

| | | |
|---|---|---|
| 336111........................... | Automobile Manufacturing.............. | 1,500 |
| 336112........................... | Light Truck and Utility Vehicle Manufacturing.. | 1,500 |
| 336120........................... | Heavy Duty Truck Manufacturing.............. | 1,500 |
| 336211........................... | Motor Vehicle Body Manufacturing.............. | 1,000 |
| 336212........................... | Truck Trailer Manufacturing.............. | 1,000 |
| 336213........................... | Motor Home Manufacturing.............. | 1,250 |
| 336214........................... | Travel Trailer and Camper Manufacturing. | 1,000 |
| 336310........................... | Motor Vehicle Gasoline Engine and Engine Parts Manufacturing..... | 1,000 |
| 336320........................... | Motor Vehicle Electrical and Electronic Equipment Manufacturing.............. | 1,000 |
| 336330........................... | Motor Vehicle Steering and Suspension Components (except Spring) Manufacturing.. | 1,000 |
| 336340........................... | Motor Vehicle Brake System Manufacturing.. | 1,250 |
| 336350........................... | Motor Vehicle Transmission and Power Train Parts Manufacturing.............. | 1,500 |
| 336360........................... | Motor Vehicle Seating and Interior Trim Manufacturing.............. | 1,500 |
| 336370........................... | Motor Vehicle Metal Stamping...................... | 1,000 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 256 of 317    Page ID #:394

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 336390.......................... | Other Motor Vehicle Parts Manufacturing..... | 1,000 |
| 336411.......................... | Aircraft Manufacturing. ....................................... | 1,500 |
| 336412.......................... | Aircraft Engine and Engine Parts Manufacturing.............. | 1,500 |
| 336413.......................... | Other Aircraft Parts and Auxiliary Equipment Manufacturing[7]............. | [7] 1,250 |
| 336414.......................... | Guided Missile and Space Vehicle Manufacturing.............. | 1,250 |
| 336415.......................... | Guided Missile and Space Vehicle Propulsion Unit and Propulsion Unit Parts Manufacturing.............. | 1,250 |
| 336419.......................... | Other Guided Missile and Space Vehicle Parts and Auxiliary Equipment Manufacturing.............. | 1,000 |
| 336510.......................... | Railroad Rolling Stock Manufacturing.............. | 1,500 |
| 336611.......................... | Ship Building and Repairing...................... | 1,250 |
| 336612.......................... | Boat Building................ | 1,000 |
| 336991.......................... | Motorcycle, Bicycle, and Parts Manufacturing.............. | 1,000 |
| 336992.......................... | Military Armored Vehicle, Tank, and Tank Component Manufacturing.............. | 1,500 |
| 336999.......................... | All Other Transportation Equipment Manufacturing.............. | 1,000 |

### Subsector 337—Furniture and Related Product Manufacturing

| | | |
|---|---|---|
| 337110.......................... | Wood Kitchen Cabinet and Countertop Manufacturing.............. | 750 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 257 of 317    Page
ID #:395

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 337121.......................... | Upholstered Household Furniture Manufacturing.............. | 1,000 |
| 337122.......................... | Nonupholstered Wood Household Furniture Manufacturing.............. | 750 |
| 337124.......................... | Metal Household Furniture Manufacturing.............. | 750 |
| 337125.......................... | Household Furniture (except Wood and Metal) Manufacturing... | 750 |
| 337127.......................... | Institutional Furniture Manufacturing.............. ...................................... | 500 |
| 337211.......................... | Wood Office Furniture Manufacturing.............. | 1,000 |
| 337212.......................... | Custom Architectural Woodwork and Millwork Manufacturing.............. ...................................... | 500 |
| 337214.......................... | Office Furniture (except Wood) Manufacturing... | 1,000 |
| 337215.......................... | Showcase, Partition, Shelving, and Locker Manufacturing.............. ...................................... | 500 |
| 337910.......................... | Mattress Manufacturing | 1,000 |
| 337920.......................... | Blind and Shade Manufacturing.............. | 1,000 |

### Subsector 339—Miscellaneous Manufacturing

| | | |
|---|---|---|
| 339112.......................... | Surgical and Medical Instrument Manufacturing.............. | 1,000 |
| 339113.......................... | Surgical Appliance and Supplies Manufacturing | 750 |
| 339114.......................... | Dental Equipment and Supplies Manufacturing | 750 |
| 339115.......................... | Ophthalmic Goods Manufacturing.............. | 1,000 |
| 339116.......................... | Dental Laboratories...... ...................................... | 500 |
| 339910.......................... | Jewelry and Silverware Manufacturing.............. | 500 |

**WESTLAW**    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 258 of 317    Page
ID #:396

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 339920............................ | Sporting and Athletic Goods Manufacturing... | 750 |
| 339930............................ | Doll, Toy, and Game Manufacturing.............. | 500 |
| 339940............................ | Office Supplies (except Paper) Manufacturing... | 750 |
| 339950............................ | Sign Manufacturing...... | 500 |
| 339991............................ | Gasket, Packing, and Sealing Device Manufacturing.............. | 500 |
| 339992............................ | Musical Instrument Manufacturing.............. | 1,000 |
| 339993............................ | Fastener, Button, Needle, and Pin Manufacturing.............. | 750 |
| 339994............................ | Broom, Brush and Mop Manufacturing.............. | 500 |
| 339995............................ | Burial Casket Manufacturing.............. | 1,000 |
| 339999............................ | All Other Miscellaneous Manufacturing.............. | 500 |

Sector 42—Wholesale Trade

(These NAICS codes shall not be used to classify Government acquisitions for supplies. They also shall not be used by Federal Government contractors when subcontracting for the acquisition for supplies. The applicable manufacturing NAICS code shall be used to classify acquisitions for supplies. A Wholesale Trade or Retail Trade business concern submitting an offer or a quote on a supply acquisition is categorized as a nonmanufacturer and deemed small if it has 500 or fewer employees and meets the requirements of 13 CFR 121.406.)

Subsector 423—Merchant Wholesalers, Durable Goods

| | | |
|---|---|---|
| 423110............................ | Automobile and Other Motor Vehicle Merchant Wholesalers.. | 250 |
| 423120............................ | Motor Vehicle Supplies and New Parts Merchant Wholesalers.. | 200 |
| 423130............................ | Tire and Tube Merchant Wholesalers................... | 200 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 259 of 317    Page
ID #:397

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---:|
| 423140........................ | Motor Vehicle Parts (Used) Merchant Wholesalers................... | 100 |
| 423210........................ | Furniture Merchant Wholesalers................... | 100 |
| 423220........................ | Home Furnishing Merchant Wholesalers.. | 100 |
| 423310........................ | Lumber, Plywood, Millwork, and Wood Panel Merchant Wholesalers................... | 150 |
| 423320........................ | Brick, Stone, and Related Construction Material Merchant Wholesalers................... | 150 |
| 423330........................ | Roofing, Siding, and Insulation Material Merchant Wholesalers.. | 200 |
| 423390........................ | Other Construction Material Merchant Wholesalers................... | 100 |
| 423410........................ | Photographic Equipment and Supplies Merchant Wholesalers................... | 200 |
| 423420........................ | Office Equipment Merchant Wholesalers.. | 200 |
| 423430........................ | Computer and Computer Peripheral Equipment and Software Merchant Wholesalers................... | 250 |
| 423440........................ | Other Commercial Equipment Merchant Wholesalers................... | 100 |
| 423450........................ | Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers................... | 200 |
| 423460........................ | Ophthalmic Goods Merchant Wholesalers.. | 150 |
| 423490........................ | Other Professional Equipment and Supplies Merchant Wholesalers................... | 150 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 260 of 317   Page ID #:398

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 423510.......................... | Metal Service Centers and Other Metal Merchant Wholesalers.. | 200 |
| 423520.......................... | Coal and Other Mineral and Ore Merchant Wholesalers.................. | 100 |
| 423610.......................... | Electrical Apparatus and Equipment, Wiring Supplies, and Related Equipment Merchant Wholesalers.................. | 200 |
| 423620.......................... | Household Appliances, Electric Housewares, and Consumer Electronics Merchant Wholesalers.................. | 200 |
| 423690.......................... | Other Electronic Parts and Equipment Merchant Wholesalers.. | 250 |
| 423710.......................... | Hardware Merchant Wholesalers.................. | 150 |
| 423720.......................... | Plumbing and Heating Equipment and Supplies (Hydronics) Merchant Wholesalers.. | 200 |
| 423730.......................... | Warm Air Heating and Air-Conditioning Equipment and Supplies Merchant Wholesalers.................. | 150 |
| 423740.......................... | Refrigeration Equipment and Supplies Merchant Wholesalers.................. | 100 |
| 423810.......................... | Construction and Mining (except Oil Well) Machinery and Equipment Merchant Wholesalers.................. | 250 |
| 423820.......................... | Farm and Garden Machinery and Equipment Merchant Wholesalers.................. | 100 |
| 423830.......................... | Industrial Machinery and Equipment Merchant Wholesalers.. | 100 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 261 of 317    Page
ID #:399

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 423840.......................... | Industrial Supplies Merchant Wholesalers.. | 100 |
| 423850.......................... | Service Establishment Equipment and Supplies Merchant Wholesalers................... | 100 |
| 423860.......................... | Transportation Equipment and Supplies (except Motor Vehicle) Merchant Wholesalers................... | 150 |
| 423910.......................... | Sporting and Recreational Goods and Supplies Merchant Wholesalers................... | 100 |
| 423920.......................... | Toy and Hobby Goods and Supplies Merchant Wholesalers................... | 150 |
| 423930.......................... | Recyclable Material Merchant Wholesalers.. | 100 |
| 423940.......................... | Jewelry, Watch, Precious Stone, and Precious Metal Merchant Wholesalers.. | 100 |
| 423990.......................... | Other Miscellaneous Durable Goods Merchant Wholesalers.. | 100 |

### Subsector 424—Merchant Wholesalers, Nondurable Goods

| | | |
|---|---|---|
| 424110.......................... | Printing and Writing Paper Merchant Wholesalers................... | 200 |
| 424120.......................... | Stationery and Office Supplies Merchant Wholesalers................... | 150 |
| 424130.......................... | Industrial and Personal Service Paper Merchant Wholesalers................... | 150 |
| 424210.......................... | Drugs and Druggists' Sundries Merchant Wholesalers................... | 250 |
| 424310.......................... | Piece Goods, Notions, and Other Dry Goods Merchant Wholesalers.. | 100 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 262 of 317    Page ID #:400

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 424320........................ | Men's and Boys' Clothing and Furnishings Merchant Wholesalers................... | | 150 |
|---|---|---|---|
| 424330........................ | Women's, Children's, and Infants' Clothing and Accessories Merchant Wholesalers.. | ........................................ | 100 |
| 424340........................ | Footwear Merchant Wholesalers................... | | 200 |
| 424410........................ | General Line Grocery Merchant Wholesalers.. | | 250 |
| 424420........................ | Packaged Frozen Food Merchant Wholesalers.. | | 200 |
| 424430........................ | Dairy Product (except Dried or Canned) Merchant Wholesalers.. | | 200 |
| 424440........................ | Poultry and Poultry Product Merchant Wholesalers................... | | 150 |
| 424450........................ | Confectionery Merchant Wholesalers.. | | 200 |
| 424460........................ | Fish and Seafood Merchant Wholesalers.. | ........................................ | 100 |
| 424470........................ | Meat and Meat Product Merchant Wholesalers.. | | 150 |
| 424480........................ | Fresh Fruit and Vegetable Merchant Wholesalers................... | ........................................ | 100 |
| 424490........................ | Other Grocery and Related Products Merchant Wholesalers.. | | 250 |
| 424510........................ | Grain and Field Bean Merchant Wholesalers.. | | 200 |
| 424520........................ | Livestock Merchant Wholesalers................... | ........................................ | 100 |
| 424590........................ | Other Farm Product Raw Material Merchant Wholesalers................... | ........................................ | 100 |
| 424610........................ | Plastics Materials and Basic Forms and Shapes Merchant Wholesalers................... | | 150 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 263 of 317    Page ID #:401

