UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VERITY INVESTIGATION, LLC,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>WEBER METALS, INC. ,<br><br>Defendant. | Case No. 2:26-CV-01699-MWC-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. MICHELLE WILLIAMS COURT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WEBER METALS, INC.'S MOTION TO DISMISS PLAINTIFF/RELATOR'S FIRST AMENDED COMPLAINT**<br><br>Hearing Information<br>Date:         September 11, 2026<br>Time:        1:30 p.m.<br>Location:    350 W 1st Street<br>                Los Angeles, CA<br>                Courtroom 6A<br><br>Date Action Filed:  February 18, 2026<br>FAC Filed:       July 16, 2026<br>Trial Date:      None Set |



Rutan & Tucker, LLP
attorneys at law

3109/019727-0083
24159143.1 a08/11/26

-1-

Case No.  2:26-CV-01699-MWN-SK
[PROPOSED] ORDER GRANTING DEF.'S
RJN ISO ITS MOT. TO DISMISS PL.'S FAC

## [PROPOSED] ORDER

The Court, having considered Defendant Weber Metals, Inc.'s Motion to Dismiss Plaintiff/Relator's First Amended Complaint, hereby **GRANTS** the Motion. Relator's First Amended Complaint is dismissed, with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2026

By: _____
Hon. Michelle Williams Court
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

3109/019727-0083
24159143.1 a08/11/26

-2-

Case No.  2:26-CV-01699-MWN-SK
[PROPOSED] ORDER GRANTING DEF.'S
RJN ISO ITS MOT. TO DISMISS PL.'S FAC