STEVEN M. SHEPARD (*pro hac vice* application submitted 2/27/26)
sshepard@susmangodfrey.com
SHAULI BAR-ON (CA 356650)
sbar-on@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

OLEG ELKHUNOVICH (CA 269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,

Plaintiff/Relator,

v.

WEBER METALS, INC.,

Defendant.

Case No. 2:26-CV-01699-MWN-SK

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice as against Defendant. Defendant has not answered or moved for summary judgment.

The United States indicated to Relator that the United States consents to dismissal without prejudice to the United States and will separately file a notice of consent.

Dated: August 25, 2026

Respectfully submitted,

**SUSMAN GODFREY LLP**

By: */s/ Shauli Bar-On*

STEVEN M. SHEPARD (*pro hac vice* application submitted 2/27/26)
sshepard@susmangodfrey.com
SHAULI BAR-ON (CA 356650)
sbar-on@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

OLEG ELKHUNOVICH (CA 269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff/Relator Verity Investigations, LLC*