TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK, AUSA
Acting Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
SUSAN A. SCHOLL, SAUSA
(CO Atty Reg. # 32796)
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
T: 202.510.7937 | F: 213.894.7819
Email: Susan.Scholl@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WEBER METALS, INC.,<br><br>Defendant. | No. 2:26-cv-01699-MWC-SK<br><br>**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[LODGED CONCURRENTLY WITH: [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE] |

On August 25, 2026, *qui tam* plaintiff Verity Investigations, LLC (the "Relator"), filed a Notice of Voluntary Dismissal of this action. ECF No. 28. Pursuant to 31 U.S.C. § 3730(b)(1), and in the interests of justice, the Attorney General of the United States of America ("United States"), through its undersigned attorneys, hereby consents to the dismissal of this action without prejudice as to the United States.

A proposed order accompanies this notice.

Dated: August 31, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK, AUSA
Acting Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section

/s/ *Susan A. Scholl*
SUSAN A. SCHOLL
Special Assistant United States Attorney

Attorneys for the United States of America