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 424690.......................... | Other Chemical and Allied Products Merchant Wholesalers.. | 150 |
| 424710.......................... | Petroleum Bulk Stations and Terminals.. | 200 |
| 424720.......................... | Petroleum and Petroleum Products Merchant Wholesalers (except Bulk Stations and Terminals).............. | 200 |
| 424810.......................... | Beer and Ale Merchant Wholesalers................... | 200 |
| 424820.......................... | Wine and Distilled Alcoholic Beverage Merchant Wholesalers.. | 250 |
| 424910.......................... | Farm Supplies Merchant Wholesalers.. | 200 |
| 424920.......................... | Book, Periodical, and Newspaper Merchant Wholesalers................... | 200 |
| 424930.......................... | Flower, Nursery Stock, and Florists' Supplies Merchant Wholesalers.. ...................................... | 100 |
| 424940.......................... | Tobacco and Tobacco Product Merchant Wholesalers................... | 250 |
| 424950.......................... | Paint, Varnish, and Supplies Merchant Wholesalers................... | 150 |
| 424990.......................... | Other Miscellaneous Nondurable Goods Merchant Wholesalers.. ...................................... | 100 |

### Subsector 425—Wholesale Electronic Markets and Agents and Brokers

| | | |
|---|---|---|
| 425110.......................... | Business to Business Electronic Markets........ ...................................... | 100 |
| 425120.......................... | Wholesale Trade Agents and Brokers...... ...................................... | 100 |

### Sector 44-45—Retail Trade

(These NAICS codes shall not be used to classify Government acquisitions for supplies. They also shall not be used by Federal Government contractors when subcontracting for the acquisition for supplies. The applicable manufacturing

NAICS code shall be used to classify acquisitions for supplies. A Wholesale Trade or Retail Trade business concern submitting an offer or a quote on a supply acquisition is categorized as a nonmanufacturer and deemed small if it has 500 or fewer employees and meets the requirements of 13 CFR 121.406.)

### Subsector 441—Motor Vehicle and Parts Dealers

| | | |
|---|---|---|
| 441110 | New Car Dealers | 200 |
| 441120 | Used Car Dealers | $27.0 |
| 441210 | Recreational Vehicle Dealers | $35.0 |
| 441222 | Boat Dealers | $35.0 |
| 441228 | Motorcycle, ATV, and All Other Motor Vehicle Dealers | $35.0 |
| 441310 | Automotive Parts and Accessories Stores | $16.5 |
| 441320 | Tire Dealers | $16.5 |

### Subsector 442—Furniture and Home Furnishings Stores

| | | |
|---|---|---|
| 442110 | Furniture Stores | $22.0 |
| 442210 | Floor Covering Stores | $8.0 |
| 442291 | Window Treatment Stores | $8.0 |
| 442299 | All Other Home Furnishings Stores | $22.0 |

### Subsector 443—Electronics and Appliance Stores

| | | |
|---|---|---|
| 443141 | Household Appliance Stores | $12.0 |
| 443142 | Electronics Stores | $35.0 |

### Subsector 444—Building Material and Garden Equipment and Supplies Dealers

| | | |
|---|---|---|
| 444110 | Home Centers | $41.5 |
| 444120 | Paint and Wallpaper Stores | $30.0 |
| 444130 | Hardware Stores | $8.0 |
| 444190 | Other Building Material Dealers | $22.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 265 of 317    Page ID #:403

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 444210.......................... | Outdoor Power Equipment Stores.......... | $8.0 |
| 444220.......................... | Nursery and Garden Centers.......................... | $12.0 |

### Subsector 445—Food and Beverage Stores

### Subsector 445—Food and Beverage Stores

| | | |
|---|---|---|
| 445110.......................... | Supermarkets and Other Grocery (except Convenience) Stores..... | $35.0 |
| 445120.......................... | Convenience Stores...... | $32.0 |
| 445210.......................... | Meat Markets............... | $8.0 |
| 445220.......................... | Fish and Seafood Markets......................... | $8.0 |
| 445230.......................... | Fruit and Vegetable Markets......................... | $8.0 |
| 445291.......................... | Baked Goods Stores...... | $8.0 |
| 445292.......................... | Confectionery and Nut Stores............................ | $8.0 |
| 445299.......................... | All Other Specialty Food Stores................... | $8.0 |
| 445310.......................... | Beer, Wine and Liquor Stores........................... | $8.0 |

### Subsector 446—Health and Personal Care Stores

| | | |
|---|---|---|
| 446110.......................... | Pharmacies and Drug Stores............................ | $30.0 |
| 446120.......................... | Cosmetics, Beauty Supplies and Perfume Stores........................... | $30.0 |
| 446130.......................... | Optical Goods Stores.... | $22.0 |
| 446191.......................... | Food (Health) Supplement Stores........ | $16.5 |
| 446199.......................... | All Other Health and Personal Care Stores..... | $8.0 |

### Subsector 447—Gasoline Stations

| | | |
|---|---|---|
| 447110.......................... | Gasoline Stations with Convenience Stores...... | $32.0 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 266 of 317   Page ID #:404

| | | |
|---|---|---|
| 447190.......................... | Other Gasoline Stations | $16.5 |

### Subsector 448—Clothing and Clothing Accessories Stores

| | | |
|---|---|---|
| 448110.......................... | Men's Clothing Stores... | $12.0 |
| 448120.......................... | Women's Clothing Stores............................ | $30.0 |
| 448130.......................... | Children's and Infants' Clothing Stores............. | $35.0 |
| 448140.......................... | Family Clothing Stores. | $41.5 |
| 448150.......................... | Clothing Accessories Stores............................ | $16.5 |
| 448190.......................... | Other Clothing Stores... | $22.0 |
| 448210.......................... | Shoe Stores................... | $30.0 |
| 448310.......................... | Jewelry Stores............... | $16.5 |
| 448320.......................... | Luggage and Leather Goods Stores................. | $30.0 |

### Subsector 451—Sporting Good, Hobby, Book and Music Stores

| | | |
|---|---|---|
| 451110...........................| Sporting Goods Stores.. | $16.5 |
| 451120.......................... | Hobby, Toy and Game Stores............................ | $30.0 |
| 451130.......................... | Sewing, Needlework and Piece Goods Stores | $30.0 |
| 451140.......................... | Musical Instrument and Supplies Stores............. | $12.0 |
| 451211.......................... | Book Stores.................. | $30.0 |
| 451212.......................... | News Dealers and Newsstands.................. | $8.0 |

### Subsector 452—General Merchandise Stores

| | | |
|---|---|---|
| 452210.......................... | Department Stores........ | $35.0 |
| 452311.......................... | Warehouse Clubs and Superstores.................... | $32.0 |
| 452319.......................... | All Other General Merchandise Stores....... | $35.0 |

### Subsector 453—Miscellaneous Store Retailers

| | | |
|---|---|---|
| 453110.......................... | Florists.......................... | $8.0 |

| | | | |
|---|---|---|---|
| 453210.......................... | Office Supplies and Stationery Stores........... | $35.0 | |
| 453220.......................... | Gift, Novelty and Souvenir Stores............. | $8.0 | |
| 453310.......................... | Used Merchandise Stores............................ | $8.0 | |
| 453910.......................... | Pet and Pet Supplies Stores........................... | $22.0 | |
| 453920.......................... | Art Dealers..................... | $8.0 | |
| 453930.......................... | Manufactured (Mobile) Home Dealers.............. | $16.5 | |
| 453991.......................... | Tobacco Stores.............. | $8.0 | |
| 453998.......................... | All Other Miscellaneous Store Retailers (except Tobacco Stores)............ | $8.0 | |

### Subsector 454—Nonstore Retailers

| | | | |
|---|---|---|---|
| 454110.......................... | Electronic Shopping and Mail-Order Houses. | $41.5 | |
| 454210.......................... | Vending Machine Operators...................... | $12.0 | |
| 454310.......................... | Fuel Dealers.................. | | 100 |
| 454390.......................... | Other Direct Selling Establishments.............. | $8.0 | |

### Sectors 48–49—Transportation and Warehousing

### Subsector 481—Air Transportation

| | | | |
|---|---|---|---|
| 481111........................... | Scheduled Passenger Air Transportation........ | ..................................... | 1,500 |
| 481112..........................| Scheduled Freight Air Transportation.............. | ..................................... | 1,500 |
| 481211.......................... | Nonscheduled Chartered Passenger Air Transportation........ | | 1,500 |
| 481212.......................... | Nonscheduled Chartered Freight Air Transportation.............. | | 1,500 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 268 of 317    Page
ID #:406

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| 481219............................ | Other Nonscheduled Air Transportation........ | $16.5 | |
|---|---|---|---|

#### Subsector 482—Rail Transportation

| 482111............................ | Line-Haul Railroads........................................... | | 1,500 |
|---|---|---|---|
| 482112............................ | Short Line Railroads..... | | 1,500 |

#### Subsector 483—Water Transportation

| 483111............................ | Deep Sea Freight Transportation.............. | ........................................ | 500 |
|---|---|---|---|
| 483112............................ | Deep Sea Passenger Transportation.............. | | 1,500 |
| 483113............................ | Coastal and Great Lakes Freight Transportation.............. | | 750 |
| 483114............................ | Coastal and Great Lakes Passenger Transportation.............. | ........................................ | 500 |
| 483211............................ | Inland Water Freight Transportation.............. | | 750 |
| 483212............................ | Inland Water Passenger Transportation.............. | ........................................ | 500 |

#### Subsector 484—Truck Transportation

| 484110............................ | General Freight Trucking, Local............. | $30.0 | |
|---|---|---|---|
| 484121............................ | General Freight Trucking, Long-Distance, Truckload...... | $30.0 | |
| 484122............................ | General Freight Trucking, Long-Distance, Less Than Truckload..................... | $30.0 | |
| 484210............................ | Used Household and Office Goods Moving... | $30.0 | |
| 484220............................ | Specialized Freight (except Used Goods) Trucking, Local............. | $30.0 | |
| 484230............................ | Specialized Freight (except Used Goods) Trucking, Long-Distance..................... | $30.0 | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 269 of 317    Page
ID #:407
§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

### Subsector 485—Transit and Ground Passenger Transportation

| | | | |
|---|---|---|---|
| 485111 | Mixed Mode Transit Systems | $16.5 | |
| 485112 | Commuter Rail Systems | $16.5 | |
| 485113 | Bus and Other Motor Vehicle Transit Systems | $16.5 | |
| 485119 | Other Urban Transit Systems | $16.5 | |
| 485210 | Interurban and Rural Bus Transportation | $16.5 | |
| 485310 | Taxi Service | $16.5 | |
| 485320 | Limousine Service | $16.5 | |
| 485410 | School and Employee Bus Transportation | $16.5 | |
| 485510 | Charter Bus Industry | $16.5 | |
| 485991 | Special Needs Transportation | $16.5 | |
| 485999 | All Other Transit and Ground Passenger Transportation | $16.5 | |

### Subsector 486—Pipeline Transportation

| | | | |
|---|---|---|---|
| 486110 | Pipeline Transportation of Crude Oil | | 1,500 |
| 486210 | Pipeline Transportation of Natural Gas | $30.0 | |
| 486910 | Pipeline Transportation of Refined Petroleum Products | | 1,500 |
| 486990 | All Other Pipeline Transportation | $40.5 | |

### Subsector 487—Scenic and Sightseeing Transportation

| | | | |
|---|---|---|---|
| 487110 | Scenic and Sightseeing Transportation, Land | $8.0 | |
| 487210 | Scenic and Sightseeing Transportation, Water | $8.0 | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 270 of 317    Page ID #:408

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 487990.......................... | Scenic and Sightseeing Transportation, Other.... | $8.0 |

| Subsector 488—Support Activities for Transportation | | |
|---|---|---|
| 488111.......................... | Air Traffic Control........ | $35.0 |
| 488119.......................... | Other Airport Operations..................... | $35.0 |
| 488190.......................... | Other Support Activities for Air Transportation.............. | $35.0 |
| 488210.......................... | Support Activities for Rail Transportation....... | $16.5 |
| 488310.......................... | Port and Harbor Operations..................... | $41.5 |
| 488320.......................... | Marine Cargo Handling | $41.5 |
| 488330.......................... | Navigational Services to Shipping................... | $41.5 |
| 488390.......................... | Other Support Activities for Water Transportation.............. | $41.5 |
| 488410.......................... | Motor Vehicle Towing.. | $8.0 |
| 488490.......................... | Other Support Activities for Road Transportation.............. | $8.0 |
| 488510.......................... | Freight Transportation Arrangement[10].............. | $16.5[10] |
| 488510 (Exception)...... | Non-Vessel Owning Common Carriers and Household Goods Forwarders................... | $30.0 |
| 488991.......................... | Packing and Crating...... | $30.0 |
| 488999.......................... | All Other Support Activities for Transportation.............. | $8.0 |

| Subsector 491—Postal Service | | |
|---|---|---|
| 491110.......................... | Postal Service............... | $8.0 |

| Subsector 492—Couriers and Messengers | | |
|---|---|---|
| 492110.......................... | Couriers and Express Delivery Services......... ...................................... | 1,500 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 271 of 317   Page
ID #:409

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 492210......................... | Local Messengers and Local Delivery.............. | $30.0 | |
| | **Subsector 493—Warehousing and Storage** | | |
| 493110.......................... | General Warehousing and Storage................... | $30.0 | |
| 493120.......................... | Refrigerated Warehousing and Storage.......................... | $30.0 | |
| 493130.......................... | Farm Product Warehousing and Storage......................... | $30.0 | |
| 493190.......................... | Other Warehousing and Storage......................... | $30.0 | |
| | **Sector 51—Information** | | |
| | **Subsector 511—Publishing Industries (except Internet)** | | |
| 511110.......................... | Newspaper Publishers... | | 1,000 |
| 511120.......................... | Periodical Publishers.... | | 1,000 |
| 511130.......................... | Book Publishers............ | | 1,000 |
| 511140.......................... | Directory and Mailing List Publishers............. | | 1,250 |
| 511191.......................... | Greeting Card Publishers..................... | | 1,500 |
| 511199.......................... | All Other Publishers..... ..................................... | | 500 |
| 511210.......................... | Software Publishers[20]... | $41.5[20] | |
| | **Subsector 512—Motion Picture and Sound Recording Industries** | | |
| 512110.......................... | Motion Picture and Video Production.......... | $35.0 | |
| 512120.......................... | Motion Picture and Video Distribution........ | $34.5 | |
| 512131.......................... | Motion Picture Theaters (except Drive-Ins)................................ | $41.5 | |
| 512132.......................... | Drive-In Motion Picture Theaters............ | $8.0 | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 272 of 317    Page ID #:410

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 512191.......................... | Teleproduction and Other Postproduction Services........................ | $34.5 | |
| 512199.......................... | Other Motion Picture and Video Industries..... | $22.0 | |
| 512230.......................... | Music Publishers........... | | 750 |
| 512240.......................... | Sound Recording Studios......................... | $8.0 | |
| 512250.......................... | Record Production and Distribution................... | | 250 |
| 512290.......................... | Other Sound Recording Industries....................... | $12.0 | |

### Subsector 515—Broadcasting (except Internet)

| | | | |
|---|---|---|---|
| 515111.......................... | Radio Networks............ | $35.0 | |
| 515112.......................... | Radio Stations............... | $41.5 | |
| 515120.......................... | Television Broadcasting | $41.5 | |
| 515210.......................... | Cable and Other Subscription Programming................ | $41.5 | |

### Subsector 517—Telecommunications

| | | | |
|---|---|---|---|
| 517311.......................... | Wired Telecommunications Carriers......................... | | 1,500 |
| 517312.......................... | Wireless Telecommunications Carriers (except Satellite)........................ | | 1,500 |
| 517410.......................... | Satellite Telecommunications..... | $35.0 | |
| 517911.......................... | Telecommunications Resellers........................ | ...................................... | 1,500 |
| 517919.......................... | All Other Telecommunications..... | $35.0 | |

### Subsector 518—Data Processing, Hosting, and Related Services

| | | | |
|---|---|---|---|
| 518210.......................... | Data Processing, Hosting, and Related Services........................ | $35.0 | |

### Subsector 519—Other Information Services

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 273 of 317    Page ID #:411

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| 519110 | News Syndicates | $30.0 | |
| 519120 | Libraries and Archives | $16.5 | |
| 519130 | Internet Publishing and Broadcasting and Web Search Portals | | 1,000 |
| 519190 | All Other Information Services | $30.0 | |

**Sector 52—Finance and Insurance**

**Subsector 522—Credit Intermediation and Related Activities**

| 522110 | Commercial Banking[8] | $600 million in assets[8] |
| 522120 | Savings Institutions[8] | $600 million in assets[8] |
| 522130 | Credit Unions[8] | $600 million in assets[8] |
| 522190 | Other Depository Credit Intermediation[8] | $600 million in assets[8] |
| 522210 | Credit Card Issuing[8] | $600 million in assets[8] |
| 522220 | Sales Financing | $41.5 |
| 522291 | Consumer Lending | $41.5 |
| 522292 | Real Estate Credit | $41.5 |
| 522293 | International Trade Financing | $41.5 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 274 of 317    Page ID #:412

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 522294.......................... | Secondary Market Financing...................... | $41.5 |
| 522298.......................... | All Other Nondepository Credit Intermediation.............. | $41.5 |
| 522310.......................... | Mortgage and Nonmortgage Loan Brokers........................ | $8.0 |
| 522320.......................... | Financial Transactions Processing, Reserve, and Clearinghouse Activities....................... | $41.5 |
| 522390.......................... | Other Activities Related to Credit Intermediation.............. | $22.0 |

Subsector 523—Securities, Commodity Contracts, and Other Financial Investments and Related Activities

| | | |
|---|---|---|
| 523110.......................... | Investment Banking and Securities Dealing.. | $41.5 |
| 523120.......................... | Securities Brokerage..... | $41.5 |
| 523130.......................... | Commodity Contracts Dealing........................ | $41.5 |
| 523140.......................... | Commodity Contracts Brokerage..................... | $41.5 |
| 523210.......................... | Securities and Commodity Exchanges. | $41.5 |
| 523910.......................... | Miscellaneous Intermediation............... | $41.5 |
| 523920.......................... | Portfolio Management.. | $41.5 |
| 523930.......................... | Investment Advice........ | $41.5 |
| 523991.......................... | Trust, Fiduciary and Custody Activities........ | $41.5 |
| 523999.......................... | Miscellaneous Financial Investment Activities..................... | $41.5 |

Subsector 524—Insurance Carriers and Related Activities

| | | |
|---|---|---|
| 524113.......................... | Direct Life Insurance Carriers........................ | $41.5 |

Case 2:26-cv-01699-MWC-SK  Document 20-1  Filed 07/16/26  Page 275 of 317  Page ID #:413

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 524114.......................... | Direct Health and Medical Insurance Carriers........................ | $41.5 | |
| 524126.......................... | Direct Property and Casualty Insurance Carriers........................ | ........................................ | 1,500 |
| 524127.......................... | Direct Title Insurance Carriers........................ | $41.5 | |
| 524128.......................... | Other Direct Insurance (except Life, Health and Medical) Carriers... | $41.5 | |
| 524130.......................... | Reinsurance Carriers..... | $41.5 | |
| 524210.......................... | Insurance Agencies and Brokerages.................... | $ 8.0 | |
| 524291.......................... | Claims Adjusting.......... | $22.0 | |
| 524292.......................... | Third Party Administration of Insurance and Pension Funds............................ | $35.0 | |
| 524298.......................... | All Other Insurance Related Activities......... | $16.5 | |

### Subsector 525—Funds, Trusts and Other Financial Vehicles

| | | | |
|---|---|---|---|
| 525110.......................... | Pension Funds............... | $35.0 | |
| 525120.......................... | Health and Welfare Funds............................ | $35.0 | |
| 525190.......................... | Other Insurance Funds.. | $35.0 | |
| 525910.......................... | Open-End Investment Funds............................ | $35.0 | |
| 525920.......................... | Trusts, Estates, and Agency Accounts.......... | $35.0 | |
| 525990.......................... | Other Financial Vehicles........................ | $35.0 | |

### Sector 53—Real Estate and Rental and Leasing

### Subsector 531—Real Estate

| | | | |
|---|---|---|---|
| 531110.......................... | Lessors of Residential Buildings and Dwellings[9].................... | $30.0[9] | |

| | | |
|---|---|---|
| 531120.......................... | Lessors of Nonresidential Buildings (except Miniwarehouses)[9]......... | $30.0[9] |
| 531130.......................... | Lessors of Miniwarehouses and Self-Storage Units[9]....... | $30.0[9] |
| 531190.......................... | Lessors of Other Real Estate Property[9]............ | $30.0[9] |
| 531210.......................... | Offices of Real Estate Agents and Brokers[10]... | $8.0[10] |
| 531311.......................... | Residential Property Managers...................... | $8.0 |
| 531312.......................... | Nonresidential Property Managers...................... | $8.0 |
| 531320.......................... | Offices of Real Estate Appraisers.................... | $8.0 |
| 531390.......................... | Other Activities Related to Real Estate... | $8.0 |

### Subsector 532—Rental and Leasing Services

| | | |
|---|---|---|
| 532111...........................| Passenger Car Rental.... | $41.5 |
| 532112.......................... | Passenger Car Leasing.. | $41.5 |
| 532120.......................... | Truck, Utility Trailer, and RV (Recreational Vehicle) Rental and Leasing........................ | $41.5 |
| 532210.......................... | Consumer Electronics and Appliances Rental.. | $41.5 |
| 532281.......................... | Formal Wear and Costume Rental............. | $22.0 |
| 532282.......................... | Video Tape and Disc Rental........................... | $30.0 |
| 532283.......................... | Home Health Equipment Rental......... | $35.0 |
| 532284.......................... | Recreational Goods Rental........................... | $8.0 |
| 532289.......................... | All Other Consumer Goods Rental............... | $8.0 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 277 of 317   Page
ID #:415

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 532310 | General Rental Centers. | $8.0 |
| 532411 | Commercial Air, Rail, and Water Transportation Equipment Rental and Leasing | $35.0 |
| 532412 | Construction, Mining and Forestry Machinery and Equipment Rental and Leasing | $35.0 |
| 532420 | Office Machinery and Equipment Rental and Leasing | $35.0 |
| 532490 | Other Commercial and Industrial Machinery and Equipment Rental and Leasing | $35.0 |

**Subsector 533—Lessors of Nonfinancial Intangible Assets (except Copyrighted Works)**

| | | |
|---|---|---|
| 533110 | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) | $41.5 |

**Sector 54—Professional, Scientific and Technical Services**

**Subsector 541—Professional, Scientific and Technical Services**

| | | |
|---|---|---|
| 541110 | Offices of Lawyers | $12.0 |
| 541191 | Title Abstract and Settlement Offices | $12.0 |
| 541199 | All Other Legal Services | $12.0 |
| 541211 | Offices of Certified Public Accountants | $22.0 |
| 541213 | Tax Preparation Services | $22.0 |
| 541214 | Payroll Services | $22.0 |
| 541219 | Other Accounting Services | $22.0 |
| 541310 | Architectural Services | $8.0 |
| 541320 | Landscape Architectural Services | $8.0 |

Case 2:26-cv-01699-MWC-SK Document 20-1 Filed 07/16/26 Page 278 of 317 Page ID #:416

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 541330........................ | Engineering Services.... | $16.5 |
| 541330 (Exception 1)... | Military and Aerospace Equipment and Military Weapons........................ | $41.5 |
| 541330 (Exception 2)... | Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992................... | $41.5 |
| 541330 (Exception 3)... | Marine Engineering and Naval Architecture. | $41.5 |
| 541340........................ | Drafting Services.......... | $8.0 |
| 541350........................ | Building Inspection Services........................ | $8.0 |
| 541360........................ | Geophysical Surveying and Mapping Services... | $16.5 |
| 541370........................ | Surveying and Mapping (except Geophysical) Services........................ | $16.5 |
| 541380........................ | Testing Laboratories..... | $16.5 |
| 541410........................ | Interior Design Services........................ | $8.0 |
| 541420........................ | Industrial Design Services........................ | $8.0 |
| 541430........................ | Graphic Design Services........................ | $8.0 |
| 541490........................ | Other Specialized Design Services............ | $8.0 |
| 541511........................ | Custom Computer Programming Services.. | $30.0 |
| 541512........................ | Computer Systems Design Services............ | $30.0 |
| 541513........................ | Computer Facilities Management Services... | $30.0 |
| 541519........................ | Other Computer Related Services........... | $30.0 |

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 279 of 317   Page ID #:417

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| NAICS code | Description | Size standard | Size standard |
|---|---|---|---|
| 541519 (Exception)...... | Information Technology Value Added Resellers[18]......... | | 150[18] |
| 541611.......................... | Administrative Management and General Management Consulting Services...... | $16.5 | |
| 541612.......................... | Human Resources Consulting Services...... | $16.5 | |
| 541613.......................... | Marketing Consulting Services.......................... | $16.5 | |
| 541614.......................... | Process, Physical Distribution and Logistics Consulting Services.......................... | $16.5 | |
| 541618.......................... | Other Management Consulting Services...... | $16.5 | |
| 541620.......................... | Environmental Consulting Services...... | $16.5 | |
| 541690.......................... | Other Scientific and Technical Consulting Services.......................... | $16.5 | |
| 541713.......................... | Research and Technology in Nanotechnology [11]........ | | [11] 1,000 |
| 541714.......................... | Research and Technology in Biotechnology (except Nanobiotechnology) [11]. | | [11] 1,000 |
| 541715.......................... | Research and Development in the Physical, Engineering, and Life Sciences (except Nanotechnology and Biotechnology) [11]......... | | [11] 1,000 |
| Except,.......................... | Aircraft, Aircraft Engine and Engine Parts [11].......................... | | [11] 1,500 |
| Except,.......................... | Other Aircraft Parts and Auxiliary Equipment [11] | | [11] 1,250 |
| Except,.......................... | Guided Missiles and Space Vehicles, Their | | [11] 1,250 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 280 of 317   Page ID #:418

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| | Propulsion Units and Propulsion Parts [11]........ | |
| 541720......................... | Research and Development in the Social Sciences and Humanities................... | $22.0 |
| 541810......................... | Advertising Agencies[10] | $16.5[10] |
| 541820......................... | Public Relations Agencies...................... | $16.5 |
| 541830......................... | Media Buying Agencies................... | $16.5 |
| 541840......................... | Media Representatives.. | $16.5 |
| 541850......................... | Outdoor Advertising..... | $16.5 |
| 541860......................... | Direct Mail Advertising | $16.5 |
| 541870......................... | Advertising Material Distribution Services.... | $16.5 |
| 541890......................... | Other Services Related to Advertising.............. | $16.5 |
| 541910......................... | Marketing Research and Public Opinion Polling.......................... | $16.5 |
| 541921......................... | Photography Studios, Portrait......................... | $8.0 |
| 541922......................... | Commercial Photography................. | $8.0 |
| 541930......................... | Translation and Interpretation Services.. | $8.0 |
| 541940......................... | Veterinary Services....... | $8.0 |
| 541990......................... | All Other Professional, Scientific and Technical Services....................... | $16.5 |

### Sector 55—Management of Companies and Enterprises

### Subsector 551—Management of Companies and Enterprises

| | | |
|---|---|---|
| 551111.......................... | Offices of Bank Holding Companies...... | $22.0 |
| 551112.......................... | Offices of Other Holding Companies...... | $22.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 281 of 317    Page ID #:419

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

Sector 56—Administrative and Support, Waste Management and Remediation Services

Subsector 561—Administrative and Support Services

| | | |
|---|---|---|
| 561110.......................... | Office Administrative Services........................ | $8.0 |
| 561210.......................... | Facilities Support Services[12]...................... | $41.5[12] |
| 561311.......................... | Employment Placement Agencies........................ | $30.0 |
| 561312.......................... | Executive Search Services........................ | $30.0 |
| 561320.......................... | Temporary Help Services........................ | $30.0 |
| 561330.......................... | Professional Employer Organizations................ | $30.0 |
| 561410.......................... | Document Preparation Services........................ | $16.5 |
| 561421.......................... | Telephone Answering Services........................ | $16.5 |
| 561422.......................... | Telemarketing Bureaus and Other Contact Centers........................ | $16.5 |
| 561431.......................... | Private Mail Centers..... | $16.5 |
| 561439.......................... | Other Business Service Centers (including Copy Shops)................ | $16.5 |
| 561440.......................... | Collection Agencies...... | $16.5 |
| 561450.......................... | Credit Bureaus.............. | $16.5 |
| 561491.......................... | Repossession Services.. | $16.5 |
| 561492.......................... | Court Reporting and Stenotype Services........ | $16.5 |
| 561499.......................... | All Other Business Support Services........... | $16.5 |
| 561510.......................... | Travel Agencies[10]......... | $22.0[10] |
| 561520.......................... | Tour Operators[10]........... | $22.0[10] |
| 561591.......................... | Convention and Visitors Bureaus........... | $22.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 282 of 317    Page
ID #:420

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 561599.......................... | All Other Travel Arrangement and Reservation Services..... | $22.0 |
| 561611.......................... | Investigation Services... | $22.0 |
| 561612.......................... | Security Guards and Patrol Services.............. | $22.0 |
| 561613.......................... | Armored Car Services... | $22.0 |
| 561621.......................... | Security Systems Services (except Locksmiths).................. | $22.0 |
| 561622.......................... | Locksmiths.................... | $22.0 |
| 561710.......................... | Exterminating and Pest Control Services........... | $12.0 |
| 561720.......................... | Janitorial Services......... | $19.5 |
| 561730.......................... | Landscaping Services... | $8.0 |
| 561740.......................... | Carpet and Upholstery Cleaning Services......... | $6.0 |
| 561790.......................... | Other Services to Buildings and Dwellings...................... | $8.0 |
| 561910.......................... | Packaging and Labeling Services........................ | $12.0 |
| 561920.......................... | Convention and Trade Show Organizers[10]........ | $12.0[10] |
| 561990.......................... | All Other Support Services........................ | $12.0 |

### Subsector 562—Waste Management and Remediation Services

| | | |
|---|---|---|
| 562111...........................  | Solid Waste Collection.. | $41.5 |
| 562112.......................... | Hazardous Waste Collection...................... | $41.5 |
| 562119.......................... | Other Waste Collection. | $41.5 |
| 562211.......................... | Hazardous Waste Treatment and Disposal | $41.5 |
| 562212.......................... | Solid Waste Landfill..... | $41.5 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 283 of 317    Page ID #:421

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | | |
|---|---|---|---|
| 562213.......................... | Solid Waste Combustors and Incinerators.................. | $41.5 | |
| 562219.......................... | Other Nonhazardous Waste Treatment and Disposal....................... | $41.5 | |
| 562910.......................... | Remediation Services... | $22.0 | |
| 562910 (Exception)...... | Environmental Remediation Services[14] | | 750[14] |
| 562920.......................... | Materials Recovery Facilities....................... | $22.0 | |
| 562991.......................... | Septic Tank and Related Services........... | $8.0 | |
| 562998.......................... | All Other Miscellaneous Waste Management Services... | $8.0 | |

Sector 61—Educational Services

Subsector 611—Educational Services

| | | | |
|---|---|---|---|
| 611110.......................... | Elementary and Secondary Schools........ | $12.0 | |
| 611210.......................... | Junior Colleges............. | $22.0 | |
| 611310.......................... | Colleges, Universities and Professional Schools........................ | $30.0 | |
| 611410.......................... | Business and Secretarial Schools....... | $8.0 | |
| 611420.......................... | Computer Training........ | $12.0 | |
| 611430.......................... | Professional and Management Development Training.. | $12.0 | |
| 611511.......................... | Cosmetology and Barber Schools............. | $8.0 | |
| 611512.......................... | Flight Training.............. | $30.0 | |
| 611513.......................... | Apprenticeship Training........................ | $8.0 | |
| 611519.......................... | Other Technical and Trade Schools.............. | $16.5 | |
| 611519 (Exception)....... | Job Corps Centers[16]...... | $41.5[16] | |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 284 of 317   Page
ID #:422

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| 611610 | Fine Arts Schools | $8.0 |
| 611620 | Sports and Recreation Instruction | $8.0 |
| 611630 | Language Schools | $12.0 |
| 611691 | Exam Preparation and Tutoring | $8.0 |
| 611692 | Automobile Driving Schools | $8.0 |
| 611699 | All Other Miscellaneous Schools and Instruction | $12.0 |
| 611710 | Educational Support Services | $16.5 |

Sector 62—Health Care and Social Assistance

Subsector 621—Ambulatory Health Care Services

| 621111 | Offices of Physicians (except Mental Health Specialists) | $12.0 |
| 621112 | Offices of Physicians, Mental Health Specialists | $12.0 |
| 621210 | Offices of Dentists | $8.0 |
| 621310 | Offices of Chiropractors | $8.0 |
| 621320 | Offices of Optometrists | $8.0 |
| 621330 | Offices of Mental Health Practitioners (except Physicians) | $8.0 |
| 621340 | Offices of Physical, Occupational and Speech Therapists and Audiologists | $8.0 |
| 621391 | Offices of Podiatrists | $8.0 |
| 621399 | Offices of All Other Miscellaneous Health Practitioners | $8.0 |
| 621410 | Family Planning Centers | $12.0 |

Case 2:26-cv-01699-MWC-SK Document 20-1 Filed 07/16/26 Page 285 of 317 Page ID #:423

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 621420.......................... | Outpatient Mental Health and Substance Abuse Centers............... | $16.5 |
| 621491.......................... | HMO Medical Centers.. | $35.0 |
| 621492.......................... | Kidney Dialysis Centers.......................... | $41.5 |
| 621493.......................... | Freestanding Ambulatory Surgical and Emergency Centers | $16.5 |
| 621498.......................... | All Other Outpatient Care Centers................. | $22.0 |
| 621511.......................... | Medical Laboratories.... | $35.0 |
| 621512.......................... | Diagnostic Imaging Centers......................... | $16.5 |
| 621610.......................... | Home Health Care Services.......................... | $16.5 |
| 621910.......................... | Ambulance Services..... | $16.5 |
| 621991.......................... | Blood and Organ Banks | $35.0 |
| 621999.......................... | All Other Miscellaneous Ambulatory Health Care Services................ | $16.5 |

Subsector 622—Hospitals

| | | |
|---|---|---|
| 622110.......................... | General Medical and Surgical Hospitals......... | $41.5 |
| 622210.......................... | Psychiatric and Substance Abuse Hospitals....................... | $41.5 |
| 622310.......................... | Specialty (except Psychiatric and Substance Abuse) Hospitals....................... | $41.5 |

Subsector 623—Nursing and Residential Care Facilities

| | | |
|---|---|---|
| 623110.......................... | Nursing Care Facilities (Skilled Nursing Facilities)..................... | $30.0 |
| 623210.......................... | Residential Intellectual and Developmental Disability Facilities....... | $16.5 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 286 of 317    Page ID #:424

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

| | | |
|---|---|---|
| 623220.......................... | Residential Mental Health and Substance Abuse Facilities............ | $16.5 |
| 623311.......................... | Continuing Care Retirement Communities................. | $30.0 |
| 623312.......................... | Assisted Living Facilities for the Elderly.......................... | $12.0 |
| 623990.......................... | Other Residential Care Facilities........................ | $12.0 |

**Subsector 624—Social Assistance**

| | | |
|---|---|---|
| 624110.......................... | Child and Youth Services........................ | $12.0 |
| 624120.......................... | Services for the Elderly and Persons with Disabilities.................... | $12.0 |
| 624190.......................... | Other Individual and Family Services............ | $12.0 |
| 624210.......................... | Community Food Services........................ | $12.0 |
| 624221.......................... | Temporary Shelters....... | $12.0 |
| 624229.......................... | Other Community Housing Services.......... | $16.5 |
| 624230.......................... | Emergency and Other Relief Services.............. | $35.0 |
| 624310.......................... | Vocational Rehabilitation Services. | $12.0 |
| 624410.......................... | Child Day Care Services........................ | $8.0 |

**Sector 71—Arts, Entertainment and Recreation**

**Subsector 711—Performing Arts, Spectator Sports and Related Industries**

| | | |
|---|---|---|
| 711110.......................... | Theater Companies and Dinner Theaters............ | $22.0 |
| 711120.......................... | Dance Companies......... | $12.0 |
| 711130.......................... | Musical Groups and Artists........................... | $12.0 |

| | | |
|---|---|---|
| 711190........................... | Other Performing Arts Companies.................... | $30.0 |
| 711211........................... | Sports Teams and Clubs | $41.5 |
| 711212........................... | Racetracks...................... | $41.5 |
| 711219........................... | Other Spectator Sports.. | $12.0 |
| 711310........................... | Promoters of Performing Arts, Sports and Similar Events with Facilities........................ | $35.0 |
| 711320........................... | Promoters of Performing Arts, Sports and Similar Events without Facilities.......... | $16.5 |
| 711410........................... | Agents and Managers for Artists, Athletes, Entertainers and Other Public Figures............... | $12.0 |
| 711510........................... | Independent Artists, Writers, and Performers | $8.0 |

### Subsector 712—Museums, Historical Sites and Similar Institutions

| | | |
|---|---|---|
| 712110........................... | Museums........................ | $30.0 |
| 712120........................... | Historical Sites.............. | $8.0 |
| 712130........................... | Zoos and Botanical Gardens........................ | $30.0 |
| 712190........................... | Nature Parks and Other Similar Institutions....... | $8.0 |

### Subsector 713—Amusement, Gambling and Recreation Industries

| | | |
|---|---|---|
| 713110........................... | Amusement and Theme Parks............................ | $41.5 |
| 713120........................... | Amusement Arcades..... | $8.0 |
| 713210........................... | Casinos (except Casino Hotels)......................... | $30.0 |
| 713290........................... | Other Gambling Industries...................... | $35.0 |
| 713910........................... | Golf Courses and Country Clubs.............. | $16.5 |
| 713920........................... | Skiing Facilities........... | $30.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 288 of 317    Page ID #:426

| 713930 | Marinas | $8.0 |
| 713940 | Fitness and Recreational Sports Centers | $8.0 |
| 713950 | Bowling Centers | $8.0 |
| 713990 | All Other Amusement and Recreation Industries | $8.0 |

### Sector 72—Accommodation and Food Services

### Subsector 721—Accommodation

| 721110 | Hotels (except Casino Hotels) and Motels | $35.0 |
| 721120 | Casino Hotels | $35.0 |
| 721191 | Bed-and-Breakfast Inns | $8.0 |
| 721199 | All Other Traveler Accommodation | $8.0 |
| 721211 | RV (Recreational Vehicle) Parks and Campgrounds | $8.0 |
| 721214 | Recreational and Vacation Camps (except Campgrounds) | $8.0 |
| 721310 | Rooming and Boarding Houses, Dormitories, and Workers' Camps | $8.0 |

### Subsector 722—Food Services and Drinking Places

| 722310 | Food Service Contractors | $41.5 |
| 722320 | Caterers | $8.0 |
| 722330 | Mobile Food Services | $8.0 |
| 722410 | Drinking Places (Alcoholic Beverages) | $8.0 |
| 722511 | Full-Service Restaurants | $8.0 |
| 722513 | Limited-Service Restaurants | $12.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 289 of 317    Page
ID #:427

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| | | |
|---|---|---|
| 722514......................... | Cafeterias, Grill Buffets, and Buffets...... | $30.0 |
| 722515......................... | Snack and Nonalcoholic Beverage Bars.............................. | $8.0 |

### Sector 81—Other Services (Except Public Administration)

### Subsector 811—Repair and Maintenance

| | | |
|---|---|---|
| 811111.......................... | General Automotive Repair............................ | $8.0 |
| 811112.......................... | Automotive Exhaust System Repair............... | $8.0 |
| 811113.......................... | Automotive Transmission Repair..... | $8.0 |
| 811118.......................... | Other Automotive Mechanical and Electrical Repair and Maintenance................. | $8.0 |
| 811121.......................... | Automotive Body, Paint and Interior Repair and Maintenance................. | $8.0 |
| 811122.......................... | Automotive Glass Replacement Shops....... | $12.0 |
| 811191.......................... | Automotive Oil Change and Lubrication Shops.. | $8.0 |
| 811192.......................... | Car Washes................... | $8.0 |
| 811198.......................... | All Other Automotive Repair and Maintenance................. | $8.0 |
| 811211.......................... | Consumer Electronics Repair and Maintenance................. | $8.0 |
| 811212......................... | Computer and Office Machine Repair and Maintenance................. | $30.0 |
| 811213......................... | Communication Equipment Repair and Maintenance................ | $12.0 |
| 811219......................... | Other Electronic and Precision Equipment Repair and Maintenance................. | $22.0 |

| | | |
|---|---|---|
| 811310............................ | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance.................. | $8.0 |
| 811411............................ | Home and Garden Equipment Repair and Maintenance.................. | $8.0 |
| 811412........................ | Appliance Repair and Maintenance.................. | $16.5 |
| 811420............................ | Reupholstery and Furniture Repair............ | $8.0 |
| 811430............................ | Footwear and Leather Goods Repair................ | $8.0 |
| 811490............................ | Other Personal and Household Goods Repair and Maintenance.................. | $8.0 |

### Subsector 812—Personal and Laundry Services

| | | |
|---|---|---|
| 812111............................ | Barber Shops................. | $8.0 |
| 812112............................ | Beauty Salons............... | $8.0 |
| 812113............................ | Nail Salons.................... | $8.0 |
| 812191............................ | Diet and Weight Reducing Centers.......... | $22.0 |
| 812199............................ | Other Personal Care Services........................ | $8.0 |
| 812210............................ | Funeral Homes and Funeral Services........... | $8.0 |
| 812220............................ | Cemeteries and Crematories................... | $22.0 |
| 812310............................ | Coin-Operated Laundries and Drycleaners................... | $8.0 |
| 812320............................ | Drycleaning and Laundry Services (except Coin-Operated) | $6.0 |
| 812331............................ | Linen Supply................ | $35.0 |
| 812332......................... | Industrial Launderers.... | $41.5 |

| | | |
|---|---|---|
| 812910.......................... | Pet Care (except Veterinary) Services...... | $8.0 |
| 812921.......................... | Photofinishing Laboratories (except One-Hour)..................... | $22.0 |
| 812922.......................... | One-Hour Photofinishing............... | $16.5 |
| 812930.......................... | Parking Lots and Garages........................ | $41.5 |
| 812990.......................... | All Other Personal Services........................ | $8.0 |
| Subsector 813— Religious, Grantmaking, Civic, Professional and Similar Organizations | | |
| 813110.......................... | Religious Organizations | $8.0 |
| 813211.......................... | Grantmaking Foundations.................. | $35.0 |
| 813212.......................... | Voluntary Health Organizations............... | $30.0 |
| 813219.......................... | Other Grantmaking and Giving Services............ | $41.5 |
| 813311.......................... | Human Rights Organizations............... | $30.0 |
| 813312.......................... | Environment, Conservation and Wildlife Organizations.. | $16.5 |
| 813319.......................... | Other Social Advocacy Organizations............... | $8.0 |
| 813410.......................... | Civic and Social Organizations............... | $8.0 |
| 813910.......................... | Business Associations... | $8.0 |
| 813920.......................... | Professional Organizations............... | $16.5 |
| 813930....................... | Labor Unions and Similar Labor Organizations............... | $8.0 |

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 292 of 317    Page
ID #:430

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13
C.F.R. § 121.201

| 813940.......................... | Political Organizations.. | $8.0 |
| 813990.......................... | Other Similar Organizations (except Business, Professional, Labor, and Political Organizations).............. | $8.0 |

Sector 92—Public Administration [19]

(Small business size standards are not established for this sector. Establishments in the Public Administration sector are Federal, state, and local government agencies which administer and oversee government programs and activities that are not performed by private establishments.)

Footnotes

1. [Reserved by 78 FR 77351]

2. NAICS code 237990—Dredging: To be considered small for purposes of Government procurement, a firm must perform at least 40 percent of the volume dredged with its own equipment or equipment owned by another small dredging concern.

3. NAICS code 311421—For purposes of Government procurement for food canning and preserving, the standard of 1,000 employees excludes agricultural labor as defined in 3306(k) of the Internal Revenue Code, 26 U.S.C. 3306(k).

4. NAICS code 324110—To qualify as small for purposes of Government procurement, the petroleum refiner, including its affiliates, must be a concern that has either no more than 1,500 employees or no more than 200,000 barrels per calendar day total Operable Atmospheric Crude Oil Distillation capacity. Capacity includes all domestic and foreign affiliates, all owned or leased facilities, and all facilities under a processing agreement or an arrangement such as an exchange agreement or a throughput. To qualify under the capacity size standard, the firm, together with its affiliates, must be primarily engaged in refining crude petroleum into refined petroleum products. A firm's "primary industry" is determined in accordance with 13 CFR 121.107.

5. NAICS code 326211—For Government procurement, a firm is small for bidding on a contract for pneumatic tires within Census NAICS Product Classification codes 3262111 and 3262113, provided that:

(a) The value of tires within Census NAICS Product Classification codes 3262111 and 3262113 that it manufactured in the United States during the previous calendar year is more than 50 percent of the value of its total worldwide manufacture,

(b) The value of pneumatic tires within Census NAICS Product Classification codes 3262111 and 3262113 comprising its total worldwide manufacture during the preceding calendar year was less than 5 percent of the value of all such tires manufactured in the United States during that period, and

(c) The value of the principal product that it manufactured, produced, or sold worldwide during the preceding calendar year is less than 10 percent of the total

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 293 of 317   Page ID #:431

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

value of such products manufactured or otherwise produced or sold in the United States during that period.

6. NAICS Subsectors 333, 334, 335 and 336—For rebuilding machinery or equipment on a factory basis, or equivalent, use the NAICS code for a newly manufactured product. Concerns performing major rebuilding or overhaul activities do not necessarily have to meet the criteria for being a "manufacturer" although the activities may be classified under a manufacturing NAICS code. Ordinary repair services or preservation are not considered rebuilding.

7. NAICS code 336413—Contracts for the rebuilding or overhaul of aircraft ground support equipment on a contract basis are classified under NAICS code 336413.

8. NAICS Codes 522110, 522120, 522130, 522190, and 522210—A financial institution's assets are determined by averaging the assets reported on its four quarterly financial statements for the preceding year. "Assets" for the purposes of this size standard means the assets defined according to the Federal Financial Institutions Examination Council 041 call report form for NAICS codes 522110, 522120, 522190, and 522210 and the National Credit Union Administration 5300 call report form for NAICS code 522130.

9. NAICS codes 531110, 531120, 531130, and 531190—Leasing of Building Space to the Federal Government by Owners: For Government procurement, a size standard of $41.5 million in gross receipts applies to the owners of building space leased to the Federal Government. The standard does not apply to an agent.

10. NAICS codes 488510 (part) 531210, 541810, 561510, 561520, and 561920 —As measured by total revenues, but excluding funds received in trust for an unaffiliated third party, such as bookings or sales subject to commissions. The commissions received are included as revenues.

11. NAICS codes 541713, 541714, and 541715 —

(a) "Research and Development" means laboratory or other physical research and development. It does not include economic, educational, engineering, operations, systems, or other nonphysical research; or computer programming, data processing, commercial and/or medical laboratory testing.

(b) For research and development contracts requiring the delivery of a manufactured product, the appropriate size standard is that of the manufacturing industry.

(c) For purposes of the Small Business Innovation Research (SBIR) and Small Business Transfer Technology (STTR) programs, the term "research" or "research and development" means any activity which is (A) a systematic, intensive study directed toward greater knowledge or understanding of the subject studied; (B) a systematic study directed specifically toward applying new knowledge to meet a recognized need; or (C) a systematic application of knowledge toward the production of useful materials, devices, and systems or methods, including design, development, and improvement of prototypes and new processes to meet specific requirements. See 15 U.S.C. 638(e)(5) and section 3 of the SBIR and STTR policy directives available at www.sbir.gov. For size eligibility requirements for the SBIR and STTR programs, see § 121.702 of this part.

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 294 of 317    Page ID #:432

(d) "Research and Development" for guided missiles and space vehicles includes evaluations and simulation, and other services requiring thorough knowledge of complete missiles and spacecraft.

12. NAICS code 561210—Facilities Support Services:

(a) If one or more activities of Facilities Support Services as defined in paragraph (b) (below in this footnote) can be identified with a specific industry and that industry accounts for 50 percent or more of the value of an entire procurement, then the proper classification of the procurement is that of the specific industry, not Facilities Support Services.

(b) "Facilities Support Services" requires the performance of three or more separate activities in the areas of services or specialty trade contractors industries. If services are performed, these service activities must each be in a separate NAICS industry. If the procurement requires the use of specialty trade contractors (plumbing, painting, plastering, carpentry, etc.), all such specialty trade contractors activities are considered a single activity and classified as "Building and Property Specialty Trade Services." Since "Building and Property Specialty Trade Services" is only one activity, two additional activities of separate NAICS industries are required for a procurement to be classified as "Facilities Support Services."

13. NAICS code 238990—Building and Property Specialty Trade Services: If a procurement requires the use of multiple specialty trade contractors (i.e., plumbing, painting, plastering, carpentry, etc.), and no specialty trade accounts for 50 percent or more of the value of the procurement, all such specialty trade contractors activities are considered a single activity and classified as Building and Property Specialty Trade Services.

14. NAICS 562910—Environmental Remediation Services:

(a) For SBA assistance as a small business concern in the industry of Environmental Remediation Services, other than for Government procurement, a concern must be engaged primarily in furnishing a range of services for the remediation of a contaminated environment to an acceptable condition including, but not limited to, preliminary assessment, site inspection, testing, remedial investigation, feasibility studies, remedial design, containment, remedial action, removal of contaminated materials, storage of contaminated materials and security and site closeouts. If one of such activities accounts for 50 percent or more of a concern's total revenues, employees, or other related factors, the concern's primary industry is that of the particular industry and not the Environmental Remediation Services Industry.

(b) For purposes of classifying a Government procurement as Environmental Remediation Services, the general purpose of the procurement must be to restore or directly support the restoration of a contaminated environment (such as, preliminary assessment, site inspection, testing, remedial investigation, feasibility studies, remedial design, remediation services, containment, removal of contaminated materials, storage of contaminated materials or security and site closeouts), although the general purpose of the procurement need not necessarily include remedial actions. Also, the procurement must be composed of activities in three or more separate industries with separate NAICS codes or, in some instances (e.g., engineering), smaller sub-components of NAICS codes with separate, distinct size standards. These activities may include, but are not limited to, separate activities in industries such as: Heavy Construction; Specialty Trade Contractors; Engineering Services; Architectural Services; Management Consulting Services; Hazardous and Other Waste Collection;

Case 2:26-cv-01699-MWC-SK   Document 20-1   Filed 07/16/26   Page 295 of 317   Page ID #:433

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

Remediation Services, Testing Laboratories; and Research and Development in the Physical, Engineering and Life Sciences. If any activity in the procurement can be identified with a separate NAICS code, or component of a code with a separate distinct size standard, and that industry accounts for 50 percent or more of the value of the entire procurement, then the proper size standard is the one for that particular industry, and not the Environmental Remediation Service size standard.

15. [Reserved by 81 FR 4466]

16. NAICS code 611519—Job Corps Centers. For classifying a Federal procurement, the purpose of the solicitation must be for the management and operation of a U.S. Department of Labor Job Corps Center. The activities involved include admissions activities, life skills training, educational activities, comprehensive career preparation activities, career development activities, career transition activities, as well as the management and support functions and services needed to operate and maintain the facility. For SBA assistance as a small business concern, other than for Federal Government procurements, a concern must be primarily engaged in providing the services to operate and maintain Federal Job Corps Centers.

17. NAICS code 115310 (Support Activities for Forestry)—Forest Fire Suppression and Fuels Management Services are two components of Support Activities for Forestry. Forest Fire Suppression includes establishments which provide services to fight forest fires. These firms usually have fire-fighting crews and equipment. Fuels Management Services firms provide services to clear land of hazardous materials that would fuel forest fires. The treatments used by these firms may include prescribed fire, mechanical removal, establishing fuel breaks, thinning, pruning, and piling.

18. NAICS code 541519—An Information Technology Value Added Reseller (ITVAR) provides a total solution to information technology acquisitions by providing multi-vendor hardware and software along with significant value added services. Significant value added services consist of, but are not limited to, configuration consulting and design, systems integration, installation of multi-vendor computer equipment, customization of hardware or software, training, product technical support, maintenance, and end user support. For purposes of Government procurement, an information technology procurement classified under this exception and 150–employee size standard must consist of at least 15% and not more than 50% of value added services, as measured by the total contract price. In addition, the offeror must comply with the manufacturing performance requirements, or comply with the non-manufacturer rule by supplying the products of small business concerns, unless SBA has issued a class or contract specific waiver of the non-manufacturer rule. If the contract consists of less than 15% of value added services, then it must be classified under a NAICS manufacturing industry. If the contract consists of more than 50% of value added services, then it must be classified under the NAICS industry that best describes the predominate service of the procurement.

19. NAICS Sector 92—Small business size standards are not established for this sector. Establishments in the Public Administration sector are Federal, State, and local government agencies which administer and oversee government programs and activities that are not performed by private establishments. Concerns performing operational services for the administration of a government program are classified under the NAICS private sector industry based on the activities performed. Similarly, procurements for these types of services are classified under the NAICS private sector industry that best describes the activities to be performed. For example, if a government agency issues a procurement for

Case 2:26-cv-01699-MWC-SK    Document 20-1    Filed 07/16/26    Page 296 of 317    Page ID #:434

§ 121.201 What size standards has SBA identified by North American Industry Classification System..., 13 C.F.R. § 121.201

law enforcement services, the requirement would be classified using one of the NAICS industry codes under 56161, Investigation, Guard, and Armored Car Services.

20. NAICS code 511210—For purposes of Government procurement, the purchase of software subject to potential waiver of the nonmanufacturer rule pursuant to § 121.1203(d) should be classified under this NAICS code.

**Credits**

[61 FR 6412, Feb. 20, 1996; 61 FR 7306, Feb. 27, 1996; 61 FR 7986, March 1, 1996; 61 FR 43119, Aug. 20, 1996; 64 FR 26280, May 14, 1999; 65 FR 30840, May 15, 2000; 65 FR 53535, Sept. 5, 2000; 65 FR 60343, Oct. 11, 2000; 65 FR 69438, Nov. 17, 2000; 65 FR 70637, Nov. 24, 2000; 66 FR 30647, June 7, 2001; 66 FR 32416, June 14, 2001; 67 FR 3045, Jan. 23, 2002; 67 FR 11880, March 15, 2002; 67 FR 19637, April 23, 2002; 67 FR 38186, 38191, May 31, 2002; 67 FR 52602, Aug. 13, 2002; 67 FR 56906, Sept. 6, 2002; 67 FR 62292, Oct. 4, 2002; 67 FR 65290, Oct. 24, 2002; 67 FR 67103, 67253, Nov. 4, 2002; 68 FR 13811, March 21, 2003; 68 FR 15050, March 28, 2003; 68 FR 16408, April 4, 2003; 68 FR 33354, June 4, 2003; 68 FR 59314, Oct. 15, 2003; 68 FR 74841, 74842, 74847, Dec. 29, 2003; 69 FR 29203, May 21, 2004; 70 FR 72583, Dec. 6, 2005; 71 FR 37491, June 30, 2006; 71 FR 63064, Oct. 27, 2006; 72 FR 49645, Aug. 29, 2007; 73 FR 12870, March 11, 2008; 73 FR 41241, July 18, 2008; 73 FR 42519, July 22, 2008; 74 FR 67972, Dec. 22, 2009; 75 FR 61596, Oct. 6, 2010; 75 FR 61602, Oct. 6, 2010; 75 FR 61608, Oct. 6, 2010; 77 FR 7514, Feb. 10, 2012; 77 FR 10949, Feb. 24, 2012; 77 FR 50008, Aug. 20, 2012; 77 FR 56755, Sept. 14, 2012; 77 FR 58746, Sept. 24, 2012; 77 FR 58754, Sept. 24, 2012; 77 FR 58760, Sept. 24, 2012; 77 FR 72701, Dec. 6, 2012; 77 FR 72708, Dec. 6, 2012; 77 FR 76224, Dec. 27, 2012; 78 FR 36083, June 17, 2013; 78 FR 37403, June 20, 2013; 78 FR 37408, June 20, 2013; 78 FR 37415, 37416, June 20, 2013; 78 FR 37421, June 20, 2013; 78 FR 37701, June 24, 2013; 78 FR 70847, Nov. 27, 2013; 78 FR 77342, Dec. 23, 2013; 78 FR 77350–77351, Dec. 23, 2013; 79 FR 33655, June 12, 2014; 79 FR 71296, Dec. 2, 2014; 81 FR 3947, Jan. 25, 2016; 81 FR 3956, Jan. 25, 2016; 81 FR 4466, Jan. 26, 2016; 81 FR 4486, Jan. 26, 2016; 81 FR 34259, May 31, 2016; 81 FR 93583, Dec. 21, 2016; 82 FR 44894, Sept. 27, 2017; 83 FR 40660, Aug. 16, 2018; 84 FR 34269, July 18, 2019; 84 FR 64013, Nov. 20, 2019]

SOURCE: 61 FR 3286, Jan. 31, 1996; 62 FR 11318, March 12, 1997; 63 FR 31907, June 11, 1998; 63 FR 46642, Sept. 2, 1998; 64 FR 26280, May 14, 1999; 64 FR 57370, Oct. 25, 1999; 67 FR 62337, Oct. 7, 2002; 69 FR 25266, May 5, 2004; 69 FR 29420, May 24, 2004; 70 FR 51248, Aug. 30, 2005; 70 FR 56814, Sept. 29, 2005; 70 FR 69047, 69052, Nov. 14, 2005; 73 FR 56947, Oct. 1, 2008; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 77 FR 7513, Feb. 10, 2012; 77 FR 76224, Dec. 27, 2012; 78 FR 37403, June 20, 2013; 85 FR 20821, April 15, 2020, unless otherwise noted.

AUTHORITY: 15 U.S.C. 632, 634(b)(6), 636(a)(36), 662, and 694a(9); Pub.L. 116–136, Section 1114.

---

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT M

# IFR #2, initially posted April 3, 2020 (as captured on SBA website April 4, 2020)

**SMALL BUSINESS ADMINISTRATION**

**Docket No. SBA-2020-[       ]**

**13 CFR Part 121**

**Business Loan Program Temporary Changes; Paycheck Protection Program**

**RIN [        ]**

**AGENCY:**    U. S. Small Business Administration.

**ACTION:**    Interim Final Rule.

**SUMMARY:**  On April 2, 2020, the U.S. Small Business Administration (SBA) issued an interim final rule (the Initial Rule) announcing the implementation of sections 1102 and 1106 of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act or the Act).  Section 1102 of the Act temporarily adds a new program, titled the "Paycheck Protection Program," to the SBA's 7(a) Loan Program.  Section 1106 of the Act provides for forgiveness of up to the full principal amount of qualifying loans guaranteed under the Paycheck Protection Program.  The Paycheck Protection Program and loan forgiveness are intended to provide economic relief to small businesses nationwide adversely impacted by the Coronavirus Disease 2019 (COVID-19).  This interim final rule supplements the Initial Rule with additional guidance regarding the application of certain affiliate rules applicable to SBA's implementation of sections 1102 and 1106 of the Act and requests public comment.

DATES:   Effective Date: This interim final rule is effective [INSERT DATE OF PUBLICATION IN THE FEDERAL REGISTER].

Applicability Date:  This interim final rule applies to applications submitted under the Paycheck Protection Program through June 30, 2020, or until funds made available for this purpose are exhausted.

<u>Comment Date</u>:  Comments must be received on or before [INSERT DATE 30 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER].

You may submit comments, identified by number SBA-2020-[    ] through the Federal eRulemaking Portal:  http://www.regulations.gov.  Follow the instructions for submitting comments.

SBA will post all comments on www.regulations.gov.  If you wish to submit confidential business information (CBI) as defined in the User Notice at www.regulations.gov, please send an email to ppp-ifr@sba.gov.  Highlight the information that you consider to be CBI and explain why you believe SBA should hold this information as confidential.  SBA will review the information and make the final determination whether it will publish the information.

FOR FURTHER INFORMATION CONTACT:  The local SBA Field Office; the list of offices can be found at https://www.sba.gov/tools/local-assistance/districtoffices.

SUPPLEMENTARY INFORMATION:

I.    Background Information

On March 13, 2020, President Trump declared the ongoing Coronavirus Disease 2019 (COVID-19) pandemic of sufficient severity and magnitude to warrant an emergency declaration for all States, territories, and the District of Columbia.  With the COVID-19 emergency, many small businesses nationwide are experiencing economic hardship as a direct result of the Federal, State, tribal, and local public health measures that are being taken to minimize the public's exposure to the virus.  These measures, some of which are government-mandated, are being implemented nationwide and include the closures of restaurants, bars, and gyms.  In addition, based on the advice of public health officials, other measures, such as keeping a safe distance

2

from others or even stay-at-home orders, are being implemented, resulting in a dramatic decrease in economic activity as the public avoids malls, retail stores, and other businesses.

On March 27, 2020, the President signed the Coronavirus Aid, Relief, and Economic Security Act (the CARES Act or the Act) (P.L. 116-136) to provide emergency assistance and health care response for individuals, families, and businesses affected by the coronavirus pandemic.  The Small Business Administration (SBA) received funding and authority through the Act to modify existing loan programs and establish a new loan program to assist small businesses nationwide adversely impacted by the COVID-19 emergency.

Section 1102 of the Act temporarily permits SBA to guarantee 100 percent of 7(a) loans under a new program titled the "Paycheck Protection Program."  Section 1106 of the Act provides for forgiveness of up to the full principal amount of qualifying loans guaranteed under the Paycheck Protection Program.  On April 2, 2020, SBA issued an interim final rule (the Initial Rule) announcing the implementation of sections 1102 and 1106 of the Act.  A more detailed discussion of sections 1102 and 1106 of the Act is found in section III of the Initial Rule.

This interim final rule supplements the Initial Rule with additional guidance regarding the application of certain affiliate rules applicable to SBA's implementation of sections 1102 and 1106 of the Act and requests public comment.

II.      Comments and Immediate Effective Date

The intent of the Act is that SBA provide relief to America's small businesses expeditiously. This intent, along with the dramatic decrease in economic activity nationwide, provides good cause for SBA to dispense with the 30-day delayed effective date provided in the Administrative Procedure Act (5 U.S.C. 553(b)(3)(B)).  Specifically, small businesses need to be informed on how to apply for a loan and the terms of the loan under section 1102 of the Act as soon as

3

possible because the last day to apply for and receive a loan is June 30, 2020.  The immediate effective date of this interim final rule will benefit small businesses so that they can immediately apply for the loan with a better understanding of loan terms and conditions.  This interim final rule is effective without advance notice and public comment because section 1114 of the Act authorizes SBA to issue regulations to implement Title 1 of the Act without regard to notice requirements.  This rule is being issued to allow for immediate implementation of this program. Although this interim final rule is effective immediately, comments are solicited from interested members of the public on all aspects of the interim final rule.  These comments must be submitted on or before [INSERT DATE 30 DAYS FROM DATE OF PUBLICATION IN THE FEDERAL REGISTER].  The SBA will consider these comments and the need for making any revisions as a result of these comments.

III.    Affiliate Rules for Paycheck Protection Program

*Overview*

The CARES Act was enacted to provide immediate assistance to individuals, families, and organizations affected by the COVID-19 emergency.  Among the provisions contained in the CARES Act are provisions authorizing SBA to temporarily guarantee loans under the Paycheck Protection Program (PPP).  Loans under the PPP will be 100 percent guaranteed by SBA, and the full principal amount of the loans may qualify for loan forgiveness.  Additional information about the PPP is available in the Initial Rule.

**1.  *Affiliation Rules Generally***

*Are affiliates considered together for purposes of determining eligibility?*

4

In most cases, a borrower will be considered together with its affiliates for purposes of determining eligibility for the PPP.[1]  Under SBA rules, entities may be considered affiliates based on factors including stock ownership, overlapping management,[2] and identity of interest. 13 CFR § 121.301.

*How do SBA's affiliation rules affect my eligibility and apply to me under the PPP?*

An entity generally is eligible for the PPP if it, combined with its affiliates, is a small business as defined in section 3 of the Small Business Act (15 U.S.C. 632), or (1) has 500 or fewer employees whose principal place of residence is in the United States or is a business that operates in a certain industry and meets applicable SBA employee-based size standards for that industry, and (2) is a tax-exempt nonprofit organization described in section 501(c)(3) of the Internal Revenue Code (IRC), a tax-exempt veterans organization described in section 501(c)(19) of the IRC, a Tribal business concern described in section 31(b)(2)(C) of the Small Business Act, or any other business concern.  Prior to the Act, the nonprofit organizations listed above were not eligible for SBA Business Loan Programs under section 7(a) of the Small Business Act; only for-profit small business concerns were eligible.  The Act made such nonprofit organizations not only eligible for the PPP, but also subjected them to SBA's affiliation rules.  Specifically, section 1102 of the Act provides that the provisions applicable to

---

[1] Section 7(a)(36)(D)(iv) of the Small Business Act (15 U.S.C. § 636(a)(36)(D)(iv), as added by the Act, waives the affiliation rules contained in section 121.103 for (1) any business concern with not more than 500 employees that, as of the date on which the loan is disbursed, is assigned a North American Industry Classification System code beginning with 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the Administration; and (3) any business concern that receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958 (15 U.S.C. 681).  This interim final rule has no effect on these statutory waivers, which remain in full force and effect.  As a result, the affiliation rules contained in section 121.301 also do not apply to these types of entities.

[2] In order to help potential borrowers identify other businesses with which they may be deemed to be affiliated under the common management standard, the Borrower Application Form, SBA Form 2483, released on April 2, 2020, requires applicants to list other businesses with which they have common management.  The information supplied by the applicant in response to that information request should be used by applicants as they assess whether they have affiliates that should be included in their number of employees reported on SBA Form 2483.

affiliations under 13 CFR 121.103 apply with respect to nonprofit organizations and veterans

organizations in the same manner as with respect to small business concerns.  However, the

detailed affiliation standards contained in section 121.103 currently do not apply to PPP

borrowers, because section 121.103(a)(8) provides that applicants in SBA's Business Loan

Programs (which include the PPP) are subject to the affiliation rule contained in 13 CFR

121.301.

> **2.    *Faith-Based Organizations***

This rule exempts otherwise qualified faith-based organizations from the SBA's

affiliation rules, including those set forth in 13 CFR part 121, where the application of the

affiliation rules would substantially burden those organizations' religious exercise.  This

exemption is required, or at a minimum authorized, by the Religious Freedom Restoration Act

(RFRA) (P.L. 103-141), which provides that the "[g]overnment shall not substantially burden a

person's exercise of religion" unless the government can "demonstrate[] that application of the

burden" to the person is both "in furtherance of a compelling governmental interest" and "the

least restrictive means of furthering that compelling governmental interest."  42 U.S.C. 2000bb-

1.

A substantial burden under RFRA includes both government action that compels a person

to violate his sincere religious beliefs or suffer a penalty, *see, e.g.*, *Burwell v. Hobby Lobby*

*Stores, Inc.*, 573 U.S. 682, 726 (2014), and the imposition of a substantial burden through

"indirect" measures.  *Thomas v. Review Bd. of Ind. Emp. Sec. Div.*, 450 U.S. 707, 717-18 (1981).

Notably, the government imposes a substantial burden on religious exercise when it "conditions

receipt of an important benefit upon conduct proscribed by a religious faith, or where it denies

such a benefit because of conduct mandated by religious belief."  *Id.* at 718.  For example, in

6

*Sherbert v. Verner*, 374 U.S. 398 (1963), a State denied the plaintiff unemployment benefits because she would not work on Saturday, the Sabbath of her faith. *Id.* at 400-01. Even though no "sanctions directly compel[led]" her to work on Saturday, the Supreme Court held that the State's denial of benefits "puts the same kind of burden upon the free exercise of religion as would a fine imposed against [her] for her Saturday worship." *Id*. at 404. As the Court observed, the State's framework "forces her to choose between following the precepts of her religion and forfeiting benefits, on the one hand, and abandoning one of the precepts of her religion in order to accept work, on the other hand." *Id.* Consistent with these precedents, RFRA explicitly contemplates that "the denial of government funding, benefits, or exemptions" may violate its protections. 42 U.S.C. 2000bb-4.

SBA is aware of the existence of faith-based organizations that would qualify for relief under the CARES Act but for their affiliation with other entities as an aspect of their religious practice. Supreme Court precedent has long recognized that the organizational structure of faith-based entities may itself be a matter of significant religious concern and that faith-based organizations are therefore guaranteed the "power to decide for themselves, free from state interference, matters of church government as well as those of faith and doctrine." *Kedroff v. St. Nicholas Cathedral of Russian Orthodox Church in N. Am.*, 344 U.S. 94, 116 (1952). Moreover, an assessment of the extent to which questions concerning religious polity rest upon theological or other religious foundations presents particular difficulties, for the First Amendment "forbids civil courts" from "the interpretation of particular church doctrines and the importance of those doctrines to the religion." *Presbyterian Church v. Mary Elizabeth Blue Hull Mem'l Presbyterian Church*, 393 U.S. 440, 450 (1969). A number of faith-based organizations understand their affiliation with other religious entities as a part of their exercise of religion, as a mandate given

7

the "hierarchical or connectional" structure of their church, *Jones v. Wolf*, 443 U.S. 595, 597 (1979), or as an expression of their sincere religious belief. *Cf.* 1 W. Cole Durham & Robert Smith, Religious Organizations and the Law § 8.19 (Westlaw rev. ed. 2017) ("Religious organizations, such as parishes or mission centers, normally tend to choose the civil-property-holding structures that most closely mirror their own ecclesiology or polity."). Either affiliation decision falls within the definition of "religious exercise" that applies to RFRA, which "includes any exercise of religion, whether or not compelled by, or central to, a system of religious belief." *See* 42 U.S.C. 2000cc-5(7)(A); 2000bb-2(4) ("the term 'exercise of religion' means religious exercise, as defined in section 2000cc-5 of this title").

As applied to these faith-based organizations, the affiliation rules would impose a substantial burden. The affiliation rules would deny an important benefit (participation in a program for which they would otherwise be eligible under the CARES Act) because of the exercise of sincere religious belief (affiliation with other religious entities).

The Administrator has also concluded that she does not have a compelling interest in denying emergency assistance to faith-based organizations that are facing the same economic hardship to which the CARES Act responded and who would be eligible for PPP but for their faith-based organizational and associational decisions. This conclusion is reinforced by the fact that the affiliation rules already contain numerous exemptions, *see generally* 13 C.F.R. 121.103(b), ranging from "[b]usiness concerns owned and controlled by Indian Tribes, Alaska Native Corporations, [and] Native Hawaiian Organizations," *id.* 121.103(b)(2)(i) to "member shareholders of a small agricultural cooperative." *Id.* 121.103(b)(7). In light of these exemptions, it is difficult to maintain that denying relief to these faith-based organizations is necessary to further a compelling government interest, let alone the least restrictive means of

8

doing so.  *See Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520, 547 (1993) ("[A] law cannot be regarded as protecting an interest of the highest order when it leaves appreciable damage to that supposedly vital interest unprohibited.") (cleaned up); *Gonzales v. O Centro Espirita Beneficiente Uniao do Vegetal*, 546 U.S. 418, 433 (2006) (applying same principle under RFRA).  SBA accordingly must exempt faith-based organizations that would otherwise be disqualified from the PPP based on features of those organizations' affiliations that are a matter of sincere religious exercise as defined in 42 U.S.C. 2000bb-2.

This action is also supported by 15 U.S.C. 634(b)(6), which authorizes the Administrator to "make such rules and regulations as he deems necessary to carry out the authority vested in him by or pursuant to this chapter."  As relevant here, the CARES Act expanded eligibility for the covered loans during the covered period for nonprofit organizations that employ not more than 500 employees or, if applicable, the size standard in number of employees established by the Administrator for the industry in which the nonprofit organization operates.  15 U.S.C. 636(a)(36)(D)(i).  That expansion posed unique concerns for the Administrator, who is tasked with applying the "provisions applicable to affiliations under section 121.103 of title 13, Code of Federal Regulations, or any successor thereto, . . . with respect to a nonprofit organization and a veterans organizations in the same manner as with respect to a small business concern." *Id.* 636(a)(36)(D)(vi).  Although these rules may easily be applied to faith-based organizations in many cases, their application to certain faith-based organizations presents significant challenges, in particular because of the large number of faith-based organizations who would now be eligible for the PPP but for their religious exercise.

As discussed above, carrying the affiliation rules over to all faith-based organizations without modification would raise concerns under RFRA.  Moreover, application of the affiliation

9

rules, which, for example, provide for assessment of whether one faith-based organization "controls or has the power to control" another organization, 13 C.F.R. 121.103(a)(1), could involve SBA in questions of church governance concerning "the allocation of power within a (hierarchical) church so as to decide . . . religious law (governing church polity)," in violation of the First Amendment. *Serbian E. Orthodox Diocese for the U.S.A. & Canada v. Milivojevich*, 426 U.S. 696, 709 (1979) (internal quotation marks omitted)). Finally, affiliation rules developed in the context of for-profit enterprises present significant administrative difficulties where faith-based organizations are concerned. For example, "the notion of corporate subsidiarity or affiliation in civil law is entirely foreign to the polity of religious organizations," and there is a significant risk that civil authorities will "mischaracterize or misinterpret the polity of a religious body." 1 W. Cole Durham & Robert Smith, Religious Organizations and the Law §§ 8.19, 8.21 (discussing examples of judicial mischaracterizations). Consistent with these concerns, it is also notable that other areas of federal law approach issues analogous to affiliation differently for religious organizations. *See*, *e.g.*, 26 U.S.C. 512 (b)(12).

For these reasons, in addition to the RFRA mandate, the Administrator has determined that it is appropriate to exercise the authority granted under 15 U.S.C. 634(b)(6) to exempt from application of SBA's affiliation rules faith-based organizations that would otherwise be disqualified from participation in PPP because of affiliations that are a part of their religious exercise.

Accordingly, the SBA's affiliation rules, including those set forth in 13 CFR part 121, do not apply to the relationship of any church, convention or association of churches, or other faith-based organization or entity to any other person, group, organization, or entity that is based on a sincere religious teaching or belief or otherwise constitutes a part of the exercise of religion.

10

This includes any relationship to a parent or subsidiary and other applicable aspects of organizational structure or form.  A faith-based organization seeking loans under this program may rely on a reasonable, good faith interpretation in determining whether its relationship to any other person, group, organization, or entity is exempt from the affiliation rules under this provision, and  SBA will not assess, and will not require participating lenders to assess, the reasonableness of the faith-based organization's determination.

### 3.  *Additional Information*

SBA may provide further guidance, if needed, through SBA notices and a program guide which will be posted on SBA's website at www.sba.gov.

Questions on the Paycheck Protection Program 7(a) Loans may be directed to the Lender Relations Specialist in the local SBA Field Office.  The local SBA Field Office may be found at https://www.sba.gov/tools/local-assistance/districtoffices.

**Compliance with Executive Orders 12866, 12988, 13132, and 13771, the Paperwork Reduction Act (44 U.S.C. Ch. 35), and the Regulatory Flexibility Act (5 U.S.C. 601-612).**

Executive Orders 12866, 13563, and 13771

This interim final rule is economically significant for the purposes of Executive Orders 12866 and 13563, and is considered a major rule under the Congressional Review Act.  SBA, however, is proceeding under the emergency provision at Executive Order 12866 Section 6(a)(3)(D) based on the need to move expeditiously to mitigate the current economic conditions arising  from the COVID–19 emergency.  This rule's designation under Executive Order 13771 will be informed by public comment.

Executive Order 12988

SBA has drafted this rule, to the extent practicable, in accordance with the standards set forth

11

in section 3(a) and 3(b)(2) of Executive Order 12988, to minimize litigation, eliminate ambiguity, and reduce burden.  The rule has no preemptive or retroactive effect.

Executive Order 13132

SBA has determined that this rule will not have substantial direct effects on the States, on the relationship between the national government and the States, or on the distribution of power and responsibilities among the various layers of government.  Therefore, SBA has determined that this rule has no federalism implications warranting preparation of a federalism assessment.

Paperwork Reduction Act, 44 U.S.C. Chapter 35

SBA has determined that this rule will impose recordkeeping or reporting requirements under the Paperwork Reduction Act ("PRA").  SBA has obtained emergency approval under OMB Control Number 3245-0407 for the information collection (IC) required to implement the program described above.  This IC consists of Form 2483 (Paycheck Protection Program Application Form) and SBA Form 2484 (Paycheck Protection Program Lender's Application for 7(a) Loan Guaranty), and is approved for use until September 30, 2020.

Regulatory Flexibility Act (RFA)

The Regulatory Flexibility Act (RFA) generally requires that when an agency issues a proposed rule, or a final rule pursuant to section 553(b) of the APA or another law, the agency must prepare a regulatory flexibility analysis that meets the requirements of the RFA and publish such analysis in the Federal Register. 5 U.S.C. 603, 604. Specifically, the RFA normally requires agencies to describe the impact of a rulemaking on small entities by providing a regulatory impact analysis. Such analysis must address the consideration of regulatory options that would lessen the economic effect of the rule on small entities. The RFA defines a "small entity" as (1) a proprietary firm meeting the size standards of the Small Business Administration (SBA); (2) a

12

nonprofit organization that is not dominant in its field; or (3) a small government jurisdiction with a population of less than 50,000. 5 U.S.C. 601(3)–(6). Except for such small government jurisdictions, neither State nor local governments are "small entities." Similarly, for purposes of the RFA, individual persons are not small entities.

The requirement to conduct a regulatory impact analysis does not apply if the head of the agency "certifies that the rule will not, if promulgated, have a significant economic impact on a substantial number of small entities." 5 U.S.C. 605(b). The agency must, however, publish the certification in the Federal Register at the time of publication of the rule, "along with a statement providing the factual basis for such certification." If the agency head has not waived the requirements for a regulatory flexibility analysis in accordance with the RFA's waiver provision, and no other RFA exception applies, the agency must prepare the regulatory flexibility analysis and publish it in the Federal Register at the time of promulgation or, if the rule is promulgated in response to an emergency that makes timely compliance impracticable, within 180 days of publication of the final rule. 5 U.S.C. 604(a), 608(b).

Rules that are exempt from notice and comment are also exempt from the RFA requirements, including conducting a regulatory flexibility analysis, when among other things the agency for good cause finds that notice and public procedure are impracticable, unnecessary, or contrary to the public interest. SBA Office of Advocacy guide: *How to Comply with the Regulatory Flexibility Ac. Ch.1. p.9.* Accordingly, SBA is not required to conduct a regulatory flexibility analysis.

**List of subjects in 13 CFR part 121**

Administrative practice and procedure, Authority delegations (Government agencies), Intergovernmental relations, Investigations, Reporting and recordkeeping requirements.

13

For the reasons stated in the preamble, the Small Business Administration revises 13 CFR Part 121 as set forth below:

1.  The authority citation for part 121 is revised to read as follows:

Authority: 15 U.S.C. 632, 634(b)(6), 636(a)(36); 662, and 694a(9), Pub. L. No. 116-136, Section 1114.

2.  Revise § 121.103(b) by adding (b)(10) to read as follows:

§ 121.103   How does SBA determine affiliation?"

*****

(b) ***

(10)(i) The relationship of a faith-based organization to another organization is not considered an affiliation with the other organization under this subpart if the relationship is based on a religious teaching or belief or otherwise constitutes a part of the exercise of religion.  In addition, the eligibility criteria set forth in 15 U.S.C. 636(a)(36)(D) are satisfied for any faith-based organization having not more than 500 employees (including individuals employed on a full-time, part-time, or other basis) that pays federal payroll taxes using its own Internal Revenue Service Employer Identification Number (EIN) or that would be eligible for a deduction under the second sentence of 26 U.S.C. 512(b)(12) if the organization earned unrelated business taxable income.  For purposes of this paragraph, the term "faith-based organization" includes, but is not limited to, any organization associated with a church or convention or association of churches within the meaning of 26 U.S.C. 414(e)(3)(D).  The term "organization" has the meaning given in 26 U.S.C. 414(m)(6)(A).  The terms "church" and "convention or association of churches" have the same meaning that they have in 26 U.S.C. 414.

(ii) No specific process or filing is necessary to claim the benefit of this exemption. In applying for a loan under the PPP, a faith-based organization may make all necessary

14

certifications with respect to common ownership or management or other eligibility criteria based upon affiliation, if the organization would be an eligible borrower but for application of SBA affiliation rules and if the organization falls within the terms of the exemption described above. If a faith-based organization indicates any relationship that may pertain to affiliation, such as ownership of, ownership by, or common management with any other organization, on or in connection with a loan application, and if the faith-based organization applying for a loan falls within the terms of the exemption described above with respect to that relationship, the faith-based organization may indicate on a separate sheet that it is entitled to the exemption. That sheet may be identified as addendum A, and no further listing of the other organization or description of the relationship to that organization is required.  A sample "Addendum A" is attached to the rule, but this format need not be used as long as the substance is the same.

\*\*\*\*\*

3.  Add Addendum A to part 121 to read as follows:

**[Sample]**

## ADDENDUM A

- ✓ The Applicant claims an exemption from all SBA affiliation rules applicable to Paycheck Protection Program loan eligibility because the Applicant has made a reasonable, good faith determination that the Applicant qualifies for a religious exemption under 13 C.F.R. 121.103(b)(10), which says that "[t]he relationship of a faith-based organization to another organization is not considered an affiliation with the other organization . . . if the relationship is based on a religious teaching or belief or otherwise constitutes a part of the exercise of religion."

Dated:


**Jovita Carranza,**
*Administrator*

16

# EXHIBIT N

# Affiliation Rules for PPP
# (Apr. 3, 2020)

April 3, 2020

**AFFILIATION RULES APPLICABLE TO U.S. SMALL BUSINESS ADMINISTRATION PAYCHECK PROTECTION PROGRAM**

**Four tests for affiliation based on control apply to participants in the Paycheck Protection Program.[1]  For purposes of the determining the number of employees of an applicant to the Paycheck Protection Program, the applicant is considered together with its affiliates. Following is a summary of the applicable affiliation tests.**

Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists. Affiliation under any of the circumstances described below is sufficient to establish affiliation for applicants for the Paycheck Protection Program.

**(1) Affiliation based on ownership**. For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.

**(2) Affiliation arising under stock options, convertible securities, and agreements to merge**.

  (a) In determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control a concern. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised.

  (b) Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect.

  (c) Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect.

  (d) An individual, concern or other entity that controls one or more other concerns cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation.

---

[1] 13 CFR 121.301(f).

1

April 3, 2020

**(3) Affiliation based on management**. Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

**(4) Affiliation based on identity of interest**. Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially, identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area). Where SBA determines that interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate.

**Religious Exemption**.  The relationship of a faith-based organization to another organization is not considered an affiliation with the other organization if the relationship is based on a religious teaching or belief or otherwise constitutes a part of the exercise of religion.

**Waiver.**  The affiliation rules described above are waived for (1) any business concern with not more than 500 employees that, as of the date on which the loan is disbursed, is assigned a North American Industry Classification System code beginning with 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the SBA; and (3) any business concern that receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958 (15 U.S.C. 681).

2